GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Asset Management, LP*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: N/A<br>Time: N/A |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS**
**[F.R.B.P. 9010(b), 2002 and 3017(a)]**

GREGORY E. GARMAN, ESQ., WILLIAM M. NOALL, ESQ., and MARK M. WEISENMILLER, ESQ., of the law firm of GARMAN TURNER GORDON, LLP, attorneys for Empery Asset Management, LP ("**Creditor**"), hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b) and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all, pleadings, papers, and all related materials that are issued or filed in connection with the above captioned case by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to Creditor pursuant to Bankruptcy Rule 2002, should be directed to:

Gregory E. Garman, Esq.
William M. Noall, Esq.
Mark M. Weisenmiller, Esq.
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Email: wnoall@gtg.legal; ggarman@gtg.legal;
mweisenmiller@gtg.legal; bknotices@gtg.legal

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Creditor, or (ii) constitute a waiver of any of the following rights of the Creditor:

(a)   Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b)   Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(c)   Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 15th day of December, 2022.

GARMAN TURNER GORDON LLP

 /s/ William M. Noall
GREGORY E. GARMAN, ESQ.
WILLIAM M. NOALL, ESQ.
MARK M. WEISENMILLER, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Empery Asset Management, LP*