United States Bankruptcy Court
District of Nevada

In re:  Case No. 22-14422-nmc
MUSCLEPHARM CORPORATION  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: ndef11ni | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + MUSCLEPHARM CORPORATION, 8275 SOUTH EASTERN AVENUE, LAS VEGAS, NV 89123-2591 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| SAMUEL A. SCHWARTZ | on behalf of Debtor MUSCLEPHARM CORPORATION saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| WILLIAM M. NOALL | on behalf of Creditor EMPERY ASSET MANAGEMENT LP wnoall@gtg.legal, bknotices@gtg.legal |

TOTAL: 4

NVB 1007−4 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  BK−22−14422−nmc
CHAPTER 11

MUSCLEPHARM CORPORATION

Debtor(s)   NOTICE OF INCOMPLETE
AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 12/15/22. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

* The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
    * Summary of Assets and Liabilities for Non−Individuals (Official Form 206Sum)
    * Schedule A/B: Property (Official Form 206A/B)
    * Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
    * Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
    * Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
    * Schedule H: Codebtors (Official Form 206H)
    * Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
* The Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207), required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

* Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 32.

LIST OF CREDITORS AND EQUITY SECURITY HOLDERS:

* Pursuant to Fed. R. Bankr. P. 1007(a)(3), the debtor(s) failed to file a list of equity security holders.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 12/16/22

*Mary A Schott*

Mary A. Schott
Clerk of Court