Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

**DECLARATION OF BRYAN A. LINDSEY, ESQ.**

I, Bryan A. Lindsey, hereby declare as follows:

1.  I am an attorney at Schwartz Law, PLLC ("**SL**"), and I am duly licensed to practice law in the State of Nevada and this Court. I make this declaration based on my own personal knowledge except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

2.  SL is proposed counsel for MusclePharm Corporation, the debtor in the above-captioned Chapter 11 case (the "**Debtor**"). I submit this declaration (the "**Declaration**") in support of the Debtor's *ex parte* application for an order shortening time (the "**Application**").

3.  On December 27, 2022, the Debtor filed the following motions (collectively, the "**First Day Motions**"):

1

    a. *Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief* [ECF No. 13]; and

    b. *Debtor's Motion for Entry of an Order (I) Authorizing, but Not Directing, Debtor to Pay, Inter Alia, Prepetition Employee Wages and (II) Granting Related Relief* [ECF No. 14].

4. As more fully set forth in the Application and the First Day Motions, the Debtor is requesting that the First Day Motions be heard on shortened time as immediate relief is necessary to provide for the continued uninterrupted operation of the Debtor's business post-petition, to stabilize operations, to fund the administration of the Chapter 11 case, and ultimately, to allow for a successful reorganization.

Based upon the foregoing, it is respectfully submitted that good cause exists for granting an order shortening time for hearing the First Day Motions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2022.

                                    /s/ *Bryan A. Lindsey*
                                    Bryan A. Lindsey, Esq.