Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the *ex parte* application for the entry of an order shortening time for a hearing on the following first day emergency motions filed in the Debtor's bankruptcy case (collectively, the "**First Day Motions**"):

1. *Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief* [ECF No. 13]; and

2. *Debtor's Motion for Entry of an Order (I) Authorizing, but Not Directing, Debtor to Pay, Inter Alia, Prepetition Employee Wages and (II) Granting Related Relief* [ECF No. 14].

Counsel for the Debtor contacted the following parties requesting consent to have the First Day Motions heard on shortened time, and they responded as indicated below.

/ / /

1

| Counsel Name | Party Represented | Date Contacted | Response |
|---|---|---|---|
| Jared A. Day, Esq. | Office of US Trustee | 12/27/2022 | Consents to OST Request |
| Mark M. Weisenmiller, Esq. | Empery Tax Efficient, LP | 12/27/2022 | Consents to OST Request |
| Jeffrey D. Sternklar, Esq. | White Winston Asset Funds, LLC | 12/27/2022 | Consents to OST Request |
| Vincent J. Roldan, Esq. | Prestige Capital | 12/27/2022 | No Response |

Dated: December 27, 2022.

Respectfully Submitted,

/s/ *Bryan A. Lindsey*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
601 East Bridger Avenue
Las Vegas, NV 89101

*Proposed Attorneys for the Debtor*

2