Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: January 24, 2023<br>Hearing Time: 9:30 AM PST |

**NOTICE OF HEARING ON MOTION FOR AN ORDER GRANTING THE DEBTOR ADDITIONAL TIME WITHIN WHICH TO FILE SCHEDULES AND STATEMENTS**

**TO:** THE COURT, THE UNITED STATE TRUSTEE, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that the *Motion for an Order Granting the Debtor Additional Time Within Which to File Schedules and Statements* (the "**Motion**")[1] was filed on December 27, 2022, by MusclePharm Corporation, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "**Debtor**"). Any opposition must be filed pursuant to Local Rule 9014(d)(1).

The Motion requests entry of an order by the Court extending the deadline for the Debtor to file its Schedules and Statements by thirty (30) days from December 29, 2022 to January 30, 2023.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

file a written opposition with the Court, and serve a copy on the undersigned attorneys who sent you this notice, *no later than fourteen (14) days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**PLEASE TAKE FURTHER NOTICE** that if an opposition is not timely filed and served, an order for the aforementioned Motion and request for relief may be granted.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response as set forth herein, then:
>
> 1. The Court may *refuse to allow you to speak* at the scheduled hearing; and
>
> 2. The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held on **January 24, 2023, at 9:30 AM PST**, before the Honorable United States Bankruptcy Judge Natalie M. Cox. Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

/ / /

/ / /

/ / /

/ / /

/ / /

2

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 27th day of December, 2022.

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Proposed Attorneys for Debtor*