Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: January 24, 2023<br>Hearing Time: 9:30 AM PST |

**DECLARATION OF SAMUEL A. SCHWARTZ, ESQ. IN SUPPORT OF DEBTOR'S MOTION FOR ADMINISTRATIVE ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 330, 331, 1107, AND 1108, AND BANKRUPTCY RULE 2016(a), ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

I, SAMUEL A. SCHWARTZ, ESQ., declare as follows:

1. I am the principal of Schwartz Law, PLLC ("**SL**" or the "**Firm**"), 601 East Bridger Avenue; Las Vegas, Nevada  89101.  I am admitted to practice in the Supreme Court of Nevada, and the United States District Court for the District of Nevada, the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois, the Supreme Court of Florida, the United States District Court for the Southern District of Florida, the Supreme Court of Arizona, the United States District Court for the District of Arizona, the Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

2. I am authorized to make this declaration.  I am over the age of 18, and I am mentally competent.  In my capacity as principal of SL and Debtor's proposed general bankruptcy and

1

1 reorganization counsel, I am generally familiar with SL's and Debtor's daily business, operations, and financial affairs.

3. Except as otherwise indicated, the facts set forth in this Declaration are based upon my personal knowledge of Debtor's and SL's operations and finances, information learned from my review of relevant documents, and/or information supplied to me by Debtor's and/or SL's employees. If called upon to testify as to the content of this Declaration, I could and would do so.

4. This declaration (the "**Declaration**") is submitted in support of the *Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Motion**").[1]

5. By the Motion, Debtor requests entry of an order authorizing and establishing procedures for interim compensation and reimbursement of expenses of Professionals on a monthly basis, and comparable to those procedures established in other large Chapter 11 cases filed in this District and the Ninth Circuit. Such an order would enable this Court and all other parties to monitor the Professionals' fees incurred in the Chapter 11 Case more effectively.

6. Debtor's Chapter 11 Case will generate and require a substantial volume of professional work, and thereby the accrual of fees by the various estate Professionals in amounts large enough to unduly burden the Professionals during the extended period before payment.

7. In light of the financial positions of the estate Professionals, including SL, it appears that, to the extent otherwise necessary, fees would be recoverable.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Capitalized terms used herein, but not otherwise defined, shall have the meaning(s) ascribed to them in the Motion.

8. The requested procedures herein will enable all parties to monitor costs of administration, the Debtor to maintain level cash flow, and implement efficient cash management procedures.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: December 27, 2022.

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.