Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: January 5, 2023<br>Hearing Time: 9:30 AM PST |

### NOTICE OF ENTRY OF *EX PARTE* ORDER SHORTENING TIME

**TO:** ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that an *Ex Parte Order Shortening Time* [ECF No. 26] was entered by the Court in the above-captioned Chapter 11 case on December 28, 2022, a true and correct copy of which is attached hereto as **Exhibit 1**.

Dated this 28th day of December, 2022.

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Proposed Attorneys for Debtor*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2022, I caused service of a true and correct copy of the foregoing **NOTICE OF ENTRY OF *EX PARTE* ORDER SHORTENING TIME** to be made electronically via the Court's CM/ECF system upon the following parties at the e-mail addresses listed below:

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

                                                                                   */s/ Michael L. Sturm*
                                                                                    Michael L. Sturm, an employee of
                                                                                    SCHWARTZ LAW, PLLC

# EXHIBIT 1

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 28, 2022

_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: January 5, 2023<br>Hearing Time: 9:30 A.M. |
| _____ | |

**<u>*EX PARTE* ORDER SHORTENING TIME</u>**

THIS MATTER having come before the Court on the *ex parte* application for order shortening time to hear the following first day motions (collectively, the "**First Day Motions**") filed by MusclePharm Corporaiton, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**"):

    1.    *Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief* [ECF No. 13]; and

2. *Debtor's Motion for Entry of an Order (I) Authorizing, but Not Directing, Debtor to Pay, Inter Alia, Prepetition Employee Wages and (II) Granting Related Relief* [ECF No. 14].

**IT IS HEREBY ORDERED** that the hearing on the above-listed First Day Motions, filed on December 27, 2022, will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox, in the Foley Federal Building, on, at **January 5, 2023** at **9:30 A.M.**; and

**IT IS FURTHER ORDERED** that any responses or oppositions to the First Day Motions shall be due on or before **January 3, 2023**; and

**IT IS FURTHER ORDERED** that any replies to any responses or oppositions shall be due on or before **January 4, 2023**. Hearing participation will be by remote teleconference. Remote participation information may be found on the posted calendar on the Court's website at www.nvb.uscourts.gov/calendars/court-calendars.

Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

**IT IS SO ORDERED.**

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Bryan A. Lindsey*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
601 East Bridger Avenue
Las Vegas, NV 89101
*Proposed Attorneys for the Debtor*

###