Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

**OMNIBUS CERTIFICATE OF SERVICE**

I, Michael L. Sturm, hereby declare as follows:

1. I am over the age of 18 years old and not a party to the above-captioned Chapter 11 case.

2. I am employed as a Paralegal by the law firm of Schwartz Law, PLLC, proposed counsel of record for MusclePharm Corporation, the debtor and debtor-in-possession in the above-captioned Chapter 11 case.

3. On the 22nd day of December, 2022, I caused true and correct copies of:

    (i) *Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession* [ECF No. 10];

    (ii) *Declaration of Samuel A. Schwartz, Esq. in Support of Application for the Entry*

1

*of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession* [ECF No. 11]; and

  (iii) *Notice of Hearing on Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession* [ECF No. 12],

to be served electronically via the Court's CM/ECF system upon the e-mail addresses listed in **Exhibit 1** attached hereto.

  4. On the 27th day of December, 2022, I caused true and correct copies of:

  (i) *Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief* [ECF No. 13];

  (ii) *Debtor's Motion for Entry of an Order (I) Authorizing, but Not Directing, Debtor to Pay, Inter Alia, Prepetition Employee Wages and (II) Granting Related Relief* [ECF No. 14];

  (iii) *Ex Parte Application for Order Shortening Time to Hear Debtor's First Day Motions* [ECF No. 16];

  (iv) *Declaration of Bryan A. Lindsey, Esq.* [ECF No. 17];

  (v) *Attorney Information Sheet for Proposed Order Shortening Time* [ECF No. 18];

  (vi) *Motion for an Order Granting the Debtor Additional Time Within Which to File Schedules and Statements* [ECF No. 19];

  (vii) *Notice of Hearing on Motion for an Order Granting the Debtor Additional Time Within Which to File Schedules and Statements* [ECF No. 20];

  (viii) *Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent* [ECF No. 21];

(ix) *Notice of Hearing on Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent* [ECF No. 22];

(x) *Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 23];

(xi) *Declaration of Samuel A. Schwartz, Esq. in Support of Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 24]; and

(xii) *Notice of Hearing on Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 25],

to be served electronically via the Court's CM/ECF system upon the e-mail addresses listed in **Exhibit 1** attached hereto.

5. On the 28th day of December, 2022, I caused true and correct copies of:

(i) *Notice of Entry of Ex Parte Order Shortening Time* [ECF No. 27]; and

(ii) *Declaration of Sheryl Betance in Support of Debtor's Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent* [ECF No. 29],

to be served electronically via the Court's CM/ECF system upon the e-mail addresses listed in **Exhibit 1** attached hereto.

3

6. On the 28th day of December, 2022, I caused true and correct copies of:

(i) *Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession* [ECF No. 10];

(ii) *Declaration of Samuel A. Schwartz, Esq. in Support of Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession* [ECF No. 11];

(iii) *Notice of Hearing on Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession* [ECF No. 12];

(iv) *Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief* [ECF No. 13];

(v) *Debtor's Motion for Entry of an Order (I) Authorizing, but Not Directing, Debtor to Pay, Inter Alia, Prepetition Employee Wages and (II) Granting Related Relief* [ECF No. 14];

(vi) *Ex Parte Application for Order Shortening Time to Hear Debtor's First Day Motions* [ECF No. 16];

(vii) *Declaration of Bryan A. Lindsey, Esq.* [ECF No. 17];

(viii) *Attorney Information Sheet for Proposed Order Shortening Time* [ECF No. 18];

(ix) *Motion for an Order Granting the Debtor Additional Time Within Which to File Schedules and Statements* [ECF No. 19];

(x) *Notice of Hearing on Motion for an Order Granting the Debtor Additional Time*

4

*Within Which to File Schedules and Statements* [ECF No. 20];

(xi) *Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent* [ECF No. 21];

(xii) *Notice of Hearing on Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent* [ECF No. 22];

(xiii) *Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 23];

(xiv) *Declaration of Samuel A. Schwartz, Esq. in Support of Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 24];

(xv) *Notice of Hearing on Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 25];

(xvi) *Notice of Entry of Ex Parte Order Shortening Time* [ECF No. 27]; and

(xvii) *Declaration of Sheryl Betance in Support of Debtor's Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent* [ECF No. 29],

to be served via First-Class U.S. Mail, postage prepaid, upon the addresses listed in **Exhibit 2** attached hereto.

7.  On the 28th day of December, 2022, I caused true and correct copies of:

(i) *Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief* [ECF No. 13];

(ii) *Ex Parte Application for Order Shortening Time to Hear Debtor's First Day Motions* [ECF No. 16];

(iii) *Declaration of Bryan A. Lindsey, Esq.* [ECF No. 17];

(iv) *Attorney Information Sheet for Proposed Order Shortening Time* [ECF No. 18]; and

(v) *Notice of Entry of Ex Parte Order Shortening Time* [ECF No. 27],

to be served via First-Class U.S. Mail, postage prepaid, upon the addresses listed in **Exhibit 3** attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of December, 2022.

By: */s/ Michael L. Sturm*
Michael L. Sturm, an employee of
SCHWARTZ LAW, PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2022, I caused service of a true and correct copy of the foregoing **OMNIBUS CERTIFICATE OF SERVICE** to be made electronically via the Court's CM/ECF system upon the following parties at the e-mail addresses listed below:

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

/s/ Michael L. Sturm
Michael L. Sturm, an employee of
SCHWARTZ LAW, PLLC

# EXHIBIT 1

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

# EXHIBIT 2

SK LABS
ATTN: MANAGING AGENT
5420 E LA PALMA AVE
ANAHEIM, CA  92807-2023

MILL HAVEN FOODS
ATTN: MANAGING AGENT
211 LEER ST
NEW LISBON, WI  53950-1170

BAKERY BARN
ATTN: MANAGING AGENT
111 TERENCE DR
PITTSBURGH, PA  15236-4133

ATLANTIC GRAIN
ATTN: MANAGING AGENT
496 BRAMSON CT, UNIT 140
MOUNT PLEASANT, SC  29464-7961

JW NUTRITIONAL
ATTN: MANAGING AGENT
PO BOX 258
ALLEN, TX  75013-0005

CITY FOOTBALL GROUP
ATTN: MANAGING AGENT
ETIHAD STADIUM
ROWSLEY STREET
MANCHESTER
M11 3FF

CREATIVE FLAVOR CONCEPTS
ATTN: MANAGING AGENT
10866 WILSHIRE BLVD, STE 500
LOS ANGELES, CA  90024-4340

ROPES & GRAY LLP
ATTN: MANAGING AGENT
MAIL CODE: 11104
PO BOX 70280
PHILADELPHIA, PA  19176-0280

/ / /

/ / /

1

KASOWITZ BENSON TORRES LLP
ATTN: MANAGING AGENT
1633 BROADWAY
NEW YORK, NY  10019-6708

CANSOURCE
ATTN: MANAGING AGENT
2120 MILLER DR, UNIT G
LONGMONT, CO  80501-6790

AMERICAN NUTRITIONAL CORP
ATTN: MANAGING AGENT
3150 SUNRISE AVE
LAS VEGAS, NV  89101-4832

CANYON PLASTICS
ATTN: MANAGING AGENT
28455 LIVINGSTON AVE
VALENCIA, CA  91355-4173

BELMARK INC
ATTN: MANAGING AGENT
PO BOX 8814
CAROL STREAM, IL  60197-8814

KORN FERRY
ATTN: MANAGING AGENT
PO BOX 1450
MINNEAPOLIS, MN  55485-1450

BAR BAKERS
ATTN: MANAGING AGENT
10711 BLOOMFIELD ST
LOS ALAMITOS, CA  90720-2503

CA - RECEIVER GENERAL
ATTN: MANAGING AGENT
103-275 POPE RD
SUMMERSIDE, PE  C1N 6A2

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MANAGING AGENT
333 S HOPE ST, FL 43
LOS ANGELES, CA  90071-1422

/ / /

BKM BACKLOT 229 LLC
ATTN: MANAGING AGENT
PO BOX 51698
LOS ANGELES, CA  90051-5998

NUTRABLEND FOODS
ATTN: MANAGING AGENT
32 CHERRY BLOSSOM RD
CAMBRIDGE, ON  N3H 4R7

EXCEL SPORTS MANAGEMENT, LLC
ATTN: MANAGING AGENT
1700 BROADWAY, FL 29
NEW YORK, NY  10019-6559

PRESTIGE CAPITAL
C/O MANDELBAUM BARRETT PC
ATTN: VINCENT J. ROLDAN, ESQ.
3 BECKER FARM RD, STE 105
ROSELAND, NJ  07068-1726

WHITE WINSTON SELECT ASSET FUNDS, LLC
C/O JEFFREY D. STERNKLAR LLC
ATTN: JEFFREY D. STERNKLAR, ESQ.
101 FEDERAL ST, STE 1900
BOSTON, MA  02110-1861

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JARED A. DAY, ESQ.
300 BOOTH ST, STE 3009
RENO, NV  89509

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

SECURITIES AND EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 S FLOWER ST, STE 900
LOS ANGELES, CA  90071-9591

FINRA
1735 K STREET, NW
WASHINGTON, DC  20006-1506

/ / /

SOCIAL SECURITY ADMINISTRATION
LOS ANGELES REGIONAL OFFICE
444 S FLOWER ST, STE 900
LOS ANGELES, CA  90071

NEVADA DEPT. OF TAXATION, BK SECTION
555 E WASHINGTON AVE, #1300
LAS VEGAS, NV  89101

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV  89155-1220

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV  89155-1401

DEPT. OF EMPLOYMENT, TRAINING AND REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY, NV  89713

# EXHIBIT 3

Case 22-14422-nmc    Doc 30    Entered 12/29/22 23:35:03    Page 15 of 16

JPMORGAN CHASE BANK, NA
ATTN: OFFICER OR DIRECTOR
PO BOX 182051
COLUMBUS, OH  43218-2051

WELLS FARGO BANK, NA (182)
ATTN: OFFICER OR DIRECTOR
PO BOX 63020
SAN FRANCISCO, CA  94163-9991