**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | ) | Case No.: 22-14422-NMC<br><br>Chapter 11 |
|---|---|---|

# AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtor in the above-captioned case.

On December 27, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A** and on **three hundred and twenty-nine (329) confidential parties** not included herein:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 3)

Dated: December 30, 2022

*/s/ Amanda Hinchey*
Amanda Hinchey
STRETTO
8269 E 23rd Ave, Ste 275
Denver, CO 80238
Telephone: 714-716-1854
Email: amanda.hinchey@stretto.com

# **Exhibit A**



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 4Excelsior Pharma | | 1206 N. Miller St. | Anaheim | CA | 92806 | |
| 923 Sports Performance ATTN: Matt Blank | | 5457 Hermitage Ave | Valley Village | CA | 91607 | |
| A360 Media, LLC | | PO Box 905387 | Chicago | IL | 60674-8358 | |
| Active Interest Media, Inc. | | 24900 Anaza Drive, Unit E | Valencia | CA | 91355 | |
| Adobe Systems, Inc | | 29322 Network Place | Chicago | IL | 60673 | |
| Adt | | 3190 South Vaughn Way | Aurora | CO | 80014 | |
| Ajilon | | 19151 Deerwood Park Blvd. | Jacksonville | FL | 32256 | |
| Alliance 360 Insurance Solutions | | 10833 Valley View Street Suite 550 | Cypress | CA | 90630 | |
| Alliance Midwest, LLC | | PO Box 2810 | Matthews | NC | 28106 | |
| Allison MacKenzie, LTD | | 402 N Division St. | Carson City | NV | 89703 | |
| Alston and Bird LLP | | PO Box 933124 | Atlanta | GA | 31193-3124 | |
| Amazon Web Services | | PO Box 84023 | Seattle | WA | 98124-8423 | |
| American Group, LLC | | 100 Commerce Dr. | Pittsburgh | PA | 15275 | |
| American Mechanical Corporation | | 106 S. 43rd Ave | Caldwell | ID | 83605 | |
| American Nutritional Corporation, Inc. | | 3150 Sunrise Ave | Las Vegas | NV | 89101 | |
| Anchin, Block, & Anchin LLP | | 1375 Broadway, 21st Floor | New York | NY | 10018 | |
| APR Executive Search INC. | | 445 Broadhallow Road, Suite 119 | Melville | NY | 11747 | |
| Arab Chamber of Commerce | | 1615 Bay Head Rd | Annapolis | MD | 21409 | |
| ArcInfo Consulting LLC | | 421 W Oak Ave | El Segundo | CA | 90245 | |
| AT&T | Attn: Managing Agent | PO Box 5019 | Carol Stream | IL | 60197-5019 | |
| Atlantic Grain and Trade | | 496 Bramson CT Suite 140 | Mount Pleasant | SC | 29464 | |
| Aviva Spectrum | | 3200 Barbydell Drive | Los Angeles | CA | 90064 | |
| Baker Properties | | PO Box 111 | Decherd | TN | 37324 | |
| Bakery Barn | | 111 Terence Drive | Pittsburgh | PA | 15236 | |
| Bar Bakers | | 10711 Bloomfields Street | Los Alamitos | CA | 90720 | |
| Barnes & Thornburg, LLP | | 655 West Broadway | San Diego | CA | 92101 | |
| Bay Alarm Company - MP | | 60 Berry Drive | Martinez | CA | 94553 | |
| Belmark Inc. | | PO Box 8814 | Carol Stream | IL | 60197-8814 | |
| BioZone Laboratories Inc Transition | | 10866 Wilshire Blvd. Suite 500 | Los Angeles | CA | 90024 | |
| BKM Backlot 229, LLC | | PO Box 51698 | Los Angeles | CA | 90051 | |
| BKM Backlott 229, LLC | | PO Box 51698 | Los Angeles | CA | 90051 | |
| Bluegrace Logistics | | 2846 S Falkenburg Rd. | Riverview | FL | 33576 | |
| Bonnett Fairbourn Friedman & Balint PC | | 2325 E. Camelback Road | Phoenix | AZ | 85016 | |
| Brewin & Associates Inc. | | 47 Nantuckett Rd, Box #857 | Crystal Beach | ON | L0S 1B0 | Canada |
| Brownstein Hyatt Farber | | PO Box 172168 | Denver | CO | 80217-2168 | |
| Bruce E. Baldinger LLC | | 254 South Street | Morristown | NJ | 07960 | |
| Byrne & Nixon LLP | | 888 West Sixth Street | Los Angeles | CA | 90017 | |
| Ca - Receiver General Tax | Ccra Tax Centre | 275 Pope Road Suite 103 | Summerside | PE | C1N 6A2 | Canada |
| California Department of Motor Vehicles | DMV Renewal | PO Box 942897 | Sacramento | CA | 94297-0897 | |
| Can Source | | 2120 Miller Dr. Suite G | Longmont | CO | | |
| Canadian Premier Supplements | | 6360 Hawthorne Drive, Unit 1 | Windsor | ON | N8T 1J9 | Canada |
| CanSource LLC | | 2120 Miller Dr. Suite G | Longmont | CO | 80501 | |
| Canyon Plastics, Inc. | | 28455 Livingston Ave. | Valencia | CA | 91355 | |
| CCAP Auto Lease Ltd | Chrysler Capital | PO Box 660647 | Dallas | TX | 75266-0647 | |
| CDR Ltd (t/a Essence Compliance) | | 17 Matai Street | Maeroa | Hamilton | 3200 | New Zealand |



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Central Florida FOA | | 8131 Vineland Ave | Orlando | FL | 32821 | |
| Chep Canada Corp. | | PO Box 4290, STN A | Toronto ON | | MSW0e1 | Canada |
| Chep USA | | File 749003 | Los Angeles | CA | 90074-9003 | |
| Chep USA (2022) | | 5897 Winward Parkway | Alpharetta | GA | 30005 | |
| Cimetra Warehousing & Distribution LLC | | 6050 Dana Way | Antioch | TN | 37013 | |
| City of Burbank | | 200 N. Third St. | Burbank | CA | 95102 | |
| CL&D Graphics | | 1101 W. 2nd Street | Oconomowoc | WI | 53066 | |
| Clofine Dairy Products, Inc. | | 1407 New Road | Linwood | NJ | 08221 | |
| Club Demonstration Services, Inc. USA | | PO Box 744818 | Atlanta | GA | 30374-4818 | |
| Cnm LLP | | 21051 Warner Center Lane | Woodland Hills | CA | 91367 | |
| Concur Technologies, Inc. | | 62157 Collections Drive | Chicago | IL | 60693 | |
| Contemporary Marketing Inc. | | 1569 Barclay | Buffalo Grove | IL | 60089 | |
| Cotapaxi Custom Designed Manufacturing LLC | | 338 Hackensack Street | Carlstadt | NJ | 07072 | |
| Council for Responsible Nutrition | | 1828 L Street NW | Washington | DC | 20036-5114 | |
| Cox Business | | PO Box 1259 | Oaks | PA | 19456 | |
| Coyote Logistics LLC | | 960 North Point Pkwy | Alpharetta | GA | 30005 | |
| Creations Foods (Us) LLC | | 2252 Odell Road | Blaine | WA | 98230 | |
| Creative Energy Foods, Inc. | | 9957 Medford Avenue, Unit 4 | Oakland | CA | 94603 | |
| Creative Flavor Concepts, Inc. | | 10866 Wilshire Blvd. Suite 500 | Los Angeles | CA | 90024 | |
| Crown Equipment Corporation | | PO Box 641173 | Cincinnati | OH | 45264-1173 | |
| Dairyland Trading Co. LLC | | 2200 Dickinson Rd. 15A | De Pere | WI | 54115 | |
| Daymon Worldwide Canada Inc | | P. O. Box 4090 STN A | Toronto | ON | M5W 0E9 | Canada |
| Deloitte LLP | c/o T04567U | PO Box 4567, Stn A | Toronto | ON | M5W 0J1 | Canada |
| Deloitte Tax, LLP | | Po Box 844736 | Dallas | TX | 75284-4736 | |
| Direct Connex | | 6757 Cascade Road S.E. | Grand Rapids | MI | 49546 | |
| Donnelley Financial, LLC | | PO Box 842282 | Boston | MA | 02284 | |
| DrinkPAK, LLC | | 21375 Needham Ranch Parkway | Santa Clarita | CA | 91321 | |
| Edward Cummings | | 40 E. 94th Street, Apt 2J | New York | NY | 10128 | |
| Eldorado Artesian Springs | | PO Box 445 | Eldorado Springs | CO | 80025 | |
| Enterprise FM Trust | Enterprise Fleet Management Customer Billing | PO Box 800089 | Kansas City | MO | 64180-0089 | |
| Epic Provisions, LLC | | PO Box 684581 | Austin | TX | 78768 | |
| Equiniti Trust Company | | 1110 Centre Pointe Curv Suite 100 | Mendota Heights | MN | 55120-4100 | |
| Ergos Technology Partners, Inc | Dept. 2100 | PO Box 122100 | Dallas | TX | 75312-2100 | |
| Evans & McFarland LLC | | 910 13th St. | Golden | CO | 80401 | |
| Excel Sports Management LLC | | 1700 Broadway | New York | NY | 10019 | |
| FedEx freight | | PO Box 660481 | Dallas | TX | 75266-0481 | |
| Feldkamp Marketing | | 7691 Five Mile Rd. | Cincinnati | OH | 45230 | |
| Fernando Arturo De La Trinidad Rivas | | CL 175 #6-60, Usaquen/Codito | Bogota | | 110141 | Colombia |
| Finra | | 1735 K Street, NW | Washington | DC | 20006 | |
| Flavor Insights | | 4795 Industrial Way | Benicia | CA | 94510 | |
| Fleetmatics USA, LLC | | PO Box 347472 | Pittsburgh | PA | 15251-4472 | |
| Google Inc. | | PO Box 39000 | San Francisco | CA | 94139 | |
| GPA Printing CA LLC | | 9655 De Soto Ave | Chatsworth | CA | 91311 | |
| Gs1 Canada | c/o TH1029 | PO Box 4283, Postal Station A | Toronto | ON | M5W 5W6 | Canada |



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| GS1 US, Inc. | Dept 781271 | PO Box 78000 | Detroit | MI | 48278-1271 | |
| Guise and Associates LLC | | 334 W. Le Marche Ave. | Phoenix | AZ | 85023 | |
| Humana Dental Ins. Co. | | PO Box 0884 | Carol Stream | IL | 60132-0884 | |
| Icr, LLC | | 761 Main Ave | Norwalk | CT | 06851 | |
| iLevel Brands | | 7600 Newhall Ln | Austin | TX | 78746 | |
| Inc Business Lawyers | | 1103-11871 Horseshoe Way | Richmond | BC | V7A 5H5 | Canada |
| Infinity Energy, Inc. | | 3825 Atherton Rd. | Rocklin | CA | 95765 | |
| Information Resources, Inc | | 4766 Paysphere Circle | Chicago | IL | 60674 | |
| Intrado Digital Media, LLC | | 11808 Miracle Hills Dr | Omaha | NE | 68154-4403 | |
| Inxeption Corporation | | 185 Valley Drive | Brisbane | CA | 94005 | |
| IPFS Corporation | | PO Box 100391 | Pasadena | CA | 91189-0391 | |
| Issuer Direct Corporation | | 1 Glenwood Ave | Raleigh | NC | 27603-2582 | |
| Jitterbit, Inc. | | 1301 Marina Village Parkway | Alameda | CA | 94501 | |
| Joseph F Schilling | | 15818 Parkland Drive | Hacienda Heights | CA | 91745 | |
| JW Nutritional LLC | | PO Box 258 | Allen | TX | 75013 | |
| Kasowitz, Benson, Torres LLP | | 1633 Broadway | New York | NY | 10019-6799 | |
| Katz Group Canada Ltd. | | 5965 Coopers Ave | Mississauga | ON | L4Z 1R9 | Canada |
| Kenk Inc. | | 17042 Devonshire St. | Northridge | CA | 91325 | |
| Kimberly Siani | | 15 Montgomery Dr. | Flemington | NJ | 08822 | |
| Kimmie Candy Company | | 405 Edison Way | Reno | NV | 89502 | |
| Korn Ferry (US) | | PO Box 1450 | Minneapolis | MN | 55485 | |
| Kostelanetz & Fink LLP | | 250 Greenwich Street | New York | NY | 10007 | |
| Kroub, Silbersher & Kolmykov PLLC | | 305 Broadway | New York | NY | 10007 | |
| Kuehne & Nagel | | 77 Foster Crescent | Mississauga | ON | L5R 0K1 | Canada |
| Latham & Watkins LLP | | 140 Scott Drive | Menlo Park | CA | 94025 | |
| Level 3 Communications | | PO Box 910182 | Denver | CO | 80291-0182 | |
| Lewan & Associates, Inc. | | PO Box 207839 | Dallas | TX | 75320-7839 | |
| Lieb Foods, LLC | | PO Box 389 | Forest Grove | OR | 97116 | |
| LinkedIn Corporation | | 62228 Collections Center Drive | Chicago | IL | 60693 | |
| LOBLAWS INC. Winnipeg Shared Services | Ap Processing Department - Vldp | PO Box 2056, Stn M | Winnipeg | MB | R3C 3R3 | Canada |
| Logility, Inc. | | 470 East Paces Ferry Road | Atlanta | GA | 30305 | |
| Louisiana Department of Revenue | | Post Office Box 201 | Baton Rouge | LA | 70821-0201 | |
| Maine Pointe LLC | | 470 Atlantic Ave. 4th Floor | Boston | MA | 02210 | |
| Marcus V Oliveira De Almeida | | 16792 Moody Circle, Apt C | Huntington Beach | CA | 92649 | |
| Material Handling Resources | | P O Box 15604 Collections Center Drive | Chicago | IL | 60693-0001 | |
| Medix Laboratoires Nv | | IZ De Bruwaan 25, B-9700 | Oudenaarde | | | Belgium |
| Mercury Public Affairs, LLC | | 437 Madison Ave | New York | NY | 10022-7043 | |
| Michael Heller | | 29 East 10th 1st floor | New York | NY | 10003 | |
| Mill Haven Foods LLC | | 211 Leer Street | New Lisbon | WI | 53950 | |
| MMCI Automation | | 1435 Woodson Road | St Louis | MO | 63132 | |
| Molo Solutions, LLC | | 120 N. Racine | Chicago | IL | 60607 | |
| Moss Adams LLP | | PO Box 101822 | Pasadena | CA | 91189 | |
| Multi-Ad Service, Inc. | | PO Box 4697 | Carol Stream | IL | 60197-4697 | |



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Murgitroyd & Company Ltd. | Scotland House | 165-169 Scottland Street | Glasgow | | G5 8PL | United Kingdom |
| N2 Sports, Inc. | | PO Box 33286 | Denver | CO | 80233 | |
| Nana's Kitchen, Inc. | | 1313 Old Bay Rd. | Johnsburg | IL | 60051 | |
| National | | PO Box 759 | Lombard | IL | 60148 | |
| National Polymers | | 7920 215 th St. West | Lakeville | MN | 55044 | |
| New-Indy TriPAQ LLC | | 16069 Shoemaker Ave. | Cerritos | CA | 90703 | |
| Nitrogen Express | | PO Box 1005 | Lake Elsinore | CA | 92531 | |
| Noble Foods Nutrition USA Inc. | | 750 SE Booth Bend Rd. | McMinnville | OR | 97128 | |
| Norcal Sheets LLC dba Package One | | 401 S. Granada Drive | Madera | CA | 93637 | |
| Norrizon Sales & Marketing Group Inc. | | 3-3520 Laird Rd | Mississauga | ON | L5L 5Z7 | Canada |
| NutraBlend Foods | | 32 Cherry Blossom Road | Cambridge | ON | N3H 4R7 | |
| NV Energy | | 6226 West Sahara Ave | Las Vegas | NV | 89146 | |
| Olympic Pallets, Inc. | | 824 Crocker St. | Los Angeles | CA | 90021 | |
| Oracle America Inc | Bank of America Lockbox Services | 15612 Collections Center Drive | Chicago | IL | 60693 | |
| Otten, Johnson, Robinson, Neff & Ragonetti P.C. | | 950 17th Street, Suite 1600 | Denver | CO | 80202 | |
| P&M Holding Group LLP (Plante & Moran) | Plante & Moran PLLC | 16060 Collections Center Dr | Chicago | IL | 60693 | |
| Pacific Bridge Advisors | | 12453 S. 265 W. | Draper | UT | 84020 | |
| Pak West Paper and Packaging | | 4042 W. Garry Avenue | Santa Ana | CA | 92704 | |
| Paul Karr | | 184 Summer Street, Apt 1814 | Stamford | CT | 06901 | |
| Pennsylvania Department of Revenue | | 6th Floor Strawberry Square-Quad 620 4th and Walnut Street | Harrisburg | PA | 17128 | |
| Perkins Investigative Group | | 100 North Brand Blvd. | Glendale | CA | 91203 | |
| Pinnacle Special Project Consultants, LLC | | 2014 N. Saginaw Rd. | Midland | MI | 48640-2697 | |
| Power Media | | 3447 Koso St. | Davis | CA | 95618 | |
| Preferred CFO Solutions, LLC | | 478 S 100 E | Salem | UT | 84653 | |
| Prinova US LLC (Armada) | | 285 E. Fullerton Avenue | Carol Stream | IL | 60188 | |
| ProjecTemps, LLC | | 26300 Northwestern Hwy. | Southfield | MI | 48076 | |
| Provedel Sociedade de Advogados | | R Jeronim De Veiga 45 | Sao Paulo/SP-CEP | ME | 04563-000 | |
| Public Storage | | 2240 N Hollywood Way | Burbank | CA | 91505 | |
| Purchase Power | | PO Box 371874 | Pittsburgh | PA | 15250-7874 | |
| Quarles & Brady LLP | | 411 E Wisconsin Ave | Milwaukee | WI | 53202 | |
| Radiation Detection Company | | 3527 Snead Drive | Georgetown | TX | 78626 | |
| RADIUS Packaging | | 2160 S. 170th Street | New Berlin | WI | 53151 | |
| Rampart Brokerage Corp. | | 1983 Marcus Ave. | Lake Success | NY | 11042 | |
| Receiver General | Ccra Tax Centre | 275 Pope Road, Suite 103 | Summerside | PE | C1N 6A2 | Canada |
| Robert Half International | The Creative Group | PO Box 743295 | Los Angeles | CA | 90074-3295 | |
| Rocky Mountain Ventures Limited | | 15322 E Alameda Parkway | Aurora | CO | 80017 | |
| Ropes & Gray LLP | Mail Code : 11104 | PO Box 70280 | Philadelphia | PA | 19176-0280 | |
| Royal Bank VIsa - Canadian | Payment Centre | P O Box 4016, Station 'A' | Toronto | ON | M5W 2E6 | Canada |
| S.K. Laboratories, Inc | | 5420 E. La Palma Ave. | Anaheim | CA | 92807 | |
| Seanjorg | | 6723 Sunset Rd. | Las Vegas | NV | 89118 | |
| Sheppard Mullin Richter & Hampton LLP | | 333 South Hope Street | Los Angeles | CA | 90071-1422 | |
| SK Labs | | 5420 E La Palma Ave | Anaheim | CA | 92807 | |
| Smurfit Kappa North America LLC | Smurfit Kappa Baldwin Park | P O Box 894654 | Los Angeles | CA | 90189-4654 | |



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Solomon Edwards Group LLC | | 1255 Drummers Lane | Wayne | PA | 19087 | |
| Southeast Bottling & Beverage Co. (Tampa Bay CoPack) | | 15340 Viytus Country Dr. | Dade | FL | 33523 | |
| Spiro Harrison | | 363 Bloomfield Avenue Suite 2C | Montclair | NJ | 07042 | |
| SPS Commerce, Inc. | | PO Box 205782 | Dallas | TX | 75320-5782 | |
| Squire Patton Boggs (US) LLP | | 1 E. Washington ST. Suite 2700 | Phoenix | AZ | 85004 | |
| SRI - Sponsorship Research International Inc. | | 230 East Avenue | Norwalk | CT | 06855-1923 | |
| State of New Jersey | Revenue Processing Center | PO Box 666 | Trenton | NJ | 08646-0666 | |
| Sterling Talent Solutions | | PO Box 35626 | Newark | NJ | 07193-5626 | |
| Steuben Foods, Inc. | | 1150 Maple Road | Elma | NY | 14059 | |
| Steward Printing & Advertising, LLC | | 10775 Sanden Drive | Dallas | TX | 75238 | |
| Strategic Business Communications (SBC Worldwide) | | 1979 Marcus Avenue | Lake Success | NY | 11042 | |
| Sun Pac Storage Containers, Inc. | | 23222 Olive Ave. | Lake Forest | CA | 92609-0339 | |
| Sunbelt Rentals | | 2341 Deerfield Drive | Fort Mill | SC | 29715 | |
| Swift Continental Ltd. | | 300 Steelcase Road W. | Markham | ON | L3R2W2 | Canada |
| Team Direct II, LLC | | 11601 Wilshire Blvd., Suite 1800 | Los Angeles | CA | 90025 | |
| Techlink International, LLC | | PO Box 290444 | Davie | FL | 33329 | |
| Teikametrics Inc. | | 280 Summer Street Floor 9 | Boston | MA | 02210 | |
| Tennessee Deptartment of Revenue | Andrew Jackson State office Bldg | 500 Deaderick St. | Nashville | TN | 37242 | |
| Tennyson Advisors, LLC | | 110 Tennyson Place | Coppell | TX | 75019 | |
| The Colorado Floor Company, Inc. | | 5405 W. 56th Ave., Unit A | Arvada | CO | 80002 | |
| The M.A. Patterson Co. dba Virtual Packaging | | 840 Mustang Drive | Grapevine | TX | 76051 | |
| The Moscoe Group | | 10900 Wayzata Blvd | Minnetonka | MN | 55305 | |
| The Nielsen Company (US), LLC | | PO Box 88956 | Chicago | IL | 60695-8956 | |
| ThermoLife International, LLC | | 1334 Chandler Blvd #5-D76 | Phoenix | AZ | 85048 | |
| Thomas/Ferrous, Inc. | | 1900 6th Street | Sacramento | CA | 95811 | |
| Thomson Reuters - West | | PO Box 71416 | Chicago | IL | 60694-1416 | |
| Total Quality Logistics, LLC | | 4289 Ivy Pointe Blvd. | Cincinnati | OH | 45245 | |
| TricorBraun Inc. | | PO Box 741578 | Los Angeles | CA | 90074-1578 | |
| TroyGould PC | | 1801 Century Park East | Los Angeles | CA | 90067 | |
| Uline, Inc. | | PO Box 88741 | Chicago | IL | 60680-1741 | |
| Ulmer & Berne LLP | | 600 Vine St. | Cincinnati | OH | 45202-2409 | |
| United Laboratories Manufacturing LLC | | ProTec Laboratory | Dallas | TX | 75247 | |
| United States Fire Insurance | | 305 Madison Avenue | Morristown | NJ | 07960 | |
| University of Kentucky | | 172 Funkhouser Drive | Lexington | KY | 40506-0057 | |
| Ups | | PO Box 809488 | Chicago | IL | 60680-9488 | |
| UPS Supply Chain Solutions | | 28013 Network Place | Chicago | IL | 60673-1280 | |
| UPS-Freight | | PO Box 650690 | Dallas | TX | 75265-0690 | |
| USA Wrestling | | 6155 Lehman Drive | Colorado Springs | CO | 80918 | |
| Vaco Los Angeles, LLC | | PO Box 667 | Brentwood | TN | 37024 | |
| Vcorp Services, LLC | | 25 Robert Pitt Drive | Monsey | NY | 10952 | |
| Vegas Equipment LLC | | 3519 Civic Center Drive | North Las Vegas | NV | 89030 | |
| Vessel Packaging Co. | | 8250 Borden St. | Vancouver | BC | V5P 3E7 | Canada |



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Viavid Broacasting Inc. | | 118-998 Harboursdie Drive | North Vancouver | BC | V7P 3T2 | Canada |
| Viva La Volta, LLC | | 9366 Foothill Blvd. | Rancho Cucamonga | CA | 91730 | |
| VIvion Inc. | | 929 Bransten Rd. | San Carlos | CA | 94070 | |
| Waddell Power Acquisition, LLC | | PO Box 26593 | Indianapolis | IN | 46226 | |
| Wallace Liu | | 783 Yonge Street | Toronto | ON | M4W 2G8 | Canada |
| Walmart Canada Corp | | PO Box # 4090 Stn A, Account 910560 | Toronto | ON | M5W 0E9 | Canada |
| West Coast Door Masters, INC | | 5413 Brittany Avenue | Riverside | CA | 92506 | |
| Wex Bank | | PO Box 6293 | Carol Stream | IL | 60197-6293 | |
| Wichita State University | | 1845 Fairmount | Wichita | KS | 67260-0016 | |
| WILD Flavors, Inc. - MP | | 1261 Pacific Avenue | Erlanger | KY | 41018 | |
| Wildpack Holdings US Inc. | | 1301 Edison Hwy, Suite A2 | Baltimore | MD | 21213 | |
| Wright, Lindsey & Jennings LLP | | 200 West Capitol Avenue | Little Rock | AR | 72201 | |
| XBP Inc. | Lockbox Number 912726 | PO Box 31001-2726 | Pasadena | CA | 91110-2726 | |
| Zoom Video Communications Inc. | | 55 Almaden Blvd. | San Jose | CA | 95113 | |