**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No.: 22-14422-NMC |
| ) | |
| MUSCLEPHARM CORPORATION, ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

### AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtor in the above-captioned case.

On December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Application for the Entry of an Order Under 11 U.S.C §§ 327(a), 328, 3239, and 331 and Fed R. Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession** (Docket No. 10)

- **Declaration of Samuel a. Schwartz, Esq. In Support of Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-possession** (Docket No. 11)

- **Notice of Hearing on Application for the Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 329, and 331 and Fed R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Schwartz Law, PLLC as Attorneys for the Debtor-in-Possession** (Docket No. 12)

- **Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief** (Docket No. 13)

- **Debtor's Motion for Entry of an Order (I) Authorizing, but not Directing, Debtor to Pay, Inter Alia, Prepetition Employee Wages and (II) Granting Related Relief** (Docket No. 14)

- **Ex Parte Application for Order Shortening Time to Hearing Debtor's First Day Motions** (Docket No. 16)

- **Declaration of Bryan A. Lindsey, Esq.** (Docket No. 17)

- **Attorney Information Sheet for Proposed Order Shortening Time** (Docket No. 18)

- **Motion for an Order Granting the Debtor Additional Time within Which to File Schedules and Statements** (Docket No. 19)

- **Notice of Hearing on Motion for an Order Granting the Debtor Additional Time Within Which to File Schedules and Statements** (Docket No. 20)

- **Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing and Solicitation Agent** (Docket No. 21)

- **Notice of Hearing on Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent** (Docket No. 22)

- **Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C §§ 105(a), 330, 331, 1107 and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals** (Docket No. 23)

- **Declaration of Samuel A. Schwartz, Esq. in Support of Debtor's Motion for Administrative Order, Pursuant To 11 U.S.C. §§ 105(A), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals** (Docket No. 24)

- **Notice of Hearing on Debtor's Motion for Administrative Order, Pursuant to 11 U.S.C. §§ 105(a), 330, 331, 1107, and 1108, and Bankruptcy Rule 2016(a), Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (Docket No. 25)** (Docket No. 25)

- **Notice of Entry of Ex Parte Order Shortening Time** (Docket No. 27)

- **Declaration of Sheryl Betance in Support of Debtor's Application for Entry of an Order Authorizing Debtor to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent** (Docket No. 29)

Furthermore, on December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Motion for an Order Authorizing Maintenance of Existing Bank Accounts, Merchant Processing Accounts, and Related Relief** (Docket No. 13)

- **Ex Parte Application for Order Shortening Time to Hearing Debtor's First Day Motions** (Docket No. 16)

- **Declaration of Bryan A. Lindsey, Esq.** (Docket No. 17)

- **Attorney Information Sheet for Proposed Order Shortening Time** (Docket No. 18)

- **Notice of Entry of Ex Parte Order Shortening Time** (Docket No. 27)

Dated: December 30, 2022

        */s/ Amanda Hinchey*
Amanda Hinchey
STRETTO
8269 E 23rd Ave, Ste 275
Denver, CO 80238
Telephone: 714-716-1854
Email: amanda.hinchey@stretto.com

# **Exhibit A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| American Nutritional Corporation, Inc. | | 3150 Sunrise Ave | | Las Vegas | NV | 89101 | |
| Atlantic Grain and Trade | | 496 Bramson CT Suite 140 | | Mount Pleasant | SC | 29464 | |
| Bakery Barn | | 111 Terence Drive | | Pittsburgh | PA | 15236 | |
| Bar Bakers | | 10711 Bloomfields Street | | Los Alamitos | CA | 90720 | |
| Belmark Inc. | | PO Box 8814 | | Carol Stream | IL | 60197-8814 | |
| BKM Backlot 229, LLC | | PO Box 51698 | | Los Angeles | CA | 90051 | |
| CA - Receiver General Tax | CCRA Tax Centre | 275 Pope Road Suite 103 | | Summerside | PE | C1N 6A2 | Canada |
| CanSource LLC | | 2120 Miller Dr. Suite G | | Longmont | CO | 80501 | |
| Canyon Plastics, Inc. | | 28455 Livingston Ave. | | Valencia | CA | 91355 | |
| City Football Group | Attn: Managing Agent | Etihad Stadium | Rowsley Street | Manchester | | M11 3FF | United Kingdom |
| Clark County Assessor | c/o Bankruptcy Clerk | 500 S. Grand Central Pkwy | PO Box 551220 | Las Vegas | NV | 89155-1220 | |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | PO Box 551220 | Las Vegas | NV | 89155-1220 | |
| Creative Flavor Concepts, Inc. | | 10866 Wilshire Blvd. Suite 500 | | Los Angeles | CA | 90024 | |
| Dept. of Employment, Training and Rehab | Employment Security Division | 500 E Third St | | Carson City | NV | 89713 | |
| Excel Sports Management LLC | | 1700 Broadway, FL 29 | | New York | NY | 10019 | |
| Finra | | 1735 K Street, NW | | Washington | DC | 20006 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| JW Nutritional LLC | | PO Box 258 | | Allen | TX | 75013 | |
| Kasowitz Benson Torres LLP | Attn: Managing Agent | 1633 Broadway | | New York | NY | 10019-6708 | |
| Korn Ferry (US) | | PO Box 1450 | | Minneapolis | MN | 55485 | |
| Mill Haven Foods LLC | | 211 Leer Street | | New Lisbon | WI | 53950 | |
| Nevada Dept. of Taxation, BK Section | | 555 E Washington Ave, #1300 | | Las Vegas | NV | 89101 | |
| NutraBlend Foods | | 32 Cherry Blossom Road | | Cambridge | ON | N3H 4R7 | |
| Office of the United States Trustee | Attn: Jared A. Day | 300 Booth St, Ste 3009 | | Reno | NV | 89509 | |
| Prestige Capital | c/o Mandelbaum Barrett PC | Attn: Vincent J. Roldan | 3 Becker Farm Rd, Ste 105 | Roseland | NJ | 07068-1726 | |
| Ropes & Gray LLP | Mail Code : 11104 | PO Box 70280 | | Philadelphia | PA | 19176-0280 | |
| Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 S. Flower St, Ste 900 | | Los Angeles | CA | 90071-9591 | |
| Sheppard Mullin Richter & Hampton LLP | | 333 South Hope Street | | Los Angeles | CA | 90071-1422 | |
| SK Labs | | 5420 E La Palma Ave | | Anaheim | CA | 92807 | |
| Social Security Administration | | Los Angeles Regional Office | 444 S Flower St, Ste 900 | Los Angeles | CA | 90071 | |
| White Winston Select Asset Funds, LLC | c/o Jeffrey D. Sternklar LLC | Attn: Jeffrey D. Sternklar | 101 Federal St, Ste 1900 | Boston | MA | 02110-1861 | |

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| JP Morgan Chase Bank, NA | Attn: Office or Director | PO Box 182051 | Columbus | OH | 43218-2051 |
| Wells Fargo Banks, NA (182) | Attn: Officer or Director | PO Box 63020 | San Francisco | CA | 94163-9991 |