Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | ) | Case No.: BK-22-14422-NMC |
|---|---|---|
| MUSCLEPHARM CORPORATION, | ) ) ) ) ) ) ) | Chapter 11 |
| Debtor. | | |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the ex parte application for the entry of an order shortening time for an interim hearing on the Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (the "**DIP Financing Motion**") (ECF No. 33). Counsel for the Debtor contacted the following parties requesting consent to have the First Day Motions heard on shortened time, and they responded as indicated below.

| Counsel Name | Party Represented | Date Contacted | Response |
|---|---|---|---|
| Jared A. Day, Esq. | Office of US Trustee | 1/02/2023 | Consents to OST Request (*provided that oppositions may be made at the interim hearing*) |

1

| Mark M. Weisenmiller, Esq. | Empery Tax Efficient, LP | 1/02/2023 | Does Not Consent to OST Request |
| --- | --- | --- | --- |
| Jeffrey D. Sternklar, Esq. | White Winston Asset Funds, LLC | 1/02/2023 | Consents to OST Request |
| Vincent J. Roldan, Esq. | Prestige Capital | 1/02/2023 | No Response |
| Candice Carlyon, Esq. | Ryan Drexler | 1/02/2023 | No Response |

Dated: January 3, 2023.

Respectfully Submitted,

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Proposed Attorneys for the Debtor*