GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail:  wnoall@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as*
*Agent and Collateral Agent for certain*
*Secured Noteholders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: January 5, 2023<br>Time: 9:30 a.m. |

**NOTICE OF CONSENT TO REQUESTED ORDER SHORTENING TIME
ON DEBTOR-IN-POSSESSION FINANCING MOTION**

Empery Tax Efficient, LP, in its capacity as collateral agent (in such capacity, the "Collateral Agent") of the secured noteholders with respect to the Original Issue Discount Senior Secured Notes dated as of October 13, 2021 (as amended, restated, supplemented or otherwise modified from time to time, the "October Notes") and Original Issue Discount Senior Secured Notes dated as of June 10, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "June Notes" and, together with the October Notes, the "Notes") in each case issued by MusclePharm Corporation, a Nevada corporation (the "Debtor"), by and through its counsel, Garman Turner Gordon LLP, filed this notice ("Notice") of its consent to the order shortening time ("OST") requested by Debtor in the *Ex Parte Application for Order Shortening Time to Hear Debtor's Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing Debtor to Obtain Post-Petition Financing, (ii) Granting Priming Liens and Administrative Expense Claims, (iii)*

*Authorizing the Debtor's Use of Cash Collateral, (iv) Modifying the Automatic Stay, and (v) Granting Related Relief* [ECF No. 35].

The Collateral Agent consented to the requested OST [see **Exhibit 1** hereto]. However, the *Attorney Information Sheet for Proposed Order Shortening Time* [ECF No. 36] states that the Collateral Agent does not consent to the OST request. This Notice is filed to clarify that the Collateral Agent consents to the requested OST.

DATED this 3rd day of January, 2023.

GARMAN TURNER GORDON LLP

*/s/ Mark M. Weisenmiller*
WILLIAM M. NOALL, ESQ.
GREGORY E. GARMAN, ESQ.
MARK M. WEISENMILLER, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Mark Weisenmiller |
| **To:** | Samuel A. Schwartz |
| **Cc:** | William Noall |
| **Subject:** | RE: [EXTERNAL] RE: OST - DIP Financing - MSLP - Interim Approval |
| **Date:** | Tuesday, January 3, 2023 9:21:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Sam,

I've reviewed the motion now that it is filed.  My client consents to the requested OST.

Mark

## Mark M. Weisenmiller

Attorney

P 725 777 3000 | F 725 777 3112

GARMAN | TURNER | GORDON

7251 Amigo Street
LAS VEGAS, NV 89119

**website** | **vCard** | **map** | **email**

  

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, January 3, 2023 9:17 AM
**To:** Mark Weisenmiller <mweisenmiller@Gtg.legal>
**Cc:** William Noall <wnoall@Gtg.legal>
**Subject:** Re: [EXTERNAL] RE: OST - DIP Financing - MSLP - Interim Approval

Thanks Mark - we will put you down as a no.

**Samuel A. Schwartz, Esq.**
Schwartz Law, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

On Jan 3, 2023, at 9:10 AM, Mark Weisenmiller <mweisenmiller@gtg.legal> wrote:


Sam,

You have requested Empery's consent to an order shortening time to have your motion heard on less than two days' notice but declined to share with Empery the agreed to DIP term sheet or file your motion.  Empery will respond to your requested OST after it receives and reviews the DIP term sheet and motion to ensure it has adequate time to respond to the motion.

Mark

**Mark M. Weisenmiller**

Attorney

P 725 777 3000 | F 725 777 3112

GARMAN | TURNER | GORDON

7251 Amigo Street
LAS VEGAS, NV 89119

**website** | **vCard** | **map** | **email**

<image001.png>

<image002.png>

<image003.png>

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Tuesday, January 3, 2023 8:53 AM
**To:** Day, Jared A. (USTP) <Jared.A.Day@usdoj.gov>; Mark Weisenmiller <mweisenmiller@Gtg.legal>; William Noall <wnoall@Gtg.legal>; Candace Carlyon <ccarlyon@carlyoncica.com>; Dawn Cica <dcica@carlyoncica.com>; McDonald Jr, Edward M. (USTP) <Edward.M.McDonald@usdoj.gov>; Jeffrey Sternklar <jeffrey@sternklarlaw.com>; James Shea <jshea@shea.law>
**Cc:** Bryan Lindsey <BLindsey@nvfirm.com>; Athanasios Agelakopoulos <aagelakopoulos@nvfirm.com>; Brian Braud <bbraud@nvfirm.com>; Susan Roman

<sroman@nvfirm.com>; Vincent J. Roldan <vroldan@mblawfirm.com>
**Subject:** Re: [EXTERNAL] RE: OST - DIP Financing - MSLP - Interim Approval

Mr. Day, good morning.  No objection if your objection is lodged at the hearing.  I also copied counsel for Prestige here – Mr. Roldan – to ask for his consent to an OST for financing.

**Samuel A. Schwartz, Esq.**
Schwartz Law, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** "Day, Jared A. (USTP)" <Jared.A.Day@usdoj.gov>
**Date:** Tuesday, January 3, 2023 at 8:50 AM
**To:** "Samuel A. Schwartz" <saschwartz@nvfirm.com>, Mark Weisenmiller <mweisenmiller@gtg.legal>, Williami Noall <wnoall@gtg.legal>, Candace Carlyon <ccarlyon@carlyoncica.com>, Dawn Cica <dcica@carlyoncica.com>, "McDonald Jr, Edward M. (USTP)" <Edward.M.McDonald@usdoj.gov>, Jeffrey Sternklar <jeffrey@sternklarlaw.com>, James Shea <jshea@shea.law>
**Cc:** Bryan Lindsey <BLindsey@nvfirm.com>, Athanasios Agelakopoulos <aagelakopoulos@nvfirm.com>, Brian Braud <bbraud@nvfirm.com>, Susan Roman <sroman@nvfirm.com>
**Subject:** [EXTERNAL] RE: OST - DIP Financing - MSLP - Interim Approval

Mr. Schwartz,

I presume that the proposed order you upload with the court will indicate that any oppositions may be made during the hearing?

Jared A. Day
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee, Region 17
300 Booth Street, Suite 3009

Reno, NV 89509
Phone: (775) 784-5335

---

**From:** Samuel A. Schwartz <saschwartz@nvfirm.com>
**Sent:** Monday, January 2, 2023 11:32 PM
**To:** Mark Weisenmiller <mweisenmiller@gtg.legal>; Williami Noall <wnoall@gtg.legal>; Candace
Carlyon <ccarlyon@carlyoncica.com>; Dawn Cica <dcica@carlyoncica.com>; Day, Jared A. (USTP)
<Jared.A.Day@usdoj.gov>; McDonald Jr, Edward M. (USTP) <Edward.M.McDonald@usdoj.gov>;
Jeffrey Sternklar <jeffrey@sternklarlaw.com>; James Shea <jshea@shea.law>
**Cc:** Bryan Lindsey <BLindsey@nvfirm.com>; Athanasios Agelakopoulos
<aagelakopoulos@nvfirm.com>; Brian Braud <bbraud@nvfirm.com>; Susan Roman
<sroman@nvfirm.com>
**Subject:** [EXTERNAL] OST - DIP Financing - MSLP - Interim Approval

Good evening.  We intend to seek debtor-in-possession financing in the MusclePharm Corporation
bankruptcy case tomorrow.  The Debtor has an immediate need to fund payroll on Thursday, and we
would like the motion heard on January 5, at 9:30 a.m., which is the time the Court has set for the
other first day motions filed in the case.  Please do let us know if you consent to shortened time for
interim approval of financing.

**Samuel A. Schwartz, Esq.**
Schwartz Law, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
702.802.2207 tel
SASchwartz@nvfirm.com

**\*\*CONFIDENTIALITY NOTICE\*\***
This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-
2521 and is legally privileged.  It is intended only for the use of the individual or entity to which it is
addressed and may contain information that is privileged, confidential and exempt from disclosure
under applicable law.  If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is strictly prohibited.