_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 03, 2023
_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Interim Hearing Date: January 5, 2023<br>Interim Hearing Time: 9:30 a.m. |

**EX PARTE ORDER SHORTENING TIME**

THIS MATTER having come before the Court on the ex parte application for order shortening time to hear, on an interim basis, the Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (the "**DIP Financing**

1

**Motion**") (ECF No. 33) filed by MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**").

**IT IS HEREBY ORDERED** that the <u>interim hearing</u> on the DIP Financing Motion, filed on January 3, 2023, will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox, in the Foley Federal Building, 300 Las Vegas Blvd South, on **January 5, 2023**, at the hour of **9:30 a.m.**; and

**IT IS FURTHER ORDERED** that oppositions to the DIP Financing Motion may be made at the interim hearing; and

**IT IS FURTHER ORDERED** that any replies to oppositions may be made at the hearing. Hearing participation will be by remote videoconference and/or teleconference. Remote participation information may be found on the posted calendar on the Court's website at www.nvb.uscourts.gov/calendars/court-calendars.

Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

**IT IS SO ORDERED.**

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Proposed Attorneys for the Debtor*

###