Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Interim Hearing Date: January 5, 2023<br>Interim Hearing Time: 9:30 AM PST |

**NOTICE OF INTERIM HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

TO:    THE COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that an interim hearing has been set on shortened time for the captioned date and time of **January 5, 2023, at 9:30 AM PST** on the Debtor's *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* (the "**DIP Financing Motion**") [ECF No. 33].

**PLEASE TAKE FURTHER NOTICE** that any party who objects to the DIP Financing Motion may lodge an opposition pursuant to this Court's Order, a true and correct copy of which

is attached hereto as **Exhibit 1**, and Local Rule 9014(d) and 9006(c):

> Oppositions to the DIP Financing Motion may be made at the interim hearing on **January 5, 2023, at 9:30 AM PST**. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

**PLEASE TAKE FURTHER NOTICE** that replies to any oppositions may be made at the interim hearing on **January 5, 2023, at 9:30 AM PST**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is not timely made, an order for the aforementioned DIP Financing Motion and the request for relief may be granted. LR 9014(a)(1).

**WHEREFORE**, notice is further given that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The interim hearing on the DIP Financing Motion will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox on the captioned date and time. Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated: January 3, 2023.

Respectfully Submitted By,

SCHWARTZ LAW, PLLC

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Proposed Attorneys for Debtor*

# EXHIBIT 1

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 03, 2023

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Interim Hearing Date: January 5, 2023<br>Interim Hearing Time: 9:30 a.m. |

**EX PARTE ORDER SHORTENING TIME**

THIS MATTER having come before the Court on the ex parte application for order shortening time to hear, on an interim basis, the Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (the "**DIP Financing**

1

1  **Motion**") (ECF No. 33) filed by MusclePharm Corporation, the debtor and debtor-in-possession
2  in the above-referenced Chapter 11 case (the "**Debtor**").

3        **IT IS HEREBY ORDERED** that the <u>interim hearing</u> on the DIP Financing Motion, filed
4  on January 3, 2023, will be held before the Honorable United States Bankruptcy Judge Natalie M.
5  Cox, in the Foley Federal Building, 300 Las Vegas Blvd South, on
6  **January 5, 2023**, at the hour of **9:30 a.m.**; and

7        **IT IS FURTHER ORDERED** that oppositions to the DIP Financing Motion may be
8  made at the interim hearing; and

9        **IT IS FURTHER ORDERED** that any replies to oppositions may be made at the
10 hearing. Hearing participation will be by remote videoconference and/or teleconference. Remote
11 participation information may be found on the posted calendar on the Court's website at
12 www.nvb.uscourts.gov/calendars/court-calendars.

13     Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering
14 meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

15       **IT IS SO ORDERED.**
16 Respectfully Submitted,

17 SCHWARTZ LAW, PLLC

18 By: /s/ *Samuel A. Schwartz*
19 Samuel A. Schwartz, Esq.
   Bryan A. Lindsey, Esq.
20 601 East Bridger Avenue
   Las Vegas, NV 89101
21

22 *Proposed Attorneys for the Debtor*
                                                 ###