Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Michael L. Sturm, hereby declare as follows:

1. I am over the age of 18 years old and not a party to the above-captioned Chapter 11 case.

2. I am employed as a Paralegal by the law firm of Schwartz Law, PLLC, proposed counsel of record for MusclePharm Corporation, the debtor and debtor-in-possession in the above-captioned Chapter 11 case.

3. On the 3rd day of January, 2023, I caused a true and correct copy of *Notice of Interim Hearing on Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 39] to be served electronically via the Court's CM/ECF system

upon the e-mail addresses listed in **Exhibit 1** attached hereto.

    4.    On the 3rd day of January, 2023, I caused true and correct copies of:

(i) *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 33];

(ii) *Omnibus Declaration of Gary Shirshac in Support of Debtor's Emergency Petition, First Day Motions and Related Relief* [ECF No. 34];

(iii) *Ex Parte Application for Order Shortening Time to Hear Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 35];

(iv) *Attorney Information Sheet for Proposed Order Shortening Time* [ECF No. 36];

(v) *Notice of Consent to Requested Order Shortening Time on Debtor-in-Possession Financing Motion* [ECF No. 37]; and

(vi) *Notice of Interim Hearing on Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 39],

/ / /

/ / /

/ / /

to be served via overnight mail, postage prepaid, upon the addresses listed in **Exhibit 2** attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of January, 2023.

> By: */s/ Michael L. Sturm*
> Michael L. Sturm, an employee of
> SCHWARTZ LAW, PLLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2023, I caused service of a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** to be made electronically via the Court's CM/ECF system upon the following parties at the e-mail addresses listed below:

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

STRETTO
ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal; bknotices@gtg.legal

/s/ Michael L. Sturm
Michael L. Sturm, an employee of
SCHWARTZ LAW, PLLC

# EXHIBIT 1

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

STRETTO
ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal; bknotices@gtg.legal

# EXHIBIT 2

SK LABS
ATTN: MANAGING AGENT
5420 E LA PALMA AVE
ANAHEIM, CA  92807-2023

MILL HAVEN FOODS
ATTN: MANAGING AGENT
211 LEER ST
NEW LISBON, WI  53950-1170

BAKERY BARN
ATTN: MANAGING AGENT
111 TERENCE DR
PITTSBURGH, PA  15236-4133

ATLANTIC GRAIN
ATTN: MANAGING AGENT
496 BRAMSON CT, UNIT 140
MOUNT PLEASANT, SC  29464-7961

JW NUTRITIONAL
ATTN: MANAGING AGENT
PO BOX 258
ALLEN, TX  75013-0005

CITY FOOTBALL GROUP
ATTN: MANAGING AGENT
ETIHAD STADIUM
ROWSLEY STREET
MANCHESTER
M11 3FF

CREATIVE FLAVOR CONCEPTS
ATTN: MANAGING AGENT
10866 WILSHIRE BLVD, STE 500
LOS ANGELES, CA  90024-4340

ROPES & GRAY LLP
ATTN: MANAGING AGENT
MAIL CODE: 11104
PO BOX 70280
PHILADELPHIA, PA  19176-0280

/ / /

/ / /

KASOWITZ BENSON TORRES LLP
ATTN: MANAGING AGENT
1633 BROADWAY
NEW YORK, NY  10019-6708

CANSOURCE
ATTN: MANAGING AGENT
2120 MILLER DR, UNIT G
LONGMONT, CO  80501-6790

AMERICAN NUTRITIONAL CORP
ATTN: MANAGING AGENT
3150 SUNRISE AVE
LAS VEGAS, NV  89101-4832

CANYON PLASTICS
ATTN: MANAGING AGENT
28455 LIVINGSTON AVE
VALENCIA, CA  91355-4173

BELMARK INC
ATTN: MANAGING AGENT
PO BOX 8814
CAROL STREAM, IL  60197-8814

KORN FERRY
ATTN: MANAGING AGENT
PO BOX 1450
MINNEAPOLIS, MN  55485-1450

BAR BAKERS
ATTN: MANAGING AGENT
10711 BLOOMFIELD ST
LOS ALAMITOS, CA  90720-2503

CA - RECEIVER GENERAL
ATTN: MANAGING AGENT
103-275 POPE RD
SUMMERSIDE, PE  C1N 6A2

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MANAGING AGENT
333 S HOPE ST, FL 43
LOS ANGELES, CA  90071-1422

/ / /

BKM BACKLOT 229 LLC
ATTN: MANAGING AGENT
PO BOX 51698
LOS ANGELES, CA  90051-5998

NUTRABLEND FOODS
ATTN: MANAGING AGENT
32 CHERRY BLOSSOM RD
CAMBRIDGE, ON  N3H 4R7

EXCEL SPORTS MANAGEMENT, LLC
ATTN: MANAGING AGENT
1700 BROADWAY, FL 29
NEW YORK, NY  10019-6559

PRESTIGE CAPITAL
C/O MANDELBAUM BARRETT PC
ATTN: VINCENT J. ROLDAN, ESQ.
3 BECKER FARM RD, STE 105
ROSELAND, NJ  07068-1726

WHITE WINSTON SELECT ASSET FUNDS, LLC
C/O JEFFREY D. STERNKLAR LLC
ATTN: JEFFREY D. STERNKLAR, ESQ.
101 FEDERAL ST, STE 1900
BOSTON, MA  02110-1861

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JARED A. DAY, ESQ.
300 BOOTH ST, STE 3009
RENO, NV  89509

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

SECURITIES AND EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 S FLOWER ST, STE 900
LOS ANGELES, CA  90071-9591

FINRA
1735 K STREET, NW
WASHINGTON, DC  20006-1506

/ / /

SOCIAL SECURITY ADMINISTRATION
LOS ANGELES REGIONAL OFFICE
444 S FLOWER ST, STE 900
LOS ANGELES, CA  90071

NEVADA DEPT. OF TAXATION, BK SECTION
555 E WASHINGTON AVE, #1300
LAS VEGAS, NV  89101

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV  89155-1220

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV  89155-1401

DEPT. OF EMPLOYMENT, TRAINING AND REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY, NV  89713

JPMORGAN CHASE BANK, NA
ATTN: OFFICER OR DIRECTOR
PO BOX 182051
COLUMBUS, OH  43218-2051

WELLS FARGO BANK, NA (182)
ATTN: OFFICER OR DIRECTOR
PO BOX 63020
SAN FRANCISCO, CA  94163-9991