Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

**DECLARATION OF GARY SHIRSHAC IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

I, GARY SHIRSHAC, hereby declare as follows:

1. I am over the age of 18 and mentally competent.

2. I am the Chief Financial Officer of MUSCLEPHARM CORPORATION, a Nevada limited liability company ("**Debtor**" or "**MusclePharm**"). In this capacity, I am familiar with the Debtor's daily business, operational, and financial affairs. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtor's operations and finances, information learned from my review of relevant documents, and information supplied to me by other members of the Debtor's management and the Debtor's business and legal advisors. If called upon to testify as to the content of this Declaration, I could and would do so.

3. I make this declaration in support of the Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash

1

Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (the "**DIP Financing Motion**") (ECF No. 33).

7. The Debtor needs immediate access to financing to preserve its assets during the pendency of this Chapter 11 Case. I believe the value of the Debtor's assets are preserved and maximized through the continued operation of the company, not in a sale or cessation of the business. As such, in the absence of the Debtor obtaining the financing described in the DIP Financing Motion, the Debtor will be forced to cease operations, and the Debtor's estate would suffer immediate and irreparable harm.

8. I also believe a significant portion of the Debtor's business value is directly tied to its intellectual property - an intangible asset that will not be maximized from stopping operations. Accordingly, the Debtor's secured creditors are better protected by the company's continued operations and approval of the DIP Financing Motion.

*[No Further Text. Signature Page Follows.]*

1     I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

3     Dated: January 4, 2023.

*/s/ Gary Shirshac*
_____
GARY SHIRSHAC