James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   jshea@shea.law
            blarsen@shea.law
            kwyant@shea.law

-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Pro Hac Vice Application Forthcoming*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:   (617) 207-7800
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston
Select Asset Funds, LLC*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

IN RE:

MUSCLEPHARM CORPORATION

Debtor.

Chapter 11

Case No.: 22-14422-nmc

**CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC NOTICE OF
APPEARANCE AND REQUEST FOR SPECIAL NOTICE
IN BANKRUPTCY PROCEEDING**

Page 1 of 5

CORE/3526645.0002/178778432.1

Creditor White Winston Select Asset Funds, LLC ("WW"), by and through its undersigned counsel:

James Patrick Shea, Esq.
Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 741-7432
jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar LLC (*Pro Hac Vice Application Forthcoming*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone:  (617) 207-7800
Email:  jeffrey@sternklarlaw.com

hereby appears in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.

///
///
///
///
///
///
///
///
///
///

CORE/3526645.0002/178778432.1

1        All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule

2    2002(g), all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed

3    to the law firm of Shea Larsen and Jeffrey D. Sternklar LLC at the above addresses.

4        DATED this 4th day of January, 2023.

**SHEA LARSEN**

*/s/ Bart K. Larsen, Esq.*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Pro Hac Vice Application Forthcoming*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:    (617) 207-7800
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

Page 3 of 5

CORE/3526645.0002/178778432.1

## CERTIFICATE OF SERVICE

1.    On January 4, 2023, I served the following document(s): **CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE IN BANKRUPTCY PROCEEDING**

2.    I served the above document(s) by the following means to the persons as listed below:

☒    a.    ECF System:

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com

WILLIAM NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal

☐    b.    United States mail, postage fully prepaid:

☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

        ☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

        ☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

///
///
///
///

Page 4 of 5

CORE/3526645.0002/178778432.1

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

☐      f.      By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2023.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

CORE/3526645.0002/178778432.1