James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
　　　　blarsen@shea.law
　　　　kwyant@shea.law

-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Pro Hac Vice Application Forthcoming*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:  (617) 207-7800
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MUSCLEPHARM CORPORATION<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 22-14422-nmc<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |

　　　　Jeffrey D. Sternklar, Esq. ("Petitioner") respectfully represents to the above-captioned Court:

　　　　1.　　That Petitioner resides in Sharon, Massachusetts.

　　　　2.　　That Petitioner is an attorney at law and a member of the law firm of Jeffrey D.

CORE/3526645.0002/178778432.1

Sternklar LLC ("JDS") with an office and mailing address at 101 Federal Street, Suite 1900, Boston, MA 02110.

3. That Petitioner has been retained as a member of the JDS law firm by creditor White Winston Select Asset Funds, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4. Since 1986, Petitioner has been and presently is a member of good standing of the bar of the highest Court of the State of Massachusetts where Petitioner regularly practices law. A copy of the certificate of good standing for Petitioner is attached hereto as **Exhibit 1**.

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations: State Bar of Massachusetts – Bar No. 549561.

8. Petitioner was admitted to practice before the following courts on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said courts:

**STATE BAR MEMBERSHIPS**

| STATE | BAR ID | DATE OF LICENSURE |
|---|---|---|
| Massachusetts | 549561 | June 10, 1987 |
| Texas | 19176300 | November 4, 1983 |
| North Carolina | 13337 | March 21, 1986 |
| New York | 2113041 | March 31, 1987 |

**FEDERAL BAR MEMBERSHIPS**

| COURT | DATE OF LICENSURE |
|---|---|
| United States Supreme Court | May 12, 1997 |
| United States Court of Appeals - First Circuit | November 4, 1996 |
| United States Court of Appeals - Second Circuit | August 23, 2017 |

CORE/3526645.0002/178778432.1

| | |
|---|---|
| United States Court of Appeals - Third Circuit | September 9, 2003 |
| United States Court of Appeals - Fourth Circuit | July 16, 1986 |
| United States Court of Appeals - Fifth Circuit | December 5, 1983 |
| United States District Court - D. MA. | August 13, 1987 |
| United States District Court - S.D.TX | February 13, 1984 |
| United States District Court - M.D.N.C. | May 22, 1986 |
| United States District Court - E.D.N.C. | May 2, 1986 |

9. Petitioner has not filed any application to appear as counsel under Local Rule IA 11-2 in the last three (3) years. Members of the Petitioner's law firm have filed applications to appear as counsel under Local Rule IA 11-2 during the last three (3) years as follows: None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the Petitioner is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED this 31st day of December, 2022.

_____
Petitioner's Signature

STATE OF MASSACHUSETTS )
                        )
COUNTY OF NORFOLK       )

Jeffrey D. Sternklar, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

KAILEE M. DIRENZO
Notary Public
Commonwealth of Massachusetts
My Commission Expires December 15, 2028

Subscribed and sworn to me before this 31st day of December, 2022.

Kailee DiRenzo _____ Notary public

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

CORE/3526645.0002/178778432.1

**CERTIFICATE OF SERVICE**

1. On January 4, 2023, I served the following document(s): **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

2. I served the above document(s) by the following means to the persons as listed below:

　☒　a.　ECF System:

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com

WILLIAM NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal

　☐　b.　United States mail, postage fully prepaid:

　☐　c.　Personal Service:

I personally delivered the document(s) to the persons at these addresses:

　　☐　For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

　　☐　For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

　☐　d.　By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

　☐　e.　By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

///

///

///

///

CORE/3526645.0002/178778432.1

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2023.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

CORE/3526645.0002/178778432.1

# EXHIBIT 1

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

December 29, 2022

Attorney Jeffrey David Sternklar
Jeffrey D. Sternklar
10 Mallard Drive
Sharon , MA  02067
jeffrey@sternklarlaw.com

**IN RE:**   **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Jeffrey David Sternklar .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  12/29/2022 12.28.2022
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **June 10, 1987**, said Court being the highest Court of Record in said Commonwealth:

### Jeffrey David Sternklar

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **December** in the year of our Lord **two thousand and twenty-two.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.