Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No: 22-14422-nmc<br><br>Chapter 11 |

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, by and through her undersigned counsel, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

| | |
|---|---|
| MHF Opco, LLC fka Mill Haven Foods, LLC<br>**Attn: None Listed**<br>211 Leer Street<br>New Lisbon, WI 53950<br>Phone: (608) 553-5862<br>E-mail: *brian@millhavenfoods.com* | Identified Counsel:<br><br>**Douglas Poland, Esq.**<br>Stafford Rosenbaum, LLP<br>222 W. Washington Ave, Suite 900<br>Madison, WI 53701<br>Phone: (608) 259-2663<br>E-mail: *dpoland@staffordlaw.com* |
| Atlantic Grain & Trade<br>**Attn: Anthony Reno**<br>1472 White Oak Drive<br>Chaska, MN 55318<br>Phone: (952) 283-1418<br>E-mail: *treno@atlanticgrain.com* | Identified Counsel:<br><br>**None Listed** |

| JW Nutritional, LLC<br>**Attn: Jesse Windrix**<br>601 Century Parkway, Suite 300<br>Allen, TX 75013<br>Phone: (214) 221-0404<br>E-mail: jesse@jwnutritional.com | Identified Counsel:<br><br>**Adam K. Marshall, Esq.**<br>Barrow & Grim, PC<br>110 W. 7th Street, Suite 900<br>Tulsa, OK 74119<br>Phone: 918-584-1600<br>E-mail: marshall@barrowgrimm.com |
|---|---|

Dated: January 4, 2023

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Terri H. Didion
Terri H. Didion
Assistant United States Trustee

-2-