GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-NMC |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: Ex Parte<br>Time: Ex Parte |

**EX PARTE MOTION TO EXCEED PAGE LIMIT FOR OBJECTION TO EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

Empery Tax Efficient, LP, in its capacity as collateral agent (in such capacity, "Empery")[1] of the Secured Noteholders with respect to the Notes, by and through its counsel, Garman Turner Gordon LLP, hereby submits its ex parte motion ("Motion") to exceed page limit in its forthcoming *Objection to Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing Debtor to Obtain Post-Petition Financing, (ii) Granting Priming Lines and Administrative Expense Claims, (iii) Authorizing the Debtor's use of Cash Collateral, (iv) Modifying the Automatic Stay, and (v) Granted Related Relief* (the "Objection") filed in response to the *Emergency Motion for Entry of*

---

[1] All capitalized undefined terms used herein shall be ascribed the definitions in the Objection.

*Interim and Final Orders: (i) Authorizing Debtor to Obtain Post-Petition Financing, (ii) Granting Priming Lines and Administrative Expense Claims, (iii) Authorizing the Debtor's use of Cash Collateral, (iv) Modifying the Automatic Stay, and (v) Granted Related Relief* [ECF No. 33] ("Emergency Motion").

This Motion is made and based upon Local Rule 9014(e) and the pleadings and papers on file in this case.

Good cause exists to extend the page limit to twenty-seven (27) pages for the Objection so Empery can adequately detail the relevant facts and applicable law to oppose the Emergency Motion as permitted by Local Rule 9014(e)(1). Accordingly, Empery requests leave to file its Objection with no more than 27 pages of legal and factual analysis and argument.

Based on the foregoing, Empery respectfully requests that the Court enter an order in substantially the same form as the proposed order attached hereto as **Exhibit 1** granting Empery leave, pursuant to Local Rule 9014(e)(1), to file its Objection with no more than 27 pages of legal and factual analysis and argument.

DATED this 4th day of January, 2023.

GARMAN TURNER GORDON LLP

 */s/ Mark M. Weisenmiller*
WILLIAM M. NOALL, ESQ.
GREGORY E. GARMAN, ESQ.
MARK M. WEISENMILLER, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail:  wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11<br><br>Date:  Ex Parte<br>Time:  Ex Parte |
|---|---|

**ORDER GRANTING EX PARTE MOTION TO EXCEED PAGE LIMIT FOR OBJECTION TO EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING <u>THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF</u>**

The Court having considered Empery's *Ex Parte Motion To Exceed Page Limit for Objection Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing Debtor to*

*Obtain Post-Petition Financing, (ii) Granting Priming Lines and Administrative Expense Claims, (iii) Authorizing the Debtor's use of Cash Collateral, (iv) Modifying the Automatic Stay, and (v) Granted Related Relief* (the "<u>Ex Parte Motion</u>"), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Ex Parte Motion is GRANTED, and Empery may file its Objection in excess of the page limits in LR 9014(e) to include a maximum of up to twenty-seven (27) pages of factual and legal analysis and arguments.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED:**

GARMAN TURNER GORDON LLP

 /s/ Mark M. Weisenmiller
WILLIAM M. NOALL, ESQ.
GREGORY E. GARMAN, ESQ.
MARK M. WEISENMILLER, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*