GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email:  wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as
Agent and Collateral Agent for certain
Noteholders*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>　　　　　Debtor. | Case No. 22-14422-<br><br>nmc Chapter 11<br><br><br>Date:  N/A<br>Time:  N/A |

## CERTIFICATE OF SERVICE

1.　　　On January 3, 2023, I served the following document(s):

　　　a.　　*Limited Objection to Debtors Employee Benefits Motions*　　Dkt. No. 43

2.　　　On January 4, 2023, I served the following document(s):

　　　a.　　*Ex Parte Motion to Exceed Page Limit for Objection to*　　Dkt. No. 50
　　　　　*Emergency Motion for Entry of Interim and Final*
　　　　　*Orders: (I) Authorizing Debtor to Obtain Post-Petition*
　　　　　*Financing, (II) Granting Priming Liens and*
　　　　　*Administrative Expense Claims, (III) Authorizing the*
　　　　　*Debtor's Use of Cash Collateral, (IV) Modifying the*
　　　　　*Automatic Stay, and (V) Granting Related Relief*

　　　b.　　*Objection to Emergency Motion for Entry of Interim and*　　Dkt. No. 51
　　　　　*Final Orders: (I) Authorizing Debtor to Obtain Post-*
　　　　　*Petition Financing, (II) Granting Priming Liens and*
　　　　　*Administrative Expense Claims, (III) Authorizing the*

*Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief*

    c.    *Declaration of Timothy Silver in Support of Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief*    Dkt. No. 52

    d.    *Declaration of Mark M. Weisenmiller in Support of Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief*    Dkt. No. 53

    e.    *First Supplement to Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief*    Dkt. No. 54

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System:  See attached ECF Confirmation Sheets.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of January, 2023.

                         */s/ Caitlin Halm*
                         An employee of
                         Garman Turner Gordon LLP

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARK M. WEISENMILLER entered on 1/3/2023 at 10:39 PM PST and filed on 1/3/2023

**Case Name:**    MUSCLEPHARM CORPORATION

**Case Number:**    22-14422-nmc

**Document Number:** 43

**Docket Text:**
Limited Objection *LIMITED OBJECTION TO DEBTORS EMPLOYEE BENEFITS MOTIONS* Filed by MARK M. WEISENMILLER on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[14] Motion Re: Chapter 11 First Day Motions filed by Debtor MUSCLEPHARM CORPORATION.) (WEISENMILLER, MARK)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** [TO FILE] Limited Objection to Employees Benefits Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/3/2023] [FileNumber=34822380-0]
[1f4172f5cf49d55fb6617517fd91e225cb22cd0f03ffe46af38ee46dcf85d59eb711
9a31d3199b1c416c60185d4c941e48a6bc09d8005bf2fc8ee6c295358fef]]

**22-14422-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal, bknotices@gtg.legal

**22-14422-nmc Notice will not be electronically mailed to:**

**File a Motion:**

22-14422-nmc MUSCLEPHARM CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARK M. WEISENMILLER entered on 1/4/2023 at 4:37 PM PST and filed on 1/4/2023

**Case Name:**      MUSCLEPHARM CORPORATION
**Case Number:**    22-14422-nmc
**Document Number:** 50

**Docket Text:**
Ex Parte Motion to Exceed Page Limit *for Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* with Proposed Order Filed by MARK M. WEISENMILLER on behalf of EMPERY TAX EFFICIENT, LP (WEISENMILLER, MARK)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Exparte Mtn to Exceed Page Limit re Opp to DIP Mtn (dkt 33).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824099-0]
[6ffa30ea34e05a687c10b7b02e3e15f96fcb8eb2d717d83ce9e097f3b09aedc96085
9529de8c7122bbb80f83f5a96251b2189547cb50664bcce386585d44609a]]

**22-14422-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal, bknotices@gtg.legal

**22-14422-nmc Notice will not be electronically mailed to:**

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

**File an answer to a motion:**

22-14422-nmc MUSCLEPHARM CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from MARK M. WEISENMILLER entered on 1/4/2023 at 5:04 PM PST and filed on 1/4/2023

**Case Name:** MUSCLEPHARM CORPORATION
**Case Number:** 22-14422-nmc
**Document Number:** 51

**Docket Text:**
Objection *to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* Filed by MARK M. WEISENMILLER on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[33] Motion Re: Chapter 11 First Day Motions filed by Debtor MUSCLEPHARM CORPORATION.) (WEISENMILLER, MARK)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**FINAL Opp to DIP Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824256-0]
[e689b510e1154f714eae63da4f1745c1f4dd1b68183cccb8e655a39cd7d7dd8a441d
169cf2da04072b30aa922603a9d1d91172c089453ed2a70827a8e13dee88]]

**22-14422-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal, bknotices@gtg.legal

**22-14422-nmc Notice will not be electronically mailed to:**

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARK M. WEISENMILLER entered on 1/4/2023 at 5:34 PM PST and filed on 1/4/2023
**Case Name:**        MUSCLEPHARM CORPORATION
**Case Number:**    22-14422-nmc
**Document Number:** 52

**Docket Text:**
Declaration Of: Timothy Silver *in Support of Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* Filed by MARK M. WEISENMILLER on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[51] Objection filed by Interested Party EMPERY TAX EFFICIENT, LP) (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Exhibit # (6) Exhibit # (7) Exhibit # (8) Exhibit # (9) Exhibit # (10) Exhibit # (11) Exhibit # (12) Exhibit # (13) Exhibit # (14) Exhibit # (15) Exhibit # (16) Exhibit # (17) Exhibit # (18) Exhibit # (19) Exhibit # (20) Exhibit # (21) Exhibit # (22) Exhibit # (23) Exhibit # (24) Exhibit # (25) Exhibit # (26) Exhibit # (27) Exhibit # (28) Exhibit # (29) Exhibit # (30) Exhibit # (31) Exhibit # (32) Exhibit # (33) Exhibit # (34) Exhibit # (35) Exhibit # (36) Exhibit # (37) Exhibit # (38) Exhibit # (39) Exhibit # (40) Exhibit # (41) Exhibit # (42) Exhibit # (43) Exhibit # (44) Exhibit # (45) Exhibit # (46) Exhibit # (47) Exhibit # (48) Exhibit # (49) Exhibit # (50) Exhibit # (51) Exhibit # (52) Exhibit # (53) Exhibit # (54) Exhibit # (55) Exhibit # (56) Exhibit # (57) Exhibit # (58) Exhibit # (59) Exhibit # (60) Exhibit # (61) Exhibit # (62) Exhibit # (63) Exhibit # (64) Exhibit # (65) Exhibit # (66) Exhibit # (67) Exhibit # (68) Exhibit # (69) Exhibit # (70) Exhibit # (71) Exhibit # (72) Exhibit # (73) Exhibit) (WEISENMILLER, MARK)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** TO FILE Declaration ISO Objection to Certain First Day Motions.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-0] [4eaedec2f7b908c45acc8a098bb8215206de8bcfa96d67ddf5c123679b2b72592c61 f157acc66668f081d5c5213d9c554284363e7b4dd6dcd5fb7c2b72075696]]

**Document description:** Exhibit
**Original filename:** C:\fakepath\Ex A Active_106529657_16_MusclePharm - Securities Purchase Agreement - Oct-13-20212.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-1] [15b5bfdbdc7e7e5b3dedc91bcdbe29ac61de28e53d28e95013a114ceb0315364b8a9 01c9e4ffdf37edea3ff0a68a8554506050df16a7be91783f445c13ac6855]]

**Document description:** Exhibit
**Original filename:** C:\fakepath\Ex B MusclePharm - Senior Note (Empery Master Onshore- LLC) - Oct-

13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-2]
[dcb3fb1f662762fbf88a2d5b844bb98464322eaaeceb47b51c5201a253e1db7e73ce
7ab6220b0a059e1b1bd17cc2f53454aaaa0a2c0db266ef61900aa1d2b493]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex C MusclePharm - Senior Note (Empery Tax Efficient- LP) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-3]
[93631e559b5d1b6b21e4ae5567d070cde55074e18291a20fdbcbb1c77d61d000d17b
909b21c98790a140c50b49713f35375ec13a8acd813279c0d006a1fac89b]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex D MusclePharm - Senior Note (Empery Tax Efficient III- LP) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-4]
[54bf21ae4da0c3983e397a5ca4f84c43d4aa8e413b5b727aa05ea84b1a8de6284ce1
0bcf942bf34b096798c7155e31df6e05a9faf7de16e4aca46c9dc28321ab]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex E MusclePharm - Senior Note (Empery Debt Opportunity Fund- LP) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-5]
[e637b8f8ee3cb4ddb33a27c5b473572dee697537524f520bc5b27afc6608e7507896
a027a09e9b0950e2dff155093155c28a2ecc9684f6a0343ccc6053f6f2bb]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex F MusclePharm - Senior Note (Ionic Ventures LLC) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-6]
[f784600ddcbfd0ed925ae51cb9a75780ab5618521c9585e27ce7ab06eafab8eccfd5
1a3d35356821bfa54c47761f6526a4fa9324dbc26a2705bdae042e4674ff]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex G MusclePharm - Senior Note (Anson Investments LP) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-7]
[6fe691a1fa3f64dd1f1e8df2d82e23b6f30d2e90420be75363a8e21c37ff48438cdf
a569276594cb487eb1869a2e7629ead0d30ce095f3cbd71805a3bf0b31da]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex H MusclePharm - Senior Note (CVI Investments Inc) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-8]
[dd5b2b1dd2f0e54a1fe1eed3997526a6584fe76e0669259c65f1d74297312ac0a590
877179009e10336aa19cc8c2cc12802c5f172a50005939e9d9b8852db792]]
**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex I MusclePharm - Senior Note (HB Fund LLC) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-9]
[51ace2624e6b565f55c2dbfccd13129050971fdd96a2c6d31ab7f8cd6a5f0ebeaed6
cec1db60fa903331d67f80d20f419cc966a4484a85ca11175697439239a0]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex J MusclePharm - Senior Note (Intracoastal LP) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-10
] [f7aa3643ed611080305240c3c6500f0de90108c879dab8f2d6b77b024cb026822d6
ac36f1a3d59f2d50b694fa917c0b0bc9c79374a6cb88ce8841821f96b3f3d]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex K MusclePharm - Senior Note (Bigger Capital Fund LP) - Oct-13-
2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-11
] [b3f8c89f160cee0870615541681d99d7fc8e7f5f24c7e2077f8b3b475f89685ec22
af00a1d26bddee763bf4082baad453b205a8a6ba70be77dd5980649289c15]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex L MusclePharm - Senior Note (District 2 Capital Fund LP) - Oct-13-
2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-12
] [90f22f29aa855c1fcf89da55f9b586d415f9fbd1956470716a2084c955b876203ca
1e7be85f876c9b7a68743e7348d0ac709867f70e5b3b7d6e53aaebef7bca0]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex M MusclePharm - Senior Note (L1 Capital Global Opportunities
Master Fund) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-13
] [71ea0949e33552808929688939811 0baa6c15dcf3ae864a8958ab9dc377d99db52a
a727c38826c85f70ccfaaa58660a58486c79587511676328dcd8c943ec511]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex N MusclePharm - Senior Note (Altium Growth Fund LP) - Oct-13-
2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-14
] [9e7ae5fb2f8a3b7cc6abed837a31a5ff15f8159e9b82f8c6f8df607568bfa535c18
962b07677820a0b23c3e2477679d2eabf9d5f8a71bf50da2a093c6005a519]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex O MusclePharm - Pledge and Security Agreement - Oct-13-2021
(1).PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-15
] [a9aab2b4a2c64bd236b2f73730bffed386240e71db89103f0fc8717e13016423815
09df7027e48d63c4d10585673b1f80077a47f5a5e6f90a040f11fe3dc3b97]]
**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex P UCC Financing Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-16
] [2f43e2bf1654ab2ae3c48807f62e77327aacae84a96743505ac9fa8443c1a3ae9a9
7a9146aa578ea64b69ad0af4a5383d79bd8ccaf969bc4687f10febf14d1d8]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex Q Active_107631989_19_MusclePharm - Intercreditor Agreement
(Prestige Empery) - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-17
] [4174724fd45098e27441cd1fc4f2679b6ca8898694b31e03d6939664c0b5f4b2fcc
df891f8d9944c4ddd59bd036ed6ed678751817ad221b761492983cb94eabe]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex R MusclePharm - Intercreditor Agreement (Drexler Empery) - Oct-13-
2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-18
] [d44ee5eebe67a2e589355b8619ff0071597c59033aa65f85e467f9e6361dd7a38a9
e146c27e015e7cb0fafea08adedb838ce66afdae1036a80c33b8a88e92201]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex S MusclePharm Corporation__ DASICA_ARAN Executed_11.04.21
(1).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-19
] [93a6496f92a7a77aba455a98eb744eeb28dd8670c8f36cdabe48136aca5eb06709b
ba2b612e801f7e54279428992403f3337fd5d7a34689671d09ec22e9d94d9]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex T MusclePharm - Trademark Security Agreement - Oct-13-20212.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-20
] [cc188da367f2a7445f73431c3f171f3228cdbca483039df898ddca6bd1176852071
8dc15400175bfd18f9fa086c6de4a53362fabe113b2a0aa83fc5d865b7cb1]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex U MusclePharm - Perfection Certificate - Oct-13-20212.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-21
] [d28a9d4cf9914ee1d97001069f7837633bf00ca57f1dbc18c2f41afd725304a14c5
3ca279329687de9009aae6eae382a91ac880576ce125854f74a33afe6b7b0]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex V MusclePharm - Guarantee - Oct-13-2021.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-22
] [aac9dbe84fb19223882e398d9f7a6b8ba62c0751d60a3e5edc7d0bc94e82d99eac6
88dd0c165836ca3ac7f80fc693492429040f8acb13a11a118df372cd985d8]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex W Janice McCarthy Letter.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-23
] [6a21bcdea786e574ce743fe6e2dae420de62e4128c77770866300fd6eebedfbf8e2
47b5f4a029a842f2c6ad26e53f5e9929f1f7e350fcd372ed93330447ad027]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex X MusclePharm - First Amendment to Intercreditor Agreement -
EXECUTED.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-24
] [63913ed847e0b806c069a1be4c8e175ca502a7372ea75bfae8f02c0c94a1b3aef28
8fecf0c4954afd71e4bca089e0e784e7dbf24c0c0bce459fc5fcd4adad2e7]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex Y MusclePharm - Noteholder Consent - EXECUTED (Empery Tax
Efficient).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-25
] [33977f5966f6269cc527a8e9e4f4495a71a856b25423d96844e31a13b4aa1bf6f90
75a63ae11fba8564b29fd326770c6feb523edfbfe906bc6adeaea67e60d4e]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex Z MusclePharm - Certificate - Empery (SRZ) - Executed2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-26
] [789037ffe19c2e3c03c37045402bba424a11e671ff6eb7c86401ed4dd2afcb9e3e9
42151012d16e8ccb091990bd6a2c0519f1bf202f979a269fa825eb0370a1d]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex AA MSLP - Waiver and Amendment - Empery.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-27
] [15a77c4eff9adeda6d1ef3eeadd71e3f12ae89fc0002b08beb6a296f3a83442c4b1
a330ce3a466a194c5fb076aa920f4dc493332f2cc95c2591b29ef8786a699]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex BB MSLP - Amended and Restated SPA (June 2022) - Executed
(1)2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-28
] [2794b965623607e8be86cde36fd57bfb636a29b8051566d6dfb33a900e77c752bba
48508b52728261219c09ca5da53821be668e1726ce7cdcfd2eb38a6dfabf1]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex CC MSLP - Senior Secured Note (June 2022) - Altium Growth.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-29
] [19bada508964f10fd3983712428becf7cf89a2e2ecd9f35f9b1a460be348e84225b
681f56b33eadb2efe63d1c01eb6ac5f4dff26a3cee109f49a721be08b15db]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex DD MSLP - Senior Secured Note (June 2022) - Anson.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-30
] [70c9295a54705e32febba9794c7d90e04621972d4f55b463c8aedbe32157d2d2fe3

5c693162ddc9f086c7785834f93db9c5f5473e898126359d5efd46dd6ad1e]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex EE MSLP - Senior Secured Note (June 2022) - Bigger Capital Fund LP.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-31
] [efaa008b9d913673902235e50f94903bd1e0ed10781cddd9bcd9624fa7a19998e59
b1baa0f4f733e286dd8905a6f8237747cc3859fd79068ab480d355cbdd800]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex FF MSLP - Senior Secured Note (June 2022) - District 2 Capital Fund LP.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-32
] [60e4796529e4b754670d0c0896005dc825805bf4e6dbd5e69bba495d55ed55fd464
90f11cf68e0b00705c1ee33cc4d50992dc562babd2a8cba213b3dc7265ef1]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex GG MSLP - Senior Secured Note (June 2022) - Empery Debt Opportunity Fund.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-33
] [f9401c6d6d4fdffd8457b82078c08658ad1c09457a3e13b67411064fb97e2830a3a
5e40d65f3a3e1bab5b9887675eb5fd91a9ef2ee2bc96ae214e3cd16fd7d7d]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex HH MSLP - Senior Secured Note (June 2022) - Empery Master Onshore, LLC.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-34
] [038fdb44c887a8ff13538560aa985fa18344cf1c41aad3e851b3371f1ed702d96cf
04ca8c1fad2975052922d50fb6f6e6cf96f397038b8e82af46a85daae276f]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex II MSLP - Senior Secured Note (June 2022) - Empery Tax Efficient III, LP.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-35
] [414ba5ec01594cdd7c8f1df314e28f02aaeb8bd4913875831706fe338dd11c191fc
e24d171b13cced90c796f1bf1b2f486b51fd2eac4a3eb112d0b42298c4ee1]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex JJ MSLP - Senior Secured Note (June 2022) - Empery Tax Efficient, LP.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-36
] [ece6d8d0fa5d7d64b4c0283db270d675e323be2e0b3dc395d54da9fcd9f545c7416
db8707b80fed854a288a5bc240b8e713a75d6db183cb3166cd83b88804fb9]]

**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex KK MSLP - Senior Secured Note (June 2022) - HB Fund LLC.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-37

] [7e391d85e92d9255f5710a02e34ada3ec7b04cd32100c6c0650c4a566adf1a8c35f
e9c177b18658ae5c093cc2818a390d5fc281d9721e451a78438ca4a0349f2]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex LL MSLP - Senior Secured Note (June 2022) - Ionic Ventures LLC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-38
] [f7516008ca75065b506e091b04de99d11c6ac834a38ca50038205b11f9404502a0c
0c2e0bc88ad720d58e0467235d177e6abab3978a7c2646ebcf725de89bb1b]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex MM MSLP - Senior Secured Note (June 2022) - Roth.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-39
] [8cdf9de48ef8b7157fbf34676e733d19e800c73f2ed2136b9cd5da9e8acd28bb6d6
ea9c75c251dc2b183f459da9d5a37b1e214709e1c3c09cf18e3f02bff0158]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex NN MSLP - Senior Secured Note (June 2022) - WOMF.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-40
] [04a8e7cda32f62c0ebd1878b9e6ed64cde76edf0d6c400e332f90e57eff3997c1ef
3a54c263667c247bb2973451066b81a1a1bd3edff953ab8d39c9bb93365d1]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex OO Joinder Agreements2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-41
] [fcebc55dfb090578e57ed46630fce99e6b995069ad73129945a2ee6518a7569f155
8ee3321daa1e801f199317e990380d7257eabea68fe0805ada890b2f29ee2]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex PP Andreas Padvaiskas Affidavit2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-42
] [991d15dac31245decf9665fd73b4b512a6a9e39d27d3dad9925c188f85bf095eb2f
20008ba2cd78dd18873ac209aee07a5fa3cd8f57f9532322eb23d51410ef7]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex QQ Tony Reno Letter2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-43
] [0ea89f4b53f0dbbca5e627932b7f2fc5e999c54380e2f03b8f42856c4aa988bf706
67e803b59356004a96e4cfc319c8dec47231b356bfad1a445ab8c12f24c87]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex RR June 30, 2022 Lane Email2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-44
] [13a8f959128914aa2b21d7e2a50c0dbb120e092bd9b8169eaa6b6469d2fd9666b23
90a61b5a72bfe64f6d731b79369119ec8f813d9ab4a4b21b5e930430db7e7]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex SS MusclePharm July 12, 2022 Form 8-K2.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-45
] [a44c65dd0df60c83da9256ec8ef80049ba47dc3b1ef654961ab15d0567c9636737f
baf87da4ecbf5966b1a1829a17df716dbc0de46245e07eda114a2c94eaae4]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex TT 2022-7-28 MusclePharm 8-K2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-46
] [239834c9a1c595ebeb65c4024f9e42316c9c4117cd9d29f58b34b596e354197b268
d156674d5bb02ebdbbe54cd9a7b1d62336bcd62ab9da02a090bbd40fcd28d]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex UU 3W69249-Brian Slater Affidavit Final (signed and notarized)2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-47
] [73b4256353ee65eda229074d4297b30befe1bd51fdf86971c360c5e5db0a221cb5b
719dc2bcde11587fc2242dc81ef69f03f9fe1192726cdfa0813cae114f85a]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex VV MP Stealth Attorney Withdrawal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-48
] [b2690dffe793f69a87c79056152da584ec1b0296518ff5c5f22206ce20243de5162
91770e8477e58097ae40b784f35817242006a67eefcd02a6ae770b13fb51c]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex WW Empery Musclepharm - Reservation of Rights Letter (1).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-49
] [e61d692383a84d3c4e04f6f078256f13689fb7eb04e5ecc70acf3a0c032d5d928ec
485cd56246f33da1679b3dffd9e24981393662a8a812593c7f909af48d568]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex XX 2022-8-23 MusclePharm 8-K.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-50
] [258152e1a0f5464582930b6ca30435739f4410d78741bdb19a98145e14aabfda8ba
6ef0bd46e176a17247092ec5da24ca739bf705d9518322e9bc7c5a519666c]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex YY 2022-8-22 MusclePharm 8-K.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-51
] [69b327dd02c9e42e5113a7753196b83c408a1862496da1f7ad3320b9ad6c9b480d7
38f6547f0b99320681e1f653d6aaf03fe729a7afde511777f63f313667200]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex ZZ Empery Musclepharm - Reservation of Rights Letter
8.26.20222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-52
] [8223544644c95f0b3177b9829b04f7b8e56c401bd19c09a5e941187dd52e21ad53b
5b839e6f6f5a4325a5548a00cc1d62079dc2d1d123896cee0f04124906686]]
**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex AAA Empery Musclepharm - Request for Information and Reservation of Rights Letter 9.8.20222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-53
] [a2d826ced2f5630dad5a4cea0d1f5675c0dc4b5c0ab370ec0d714c95ff0be713f99
f2590db1cdae14b1c0e265eb2a0980f04ef402efa86a8a8f500a0fb063c1b]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex BBB FW_ SEC Follow Up2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-54
] [47020885dacc3d3d77409daeebcdbdd8b24af6577559de4c011ebd39e920f8499a9
1f7b2ca65888bd20c12ffc2425f2aa0491e2b05448852e728a89761f49278]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex CCC MSLP Event of Default Redemption 9.22.2022 (Final)2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-55
] [54c7f241581e166d788e941835692f759433ab850a70d1eaf2703fa2aa34cccd3ab
e15f96a57ba28ff2d690a8b2cee83c54f7fe32f2b734eca7a9d1443b1ae25]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex DDD 2022-9-29 MusclePharm 8-K.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-56
] [439b1b43f4cbe2744e17407375fb375d6c588bb96632099434e8a293174c7fe44c1
410e431ed3793d56876781d605d3a09c653ad50a575b292f9193c5808da27]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex EEE RE_ Event of Default Redemption Notice2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-57
] [d9a7dc7e243be7dce5febde990adcbb99690dc4ec315386d081c96917a456e27c3c
3f92a735639538978139adc2ef6e5a2b41d4c156964cc00a2314f791a1f40]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex FFF MusclePharm DACA Access Termination Notice from Secured Party 10.3.2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-58
] [47dcf6eb25f42bfe5e890fc2fa258593e2a0c917b9677fd17b2c9853f2b02178066
5f41aa017ca446b6db6c5857436b91fbfe27de2499ee717268f71299b5e77]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex GGG Empery MSLP Additional Events of Default 10.10.20222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-59
] [62376ba561042d8670d3db1bb4d519d1d7dd18327d06bfd0320d3d359493e707226
df39647f60bef895343c889e1d5e50ec7ebe7ec6dbddc9ebb3a47399f9543]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex HHH Letter to MusclePharm 10.14.20222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-60

] [c404c9544070b3643ade86a6324dc6ca2ed81fab4c15e230f678f81290600876385
06f7697080e58969ceced4ebdb19669de21837fcee7a3e6059ae978718534]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex III RE_ Forbearance Terms __Confidential Settlement Communication
Subject to FRE 408__2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-61
] [1e683c22f6317b9a3b156c3b23fb4f37dbe0eefcf82d0fec38cc75db78ca9713823
732fc6bec1b5837943792089de4f14a12374ba519a608ef4c4deb7642b443]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex JJJ Forbearance Agreement - Signature Pages2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-62
] [df1846495c23995cb61ad993788e27d1546ee49ee86f62c5307c98816f169578449
df5947e035b76e3f8b0a4e483bccd4bb69694c77f1cf39ea155132d7b1d04]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex KKK MusclePharm and MusclePharm Board of Directors - JWN.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-63
] [6811a886b3eaa1fb5c9a81fcd0af5417537f261f547a72aa85b25efcfacccd50770
3ecc8c7d2de62439a0d4c055d1ddaed4b3fe1bc52b957988ea38e2d83c7d7]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex LLL Empery WF Musclepharm - DACA Termination Request
11.15.20222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-64
] [f643e198171eaa53ce06dbeb4243654e5a3b62c47ecc93869415d478d600a34d9bc
1a86d0e208a772ee5e57d4f12f99f3664e46467a073f05047e91465300aa4]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex MMM Empery MSLP Additional Events of Default 11.17.20222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-65
] [d86a7203e94ece42f95aaf735b4929c3d04bd2f6c78f884d17f62c5debe9a648bcb
51ac1486ad14306e8827d69c5d20a1bdb003c46e19b421d47b02a3550240f]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex NNN Empery MSLP Additional Events of Default 12.5.202222.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-66
] [19ccb2459b6585dcf845092a2be02cf01684eb92da37e6bd86b97adafeb84f7b274
06112c2390fe9691e527b0e6b12e91aabed24ba6485a3a132969900a2168b]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex OOO White Winston Settlement Agreement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-67
] [bc559b0f97fe9e023ff8027ba424bcdfb845db0cf59d97a71d24cbb96de3af4b5c3
8db9914d32528cbb24401ef1e5d98f484e32496cf96f19c8550ac959508d0]]
**Document description:**Exhibit

**Original filename:**C:\fakepath\Ex PPP
654789_2022_EMPERY_TAX_EFFICIENT_v_EMPERY_TAX_EFFICIENT__ORDER_TO_SHOW_CAUSE_16.p
df
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-68
] [09832fa7f922255dcca89044bc783c94b0a3beaae76b39f3233ec91cdd613574961
afe1cc368749cca4fd6f29ab8933af894cd7f2987473123f9b3035ea40ccf]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex QQQ
654787_2022_Musclepharm_Corporation_v_Musclepharm_Corporation_ORDER_TO_SHOW_CAUSE_4
4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-69
] [edf9630e8b168a88004669fcda66b5dab217f0080ee49838764ad04e91096b3d627
cda08727673389bd17ac60f246f6a6d6a94cf7c561ff248116793a6909974]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex RRR Allen File Rm_20221221_121348.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-70
] [4fdcb8793c716f01484cba87b05e162104c2acc406c69c24b13b61535ace69ea3fd
e3fd9bcb3408682d0b3f839459ace5450736cb500be38343accdde30f0b3b]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex SSS 3WA7255-B Slater letter to Empery Asset Management re DIP
funding 12-21-22.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-71
] [bae1f761ea1ba269a59b8411c3af7987fa8c055ac7bf02aea5f88ac83b22a70600f
04b565c58a3a161b8a6cde1b76d306b21e964a2a30d26c6bef6288e84a896]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex TTT DOC122122-12212022151828.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-72
] [6865facf1f2048597a99fd755ef5148aea2f5aba77e4c4b96151b2cf5669b6d15b4
7eca7bc99d5c7f224fa2673decd802ad257716390eaf32e5de394b117ceb9]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex UUU Support letter2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824325-73
] [b932f71f9bc46ba64c6517056a23199e01657fc637e092d971640e315b4b51266f4
7af42cd0da484c0bab4c33f9e4e4213921c36c8eced39cfcd435f0ca7181f]]


**22-14422-nmc Notice will be electronically mailed to:**


CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov


BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal, bknotices@gtg.legal

**22-14422-nmc Notice will not be electronically mailed to:**

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

**Miscellaneous:**

[22-14422-nmc MUSCLEPHARM CORPORATION](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARK M. WEISENMILLER entered on 1/4/2023 at 5:40 PM PST and filed on 1/4/2023

**Case Name:**         MUSCLEPHARM CORPORATION
**Case Number:**      [22-14422-nmc](#)
**Document Number:** [53](#)

**Docket Text:**
Declaration Of: Mark M. Weisenmiller *in Support of Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* Filed by MARK M. WEISENMILLER on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[51] Objection filed by Interested Party EMPERY TAX EFFICIENT, LP) (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Exhibit # (6) Exhibit # (7) Exhibit # (8) Exhibit # (9) Exhibit # (10) Exhibit # (11) Exhibit # (12) Exhibit # (13) Exhibit # (14) Exhibit # (15) Exhibit # (16) Exhibit # (17) Exhibit # (18) Exhibit # (19) Exhibit # (20) Exhibit) (WEISENMILLER, MARK)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** FINAL Weisenmiller Declaration ISO Objection to Certain First Day Motions2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-0]
[4183c1654d5d896c57c14761fe0056b59ff48107018d612801835e7a0caeb08587bb
2d2954107cdce51aacc9aa1f11e94df1c805380d6d1b15212a8cc52fe065]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Ex VVV.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-1]
[560cced6d82330162e99180056b4839dc00e5c424053514da7d64bb5ebd31621e554
5d74cf5943fbba2094708edf6be6258bd9dca03b22bebbd41e59453477ae]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Ex WWW.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-2]
[cafdb6f3823c3e86071722ca38cc3571909719ae0d28119eb33d453981eb53fc5c4e
e357cfb9274e9d81eab81dc5f21dcb660d62a9c076e849f0ef2c4ab53c87]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Ex XXX.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-3]
[7f94f78889135515157241656db08a8778e28466db7d8c197de99cf1f87737a6860f
a35f371c13558750df42cb6ce2df03548de899db2b6b7cf04cf731a556e0]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex YYY.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-4]
[6afb614bd99f726f043da8e1a716282a5d03e079e9f6d4c334145a626888f798d370
338187ed2bded8ead19fafd69b61e5434a5e41a7d9d1f72887b77b3812d9]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex ZZZ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-5]
[ddb68006209bf691250093cfd067dc69db24076cf4dbe8e70a4ca47ba0fe232906d4
6a5184397b567435c88d9e6f6173d50f50a74ce0b5ade8b39f9645329dfe]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex AAAA.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-6]
[e97d4c1cf26ecd250413ee199533805caf949115394a007d14f8aab4c3d0b0f4aac3
8e1771b095a89df73652e90dffaf2e6da9d94a2b3b9f988e5d4d68e6099e]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex BBBB.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-7]
[739c29e0dd4a63e392423c8bf19489fb0588fa9012f02ecf6b536b2be3f655fb2710
4eaf4edd7d0a9a88c613f657a70d3faa615c5510544517fc3f5d2614e998]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex CCCC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-8]
[d444ea97ffc8a2f4a1d162be8d3eca5b90e2dcaa5924ee8970d2a8b6830fe3e59863
44cba86b38d99b83fb5de8008cd16f4fe5b8c106dd3eb1bf32fad06f9a24]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex DDDD.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-9]
[679fee2358494b950b2b8ad97444df290114715a2ca11a91ac6fb43a9d5ed9fb034d
512971cb7bb5db7a511195a2b768aa2ad0b81f24940242a27a8db8433bf9]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex EEEE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-10
] [701769c04837b87013c21e69e51299128baf5afa87628e3aa7ca8c0cb4e9170071a
381a72c4f07650b5d69dc64106d4ea4327ea121f27325b0b0ae728886e216]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex FFFF.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-11
] [cf0c4ad03e0564e33ac4e7201c6285d9957091c7fd1b92a6d8186cd00a89fdd55fd
0bc5e05bdbba82812034308f9cdf91850d148df7302f9bbbf1fe32c5badd1]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex GGGG.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-12
] [8455a34c8e542386993a3023f8a8db946b8b44b862a5dbed585387049d7868f9a1b
fd5dbc24c390e26dd60a084cdca777d05a4e4ac93eeca7c84707c9a4a4db6]]

**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex HHHH.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-13
] [ede21467909f5e5908d254e5997487a9584d5f0cadf4a7684651e909b61b3f3817f
4f71d9c1b027291e10bce7bbe787e8d8999343258e3f4f0b94445968fb2d8]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex IIII.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-14
] [801b23f0474a3a072bd2b1dd3a608fd73f603ef6ef95c683978f31ffd4f92db4242
f014d982afe917138f919be4ee525758583e7649095d7bb34713fa6646216]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex JJJJ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-15
] [7b15d9d2a539f2068f032757efb188a3cfaf76bc26823b7755a9495f73d632fe61b
edd432ab0d38e1dc96cabf53098b58facf4c6c6f53180506c8eed27b85898]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex KKKK.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-16
] [af8bffa2c302ff75c802d99383e412cb8d76b3857c312569ef18dfc98e4dba2a3fe
654cf19d8bb8f0379539f5d2995ffe40a425b419af2b731d58a82612a03c1]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex LLLL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-17
] [5bb8f61b6feada1f0c1e398724df4e2e23c1ca49164605e37f7a827a933fff78b30
d50e5be3f3c05609b82f8f48ed12224aca00ae605b4706507681fd88320a9]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex MMMM.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-18
] [15041a49e4ba59ff220f765539672889431335e0cc36b683b9fe4dcd81bd467c88b
96c0bd3ef512295ff49a3b0f209e25dcb37a9691be805e0657b465a882ff2]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex NNNN.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-19
] [eb3d14004a6786eceaab268c31a315a78ef2e5cc0465590cec9dacae08489c00bc1
1206164b79e9ffc23335c1cda31612dffbb16c290fec51db608182bde1fc5]]
**Document description:**Exhibit
**Original filename:**C:\fakepath\Ex OOOO.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824359-20
] [cdd1d70b7e2e1c1480d5a7bf5aa464b075f7dcdd7d89a2b7fa82d6679e80e2170e1
cc1c1ca26bdddf13342dd25aa0380d7168d25dddf7876ba8707ca035022df]]

**22-14422-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal, bknotices@gtg.legal

**22-14422-nmc Notice will not be electronically mailed to:**

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARK M. WEISENMILLER entered on 1/4/2023 at 11:45 PM PST and filed on 1/4/2023

**Case Name:**          MUSCLEPHARM CORPORATION
**Case Number:**     22-14422-nmc
**Document Number:** 54

**Docket Text:**
Supplemental Objection *FIRST SUPPLEMENT TO OBJECTION TO EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTORS USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF AND COUNTER MOTION TO STRIKE* Filed by MARK M. WEISENMILLER on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[33] Motion Re: Chapter 11 First Day Motions filed by Debtor MUSCLEPHARM CORPORATION, [44] Declaration filed by Debtor MUSCLEPHARM CORPORATION, [45] Declaration filed by Debtor MUSCLEPHARM CORPORATION.) (WEISENMILLER, MARK)

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**[TO FILE] Supplement to opposition.pdf
 **Electronic document Stamp:**
 [STAMP bkecfStamp_ID=989277954 [Date=1/4/2023] [FileNumber=34824558-0]
 [8a5ee467e51133b91aa2d4a9187ea9152d1b1325e97578948545707911531150f4c6
 2fd10ecbd5fc204a69c04459be81e5a0c978cd88f95e710ec7e19d771c48]]

**22-14422-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO

ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal, bknotices@gtg.legal

**22-14422-nmc Notice will not be electronically mailed to:**

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134