**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:      (725) 220-4360
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com

*Counsel for Ryan Drexler*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-22-14422-NMC |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. of the law firm Carlyon Cica Chtd., and Michael Richman of the law firm of Steinhilber Swanson LLP, hereby request, on behalf of interested party Ryan Drexler, notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with this proceeding. All notices and copies in response to the foregoing and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to counsel for Ryan Drexler, should be sent to the following addresses:

**CARLYON CICA CHTD**
CANDACE C. CARLYON, ESQ.
TRACY M. O'STEEN, ESQ.
DAWN M. CICA., ESQ.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com

and

**STEINHILBER SWANSON LLP**
**MICHAEL RICHMAN, ESQ.**
122 W. Washington Avenue, Suite 850
Madison, WI 53703-2732
mrichman@steinhilberswanson.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request does not constitute an appearance, nor consent to service.

Respectfully submitted this 5th day of January 2023.

**CARLYON CICA, CHTD.**

*/s/ Tracy M. O'Steen, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:     (725) 220-4360
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com
*Counsel for Ryan Drexler*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case on January 5, 2023.

/s/ Tracy M. O'Steen, Esq.
TRACY M. O'STEEN, ESQ.

**CARLYON CICA, CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119