_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 05, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: 22-14422-NMC |
| ) | Chapter 11 |
| MUSCLEPHARM CORPORATION, ) | |
| ) | |
| Debtor. ) | |
| ) | Date:     January 6, 2023 |
| ) | Time:     9:30 a.m. |
| ) | |
| ) | |
| ) | |

**ORDER TO CONTINUE HEARINGS VIA ZOOM[1]**

Good cause appearing,

IT IS HEREBY ORDERED that the First Day Motions (ECF Nos. 13, 14, and 33) referred to in "Notice of Continued Hearings" (**ECF No. 61**) scheduled to be heard on **January 6, 2023, at 9:30 a.m.** will be heard by U.S. Bankruptcy Judge Natalie M. Cox via ZOOM rather than telephonically. The ZOOM call in information is as follows:

https://www.zoomgov.com/j/1608730621?pwd=QWNSOVBoTURjaDNSZmFleEZZekg1QT09

+1 669 254 5252     Meeting ID: 160 873 0621    Passcode:  741655

IT IS SO ORDERED.

Copies sent via CM/ECF ELECTRONIC FILING

###

---

[1] All references to "ECF No." are to the pleadings filed on the docket in the above-captioned bankruptcy case, unless otherwise noted.