_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 05, 2023
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: Ex Parte<br>Time: Ex Parte |

**ORDER GRANTING EX PARTE MOTION TO EXCEED PAGE LIMIT FOR OBJECTION TO EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

The Court having considered Empery's *Ex Parte Motion To Exceed Page Limit for Objection Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing Debtor to*

*Obtain Post-Petition Financing, (ii) Granting Priming Lines and Administrative Expense Claims, (iii) Authorizing the Debtor's use of Cash Collateral, (iv) Modifying the Automatic Stay, and (v) Granted Related Relief* (the "Ex Parte Motion"), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Ex Parte Motion is GRANTED, and Empery may file its Objection in excess of the page limits in LR 9014(e) to include a maximum of up to twenty-seven (27) pages of factual and legal analysis and arguments.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED:**

GARMAN TURNER GORDON LLP

 /s/ Mark M. Weisenmiller
WILLIAM M. NOALL, ESQ.
GREGORY E. GARMAN, ESQ.
MARK M. WEISENMILLER, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000