NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                              BK–22–14422–nmc
                                                    CHAPTER 11
MUSCLEPHARM CORPORATION

            Debtor(s)                               ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by JEFFREY D. STERNKLAR is **GRANTED**.

Dated: 1/5/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court