United States Bankruptcy Court
District of Nevada

In re:  Case No. 22-14422-nmc
MUSCLEPHARM CORPORATION  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: ovpbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + JEFFREY D. STERNKLAR, 101 FEDERAL STREET, SUITE 1900, BOSTON, MA 02110-1861 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BART K. LARSEN | on behalf of Creditor White Winston Select Asset Funds  LLC BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com |
| BRYAN A. LINDSEY | on behalf of Debtor MUSCLEPHARM CORPORATION blindsey@nvfirm.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| MARK M. WEISENMILLER | on behalf of Interested Party EMPERY TAX EFFICIENT  LP mweisenmiller@gtg.legal, bknotices@gtg.legal |
| OGONNA M. BROWN | on behalf of Creditor Prestige Capital Corporation obrown@lewisroca.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: ovpbk | Total Noticed: 1 |

SAMUEL A. SCHWARTZ
    on behalf of Debtor MUSCLEPHARM CORPORATION saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
    ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

TRACY M. O'STEEN
    on behalf of Interested Party Ryan Drexler tosteen@carlyoncica.com
    crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL
    on behalf of Creditor EMPERY ASSET MANAGEMENT  LP wnoall@gtg.legal, bknotices@gtg.legal

TOTAL: 10

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−22−14422−nmc |
| MUSCLEPHARM CORPORATION | CHAPTER 11 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by JEFFREY D. STERNKLAR is **GRANTED**.

Dated: 1/5/23

*Mary A Schott*

Mary A. Schott
Clerk of Court