John D. Fiero (*pro hac vice pending*)
Jason H. Rosell (*pro hac vice pending*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
   jrosell@pszjlaw.com

-and-

Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 W. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
   zlarson@lzlawnv.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>      Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002** |

  **PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP and Larson & Zirzow, LLC, proposed counsel ("Counsel") to the Official Committee of Unsecured Creditors of MusclePharm Corporation (the "Committee"), hereby enters their appearances pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests to be added to the official mailing matrix and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers

served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Counsel, at the addresses, telephone numbers and email addresses set forth below:

> John D. Fiero, Esq.
> Jason H. Rosell, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> One Sansome Street, 34th Floor, Suite 3430
> San Francisco, CA 94104
> Tel: (415) 263-7000
> E-mail: jfiero@pszjlaw.com
> jrosell@pszjlaw.com
>
> -and-
>
> Matthew C. Zirzow, Esq.
> Zachariah Larson, Esq.
> LARSON & ZIRZOW, LLC
> 850 W. Bonneville Ave.
> Las Vegas, NV 89101
> Tel: (702) 382-1170
> Email: mzirzow@lzlawnv.com
> zlarson@lzlawnv.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this chapter 11 case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, email, facsimile, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

DOCS_LA:346821.1 68700/001

Dated: January 9, 2023

LARSON & ZIRZOW, LLC

*/s/ Matthew C. Zirzow*
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 W. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
zlarson@lzlawnv.com

-and

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*pro hac vice pending*)
Jason H. Rosell (*pro hac vice pending*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

3