UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

In re:
   MUSCLEPHARM CORPORATION,
       Debtor(s).

Case No.: 22-14422
Chapter: 11

# CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on January 5, 2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

ECF49  APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. January 5, 2023

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**MUSCLEPHARM CORPORATION 22-14422**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 6470 | ArcBest, Inc. , 3801 Old Greenwood Road, Fort Smith, AR, 72903-5937 | First Class |
| 6470 | Clark County Assessor , c/o Bankruptcy Clerk, 500 S. Grand Central Pkwy, Box 551401, Las Vegas, NV, 89155-1401, United States of America | First Class |
| 6470 | Clark County Treasurer , c/o Bankruptcy Clerk, 500 S. Grand Central Pkwy, PO Box 551220, Las Vegas, NV, 89155-1220, United States of America | First Class |
| 6470 | CROSS RIVER BANK, 2115 LINWOOD AVENUE, FORT LEE, NJ, 07024-5041, United States of America | First Class |
| 6470 | Dept. of Employment, Training and Rehab , Employment Security Division, 500 E. Third Street, Carson City, NV, 89713-0002, United States of America | First Class |
| 6470 | EMPERY ASSET MANAGEMENT, LP , C/O WILLIAM M. NOALL, GARMAN TURNER GORDON LLP, 7251 AMIGO ST., STE 210, LAS VEGAS, NV, 89119-4302 | First Class |
| 6470 | EMPERY ASSET MANAGEMENT, LP , C/O GREGORY E. GARMAN, GARMAN TURNER GORDON LLP, 7251 AMIGO STREET., SUITE 210, LAS VEGAS, NV, 89119-4302 | First Class |
| 6470 | EMPERY ASSET MANAGEMENT, LP , C/O MARK M. WESISENMILLER, GARMAN TURNER GORDON LLP, 7251 AMIGO ST., STE 210, LAS VEGAS, NV, 89119-4302 | First Class |
| 6470 | Empery Tax Efficient, LP , c/o Empery GP, LLC, 1 Rockefeller Plaza, Ste 1205, New York, NY, 10020-2070 | First Class |
| 6470 | EMPERY TAX EFFICIENT, LP , C/O GARMAN TURNER GORDON, 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NV, 89119-4302 | First Class |
| 6470 | Internal Revenue Service , PO Box 7346, Philadelphia, PA, 19101-7346, United States of America | First Class |
| 6470 | MASS. DEPT. OF REVENUE - BANKRUPTCY UNIT , PO BOX 7090, BOSTON, MA, 02204-7090 | First Class |
| 6470 | MUSCLEPHARM CORPORATION , 8275 SOUTH EASTERN AVENUE, LAS VEGAS, NV, 89123-2591 | First Class |
| 6470 | Nevada Dept of Taxation, BK Section , 555 E. Washington Ave #1300, Las Vegas, NV, 89101-1046 | First Class |
| 6470 | SAMUEL A. SCHWARTZ , SCHWARTZ LAW, PLLC, 601 EAST BRIDGER AVENUE, LAS VEGAS, NV, 89101-5805, United States of America | First Class |
| 6470 | Social Security Administration , Regional Chief Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA, 94105-1545 | First Class |
| 6470 | STATE OF NEVADA DEPARTMENT OF TAXATION , 700 E WARM SPRINGS RD STE 200, LAS VEGAS, NV, 89119-4311 | First Class |
| 6470 | STRETTO , 410 EXCHANGE, STE 100, IRVINE, CA, 92602-1331 | First Class |
| 6470 | ULINE , 12575 ULINE DRIVE, PLEASANT PRAIRIE, WI, 53158-3686, United States of America | First Class |
| 6470 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Las Vegas, NV, 89101-5833, United States of America | First Class |
| 6470 | White Winston Select Asset Funds, LLC , c/o Jeffrey D. Sternklar LLC, 101 Federal Street, Suite 1900, Boston, MA, 02110-1861 | First Class |
| 6470 | White Winston Select Asset Funds, LLC , 265 Franklin St, Ste 1702, Boston, MA, 02110-3144 | First Class |
| 6470 | William McLaughlin , 2717 Nighthawk Drive, Plano, TX, 75025-2127 | First Class |