UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:  ) Case No.: 22-14422-NMC
 )
MUSCLEPHARM CORPORATION,  ) Chapter 11
 )
 )
 Debtor.  )
 )
 )

**CERTIFICATE OF SERVICE**

I, Amanda Hinchey, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtor in the above-captioned case.

On January 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**:

- **Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 33)

- **Omnibus Declaration of Gary Shirshac in Support of Debtor's Emergency Petition, First Day Motions and Related Relief** (Docket No. 34)

- **Ex Parte Application for Order Shortening Time to Hear Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 35)

- **Attorney Information Sheet for Proposed Order Shortening Time** (Docket No. 36)

- **Notice of Consent to Requested Order Shortening Time on Debtor-in-possession Financing Motion** (Docket No. 37)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Notice of Interim Hearing on Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's use for Cash Collateral, (IV) modifying the Automatic Stay, and (V) Granting Related Relief** (Docket No. 39)

Dated: January 9, 2023

     /s/ *Amanda Hinchey*
Amanda Hinchey
STRETTO
8269 E 23rd Ave, Ste 275
Denver, CO 80238
Telephone: 714-716-1854
Email: amanda.hinchey@stretto.com

# **<u>Exhibit A</u>**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **<u>Exhibit A</u>**



## Exhibit A
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| American Nutritional Corporation | Attn: Legal Department | 3150 Sunrise Ave | | Las Vegas | NV | 89101 | |
| Atlantic Grain and Trade | Attn: Legal Department | 496 Bramson CT Suite 140 | | Mount Pleasant | SC | 29464 | |
| Bakery Barn | Attn: Legal Department | 111 Terence Drive | | Pittsburgh | PA | 15236 | |
| Bar Bakers | Attn: Legal Department | 10711 Bloomfields Street | | Los Alamitos | CA | 90720 | |
| Belmark Inc. | Attn: Legal Department | PO Box 8814 | | Carol Stream | IL | 60197-8814 | |
| BKM Backlot 229 LLC | Attn: Legal Department | PO Box 51698 | | Los Angeles | CA | 90051 | |
| CA - Receiver General Tax | CCRA Tax Centre | 275 Pope Road Suite 103 | | Summerside | PE | C1N 6A2 | Canada |
| CanSource LLC | Attn: Legal Department | 2120 Miller Dr. Suite G | | Longmont | CO | 80501 | |
| Canyon Plastics Inc. | Attn: Legal Department | 28455 Livingston Ave. | | Valencia | CA | 91355 | |
| City Football Group | Attn: Managing Agent | Etihad Stadium Rowsley Street | | Manchester | | M11 3FF | United Kingdom |
| Clark County Assessor | c/o Bankruptcy Clerk | 500 S. Grand Central Pkwy | PO Box 551220 | Las Vegas | NV | 89155-1220 | |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | PO Box 551220 | Las Vegas | NV | 89155-1220 | |
| Creative Flavor Concepts Inc. | Attn: Legal Department | 10866 Wilshire Blvd. Suite 500 | | Los Angeles | CA | 90024 | |
| Dept of Employment Training Rehab | Employment Security Division | 500 E Third St | | Carson City | NV | 89713 | |
| Excel Sports Management LLC | Attn: Legal Department | 1700 Broadway FL 29 | | New York | NY | 10019 | |
| Finra | Attn: Legal Department | 1735 K Street NW | | Washington | DC | 20006 | |
| Internal Revenue Service | Attn: Legal Department | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| JP Morgan Chase Bank NA | Attn: Office or Director | PO Box 182051 | | Columbus | OH | 43218-2051 | |
| JW Nutritional LLC | Attn: Legal Department | PO Box 258 | | Allen | TX | 75013 | |
| Kasowitz Benson Torres LLP | Attn: Managing Agent | 1633 Broadway | | New York | NY | 10019-6708 | |
| Korn Ferry (US) | Attn: Legal Department | PO Box 1450 | | Minneapolis | MN | 55485 | |
| Mill Haven Foods LLC | Attn: Legal Department | 211 Leer Street | | New Lisbon | WI | 53950 | |
| Nevada Dep of Taxation BK Section | Attn: Legal Department | 555 E Washington Ave #1300 | | Las Vegas | NV | 89101 | |
| NutraBlend Foods | Attn: Legal Department | 32 Cherry Blossom Road | | Cambridge | ON | N3H 4R7 | |
| Office of the United States Trustee | Attn: Jared A. Day | 300 Booth St Ste 3009 | | Reno | NV | 89509 | |
| Prestige Capital | c/o Mandelbaum Barrett PC | 3 Becker Farm Rd Ste 105 | Attn: Vincent J. Roldan | Roseland | NJ | 07068-1726 | |
| Ropes & Gray LLP | Mail Code : 11104 | PO Box 70280 | | Philadelphia | PA | 19176-0280 | |
| Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 S. Flower St Ste 900 | | Los Angeles | CA | 90071-9591 | |
| Sheppard Mullin Richter Hampton LLP | Attn: Legal Department | 333 South Hope Street | | Los Angeles | CA | 90071-1422 | |
| SK Labs | Attn: Legal Department | 5420 E La Palma Ave | | Anaheim | CA | 92807 | |
| Social Security Administration | Attn: Legal Department | 444 S Flower St Ste 900 | Los Angeles Regional Office | Los Angeles | CA | 90071 | |
| Wells Fargo Banks NA (182) | Attn: Officer or Director | PO Box 63020 | | San Francisco | CA | 94163-9991 | |
| White Winston Select Asset Funds | c/o Jeffrey D. Sternklar LLC | 101 Federal St Ste 1900 | Attn: Jeffrey D. Sternklar | Boston | MA | 02110-1861 | |