Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Michael L. Sturm, hereby declare as follows:

1. I am over the age of 18 years old and not a party to the above-captioned Chapter 11 case.

2. I am employed as a Paralegal by the law firm of Schwartz Law, PLLC, proposed counsel of record for MusclePharm Corporation, the debtor and debtor-in-possession in the above-captioned Chapter 11 case.

3. On the 3rd day of January, 2023, I caused true and correct copies of:

   (i) *Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 330, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Portage Point Partners, LLC as Restructuring Advisors for the Debtor* [ECF No. 41]; and

1

    (ii) *Declaration of Jeffrey Gasbarra in Support of Debtor's Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328, 330, and 331 and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Employment and Retention of Portage Point Partners, LLC as Restructuring Advisors for the Debtor* [ECF No. 42],

to be served electronically via the Court's CM/ECF system upon the following parties at the e-mail addresses listed below:

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

STRETTO
ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal; bknotices@gtg.legal

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

  Dated this 9th day of January, 2023.

                By: */s/ Michael L. Sturm*
                  Michael L. Sturm, an employee of
                  SCHWARTZ LAW, PLLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2023, I caused service of a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** to be made electronically via the Court's CM/ECF system upon the following parties at the e-mail addresses listed below:

OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation
obrown@lewisroca.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; jhess@lewisroca.com; klopez@lewisroca.com; gmercado1@lewisroca.com; gmercado@lewisroca.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW; 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
tosteen@carlyoncica.com; crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyoncica.com

STRETTO
ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mweisenmiller@gtg.legal; bknotices@gtg.legal

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

/s/ Michael L. Sturm
Michael L. Sturm, an employee of
SCHWARTZ LAW, PLLC