Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Interim Hearing Date: January 13, 2023<br>Interim Hearing Time: 9:30 a.m. |

STATE OF NEVADA     )
                   ) ss:
COUNTY OF CLARK    )

**SUPPLEMENTAL DECLARATION OF SAMUEL A. SCHWARTZ, ESQ. IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

SAMUEL A. SCHWARTZ, being duly sworn, deposes and says:

1.  I am over the age of 18, mentally competent and unless otherwise indicated, I have personal knowledge of the facts set forth herein.

2.  I am the principal of Schwartz Law, PLLC ("**SL**"), am duly licensed to practice law in the State of Nevada, and am proposed counsel for MusclePharm Corporation (the "**Debtor**"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case.

3.  I make this declaration in support of the Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash

1  Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (the "**DIP Financing Motion**") (ECF No. 33) and the Debtor's Supplement to the DIP Financing Motion (the "**Supplement**") (ECF No. 89).

4.    On December 15, 2022 (the "**Petition Date**"), the Debtor hired SL to file its emergency Chapter 11 petition and to prosecute its Chapter 11 case. Shortly after the Petition Date, my firm conducted a UCC search with the Nevada Secretary of State to determine the various security interests against the Debtor's assets.

5.    On January 6, 2013, this Court held an interim hearing (the "**First Interim Hearing**") on the DIP Financing Motion, and on January 9, 2023, this Court entered the first interim order (the "**First Interim Order**") approving the DIP Financing Motion on a limited interim basis. *See* ECF No. 74.

6.    Subsequent to the First Interim Hearing, the Debtor has received improved proposals for DIP Financing from both Empery Tax Efficient, LP ("**Empery**") and White Winston Select Asset Funds, LLC ("**White Winston**").

7.    In recent days, the Debtor continued to negotiate and consult with Empery, White Winston and the Official Unsecured Creditors Committee (the "**Committee**") regarding the DIP Financing, which has resulted in better terms than the terms initially proposed in the Empery Term Sheet. Specifically, the Debtor received a total of 4 term sheets over the last week, culminating in this filing with the Court today. A true and correct copy of that certain Revised Empery Term Sheet (as defined in the Supplement) is attached to the Supplement as **Exhibit 1**. A true and correct copy of a redlined version of the Revised Empery Term Sheet as compared to the original Empery Term Sheet is attached to the Supplement as **Exhibit 2**.

8.    A true and correct copy of the Budget supporting the DIP Financing Motion is attached to the Supplement as **Exhibit 3**.

/ / /

/ / /

/ / /

/ / /

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 12, 2023

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz