GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email:  wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Noteholders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MUSCLEPHARM CORPORATION, <br><br> Debtor. | Case No. 22-14422-nmc <br><br> Chapter 11 ___ <br><br><br> Date:  January 13, 2023 <br> Time:  9:30 a.m. |

**DECLARATION OF MARK M. WEISENMILLER IN SUPPORT OF JOINDER TO EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

I, Mark M. Weisenmiller, make this Declaration under 28 U.S.C. § 1746 and declare as follows:

1. I am over the age of eighteen (18) years and competent to testify to the matters asserted herein.

2. I am an attorney at Garman Turner Gordon LLP ("GTG"), counsel for Empery Tax Efficient, LP, in its capacity as collateral agent (in such capacity, "Empery") with respect to the *Original Issue Discount Senior Secured Notes dated as of October 13, 2021* (as amended, restated, supplemented or otherwise modified from time to time, the "October Notes") and *Original Issue Discount Senior Secured Notes dated as of June 10, 2022* (as amended, restated, supplemented or

otherwise modified from time to time, the "June Notes" and, together with the October Notes, the "Notes") in each case issued by MusclePharm Corporation, a Nevada corporation (the "Debtor") in the above-captioned Chapter 11 case (the "Chapter 11 Case").  As such, I have personal knowledge of the facts stated in this Declaration, except where stated upon information and belief, and as to facts stated upon information and belief, I am informed of those facts and believe them to be true.  If called upon to testify as to the matters herein, I could and would do so.

3. I submit this Declaration for all permissible purposes under the Federal Rules of Civil Procedure and Rules of Evidence in support of the Empery's *Joinder to Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing Debtor to Obtain Post-Petition Financing, (ii) Granting Priming Lines and Administrative Expense Claims, (iii) Authorizing the Debtor's use of Cash Collateral, (iv) Modifying the Automatic Stay, and (v) Granted Related Relief* ("Joinder").

4. Attached hereto as **Exhibit 1** is a true and correct copy of White Winston Select Asset Fund Series Fund MP-18, LLC's Schedule 13D.

5. Attached hereto as **Exhibit 2** is a true and correct copy of correspondence addressed to counsel for Ryan Drexler, dated January 12, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January 2023.

                                               */s/ Mark M. Weisenmiller*
                                               MARK M. WEISENMILLER