Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MUSCLEPHARM CORPORATION, <br><br> Debtor. | Case No: 22-14422-nmc <br><br> Chapter 11 <br><br> Hearing Date: January 24, 2023 <br> Hearing Time: 9:30 a.m. <br> Location: Telephonic or via Zoom |

**STIPULATION TO REVISE BRIEFING SCHEDULE ON DEBTOR'S APPLICATION TO EMPLOY PORTAGE POINT PARTNERS, LLC AS DEBTOR'S RESTRUCTURING ADVISORS AND JEFFREY GASBARRA AS DEBTOR'S CHIEF RESTRUCTURING OFFICER**

Tracy Hope Davis, United States Trustee for Region 17 ("U.S. Trustee"), by and through her undersigned counsel, and the Debtor Musclepharm Corporation (the "Debtor"), by and through its undersigned counsel (collectively, the "Parties"), hereby stipulate to the following facts:

1. On December 15, 2022, the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code. *See* ECF Docket generally.

2. The meeting of creditors under 11 U.S.C. § 341(a) is scheduled for January 19, 2023. ECF No. 3.

/ / /

3. On January 3, 2023, the Debtor filed an application to employ Portage Point Partners, LLC as the Debtor's restructuring advisors and Jeffrey Gasbarra as the Debtor's chief restructuring officer (the "CRO Application"). ECF No. 41.

4. The CRO Application is scheduled for hearing on shortened time for the above-captioned hearing date and time. ECF No. 82.

5. The current deadline to oppose the CRO Application is January 17, 2023. ECF No. 41. The Debtor's current reply deadline is January 20, 2023. *Id.*

6. The Parties are working diligently towards a possible consensual resolution of the U.S. Trustee's concerns with the CRO Application. However, if a resolution cannot be reached, due to the complexity of the issues involved, a reasonable amount of time beyond the current opposition deadline is needed to finalize the U.S. Trustee's potential opposition and the Debtor's potential reply.

7. The Parties hereby agree that the deadline for the U.S. Trustee to file an opposition to the CRO Application, if any, is extended to January 20, 2023, and the deadline for the Debtor to file its reply, if any, is extended to January 23, 2023.

8. The U.S. Trustee will promptly upload a proposed order requesting approval of the stipulated agreement set forth herein.

| | |
|---|---|
| Dated: January 17, 2023 | January 17, 2023 |
| MUSCLEPHARM CORPORATION<br>DEBTOR | UNITED STATES TRUSTEE<br>TRACY HOPE DAVIS |
| */s/ Athanasios E. Agelakopoulos*<br>By: Athanasios E. Agelakopoulos, SBN 14339<br>Samuel A. Schwartz<br>Attorneys for the Debtor | */s/ Jared A. Day*<br>By: Jared A. Day<br>Trial Attorney for the U.S. Trustee |