

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 17, 2023
_____

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No: 22-14422-nmc<br><br>Chapter 11<br><br>Hearing Date: January 24, 2023<br>Hearing Time: 9:30 a.m.<br>Location: Telephonic or via Zoom |
|---|---|

**ORDER APPROVING STIPULATION TO REVISE BRIEFING SCHEDULE ON DEBTOR'S APPLICATION TO EMPLOY PORTAGE POINT PARTNERS, LLC AS DEBTOR'S RESTRUCTURING ADVISORS AND JEFFREY GASBARRA AS DEBTOR'S CHIEF RESTRUCTURING OFFICER**

The Court having considered the Stipulation between Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee") and the Debtor Musclepharm Corporation (the "Debtor"), to revise the briefing schedule on the Debtor's application to employ Portage Point Partners, LLC

/ / /

as the Debtor's restructuring advisors and Jeffrey Gasbarra as the Debtor's chief restructuring officer (the "CRO Application," ECF No. 41), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS HEREBY FURTHER ORDERED that the deadline for the U.S. Trustee to file an opposition to the CRO Application, if any, is extended to January 20, 2023; and

IT IS HEREBY FURTHER ORDERED that the deadline for the Debtor to file its reply, if any, is extended to January 23, 2023.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Jared A. Day
By: Jared A. Day
Trial Attorney for the U.S. Trustee

Approved as to Form

Dated: January 17, 2023

MUSCLEPHARM CORPORATION
DEBTOR

/s/ Athanasios E. Agelakopoulos
By: Athanasios E. Agelakopoulos, SBN 14339
Samuel A. Schwartz
Attorneys for the Debtor

###