**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:   (702) 685-4444
Facsimile:   (725) 220-4360
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com

*Counsel for Ryan Drexler*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No. BK-22-14422-NMC<br>Chapter 11<br><br>**VERIFIED PETITION OF MICHAEL P. RICHMAN, ESQ. FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

MICHAEL P. RICHMAN, ESQ., the Petitioner, respectfully submits to the Court:

1.  The Petitioner resides in Madison, Wisconsin.

2.  That Petitioner is an attorney at law and a member of the law firm of Steinhilber Swanson LLP, with offices at 122 W. Washington Avenue, Suite 850, Madison, WI 53703-2732.

3.  That Petitioner has been retained personally or as a member of the law firm by Ryan Drexler to provide legal representation in connection with the above-entitled case now pending before this Court.

4.  That since December 20, 2016, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Wisconsin where Petitioner regularly

practices law. Petitioner has since July 1985 been and presently is also a member in good standing of the bar of the highest Court in the State of New York

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and Courts of other States on the dates indicated for each, and the Petitioner is presently a member in good standing of said Courts.

| Court | Date Admitted |
|---|---|
| Southern District of New York | August 6, 1985 |
| Eastern District of New York | August 7, 1985 |
| Northern District of Illinois | February 20, 1996 |
| District of Connecticut | June 8, 2015 |
| District of New Mexico | February 10, 2017 |
| Western District of Wisconsin | May 23, 2017 |
| Eastern District of Wisconsin | July 11, 2017 |
| Court of Appeals for the Ninth Circuit | Unknown |
| Court of Appeals for the Second Circuit | June 20, 1987 |
| Court of Appeals for the Third Circuit (inactive) | August 11, 2003 |
| Court of Appeals for the Seventh Circuit | May 26, 2017 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member in good standing in the following Bar Associations: State Bar of Wisconsin, State Bar of New York, Dane County Bar Association, and Seventh Circuit Bar Association. Petitioner is also an inactive member (in good standing) of the District of Columbia Bar, where he was admitted to practice on December 17, 1979.

CARLYON CICA, CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

9. Petitioner or any member of Petitioner's firm (or office if the firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: None.

10. Petitioner consents to jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED this 17th day of January 2023.

_____
Petitioner's Signature

[Verification contained on following page]

1  STATE OF WISCONSIN  )
                       ) ss
2  COUNTY OF DANE      )

3

4      Michael P. Richman, Petitioner, being first duly sworn, deposes and says: That the

5  foregoing statements are true.

6  _____
                                 Petitioner's Signature

7

8  (SEAL)

9  Subscribed and sworn to me before this

10 __17th_____ day of January 2023.

11 _Claire Ann Richman_____ Notary public

12 My commission is permanent

**CARLYON CICA, CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

Page 4 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case on January 17, 2023.

/s/ Cristina Robertson
An employee of Carlyon Cica Chtd.



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Michael P. Richman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 31, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 6, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00098845



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022



Sheila T. Reiff
Clerk

## WISCONSIN SUPREME COURT
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

MICHAEL P. RICHMAN

*was admitted to practice as an attorney within this state on December 20, 2016 and is presently in good standing in this court.*

*Dated: January 6, 2023*

*SHEILA T. REIFF*
*Clerk of Supreme Court*



AP-7000, 03/2005 Certificate of Good Standing