NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–14422–nmc<br>CHAPTER 11 |
| MUSCLEPHARM CORPORATION | |
| Debtor(s) | NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION |

**NOTICE IS GIVEN** that a transcript has been filed on January 20, 2023 as referenced in the following document:

*134* – Transcript regarding Hearing Held on 01/13/23. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855–873–2223. Purchasing Party: Kyle Wyant. Redaction Request Due By 02/10/2023. Redacted Transcript Submission Due By 02/21/2023. Transcript access will be restricted through 04/20/2023. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is February 10, 2023.

If a Request for Redaction is filed, the redacted transcript is due February 21, 2023. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 20, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 1/20/23

*Mary A Schott*

Mary A. Schott
Clerk of Court