

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 26, 2023

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
       blarsen@shea.law
       kwyant@shea.law

-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:   (617) 207-7800
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston*
*Select Asset Funds, LLC*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MUSCLEPHARM CORPORATION<br><br>Debtor. | Chapter 11<br>Case No.: 22-14422-nmc |

*(sidebar)* SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

Page 1 of 3

**ORDER GRANTING STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) <u>MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF</u>**

The Court, having considered the *Stipulation Between Debtor MusclePharm Coproration and Creditor White Winston Select Asset Funds, LLC Regarding Extension of Time to Submit Final Objections to Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. ____] (the "**Stipulation**"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as <u>**Exhibit 1**</u> is approved;

**IT IS FURTHER ORDERED** that any final objection by Creditor White Winston Select Asset Funds, LLC ("**WW**") to the final approval of *Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. 33] and the related supplements thereto shall be due on or before February 1, 2023;

///
///
///
///
///

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1    **IT IS FURTHER ORDERED** that any response by Debtor MusclePharm Corporation to

2  any final objection by WW shall be due on or before February 7, 2023;

3    **IT IS SO ORDERED**.

4  Prepared and submitted by:

5

6  **SHEA LARSEN**

7  */s/ Bart K. Larsen, Esq.*

8  James Patrick Shea, Esq.
   Nevada Bar No. 405

9  Bart K. Larsen, Esq.
   Nevada Bar No. 8538

10  Kyle M. Wyant, Esq.
    Nevada Bar No. 14652

11  1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134

12  -and-

13  **JEFFREY D. STERNKLAR LLC**

14  Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)

15  Massachusetts Bar No. 549561
    101 Federal Street, Suite 1900

16  Boston, Massachusetts 02110
    Telephone:  (617) 207-7800

17  Email:  jeffrey@sternklarlaw.com

18  *Attorneys for Creditor White Winston Select Asset Funds, LLC*

19

20

21

22

23

24

25

26

27

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

# EXHIBIT 1

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   jshea@shea.law
              blarsen@shea.law
              kwyant@shea.law

-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:  (617) 207-7800
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston
Select Asset Funds, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MUSCLEPHARM CORPORATION<br><br>Debtor. | Chapter 11<br><br>Case No.: 22-14422-nmc |

**STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF**

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

MusclePharm Corporation (the "**Debtor**") and Creditor White Winston Select Asset Funds, LLC ("**WW**" and collectively with Debtor, the "**Parties**"), by and through their respective undersigned counsel, hereby submit this stipulation to extend the time for WW to file its Objection (and Debtor's corresponding response) to any final approval of Debtor's *Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. 33] (the "**Motion**") as well as the related supplements filed with respect to the same. The Parties hereby state and stipulate as follows:

1.      On or about January 3, 2023, Debtor filed the Motion, seeking, among other things, debtor-in-possession financing on an interim and final basis;

2.      On or about January 9, 2023, the Court entered the First Interim Order pursuant to the Motion [ECF No. 74];

3.      On January 12, 2023, WW filed its Interim Objection to approval of debtor-in-possession financing by Empery Tax Efficient, L.P. [ECF No. 88];

4.      On or about January 12, 2023, Debtor filed a supplement [ECF No. 89] and an amended supplement [ECF No. 102] to the Motion;

5.      On January 19, 2023 and January 22, 2023, respectively, WW filed its response regarding Debtor's proposed Second Interim DIP Financing Order [ECF Nos. 131 and 137];

6.      On January 23, 2023, the Court entered the Second Interim Order pursuant to the Motion [ECF No. 139];

7.      Both the First Interim Order and Second Interim Order reserved ruling for final approval with any additional postpetition and proposed debtor-in-possession financing for a final hearing set for February 9, 2023 at 10:30 a.m.;

8.      WW understands that its final objection to final approval of the debtor-in-possession financing is due on or before January 26, 2023 and Debtor understands that its response to any objections is due on or before February 2, 2023;

9.      However, based on scheduling issues and the short turnaround time, WW and Debtor hereby stipulate and agree that WW's objection shall be continued and due on or before **February 1, 2023** and that Debtor's response to any objection by WW shall be continued and due on or before **February 7, 2023**, subject to this Court's approval.

**IT IS SO STIPULATED**.

DATED this 12th day of January, 2023.          DATED this 24th day of January, 2023

**SHEA LARSEN**                                             **SCHWARTZ LAW, PLLC**

*/s/ Bart K. Larsen, Esq.*                               */s/ Bryan A. Lindsey, Esq.*
James Patrick Shea, Esq.                        Samuel A. Schwartz, Esq.
Nevada Bar No. 405                             Nevada Bar No. 10985
Bart K. Larsen, Esq.                           saschwartz@nvfirm.com
Nevada Bar No. 8538                            Bryan A. Lindsey, Esq.
Kyle M. Wyant, Esq.                            Nevada Bar No. 10662
Nevada Bar No. 14652                           blindsey@nvfirm.com
1731 Village Center Circle, Suite 150          601 East Bridger Avenue
Las Vegas, Nevada 89134                        Las Vegas, NV 89101
                                               Telephone: 702.385.5544
-and-                                          Facsimile: 702.442.9887-and-

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)          *Attorneys for Debtor MusclePharm Corporation*
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:   (617) 207-7800
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

# CERTIFICATE OF SERVICE

1. On January 24, 2023, I served the following document(s): **STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒    a.    ECF System:

   SAMUEL A. SCHWARTZ and BRYAN A. LINDSEY on behalf of Debtor MUSCLEPHARM CORPORATION
   saschwartz@nvfirm.com, blindsey@nvfirm.com

   WILLIAM NOALL and MARK M. WISENMILLER on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
   wnoall@gtg.legal, mweisenmiller@gtg.legal

   OGONNA M. BROWN on behalf of Creditor PRESTIGE CAPITAL CORPORATION
   obrown@lewisroca.com

   JOHN D. FIERO, JASON H. ROSELL, and MATTHEW C. ZIRZOW on behalf of the OFFICIAL COMMITTEE OF UNSECURED CREDITORS
   jfiero@pszjlaw.com, jrosell@pszjlaw.com, mzirzow@lzlawnv.com

   TRACY M O'STEEN on behalf of interested party RYAN DREXLER
   tosteen@carlyoncica.com

   ROBERT T. STEWART on behalf of Creditor NUTRABLEND FOODS
   rstewart@foley.com

   ☐    b.    United States mail, postage fully prepaid:

   ☐    c.    Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

       ☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

       ☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2023.

By: /s/ *Bart K. Larsen, Esq,*