

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 30, 2023

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: January 24, 2023<br>Hearing Time: 9:30 a.m. (PT) |

**ORDER ON DEBTOR'S APPLICATION
UNDER 11 U.S.C. §§ 327(a), 329, AND 331 AND FED. R. BANKR. P.
2014 AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF
SCHWARTZ LAW, PLLC AS ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

Upon the application (the "**Application**")[1] of MusclePharm Corporation, debtor and debtor-in-possession in the above-referenced proposed Chapter 11 case (the "**Debtor**"), by and through its counsel of record, Schwartz Law, PLLC ("**SL**"), for the entry of an order pursuant to 11 U.S.C. §§ 327(a), 328, 329, and 331, and Bankruptcy Rules 2014 and 2016 authorizing the employment and retention of SL as counsel for Debtor; and upon the Declaration of Samuel A. Schwartz, Esq., filed

---

[1] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Application.

1

in connection with the Application (the "**Schwartz Declaration**"), with the Court having reviewed and considered the Application and all papers and pleadings submitted in relation to the Application, including the U.S. Trustee's opposition (ECF No. 114); and the Court being satisfied with the representations made in the Application and the Schwartz Declaration that SL represents no interest adverse to the Debtor's Estate, that SL is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code; and that SL's retention is necessary and is in the best interests of the Debtor's Estate, its creditors and other parties-in-interest; and it appearing this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that this Court has exclusive jurisdiction over the subject matter of the Application pursuant to 28 U.S.C. § 1334(e)(2); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held on the Application; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and after due deliberation thereon, and all parties appearing having an opportunity to be heard; and good and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that Pursuant to 11 U.S.C. §§ 327(a), 329, and 331 and Bankruptcy Rules 2014 and 2016, Debtor is authorized to employ and retain SL as its attorneys to perform the services set forth in the Application and Engagement Agreement (a copy of which is attached to the Application as **Exhibit 1**); and it is further

**ORDERED** that SL shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

**ORDERED** that Debtor is authorized to pay SL's fees and to reimburse SL for its costs and expenses as provided in the Engagement Agreement and Application; and it is further

///

**ORDERED** that no approval of the Application and Engagement Agreement under 11 U.S.C. § 328 is intended with this Order; and it is further

**ORDERED** that as provided by the Bankruptcy Rule 7062, this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for Debtor*

3

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel and any unrepresented parties who appeared at the hearing, except those as to whom review was waived on the record at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Jared A. Day, Esq.                    **Approved**/~~Disapproved~~
Counsel for the U.S. Trustee

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###

4