

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 30, 2023

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail:  wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date:  February 9, 2023<br>Time:  10:30 a.m. |

**ORDER APPROVING STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND EMPERY REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF**

The Court, having considered the *Stipulation Between Debtor MusclePharm Corporation and Empery Regarding Extension of Time to Submit Final Objections to Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* (the "Stipulation"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved;

**IT IS FURTHER ORDERED** that any final objection by Empery to the final approval of *Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. 33] shall be due on or before February 1, 2023; and

**IT IS FURTHER ORDERED** that any response by Debtor MusclePharm Corporation to any final objection by Empery shall be due on or before February 7, 2023.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED BY:**

| SCHWARTZ LAW, PLLC | GARMAN TURNER GORDON LLP |
|---|---|
| /s/ Bryan Lindsey<br>Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>saschwartz@nvfirm.com<br>Bryan A. Lindsey, Esq.<br>Nevada Bar No. 10662<br>blindsey@nvfirm.com<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>*Attorneys for Debtor MusclePharm Corporation* | /s/ Mark Weisenmiller<br>WILLIAM M. NOALL, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>MARK M. WEISENMILLER, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders* |

# EXHIBIT 1

# EXHIBIT 1

```
GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
```
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: February 9, 2023<br>Time: 10:30 a.m. |

**STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND EMPERY REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF**

Empery Tax Efficient, LP, in its capacity as collateral agent (in such capacity, "Empery") of the Secured Noteholders with respect to the Notes[1] and as the interim provider of debtor in possession financing to MusclePharm Corporation ("Debtor"), and Debtor, by and through their respective undersigned counsel, hereby submit this stipulation ("Stipulation") to extend the time for Empery to file its objection (if any) and Debtor's corresponding response to final approval of Debtor's *Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362,*

---
[1] Capitalized undefined terms used herein shall be defined in the Silver Declaration [ECF No. 52].

*363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. 33] (the "Motion").

The Parties hereby stipulate, subject only to entry of an order approving this Stipulation substantially in the form attached hereto as **Exhibit 1**, as follows:

1. On January 3, 2023, Debtor filed the Motion, seeking, among other things, debtor-in-possession financing from White Winston Select Asset Funds, LLC ("White Winston") on an interim and final basis;

2. On January 4, 2023, Empery filed an objection to approval of the debtor-in-possession financing proposed by Debtor and White Winston [ECF No. 51];

3. On January 9, 2023, the Court entered its first interim order on the Motion, approving debtor in possession financing provided by Empery on an interim basis [ECF No. 74];

4. On January 12, 2023, Debtor filed a supplement [ECF No. 89] and an amended supplement [ECF No. 102] to the Motion;

5. On January 23, 2023, the Court entered a second interim order approving debtor in possession financing provided by Empery on an interim basis and set a hearing on final approval of the Motion for February 9, 2023, at 10:30 a.m. [ECF No. 139];

6. Empery understands that its final objection to final approval of the debtor-in-possession financing is due on or before January 26, 2023 and Debtor understands that its response to any objections is due on or before February 2, 2023;

…

…

…

…

…

…

7. However, based on scheduling issues and the short turnaround time, Empery and Debtor hereby stipulate and agree that Empery's objection deadline shall be extended to **February 1, 2023,** and Debtor's response deadline to any objection by Empery shall be extended to **February 7, 2023**, subject to this Court's approval.

**IT IS SO STIPULATED**.

| SCHWARTZ LAW, PLLC | GARMAN TURNER GORDON LLP |
|---|---|
| /s/ Bryan Lindsey<br>Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>saschwartz@nvfirm.com<br>Bryan A. Lindsey, Esq.<br>Nevada Bar No. 10662<br>blindsey@nvfirm.com<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>*Attorneys for Debtor MusclePharm Corporation* | /s/ Mark Weisenmiller<br>WILLIAM M. NOALL, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>MARK M. WEISENMILLER, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders* |

# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: February 9, 2023<br>Time: 10:30 a.m. |

**ORDER APPROVING STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND EMPERY REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF**

The Court, having considered the *Stipulation Between Debtor MusclePharm Corporation and Empery Regarding Extension of Time to Submit Final Objections to Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* (the "Stipulation"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved;

**IT IS FURTHER ORDERED** that any final objection by Empery to the final approval of *Debtor's Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. 33] shall be due on or before February 1, 2023; and

**IT IS FURTHER ORDERED** that any response by Debtor MusclePharm Corporation to any final objection by Empery shall be due on or before February 7, 2023.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED BY:**

| SCHWARTZ LAW, PLLC | GARMAN TURNER GORDON LLP |
|---|---|
| /s/ Bryan Lindsey<br>Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>saschwartz@nvfirm.com<br>Bryan A. Lindsey, Esq.<br>Nevada Bar No. 10662<br>blindsey@nvfirm.com<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>*Attorneys for Debtor MusclePharm Corporation* | /s/ Mark Weisenmiller<br>WILLIAM M. NOALL, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>MARK M. WEISENMILLER, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders* |

# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-NMC |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Date: February 9, 2023<br>Time: 10:30 a.m. |

**STIPULATION BETWEEN DEBTOR MUSCLEPHARM CORPORATION AND EMPERY REGARDING EXTENSION OF TIME TO SUBMIT FINAL OBJECTIONS TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITITON FINANCING; (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS; (III) DETERMINING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF**

Empery Tax Efficient, LP, in its capacity as collateral agent (in such capacity, "Empery") of the Secured Noteholders with respect to the Notes[1] and as the interim provider of debtor in possession financing to MusclePharm Corporation ("Debtor"), and Debtor, by and through their respective undersigned counsel, hereby submit this stipulation ("Stipulation") to extend the time for Empery to file its objection (if any) and Debtor's corresponding response to final approval of Debtor's *Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362,*

---

[1] Capitalized undefined terms used herein shall be defined in the Silver Declaration [ECF No. 52].

*363, and 364 and Fed. R. Bankr. P. 4001(B) and 4001(D): (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Priming Liens and Administrative Expense Claims; (III) Determining Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [ECF No. 33] (the "Motion").

The Parties hereby stipulate, subject only to entry of an order approving this Stipulation substantially in the form attached hereto as **Exhibit 1**, as follows:

1. On January 3, 2023, Debtor filed the Motion, seeking, among other things, debtor-in-possession financing from White Winston Select Asset Funds, LLC ("White Winston") on an interim and final basis;

2. On January 4, 2023, Empery filed an objection to approval of the debtor-in-possession financing proposed by Debtor and White Winston [ECF No. 51];

3. On January 9, 2023, the Court entered its first interim order on the Motion, approving debtor in possession financing provided by Empery on an interim basis [ECF No. 74];

4. On January 12, 2023, Debtor filed a supplement [ECF No. 89] and an amended supplement [ECF No. 102] to the Motion;

5. On January 23, 2023, the Court entered a second interim order approving debtor in possession financing provided by Empery on an interim basis and set a hearing on final approval of the Motion for February 9, 2023, at 10:30 a.m. [ECF No. 139];

6. Empery understands that its final objection to final approval of the debtor-in-possession financing is due on or before January 26, 2023 and Debtor understands that its response to any objections is due on or before February 2, 2023;

…

…

…

…

…

…

7. However, based on scheduling issues and the short turnaround time, Empery and Debtor hereby stipulate and agree that Empery's objection deadline shall be extended to **February 1, 2023,** and Debtor's response deadline to any objection by Empery shall be extended to **February 7, 2023**, subject to this Court's approval.

**IT IS SO STIPULATED**.

| SCHWARTZ LAW, PLLC | GARMAN TURNER GORDON LLP |
|---|---|
| /s/ Bryan Lindsey<br>Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>saschwartz@nvfirm.com<br>Bryan A. Lindsey, Esq.<br>Nevada Bar No. 10662<br>blindsey@nvfirm.com<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>*Attorneys for Debtor MusclePharm Corporation* | /s/ Mark Weisenmiller<br>WILLIAM M. NOALL, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>MARK M. WEISENMILLER, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders* |