United States Bankruptcy Court
District of Nevada

In re:  Case No. 22-14422-nmc
MUSCLEPHARM CORPORATION  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: ovpbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + VINCENT J ROLDAN, MANDELBAUM BARRETT, PC, 3 BECKER FARM RD, ROSELAND, NJ 07068-1745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLYSON JOHNSON | on behalf of Creditor Excelsior Nutrition Inc. allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com |
| BART K. LARSEN | on behalf of Creditor White Winston Select Asset Funds LLC BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com |
| BRYAN A. LINDSEY | on behalf of Debtor MUSCLEPHARM CORPORATION blindsey@nvfirm.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| DAWN M. CICA | on behalf of Interested Party Ryan Drexler dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: ovpbk | Total Noticed: 1 |

JASON H. ROSELL
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jrosell@pszjlaw.com

JOHN D. FIERO
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jfiero@pszjlaw.com

MARK M. WEISENMILLER
    on behalf of Interested Party EMPERY TAX EFFICIENT  LP mweisenmiller@gtg.legal, bknotices@gtg.legal

MATTHEW C. ZIRZOW
    on behalf of Attorney JOHN D. FIERO mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW
    on behalf of Attorney JASON H. ROSELL mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

OGONNA M. BROWN
    on behalf of Creditor Prestige Capital Finance  LLC obrown@lewisroca.com,
    ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN
    on behalf of Creditor Prestige Capital Corporation obrown@lewisroca.com
    ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

ROBERT T. STEWART
    on behalf of Creditor NutraBlend Foods rtstewart@foley.com  rgledhill@foley.com;DocketFlow@foley.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor MUSCLEPHARM CORPORATION saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
    ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

TRACY M. O'STEEN
    on behalf of Interested Party Ryan Drexler tosteen@carlyoncica.com
    crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL
    on behalf of Creditor EMPERY ASSET MANAGEMENT  LP wnoall@gtg.legal, bknotices@gtg.legal

TOTAL: 19

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MUSCLEPHARM CORPORATION

BK−22−14422−nmc
CHAPTER 11

Debtor(s)

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by VINCENT J. ROLDAN is **GRANTED**.

Dated: 1/30/23

Mary A. Schott
Clerk of Court