John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
          jrosell@pszjlaw.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com
          zlarson@lzlawnv.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

MUSCLEPHARM CORPORATION,

                                        Debtor.

Case No. 22-14422-nmc
Chapter 11


Date:   February 9, 2023
Time:  10:30 a.m.

**THIRD STIPULATION TO CONTINUE BRIEFING DEADLINES RE: FINAL HEARING RE: DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") and MusclePharm Corporation, a Nevada corporation (the "Debtor" and collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree (the "Third Stipulation") as follows:

1.      On December 15, 2022 (the "Petition Date"), the Debtor filed its voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-referenced bankruptcy case.

2.      On January 3, 2023, the Debtor filed its *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* (the "Motion") [ECF No. 33].

3.     On January 4, 2023, the United States Trustee's Office through the United States Department of Justice, appointed the members of the official committee of unsecured creditors (collectively, the "Committee"), and the law firms of Pachulski Stang Ziehl & Johnes LLP and Larson & Zirzow, LLC are proposed counsel to the Committee.

4.     On January 9, 2023, the Court entered the first interim order on the Motion [ECF No. 74], and on January 23, 2023, entered a second interim order with respect to approval of the Motion on an interim basis, and setting a final hearing date on the Motion for February 9, 2023 at 10:30 a.m. (the "Final Hearing") [ECF No. 105].

5.     On or about January 25, 2023, the Parties entered into the first stipulation ("First Stipulation") requesting an extension of the briefing periods regarding Debtor's Motion, which First Stipulation was approved by an order entered on January 26, 2023 [ECF No. 158].

6.     On or about February 1, the Parties entered into a second stipulation ("Second Stipulation") requesting the extension of the briefing periods regarding Debtor's Motion, which Second Stipulation was approved by an order entered on February 3, 2023 [ECF No. 192].

7.     At the request of the Committee's counsel for an additional extension, the Parties have conferred and agreed to adjust the briefing schedule as set forth in the Second Stipulation regarding the Motion for the Final Hearing.

NOW, THEREFORE, the Parties request that the Court enter the proposed Order attached hereto as **Exhibit 1**, thereby approving this Third Stipulation and directing that the Committee's opposition to the final approval of the Motion be extended to February 6, 2023, and the Debtor's reply by 12:00 p.m. noon on February 8, 2023.

. . .

. . .

. . .

1

2

          Dated:  February 3, 2023.

3   BY: /s/ Matthew C. Zirzow                    By: /s/ Samuel A. Schwartz
    LARSON & ZIRZOW LLC                          SCHWARTZ LAW, PLLC
4   MATTHEW C. ZIRZOW, ESQ.                      SAMUEL A. SCHWARTZ, ESQ.
    Nevada Bar No. 7222                          Nevada Bar No. 10985
5   ZACHARIAH LARSON, ESQ.                       Email: saschwartz@nvfirm.com
    Nevada Bar No. 7787                          BRYAN A. LINDSEY, ESQ.
6   850 E. Bonneville Ave.                       Nevada Bar No. 10662
    Las Vegas, NV 89101                          Email: blindsey@nvfirm.com
7   Tel:  (702) 382-1170                         601 E. Bridger Ave.
    Email:  mzirzow@lzlawnv.com                  Las Vegas, NV  89101
8           zlarson@lzlawnv.com

9   -and-                                        Counsel for Debtor

10

11  PACHULSKI STANG ZIEHL & JONES LLP
    JOHN D. FIERO (*admitted pro hac vice*)

12  JASON H. ROSELL (*admitted pro hac vice*)
    One Sansome Street, 34th Floor, Suite 3430

13  San Francisco, CA  94104
    Tel: (415) 263-7000

14  E-mail:  jfiero@pszjlaw.com
            jrosell@pszjlaw.com

15

16  [Proposed] Counsel to the Official
    Committee of Unsecured Creditors

17

18

19

20

21

22

23

24

25

26

27

28

3

# EXHIBIT 1

# EXHIBIT 1

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
            jrosell@pszjlaw.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

LARSON & ZIRZOW LLC
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com
            zlarson@lzlawnv.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

MUSCLEPHARM CORPORATION,

Debtor.

Case No. 22-14422-nmc
Chapter 11

Date:   February 9, 2023
Time:  10:30 a.m.

**ORDER APPROVING THIRD STIPULATION TO CONTINUE BRIEFING
DEADLINES RE: FINAL HEARING RE: DEBTOR'S MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-
PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE
EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH
COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY,
AND (V) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") and MusclePharm

Corporation (the "Debtor" and collectively the "Parties"), by and through their respective

undersigned counsel, having filed their *Third Stipulation to Continue Briefing Deadlines Re:*

*Final Hearing on Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor*

*to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* (the "Third Stipulation")[1]; the Court having reviewed and considered the Stipulation; and good cause appearing:

**IT IS HEREBY ORDERED:**

1.      The Third Stipulation is APPROVED; and

2.      The Committee's opposition to final approval of the *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 33] is extended to February 6, 2023, and the Debtor's reply by 12:00 p.m. noon on February 8, 2023.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Stipulation.

2

BY: /s/ Matthew C. Zirzow

LARSON & ZIRZOW LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
         zlarson@lzlawnv.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
JOHN D. FIERO (*admitted pro hac vice*)
JASON H. ROSELL (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
         jrosell@pszjlaw.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

By: /s/ Samuel A. Schwartz

SCHWARTZ LAW, PLLC
SAMUEL A. SCHWARTZ, ESQ.
Nevada Bar No. 10985
Email: saschwartz@nvfirm.com
BRYAN A. LINDSEY, ESQ.
Nevada Bar No. 10662
Email: blindsey@nvfirm.com
601 E. Bridger Ave.
Las Vegas, NV 89101

Counsel for Debtor

# # #

3