

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 06, 2023

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
            jrosell@pszjlaw.com

LARSON & ZIRZOW LLC
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com
            zlarson@lzlawnv.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

MUSCLEPHARM CORPORATION,

        Debtor.

Case No. 22-14422-nmc
Chapter 11

Date:   February 9, 2023
Time:  10:30 a.m.

**ORDER APPROVING THIRD STIPULATION TO CONTINUE BRIEFING DEADLINES RE: FINAL HEARING RE: DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING, (II) GRANTING PRIMING LIENS AND ADMINISTRATIVE EXPENSE CLAIMS, (III) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

    The Official Committee of Unsecured Creditors (the "Committee") and MusclePharm

Corporation (the "Debtor" and collectively the "Parties"), by and through their respective

undersigned counsel, having filed their *Third Stipulation to Continue Briefing Deadlines Re:*

*Final Hearing on Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor*

*to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* (the "<u>Third Stipulation</u>")[1]; the Court having reviewed and considered the Stipulation; and good cause appearing:

**IT IS HEREBY ORDERED:**

1.    The Third Stipulation is APPROVED; and

2.    The Committee's opposition to final approval of the *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 33] is extended to February 6, 2023, and the Debtor's reply by 12:00 p.m. noon on February 8, 2023.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Stipulation.

BY: /s/ Matthew C. Zirzow
LARSON & ZIRZOW LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
         zlarson@lzlawnv.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
JOHN D. FIERO (*admitted pro hac vice*)
JASON H. ROSELL (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
         jrosell@pszjlaw.com

[Proposed] Counsel to the Official
Committee of Unsecured Creditors

By: /s/ Samuel A. Schwartz
SCHWARTZ LAW, PLLC
SAMUEL A. SCHWARTZ, ESQ.
Nevada Bar No. 10985
Email: saschwartz@nvfirm.com
BRYAN A. LINDSEY, ESQ.
Nevada Bar No. 10662
Email: blindsey@nvfirm.com
601 E. Bridger Ave.
Las Vegas, NV 89101

Counsel for Debtor

# # #