E-filed on __February 7, 2023__

**Samuel A. Schwartz**
Name
**10985 NV**
Bar Code #
**601 East Bridger Avenue**
**Las Vegas, NV 89101**
Address
**702-385-5544**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: **MusclePharm Corporation**

Case No.: **22-14422-NMC**
Chapter: **11**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☐ Add/delete creditor(s), change amount or classification of debt - **$32 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☑ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☑ Other: Official Form 204: Chapter 11 Case: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on **February 7, 2023**

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Gary Shirshac
**Gary Shirshac**
**Debtor's Signature**
**Date:** February 7, 2023

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MusclePharm Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 22-14422-NMC |

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **February 7, 2023** | X **/s/ Gary Shirshac** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Gary Shirshac** |
| | | Printed name |
| | | **CFO** |
| | | Position or relationship to debtor |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MusclePharm Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **22-14422-NMC** |

■ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4Excelsior Pharma 1206 N. Miller St. Anaheim, CA 92806 | Sahar S. Pugh spugh@mjfwlaw.com (949) 714-2480 | Trade - Case #19BBCV00230 (Settlement) | Contingent Unliquidated Disputed | | | $200,000.00 |
| American Nutritional Corporation, Inc. 3150 Sunrise Ave Las Vegas, NV 89101 | Diane Holden dholden@anc-nv.com (705) 452-5200 | Trade | Contingent Unliquidated Disputed | | | $295,204.00 |
| Atlantic Grain & Trade 496 Bramson Ct., Suite 140 Mount Pleasant, SC 29464 | Tony Reno treno@atlanticgrain.com (952) 283-1418 | Trade | Contingent Unliquidated Disputed | | | $1,130,222.00 |
| Bakery Barn 111 Terence Drive Pittsburgh, PA 15236 | Darcie Spisak frontoffice@bakery-barn.com (412) 655-1113, ext. 236 | Trade | Contingent Unliquidated Disputed | | | $1,692,869.00 |
| Bar Bakers 10711 Bloomfields St. Los Alamitos, CA 90720 | John Gutteridge info@barbakers.com (562) 719-0300 | Trade | Contingent Unliquidated Disputed | | | $249,235.00 |
| Barnes & Thornburg, LLP 655 West Broadway San Diego, CA 92101 | Troy Zander troy.zander@btlaw.com (619) 933-8863 | Legal / Accounting / Service Providers | Contingent Unliquidated Disputed | | | $200,000.00 |
| Belmark Inc. Attn: Karl Sergus 600 Heritage Road De Pere, WI 54115 | Aran Ma aranm@belmark.com (920) 336-2848 | Trade | Contingent Unliquidated Disputed | | | $284,461.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

| Debtor | MusclePharm Corporation | | Case number (if known) | 22-14422-NMC |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CA - Receiver General Tax<br>CCRA Tax Centre<br>275 Pope Rd. Suite 103<br>Summerside, PE, C1N 6A2, Canada | Bob Hamilton<br><br>canada.ca<br>(800) 959-8281 | Taxes | Contingent<br>Unliquidated<br>Disputed | | | $237,779.00 |
| CanSource LLC<br>2120 Miller Dr. Suite G<br>Longmont, CO 80501 | David A. Kempf<br><br>david.kempf@cansource.com<br>(303) 246-7419 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $303,627.00 |
| Canyon Plastics, Inc.<br>28455 Livingston Ave.<br>Valencia, CA 91355 | Dawn Fonfara<br><br>dawn@canyonplastics.com<br>(661) 257-4293 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $286,772.00 |
| City Football Group Ltd.<br>Etihad Stadium, 400 Ashton New Rd.<br>Manchester, England M11 4TQ, UK | Ben Martin<br><br>ben.martin@cityfootball.com<br>011.44.7740.457100 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $730,161.00 |
| Creative Flavor Concepts, Inc.<br>10866 Wilshire Blvd. Suite 500<br>Los Angeles, CA 90024 | Richard Fischler<br><br>rfischler@creativeflavorconcepts.com<br>(925) 732-9338 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $441,423.60 |
| Flavor Insights<br>4795 Industrial Way<br>Benicia, CA 94510 | Brenda Quast<br><br>brenda.quast@fiflavors.com<br>(707) 747-1002, ext. 4601 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $166,809.67 |
| JW Nutritional<br>PO Box 258<br>Allen, TX 75013 | Jesse Windrix<br><br>jesse@jwnutritional.com<br>(214) 221-0404 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $891,385.48 |
| Kasowitz, Benson, Torres LLP<br>1633 Broadway<br>New York, NY 10019 | Gary D. Schryver<br><br>gschryver@kasowitz.com<br>(212) 506-1891 | Legal / Accounting / Service Providers | Contingent<br>Unliquidated<br>Disputed | | | $347,356.00 |
| Korn Ferry (US)<br>PO Box 1450<br>Minneapolis, MN 55485 | Heather Estes<br><br>heather.estes@kornferry.com<br>(310) 843-4137 | Legal / Accounting / Service Providers | Contingent<br>Unliquidated<br>Disputed | | | $257,510.00 |

Debtor **MusclePharm Corporation**　　　　　　　　　　　　　Case number *(if known)* **22-14422-NMC**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mill Haven Foods**<br>**211 Leer St.**<br>**New Lisbon, WI 53950** | **Brent Martin**<br><br>**brent.martin@millhavenfoods.com**<br>**(608) 562-6455** | **Trade** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$3,694,586.00** |
| **Ropes & Gray LLP**<br>**Mail Code : 11104**<br>**Philadelphia, PA 19176-0280** | **Michelle Fallon**<br><br>**michelle.fallon@ropesgray.com**<br>**(212) 841-0413** | **Legal / Accounting / Service Providers** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$370,792.00** |
| **S.K. Laboratories, Inc**<br>**5420 E La Palma Ave**<br>**Anaheim, CA 92807** | **Bradley Karp**<br><br>**bradley@sklabs.com**<br>**(714) 695-9800, ext. 289** | **Trade** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$4,754,693.00** |
| **Sheppard Mullin Richter & Hampton LLP**<br>**333 South Hope Street**<br>**Los Angeles, CA 90071** | **Richard Friedman**<br><br>**rafriedman@sheppardmullin.com**<br>**(212) 634-3031** | **Legal / Accounting / Service Providers** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$213,486.00** |