

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 09, 2023

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: February 21, 2023<br>Hearing Time: 9:30 a.m. |

**EX PARTE ORDER SHORTENING TIME**

THIS MATTER having come before the Court on the ex parte application for order shortening time to hear the *Debtor's Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of an Order Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate* [ECF No. 215] (the "**Stock Transfer Prohibition Motion**") filed by MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**").

1

**IT IS HEREBY ORDERED** that the hearing on the above-listed Stock Transfer Prohibition Motion, filed on February 8, 2023, will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox, in the Foley Federal Building, 300 Las Vegas Boulevard South, on **February 21, 2023**, at the hour of **9:30 a.m.**; and

**IT IS FURTHER ORDERED** that oppositions to the Stock Transfer Prohibition Motion shall be due on or before     **February 16, 2023**    ; and

**IT IS FURTHER ORDERED** that any replies to oppositions shall be due on or before     **February 17, 2023**    . Hearing participation will be by remote videoconference and/or teleconference. Remote participation information may be found on the posted calendar on the Court's website at www.nvb.uscourts.gov/calendars/court-calendars.

Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

**IT IS SO ORDERED.**

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Bryan A. Lindsey*
Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for the Debtor*

###