NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–14422–nmc |
| MUSCLEPHARM CORPORATION | CHAPTER 11 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by CHARLES R. BENNETT JR. is **GRANTED**.

Dated: 2/17/23

Mary A. Schott
Clerk of Court