_____
Mary A. Schott
Clerk of Court

Entered on Docket
February 17, 2023

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
        blarsen@shea.law
        kwyant@shea.law

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone: (617) 207-7800
Email: jeffrey@sternklarlaw.com

-and-

**MURPHY & KING, P.C.**
Charles R. Bennett, Jr., Esq. (*Pro Hac Vice Pending*)
Massachusetts Bar No. 362610
28 State Street, Suite 3101
Boston, Massachusetts 02109
Telephone:  (617) 423-0400
Email:  cbennett@murphyking.com

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MUSCLEPHARM CORPORATION<br>                    Debtor. | Chapter 11<br><br>Case No.: 22-14422-nmc |

**ORDER GRANTING MOTION BY WHITE WINSTON SELECT ASSET FUNDS, LLC FOR ENTRY OF ORDER AUTHORIZING 2004 EXAMINATION OF EMEPERY TAX EFFICIENT, LP**

Upon the *Motion by White Winston Select Asset Funds, LLC for Entry of Order Authorizing*

*2004 Examination of Empery Tax Efficient, LP* (the "Motion") [ECF No. 232] and for good cause appearing:

**IT IS HEREBY ORDERED** that Empery Tax Efficient LP shall appear for a Rule 2004 examination upon no less than fourteen (14) calendar days' written notice, pursuant to Fed. R. Bankr. P. 2004, regarding matters that are within the permitted scope of Rule 2004, including without limitation, the assets, conduct, property, liabilities and financial condition of MusclePharm Corporation (the "Debtor"), including any obligations owing to Empery Tax Efficient LP.

**IT IS FURTHER ORDERED** that the examination may be continued from day to day until concluded and that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

SHEA LARSEN

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for Creditor White Winston Select Asset Funds, LLC*