_____
Mary A. Schott
Clerk of Court



Entered on Docket
February 24, 2023

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar. No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Noteholders*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11<br><br>Date: N/A<br>Time: N/A |
|---|---|

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF FRCP 30(b)(6) DESIGNEE OF DEBTOR MUSCLEPHARM CORPORATION PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of FRCP 30(b)(6) Designee of Debtor MusclePharm Corporation Pursuant to Bankruptcy Rule 2004* (the "Ex Parte Application"), filed by Empery Tax Efficient, LP, in its capacity as collateral agent (in such capacity, "Empery") of

the Secured Noteholders with respect to the Notes,[1] by and through its counsel, Garman Turner Gordon LLP, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Designee of Debtor MusclePharm Corporation ("Debtor") shall appear for a Rule 2004 examination on a date after March 13, 2023, pursuant to FED. R. BANKR. P. 2004, regarding matters that are within the permitted scope of Rule 2004, including without limitation the Debtor's assets, liabilities, conduct, and property. Empery shall issue a separate notice setting forth the date and location of the examination.

**IT IS FURTHER ORDERED** that the examination may be continued from day to day until concluded and that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: */s/Mark M. Weisenmiller*
   GREGORY E. GARMAN, ESQ.
   WILLIAM M. NOALL, ESQ.
   MARK M. WEISENMILLER, ESQ.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Noteholders*

---

[1] Capitalized terms not defined herein shall be ascribed the definitions set forth in the declaration of Timothy Silver [ECF No. 52].