

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 02, 2023

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: March 7, 2023 |
| | Hearing Time: 10:30 a.m. |

**EX PARTE ORDER SHORTENING TIME**

THIS MATTER having come before the Court on the *Ex Parte Motion for Order Shortening Time for Hearing on Form of Final DIP Financing Order* (the "**Motion**") filed by MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**").

**IT IS HEREBY ORDERED** that the emergency hearing on the Motion, filed on February 28, 2023, will be held before the Honorable United States Bankruptcy Judge Natalie M.

1

Cox, in the Foley Federal Building, 300 Las Vegas Blvd South, on **March 7, 2023**, at the hour of **10:30 a.m.**; and

**IT IS FURTHER ORDERED** that any oppositions to the Motion may be made by **March 3, 2023**, pursuant to Local Rule 9021(b)(2)(A); and

**IT IS FURTHER ORDERED** that any replies to oppositions may be made by **March 6, 2023**.

Hearing participation will be by remote videoconference and/or teleconference. Remote participation information may be found on the posted calendar on the Court's website at www.nvb.uscourts.gov/calendars/court-calendars.

Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

**IT IS SO ORDERED.**

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for the Debtor*

###