MusclePharm Corporation

Case No. 22-14422

MOR period ending 2/28/2023

**Supporting Documentation Included:**
Statement of cash receipts and disbursements
Statement of operations (profit or loss statement)
Accounts payable/receivable aging
All bank statements and bank reconciliations for the reporting period

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

*MusclePharm*  
*Thirteen-Week Cash Flow Forecast*  
*3/20/2023*

<span style="color:red">DRAFT - SUBJECT TO CHANGE</span>

| Month Ending<br>Month | 12/31/2022<br>December | 1/31/2023<br>January | 2/28/2023<br>February | Post Petition<br>Total |
|---|---:|---:|---:|---:|
| **Factored Receipts** | $ - | $ 488,143 | $ 220,505 | 708,648 |
| Other Receipts | 9,927 | 55,857 | (10,912) | 54,872 |
| **Total Receipts** | $ 9,927 | $ 544,000 | $ 209,593 | 763,520 |
| **Total COGS** | $ - | $ 159,096 | $ 397,656 | $ 556,751 |
| Shipping & Logistics | - | - | 8,370 | 8,370 |
| **Total COGS Including Shipping, Labeling and Testing** | $ - | $ 159,096 | $ 406,026 | $ 565,121 |
| *SG&A* | | | | |
| Payroll & Benefits | $ - | $ 125,494 | $ 151,653 | $ 277,147 |
| Insurance | - | 80,592 | 19,800 | 100,392 |
| General & Administrative | 7,271 | 2,553 | 3,953 | 13,777 |
| Securities Counsel | - | - | - | - |
| Labeling & Testing Costs | - | 762 | - | 762 |
| Board Fees | - | - | - | - |
| eCommerce | - | 3,481 | 3,928 | 7,410 |
| Marketing | - | 13,000 | 5,000 | 18,000 |
| Avalara | - | 11,565 | - | 11,565 |
| **Total SG&A** | $ 7,271 | $ 237,446 | $ 184,335 | $ 429,052 |
| **Net Operating Cash Flow** | 2,656 | 147,458 | (380,768) | (230,654) |
| **Cumulative Net Operating Cash Flow** | 2,656 | 150,113 | (230,654) | (230,654) |
| **Restructuring Costs** | | | | |
| *Company Advisors* | | | | |
| Schwartz Law | $ - | $ - | $ 150,000 | $ 150,000 |
| Portage Point | - | - | 75,000 | 75,000 |
| Claims Agent | - | - | - | - |
| *Unsecured Creditor Advisors* | | | | |
| UCC Counsel (Includes Local) | - | - | 112,500 | 112,500 |
| Creditor Financial Advisor | - | - | - | - |
| **Total Professional Fees** | $ - | $ - | $ 337,500 | $ 337,500 |
| *Other Restructuring Costs* | | | | |
| Filling Fees | $ - | $ - | $ - | $ - |
| Trustee Fees | - | - | 250 | 250 |
| Investigation Costs | - | - | - | - |
| Critical Vendors | - | - | - | - |
| Utilities Adequate Assurance | - | - | - | - |
| **Total Restructuring Costs** | $ - | $ - | $ 337,750 | $ 337,750 |
| **Net Cash Flow after Restructuring Costs** | 2,656 | 147,458 | (718,518) | (568,404) |
| **Cumulative Net Cash Flow after Restructuring Costs** | 2,656 | 150,113 | (568,404) | (568,404) |
| *Financing* | | | | |
| DIP Lender Advance | $ - | $ 750,000 | $ - | $ 750,000 |
| Factoring Repayment | - | - | - | - |
| Interest Expense | - | - | - | - |
| **Total Cash Flow** | 2,656 | 897,458 | (718,518) | 181,596 |
| **Cumulative Total Cash Flow** | 2,656 | 900,113 | 181,596 | 181,596 |

# STATEMENT OF OPERATIONS (PROFIT/LOSS STATEMENT)

# MusclePharm Corporation
## Profit and Loss
### February 2023

|  |  | Total |
|---|---|---:|
| **Income** | | |
|   401010 Sales of Product Income | | 520,284.43 |
|   410010 Product Early Payment | | -5,215.20 |
|   410020 Discounts given | | -571.52 |
| **Total Income** | **$** | **514,497.71** |
| **Cost of Goods Sold** | | |
|   421010 Cost of goods sold | | 378,570.48 |
|     421020 Cost of labor - COGS | | 6,001.50 |
|     424130 Freight in - COGS | | 8,652.37 |
|   Total 421010 Cost of goods sold | **$** | **393,224.35** |
|   424010 Shipping | | -1,073.95 |
| **Total Cost of Goods Sold** | **$** | **392,150.40** |
| **Gross Profit** | **$** | **122,347.31** |
| **Expenses** | | |
|   1011010 Salary | | 105,189.76 |
|   1011070 SB Social Security Cost | | 6,540.06 |
|   1011090 Unemployment Tax (SUI/DI) | | 1,722.88 |
|   519020 Advertising - Social Media | | 5,000.00 |
|   610010 Freight Out | | 10,538.52 |
|   713030 IT Consulting | | 490.00 |
|   713060 Service and Support | | 1,391.84 |
|   720020 Bank and Card Charges | | 2,586.72 |
|   720040 Merchant Fees | | 10.00 |
|   720070 ADP Payroll Services | | 624.00 |
|   720080 Service Fees | | 2,121.36 |
|   724050 US Bankruptcy Trustee | | 250.00 |
|   811010 Legal Fees | | 455,905.00 |
| **Total Expenses** | **$** | **592,370.14** |
| **Net Operating Income** | **-$** | **470,022.83** |
| **Other Income** | | |
|   1020010 Other Income - Interest Income | | 532.29 |
| **Total Other Income** | **$** | **532.29** |
| **Other Expenses** | | |
|   Unrealized Gain or Loss | | 0.00 |
|   1021010 Interest Expense | | 522.92 |
| **Total Other Expenses** | **$** | **522.92** |
| **Net Other Income** | **$** | **9.37** |
| **Net Income** | **-$** | **470,013.46** |

# ACCOUNTS PAYABLE/ RECEIVABLE AGING

**MusclePharm**
**Accounts Payable**

| Num | Vendor | Amount |
|---|---|---:|
| 113832 | JW Nutritional LLC | 1,471 |
| 7752 | Stretto Inc. | 6,061 |
| 113984 | JW Nutritional LLC | 257 |
| BL-40145 | Ergos Technology Partners, Inc | 490 |
| BL-40137 | PerfectShaker Inc. | 9,042 |
| BL-40130 | HubMatrix Partners, LLC | 969 |
| BL-40135 | JW Nutritional LLC | 776 |
| BL-40136 | JW Nutritional LLC | 172 |
| **Total** | | **$ 19,238** |

**MusclePharm**
*Accounts Receivable*

| Customer | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---:|---:|---:|---:|---:|---:|
| **BJ's Wholesale Club** | | | 238,901 | | | 238,901 |
| **Dna Sports Nutrition** | 121,800 | | | | | 121,800 |
| **MDM Global** | 14,406 | | | | | 14,406 |
| **Nutrition Systems New Zealand Pty Ltd** | 255,535 | | | | | 255,535 |
| **reCommerce** | 85,407 | 26,111 | | | | 111,518 |
| **Total** | **477,148** | **26,111** | **238,901** | **-** | **-** | **742,160** |

# ALL BANK STATEMENTS AND BANK RECONCILIATIONS FOR THE REPORTING PERIOD

# WellsOne® Account

Account number: ███████4320 ■ February 1, 2023 - February 28, 2023 ■ Page 1 of 4



MUSCLEPHARM CORPORATION
OPERATING ACCOUNT
C/O EMPERY ASSET MANAGEMENT, LP
1 ROCKEFELLER PLZ RM 1205
ATTENTION: BRETT S DIRECTOR
NEW YORK NY 10020-2070

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████4320 | $0.00 | $8,181,978.20 | -$8,181,978.20 | $0.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/01 | 946,582.13 | Stagecoach Sweep Credit |
| | 02/01 | 42.53 | Stagecoach Sweep Interest Payment |
| | 02/01 | 715.18 | Shopify Transfer St-K0P3F0A6U8T8 Musclepharm |
| | 02/02 | 947,339.84 | Stagecoach Sweep Credit |
| | 02/02 | 42.57 | Stagecoach Sweep Interest Payment |
| | 02/02 | 1,633.25 | Shopify Transfer St-R1H4V6I1I7H3 Musclepharm |
| | 02/02 | 12,119.10 | WT Fed#06240 National Financial /Org=1/Empery Tax Efficient Lp Srf# 7760599033Fs Trn#230202156565 Rfb# Swf of 23/02/02 |
| | 02/02 | 14,058.16 | WT Fed#06245 National Financial /Org=1/Empery Tax Efficient III Lp Srf# 6674915033Fs Trn#230202156598 Rfb# Swf of 23/02/02 |
| | 02/02 | 40,477.79 | WT Fed#06314 National Financial /Org=1/Empery Master Onshore LLC Srf# 6601276033Fs Trn#230202156675 Rfb# Swf of 23/02/02 |
| | 02/02 | 54,535.95 | WT Fed#07777 National Financial /Org=1/Empery Debt Opportunity Fund Lp Srf# 3892027033Fs Trn#230202160852 Rfb# Swf of 23/02/02 |
| | 02/03 | 722,772.22 | Stagecoach Sweep Credit |
| | 02/03 | 35.45 | Stagecoach Sweep Interest Payment |
| | 02/03 | 323.10 | Shopify Transfer St-O7U9O1B6P1R3 Musclepharm |
| | 02/03 | 1,418.57 | WT Fed#00452 Security Bank /Org=Jw Nutritional LLC Srf# 0000000000682797 Trn#230203087256 Rfb# |
| | 02/03 | 43,500.00 | WT Fed#06195 Vector Casa DE Bol /Org=Ciajsa SA DE Cv Srf# F9S2302037303300 Trn#230203117358 Rfb# |
| | 02/06 | 545,765.94 | Stagecoach Sweep Credit |
| | 02/06 | 80.29 | Stagecoach Sweep Interest Payment |
| | 02/06 | 1,332.02 | Shopify Transfer St-O7W6S4U8Z9O1 Musclepharm |
| | 02/06 | 99,881.60 | Vitadepot.Com Payments Muscle Pharm Ref*Inv-173454\ |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 02/07 | 395,540.32 | Stagecoach Sweep Credit |
| | 02/07 | 19.40 | Stagecoach Sweep Interest Payment |
| | 02/07 | 2,292.49 | Shopify Transfer St-O4U0H9A8R2T1 Musclepharm |
| | 02/08 | 299,370.97 | Stagecoach Sweep Credit |
| | 02/08 | 14.68 | Stagecoach Sweep Interest Payment |
| | 02/08 | 570.64 | Shopify Transfer St-U6V9U8W3Q7A7 Musclepharm |
| | 02/08 | 23,534.42 | eDeposit IN Branch/Store 02/08/23 12:52:54 PM 2420 E Sunset Rd Las Vegas NV |
| | 02/09 | 299,956.71 | Stagecoach Sweep Credit |
| | 02/09 | 14.71 | Stagecoach Sweep Interest Payment |
| | 02/09 | 127.26 | Shopify Transfer St-O4Q7C1B7C4P6 Musclepharm |
| | 02/09 | 7,342.51 | WT Fed#04196 National Financial /Org=1/Empery Tax Efficient Lp Srf# 5079858040Fs Trn#230209136289 Rfb# Swf of 23/02/09 |
| | 02/09 | 8,517.30 | WT Fed#02103 National Financial /Org=1/Empery Tax Efficient III Lp Srf# 3343315040Fs Trn#230209135230 Rfb# Swf of 23/02/09 |
| | 02/09 | 24,523.95 | WT Fed#07846 National Financial /Org=1/Empery Master Onshore LLC Srf# 1075943040Fs Trn#230209139192 Rfb# Swf of 23/02/09 |
| | 02/09 | 33,041.27 | WT Fed#05998 National Financial /Org=1/Empery Debt Opportunity Fund Lp Srf# 0869932040Fs Trn#230209135228 Rfb# Swf of 23/02/09 |
| | 02/10 | 363,463.44 | Stagecoach Sweep Credit |
| | 02/10 | 17.82 | Stagecoach Sweep Interest Payment |
| | 02/10 | 295.46 | Shoppayinst Afrm Payments 230210 Uc9J1Vy91J3Mx0D Musclepharm |
| | 02/10 | 472.21 | Shopify Transfer St-U0O0Z6C1E4N4 Musclepharm |
| | 02/13 | 387,557.93 | Stagecoach Sweep Credit |
| | 02/13 | 57.02 | Stagecoach Sweep Interest Payment |
| | 02/13 | 213.12 | Shoppayinst Afrm Payments 230213 C9086Xflucjreje Musclepharm |
| | 02/13 | 326.72 | Shopify Transfer St-K6S2x9L3x4K9 Musclepharm |
| | 02/14 | 386,116.36 | Stagecoach Sweep Credit |
| | 02/14 | 18.94 | Stagecoach Sweep Interest Payment |
| | 02/14 | 1,204.41 | Shopify Transfer St-V4R8Z5K6N5I0 Musclepharm |
| | 02/15 | 337,752.26 | Stagecoach Sweep Credit |
| | 02/15 | 16.56 | Stagecoach Sweep Interest Payment |
| | 02/15 | 66.54 | Shopify Transfer St-C7E6O8U8L8F0 Musclepharm |
| | 02/16 | 337,835.36 | Stagecoach Sweep Credit |
| | 02/16 | 16.57 | Stagecoach Sweep Interest Payment |
| | 02/16 | 254.10 | Shopify Transfer St-H4F4Z5L7V4B3 Musclepharm |
| | 02/17 | 303,006.25 | Stagecoach Sweep Credit |
| | 02/17 | 14.86 | Stagecoach Sweep Interest Payment |
| | 02/17 | 274.93 | Shopify Transfer St-Y2A4C3x9J1W5 Musclepharm |
| | 02/21 | 303,046.04 | Stagecoach Sweep Credit |
| | 02/21 | 59.45 | Stagecoach Sweep Interest Payment |
| | 02/21 | 111.19 | Shoppayinst Afrm Payments 230221 Q9Eunsrczs6Dsd2 Musclepharm |
| | 02/21 | 605.76 | Shopify Transfer St-L5E2S4x2Q9Y9 Musclepharm |
| | 02/21 | 2,588.88 | WT Fed#01817 National Financial /Org=1/Empery Tax Efficient Lp Srf# 1299137052Fs Trn#230221199031 Rfb# Swf of 23/02/21 |
| | 02/21 | 3,003.11 | WT Fed#00765 National Financial /Org=1/Empery Tax Efficient III Lp Srf# 6035198052Fs Trn#230221199025 Rfb# Swf of 23/02/21 |
| | 02/21 | 8,646.90 | WT Fed#01684 National Financial /Org=1/Empery Master Onshore LLC Srf# 3193075052Fs Trn#230221197356 Rfb# Swf of 23/02/21 |
| | 02/21 | 11,650.01 | WT Fed#00600 National Financial /Org=1/Empery Debt Opportunity Fund Lp Srf# 4555469052Fs Trn#230221198461 Rfb# Swf of 23/02/21 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 02/22 | 255,905.00 | Stagecoach Sweep Credit |
| | 02/22 | 12.55 | Stagecoach Sweep Interest Payment |
| | 02/22 | 1,271.84 | Shopify Transfer St-V7K9Q5J9H7D7 Musclepharm |
| | 02/23 | 257,189.39 | Stagecoach Sweep Credit |
| | 02/23 | 12.61 | Stagecoach Sweep Interest Payment |
| | 02/23 | 293.94 | eDeposit IN Branch/Store 02/23/23 02:02:18 PM 10010 S Eastern Ave Henderson NV |
| | 02/23 | 375.99 | Shopify Transfer St-F4P8E2G7E8T6 Musclepharm |
| | 02/24 | 228,883.46 | Stagecoach Sweep Credit |
| | 02/24 | 11.22 | Stagecoach Sweep Interest Payment |
| | 02/24 | 448.35 | Shopify Transfer St-P8B4L0K9P7I0 Musclepharm |
| | 02/27 | 229,568.03 | Stagecoach Sweep Credit |
| | 02/27 | 33.77 | Stagecoach Sweep Interest Payment |
| | 02/27 | 535.07 | Shopify Transfer St-C3Q8Y2C8R3V3 Musclepharm |
| | 02/28 | 230,204.87 | Stagecoach Sweep Credit |
| | 02/28 | 11.29 | Stagecoach Sweep Interest Payment |
| | 02/28 | 65.53 | Shoppayinst Afrm Payments 230228 9Liym5Td5Lyuwzm Musclepharm |
| | 02/28 | 940.77 | Shopify Transfer St-O3J6Y6P4L0Y6 Musclepharm |
| | | **$8,181,978.20** | **Total electronic deposits/bank credits** |
| | | **$8,181,978.20** | **Total credits** |

## Debits

*Electronic debits/bank debits*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 02/01 | 947,339.84 | Stagecoach Sweep Debit |
| | 02/02 | 7,124.28 | WT 230202-111850 M and T Bank /Bnf=Prestige Capital Srf# Gw00000056291756 Trn#230202111850 Rfb# 2362 |
| | 02/02 | 340,310.16 | ZBA Funding Account Transfer to 4353 |
| | 02/02 | 722,772.22 | Stagecoach Sweep Debit |
| | 02/03 | 222,283.40 | ZBA Funding Account Transfer to 4353 |
| | 02/03 | 545,765.94 | Stagecoach Sweep Debit |
| | 02/06 | 251,519.53 | ZBA Funding Account Transfer to 4353 |
| | 02/06 | 395,540.32 | Stagecoach Sweep Debit |
| | 02/07 | 98,481.24 | ZBA Funding Account Transfer to 4353 |
| | 02/07 | 299,370.97 | Stagecoach Sweep Debit |
| | 02/08 | 299,956.71 | Stagecoach Sweep Debit |
| | 02/09 | 10,285.27 | ZBA Funding Account Transfer to 4353 |
| | 02/09 | 363,463.44 | Stagecoach Sweep Debit |
| | 02/10 | 387,557.93 | Stagecoach Sweep Debit |
| | 02/13 | 2,038.43 | Client Analysis Srvc Chrg 230210 Svc Chge 0123 000004241874320 |
| | 02/13 | 386,116.36 | Stagecoach Sweep Debit |
| | 02/14 | 3,157.96 | ZBA Funding Account Transfer to 4338 |
| | 02/14 | 46,429.49 | ZBA Funding Account Transfer to 4353 |
| | 02/14 | 337,752.26 | Stagecoach Sweep Debit |
| | 02/15 | 337,835.36 | Stagecoach Sweep Debit |
| | 02/16 | 35,099.78 | ZBA Funding Account Transfer to 4353 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 02/16 | 303,006.25 | Stagecoach Sweep Debit |
| | 02/17 | 250.00 | ZBA Funding Account Transfer to ████ 4353 |
| | 02/17 | 303,046.04 | Stagecoach Sweep Debit |
| | 02/21 | 73,806.34 | ZBA Funding Account Transfer to ████ 4353 |
| | 02/21 | 255,905.00 | Stagecoach Sweep Debit |
| | 02/22 | 257,189.39 | Stagecoach Sweep Debit |
| | 02/23 | 28,695.47 | ZBA Funding Account Transfer to ████ 4353 |
| | 02/23 | 228,883.46 | Stagecoach Sweep Debit |
| | 02/24 | 229,568.03 | Stagecoach Sweep Debit |
| | 02/27 | 230,204.87 | Stagecoach Sweep Debit |
| | 02/28 | 3,157.96 | ZBA Funding Account Transfer to ████ 4338 |
| | 02/28 | 228,064.50 | Stagecoach Sweep Debit |
| | | **$8,181,978.20** | Total electronic debits/bank debits |
| | | **$8,181,978.20** | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 01/31 | 0.00 | 02/09 | 23,309.00 | 02/21 | 0.00 |
| 02/01 | 0.00 | 02/10 | 0.00 | 02/22 | 0.00 |
| 02/02 | 0.00 | 02/13 | 0.00 | 02/23 | 293.00 |
| 02/03 | 0.00 | 02/14 | 0.00 | 02/24 | 68.00 |
| 02/06 | 0.00 | 02/15 | 0.00 | 02/27 | 0.00 |
| 02/07 | 0.00 | 02/16 | 0.00 | 02/28 | 0.00 |
| 02/08 | 23,534.00 | 02/17 | 0.00 | | |

Average daily ledger balance    $1,690.71

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number: ▮▮▮▮4338 ■ February 1, 2023 - February 28, 2023 ■ Page 1 of 2



MUSCLEPHARM CORPORATION
PAYROLL ACCOUNT
C/O EMPERY ASSET MANAGEMENT, LP
1 ROCKEFELLER PLZ RM 1205
ATTENTION: BRETT S DIRECTOR
NEW YORK NY 10020-2070

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮4338 | $0.00 | $6,315.92 | -$6,315.92 | $0.00 |

### Credits
Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 02/14 | 3,157.96 | ZBA Balance Account Transfer From ▮▮▮▮4320 |
|  | 02/28 | 3,157.96 | ZBA Balance Account Transfer From ▮▮▮▮4320 |
|  |  | $6,315.92 | Total electronic deposits/bank credits |
|  |  | $6,315.92 | Total credits |

### Debits
Electronic debits/bank debits

| Effective date | Posted date | Amount |   | Transaction detail |
|---|---|---|---|---|
|  | 02/14 | 3,157.96 | < | Business to Business ACH Debit - ADP 401K ADP 401K 230214 T7P82 021006V01 ADP Totalsource DE IV |
|  | 02/28 | 3,157.96 | < | Business to Business ACH Debit - ADP 401K ADP 401K 230228 T7P82 022408V01 ADP Totalsource DE IV |
|  |  | $6,315.92 |   | Total electronic debits/bank debits |
|  |  | $6,315.92 |   | Total debits |

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ▮▮▮▮ 4338 ■ February 1, 2023 - February 28, 2023 ■ Page 2 of 2



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 0.00 | 02/14 | 0.00 | 02/28 | 0.00 |

Average daily ledger balance   $0.00

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account



Account number: ████4353 ■ February 1, 2023 - February 28, 2023 ■ Page 1 of 3

MUSCLEPHARM CORPORATION
AP ACCOUNT
C/O EMPERY ASSET MANAGEMENT, LP
1 ROCKEFELLER PLZ RM 1205
ATTENTION: BRETT S DIRECTOR
NEW YORK NY 10020-2070

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████4353 | $0.00 | $1,107,160.68 | -$1,107,160.68 | $0.00 |

## Credits
### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/02 | 340,310.16 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/03 | 222,283.40 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/06 | 251,519.53 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/07 | 98,481.24 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/09 | 10,285.27 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/14 | 46,429.49 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/16 | 35,099.78 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/17 | 250.00 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/21 | 73,806.34 | ZBA Balance Account Transfer From ████ 4320 |
| | 02/23 | 28,695.47 | ZBA Balance Account Transfer From ████ 4320 |
| | | $1,107,160.68 | Total electronic deposits/bank credits |
| | | $1,107,160.68 | Total credits |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/02 | 2,810.16 | WT 230202-111841 Bank of America, N. /Bnf=Europa Sports Partners, LLC Srf# Gw00000056298161 Trn#230202111841 Rfb# 2361 |
| | 02/02 | 337,500.00 | WT 230202-114463 Bank of America, N. /Bnf=Schwartz Law, Pllc, Trust Account Srf# Gw00000056298624 Trn#230202114463 Rfb# 2363 |
| | 02/03 | 222,283.40 | WT Fed#08872 Security Bank /Ftr/Bnf=Jw Nutritional LLC Srf# Gw00000056325952 Trn#230203098052 Rfb# 2364 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ▬▬▬▬4353 ■ February 1, 2023 - February 28, 2023 ■ Page 2 of 3



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/06 | 18,740.45 | WT Fed#03195 Jpmorgan Chase Ban /Ftr/Bnf=National Financial Services Srf# Gw00000056359928 Trn#230206132134 Rfb# 2369 |
| | 02/06 | 21,738.92 | WT Fed#03068 Jpmorgan Chase Ban /Ftr/Bnf=National Financial Services Srf# Gw00000056359924 Trn#230206132120 Rfb# 2368 |
| | 02/06 | 62,593.11 | WT Fed#03067 Jpmorgan Chase Ban /Ftr/Bnf=National Financial Services Srf# Gw00000056359921 Trn#230206132098 Rfb# 2367 |
| | 02/06 | 64,115.02 | WT Fed#06238 Jpmorgan Chase Ban /Ftr/Bnf=ADP Totalsource, Inc. Srf# Gw00000056349473 Trn#230206068116 Rfb# 2365 |
| | 02/06 | 84,332.03 | WT Fed#03065 Jpmorgan Chase Ban /Ftr/Bnf=National Financial Services Srf# Gw00000056359918 Trn#230206132087 Rfb# 2366 |
| | 02/07 | 98,481.24 | WT Fed#04838 Security Bank /Ftr/Bnf=Jw Nutritional LLC Srf# Gw00000056374995 Trn#230207053065 Rfb# 2370 |
| | 02/09 | 250.00 | WT Fed#06522 Woodforest Nationa /Ftr/Bnf=Ergos Technology Partners, Inc. Srf# Gw00000056427460 Trn#230209065760 Rfb# 2372 |
| | 02/09 | 1,665.00 | WT 230209-158018 Bank of America, N. /Bnf=M2 Compliance LLC Srf# Gw00000056448193 Trn#230209158018 Rfb# 2373 |
| | 02/09 | 8,370.27 | WT 230209-065744 Bank of America, N. /Bnf=Europa Sports Partners, LLC Srf# Gw00000056427458 Trn#230209065744 Rfb# 2371 |
| | 02/14 | 7,931.49 | WT 230214-117982 Bank of America, N. /Bnf=Europa Sports Partners, LLC Srf# Gw00000056524462 Trn#230214117982 Rfb# 2375 |
| | 02/14 | 38,498.00 | WT Fed#01918 Security Bank /Ftr/Bnf=Jw Nutritional LLC Srf# Gw00000056524461 Trn#230214117962 Rfb# 2374 |
| | 02/16 | 624.00 | WT Fed#01786 PNC Bank, National /Ftr/Bnf=ADP Inc. Srf# Gw00000056580621 Trn#230216106706 Rfb# 2379 |
| | 02/16 | 766.45 | WT 230216-099942 Bank of America, N. /Bnf=Europa Sports Partners, LLC Srf# Gw00000056579445 Trn#230216099942 Rfb# 2377 |
| | 02/16 | 9,237.40 | WT Fed#00800 Security Bank /Ftr/Bnf=Jw Nutritional LLC Srf# Gw00000056579443 Trn#230216099936 Rfb# 2376 |
| | 02/16 | 24,471.93 | WT Fed#00875 State Street Bosto /Ftr/Bnf=ADP, Inc. Srf# Gw00000056579447 Trn#230216099948 Rfb# 2378 |
| | 02/17 | 250.00  < | Business to Business ACH Debit - Quarterly Fee Payment 230216 0000 Musclepharm Corporatio |
| | 02/21 | 17,680.20 | WT Fed#03804 Security Bank /Ftr/Bnf=Jw Nutritional LLC Srf# Gw00000056646065 Trn#230221183153 Rfb# 2381 |
| | 02/21 | 56,126.14 | WT Fed#01231 Jpmorgan Chase Ban /Ftr/Bnf=ADP Totalsource, Inc. Srf# Gw00000056631331 Trn#230221019800 Rfb# 2380 |
| | 02/23 | 351.65 | WT 230223-067714 Bank of America, N. /Bnf=Europa Sports Partners, LLC Srf# Gw00000056698819 Trn#230223067714 Rfb# 2383 |
| | 02/23 | 3,543.82 | WT Fed#06880 Security Bank /Ftr/Bnf=Jw Nutritional LLC Srf# Gw00000056698823 Trn#230223067744 Rfb# 2384 |
| | 02/23 | 5,000.00 | WT Fed#06820 Mechanics Bank /Ftr/Bnf=Nevo Solutions, Inc. Srf# Gw00000056698812 Trn#230223067621 Rfb# 2382 |
| | 02/23 | 19,800.00 | WT 230223-108445 Bank of America, N. /Bnf=The Hilb Group of NEW York LLC Srf# Gw00000056706992 Trn#230223108445 Rfb# 2386 |
| | | **$1,107,160.68** | **Total electronic debits/bank debits** |
| | | **$1,107,160.68** | **Total debits** |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary

| Date  | Balance | Date  | Balance | Date  | Balance |
|-------|---------|-------|---------|-------|---------|
| 01/31 | 0.00    | 02/07 | 0.00    | 02/17 | 0.00    |
| 02/02 | 0.00    | 02/09 | 0.00    | 02/21 | 0.00    |
| 02/03 | 0.00    | 02/14 | 0.00    | 02/23 | 0.00    |
| 02/06 | 0.00    | 02/16 | 0.00    |       |         |

Average daily ledger balance    $0.00

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number: ▓▓▓▓ 4361 ■ February 1, 2023 - February 28, 2023 ■ Page 1 of 1



MUSCLEPHARM CORPORATION
FACTORING ACCOUNT
3753 HOWARD HUGHES PKWY STE 200-849
LAS VEGAS NV 89169-0938

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

*WellsOne® Account*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▓▓▓▓4361 | $0.00 | $0.00 | $0.00 | $0.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 01/31 | 0.00 |

Average daily ledger balance    $0.00

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.