**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No.: 22-14422-NMC |
| ) | |
| MUSCLEPHARM CORPORATION, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on **ten (10)** confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Debtor's Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate** (Docket No. 224)

Dated: March 27, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Ste 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: Monica.Arellano@stretto.com