Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### NOTICE OF FILING FINAL BUDGET IN CONNECTION WITH FINAL CASH COLLATERAL ORDER

MusclePharm Corporation, (the "**Debtor**"), the debtor and debtor-in-possession in the above-referenced Chapter 11 case, by and through its counsel of record, Schwartz Law, PLLC, hereby submits the final budget (the "**Final Budget**") pursuant to paragraph 2 of the *Final Order Regarding Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Senior Secured Liens and Administrative Expense Claims, (III) Determining Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 296] (the "**Final DIP Order**"). The Final Budget was approved by the DIP Agent (as defined in the Final DIP Order) on March 23, 2023.

A copy of the Final Budget is attached hereto as **Exhibit 1**.

Dated: March 27, 2023.

                    SCHWARTZ LAW, PLLC

                    By: */s/ Samuel A. Schwartz*
                    Samuel A. Schwartz, Esq.
                    Nevada Bar No. 10985
                    Gabrielle A. Hamm, Esq.
                    Nevada Bar No. 11588
                    601 East Bridger Avenue
                    Las Vegas, Nevada  89101

                    *Attorneys for the Debtor*

# EXHIBIT 1

MusclePharm
Thirteen-Week Cash Flow Forecast
3/19/2023

DRAFT - SUBJECT TO CHANGE

| Week Ending | 3/19/2023 | 3/26/2023 | 4/2/2023 | 4/9/2023 | 4/16/2023 | 4/23/2023 | 4/30/2023 | 5/7/2023 | 5/14/2023 | 5/21/2023 | 5/28/2023 | 6/4/2023 | 6/11/2023 | 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Factored Receipts[1] | $ 502,956 | $ 161,805 | $ 492,310 | $ 940,832 | $ 499,389 | $ 111,395 | $ 98,266 | $ 162,233 | $ 254,147 | $ 129,350 | $ 129,350 | $ 252,978 | $ 402,114 | 4,137,126 |
| COGS | 520,113 | 150,862 | 487,408 | 959,616 | 479,808 | 63,000 | 63,000 | 113,750 | 113,750 | 113,750 | 113,750 | 119,000 | 147,000 | 3,444,806 |
| Inventory Build | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total COGS[2] | $ 520,113 | $ 150,862 | $ 487,408 | $ 959,616 | $ 479,808 | $ 63,000 | $ 63,000 | $ 113,750 | $ 113,750 | $ 113,750 | $ 113,750 | $ 119,000 | $ 147,000 | $ 3,444,806 |
| Shipping & Logistics[3] | 53,662 | 18,295 | 55,663 | 106,297 | 53,176 | 8,100 | 8,100 | 14,625 | 14,625 | 14,625 | 14,625 | 15,300 | 18,900 | 395,992 |
| Total COGS Including Shipping & Logistics | $ 573,775 | $ 169,156 | $ 543,071 | $ 1,065,913 | $ 532,984 | $ 71,100 | $ 71,100 | $ 128,375 | $ 128,375 | $ 128,375 | $ 128,375 | $ 134,300 | $ 165,900 | $ 3,840,798 |
| *SG&A* | | | | | | | | | | | | | | |
| Payroll & Benefits[4] | $ - | $ 72,776 | $ - | $ 56,000 | $ 4,750 | $ 56,000 | $ 4,150 | $ 63,100 | $ - | $ 56,000 | $ 4,150 | $ 7,100 | $ 56,000 | $ 380,026 |
| Insurance[5] | 85,000 | 19,800 | - | - | 19,800 | - | 19,800 | - | - | - | - | - | - | 144,400 |
| General & Administrative[6] | 10,000 | 10,500 | 10,000 | 10,000 | 47,500 | 4,600 | 2,000 | 2,500 | 4,000 | 2,000 | 2,000 | 2,500 | 41,500 | 149,100 |
| Securities Counsel[7] | - | 25,000 | - | - | - | - | - | - | - | - | - | - | - | 25,000 |
| Labeling & Testing Costs[8] | - | 10,000 | - | - | 10,000 | - | - | - | 10,000 | - | - | 10,000 | - | 40,000 |
| Board Fees[9] | 104,000 | - | 35,250 | - | - | - | - | - | 35,250 | - | - | 35,250 | - | 209,750 |
| eCommerce[10] | - | 18,206 | - | - | - | - | - | - | 8,607 | - | - | 16,626 | - | 43,439 |
| Marketing[11] | - | 15,000 | - | - | 15,000 | - | - | - | 10,000 | - | - | 15,000 | - | 55,000 |
| Avalara[12] | 3,340 | 3,115 | - | - | - | - | - | 3,115 | - | - | - | 3,115 | - | 12,686 |
| Total SG&A[13] | $ 202,340 | $ 174,398 | $ 45,250 | $ 66,000 | $ 97,050 | $ 60,600 | $ 25,950 | $ 68,715 | $ 67,857 | $ 58,000 | $ 6,150 | $ 89,591 | $ 97,500 | $ 1,059,401 |
| **Net Operating Cash Flow** | (273,158) | (181,749) | (96,011) | (191,081) | (130,645) | (20,305) | 1,216 | (34,857) | 57,915 | (57,025) | (5,175) | 29,087 | 138,714 | (763,074) |
| **Cumulative Net Operating Cash Flow** | (273,158) | (454,907) | (550,918) | (741,998) | (872,643) | (892,949) | (891,732) | (926,590) | (868,674) | (925,699) | (930,874) | (901,788) | (763,074) | (763,074) |
| **Restructuring Costs** | | | | | | | | | | | | | | |
| *Company Advisors[14]* | | | | | | | | | | | | | | |
| Schwartz Law | $ 145,834 | $ 177,922 | $ - | $ - | $ - | $ - | $ 109,200 | $ - | $ - | $ - | $ - | $ - | $ 221,228 | $ 654,183 |
| Portage Point | 43,925 | 56,000 | - | - | - | - | 40,000 | - | - | - | - | - | 85,731 | 225,656 |
| Claims Agent | - | 16,000 | - | - | - | - | 16,000 | - | - | - | - | - | 28,000 | 60,000 |
| *Lender Advisors* | | | | | | | | | | | | | | |
| Empery - Garman Turner Gordon[15] | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prestige - Mandelbaum Barrett[15] | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prestige Local - Lewis Roca Rothgerber Christie[15] | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Unsecured Creditor Advisors[14]* | | | | | | | | | | | | | | |
| UCC Counsel (Includes Local)[16] | 89,768 | 120,000 | - | - | - | - | 76,440 | - | - | - | - | - | 126,059 | 412,267 |
| Creditor Financial Advisor | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Professional Fees[17]** | $ 279,527 | $ 369,922 | $ - | $ - | $ - | $ - | $ 241,640 | $ - | $ - | $ - | $ - | $ - | $ 461,018 | $ 1,352,107 |
| *Other Restructuring Costs* | | | | | | | | | | | | | | |
| Filling Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trustee Fees[18] | - | - | - | 26,806 | - | - | - | - | - | - | - | - | - | 26,806 |
| Investigation Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendors | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities Adequate Assurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Costs** | $ 279,527 | $ 369,922 | $ - | $ 26,806 | $ - | $ - | $ 241,640 | $ - | $ - | $ - | $ - | $ - | $ 461,018 | $ 1,378,913 |
| **Net Cash Flow after Restructuring Costs** | (552,685) | (551,670) | (96,011) | (217,887) | (130,645) | (20,305) | (240,424) | (34,857) | 57,915 | (57,025) | (5,175) | 29,087 | (322,304) | (2,141,987) |
| **Cumulative Net Cash Flow after Restructuring Costs** | (552,685) | (1,104,355) | (1,200,366) | (1,418,253) | (1,548,898) | (1,569,203) | (1,809,627) | (1,844,485) | (1,786,569) | (1,843,594) | (1,848,769) | (1,819,682) | (2,141,987) | (2,141,987) |
| **Financing[19]** | | | | | | | | | | | | | | |
| DIP Lender Advance | $ 1,750,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 500,000 | $ 2,250,000 |
| Interest Expense | - | - | - | 1,032 | 1,157 | 1,582 | 1,059 | 1,962 | 10,266 | - | - | 9,361 | 18,694 | 45,113 |
| **Total Cash Flow** | 1,197,315 | (551,670) | (96,011) | (218,919) | (131,802) | (21,887) | (241,483) | (36,820) | 47,649 | (57,025) | (5,175) | 19,725 | 159,002 | 62,900 |
| **Cumulative Total Cash Flow** | 1,197,315 | 645,645 | 549,634 | 330,715 | 198,913 | 177,026 | (64,457) | (101,276) | (53,627) | (110,652) | (115,827) | (96,102) | 62,900 | 62,900 |
| Starting Cash | $ 190,551 | $ 1,387,866 | $ 836,196 | $ 740,185 | $ 521,266 | $ 389,465 | $ 367,578 | $ 126,095 | $ 89,275 | $ 136,924 | $ 79,899 | $ 74,724 | $ 94,450 | $ 190,551 |
| Change in Cash | 1,197,315 | (551,670) | (96,011) | (218,919) | (131,802) | (21,887) | (241,483) | (36,820) | 47,649 | (57,025) | (5,175) | 19,725 | 159,002 | 62,900 |
| **Ending Cash** | $ 1,387,866 | $ 836,196 | $ 740,185 | $ 521,266 | $ 389,465 | $ 367,578 | $ 126,095 | $ 89,275 | $ 136,924 | $ 79,899 | $ 74,724 | $ 94,450 | $ 253,451 | $ 253,451 |

*NOTE: Figures shown represent latest estimates and information provided by the Company*
1. Assumes first $1 million of accounts purchased are advanced at 100% with remaining advanced at 80% upon generation of the receivable and the remaining 20% when collected. Excludes inflows from Costco and other outstanding currenlty outstanding AR
2. COGs assumed to be paid out in same week shipment is made per Company estimates and in line with existing JW Nutritional 48 hour terms
3. Estimate of 9% of total sales based on ship date
4. Inclusive of payroll funding and associated costs, 401k contributions and health insurance
5. Includes D&O and GL insurance payments with Company provided estimates along with contemplated new D&O policy for incoming directors and officers in the week ending 3/19/23
6. Estimate included for general operating expenses
7. Estimated ordinary course securities counsel expenditures for SEC related requirements
8. Estimate provided by management, assumes $10,000 in each week a shipment occurs with $10,000 additional to account for potential future needs
9. Payment for existing and new member board fees, week ending 3/19/23 contemplates catch up payments for partial December, January and February, as appropriate, plus March fees. Monthly fees to be paid in advance at the beginning of each month
10. Includes Nova, Shopify and Hubmatrix, all of which are service providers supporting eCommerce capabilities
11. Marketing spend included to support eCommerce and online order efforts for non-wholesale customers
12. Avalara provides sales tax tracking, reporting and payment support. Estimates included monthly filing fees and estimated taxes
13. Forecast excludes audit and SEC filing fees that may be required and are assumed to be paid outside of the forecast period, if necessary
14. Does not constitute agreed fee structure between company and it's professionals and requires board approval for amounts in excess of DIP term sheet
15. All lender advisor fees assumed to be accrued to lender claims and not paid through DIP funding
16. UCC fees inclusive of local counsel and assumed to be 70% of estimated Company counsel fees
17. Unless otherwise noted, restructuring costs based on estimates provided by professionals or based on experience in prior restructuring scenarios
18. Based on total forecasted disbursements and applies the latest US Trustee fee rates
19. Advances, interest and financing costs all based on latest term sheet received from potential DIP lender