**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for ThermoLife International, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-NMC |
|---|---|
| | Chapter 11 |
| MUSCLEPHARM CORPORATION, | |
| | **DECLARATION OF RON KRAMER IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) FILED BY THERMOLIFE INTERNATIONAL, LLC** |
| Debtor. | |
| | Hearing Date:  May 2, 2023 |
| | Hearing Time: 9:30 a.m. |

I, Ron Kramer, declare as follows:

1.      I am over the age of 18 and mentally competent.

2.      I make this declaration in support of ThermoLife's Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d) ("Stay Relief Motion"), filed concurrently herewith.

3.      I am authorized to make this declaration on behalf of ThermoLife.

4.      I have personal knowledge of the facts stated herein, and I could and would testify to the same if called upon to do so.

5.      Through the Stay Relief Motion, ThermoLife seeks entry of an order (i) lifting or modifying the automatic stay to the extent necessary to permit ThermoLife to execute on a supersedeas bond posted in the Maricopa County Superior Court ("AZ Superior Court") by Musclepharm

Corporation ("MusclePharm" or "Debtor");  (b) lifting or modifying the automatic stay to validate the entry of the Amended Final Judgment issued on February 6, 2023 ("Amended Judgment"), by the AZ Superior Court, consistent with the order of an Arizona Court of Appeals, upholding the AZ Superior Court's ruling on damages in certain litigation commenced by ThermoLife against Debtor in 2016 ("Arizona Action"); and (c) applying the relief requested herein retroactively to February 6, 2023.

6. The Arizona Action stems from Debtor's failure to pay ThermoLife for certain ingredients pursuant to the terms of a 2015 License and Purchase Agreement.

7. The litigation began in 2016, when ThermoLife sued Debtor for breach of contract in the AZ Superior Court.

8. In its answer, Debtor asserted counterclaims against ThermoLife for breach of warranty and unjust enrichment.

9. Following ThermoLife's first motion for partial summary judgment, the claim for unjust enrichment was dismissed, and MusclePharm's counterclaims were amended to include a claim for breach of the duty of good faith and fair dealing.

10. ThermoLife prevailed on its second motion for partial summary judgment on its affirmative claims and on MusclePharm's counterclaims, leaving only the issue of ThermoLife's damages.

11. After a bench trial was concluded, the AZ Superior Court awarded ThermoLife $1,680,000.00, including pre-judgment interest at the rate of 10% until paid in full, pursuant to a contractual provision of interest.

12. The AZ Superior Court also awarded ThermoLife attorneys' fees and costs. MusclePharm appealed.

13. As a condition of filing an appeal, the AZ Superior Court entered an order setting a supersedeas bond amount at $350,000.00, which was subsequently increased to the total of $600,000.00 ("Supersedeas Bond").

14. On April 27, 2021, an Arizona Court of Appeals affirmed the AZ Superior Court's ruling on liability and damages, but vacated the part of the ruling related to the 10% contractual interest.

The Court of Appeals also awarded ThermoLife's attorneys' fees in the amount of $50,084.00 and costs of $651.49 for the appeal.

15.    MusclePharm appealed again to the Arizona Supreme Court.

16.    On May 4, 2022, the Arizona Supreme Court denied review of the appellate decision and awarded ThermoLife additional attorneys' fees in the amount of $23,020.20 and costs in the amount of $286.08.

17.    On December 15, 2022, Debtor filed its voluntary bankruptcy petition seeking relief under Chapter 11 of the Bankruptcy Code ("Bankruptcy Case"). Importantly, MusclePharm did not file a notice of bankruptcy in the Arizona Action.

18.    Finally, on February 6, 2023, the AZ Superior Court, without notice of bankruptcy, entered the Amended Judgment, consistent with the Court of Appeals' ruling vacating the portion of the initial judgment ordering 10% contractual interest, awarding: (1) damages in the total amount of $893,675.00 to ThermoLife on its breach of contract claim and pre-judgment interest; (2) ThermoLife's attorneys' fees in the amount of $345,394.50 and costs in the amount of $89,540.11; (3) ThermoLife's additional attorneys' fees in the amount of $50,084.00, and costs in the amount of $651.49; and (4) ThermoLife's further attorneys' fees in the amount of 23,020.50, and costs in the amount of $286,02; (5) ThermoLife's incremental (post-appeal) attorneys' fees in the amount of $10,069.50; and (6) post-judgment interest on the entire amount of moneys awarded in the initial judgment at the rate of $10% per annum.  Since ThermoLife was a net prevailing party on the appeal, the proceeds of the bond are payable to ThermoLife.  A true and correct copy of the Amended Judgment is attached herewith as **Exhibit 1.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 24th day of March, 2023.

_____
Ron Kramer, President