CLERK OF THE SUPERIOR COURT
FILED.
FEB 0 6 2023   4:35pm
S. Ortega, Deputy

**SHEIN | PHANSE | ADKINS** P.C.

6720 North Scottsdale Road, Suite 261
Scottsdale, Arizona  85253
Telephone:  (480) 922-3933

David E. Shein - 011708
Erik D. Smith - 033060
minuteentries@spa.law

*Attorneys for Plaintiff / Appellee / Cross-Appellant*

## ARIZONA SUPERIOR COURT
## ~ MARICOPA COUNTY ~

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff/Appellee/<br>Cross-Appellant,<br><br>vs.<br><br>MUSCLEPHARM CORPORATION,<br><br>Defendant/Appellant/<br>Cross-Appellee.<br><br>KERCSMAR FELTUS & COLLINS, PLLC,<br><br>Intervenor,<br><br>vs.<br><br>THERMOLIFE INTERNATIONAL, LLC; MUSCLEPHARM CORPORATION; ATLANTIC SPECIALTY INSURANCE CO.; SURETEC INSURANCE COMPANY,<br><br>Intervenor Defendants | Case No. CV2016-000113<br><br>**AMENDED**<br>**FINAL JUDGMENT**<br><br>(Assigned to the Hon.  M. Scott McCoy) |

This matter comes before the Court on the Arizona Court of Appeals' Memorandum Decision Filed on April 27, 2021, in Mater No. 1 CA-CV 20-0209, remanding this case for further proceedings and granting Plaintiff ThermoLife a separate award of attorneys' fees of $50,084.00 and taxable costs of $651.49 on appeal. The Arizona Supreme Court denied Review of the Court of Appeals' decision and awarded ThermoLife additional attorneys' fees in the amount of $23,020.50 and costs in the amount of $286.08.

The Arizona Court of Appeals made the following specific rulings:

A.  the Superior Court's ruling on liability, damages, attorneys' fees and costs was affirmed; and

B.  the Superior Court's ruling on interest was vacated and remanded for calculation consistent with Court of Appeals' decision.

HAVING CONSIDERED the parties' submissions, and for the reasons set forth in the Court's ruling on this issue, the Court has determined the damage award against MusclePharm constitutes an "indebtedness" or *other obligation* of MusclePharm under A.R.S. § 44-1201(A), and the proper rate of pre- and post-judgment interest is ten percent (10%) *per annum*, from and after January 15, 2016, the date ThermoLife sued MusclePharm.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Final Judgment is entered as follows:

1.  entering judgment in favor of Plaintiff ThermoLife International, LLC and against Defendant MusclePharm Corporation on Count I (Breach of Contract) of its Complaint, and awarding ThermoLife damages in the amount of $893,675.00;

2.  entering judgment in favor of Counter-Defendant ThermoLife International, LLC and against Counter-Claimant MusclePharm Corporation on all counterclaims alleged in MusclePharm

Corporation's First Amended Answer, Affirmative Defenses, and Counterclaims;

3.    awarding Plaintiff ThermoLife International, LLC pre-judgment interest on the award of $893,675.00, with interest to run from January 15, 2016, at the rate of 10% per annum agreed to by the Parties in the 2015 Purchase and License Agreement and otherwise required under A.R.S. § 44-1201(A);

4.    awarding Plaintiff ThermoLife International, LLC its reasonable attorneys' fees in the amount of $345,394.50 against Defendant MusclePharm Corporation pursuant to terms of the Parties' 2015 Purchase and License Agreement and, alternatively, A.R.S. § 12-341.01;

5.    awarding Plaintiff ThermoLife International, LLC its costs and expenses incurred in the amount of $89,540.11 against Defendant MusclePharm Corporation pursuant to Parties' 2015 Purchase and License Agreement;

6.    awarding Plaintiff ThermoLife International, LLC its reasonable attorneys' fees in the amount of $50,084.00 against Defendant MusclePharm Corporation as granted by the Court of Appeals;

7.    awarding Plaintiff ThermoLife International, LLC its taxable costs incurred in the amount of $651.49 against Defendant MusclePharm Corporation as granted by the Court of Appeals;

8.    awarding Plaintiff ThermoLife International, LLC its reasonable attorneys' fees in the amount of $23,020.50 against Defendant MusclePharm Corporation as granted by the Supreme Court;

9.  awarding Plaintiff ThermoLife International, LLC its costs incurred in the amount of $286.08 against Defendant MusclePharm Corporation as granted by the Supreme Court;

10. awarding Plaintiff ThermoLife International, LLC its incremental (post appeal) reasonable attorneys' fees in the amount of $10,069.50 against Defendant MusclePharm Corporation;

11. that post-judgment interest shall run on the entire amount of monies awarded in this Final Judgment from the date this Final Judgment is entered at the rate of 10% per annum;

12. that no further matters remain pending; and

13. accordingly, this Final Judgment is entered under Rule 54.

EXECUTED this 3rd day of February 2023.

_____
Hon. M. Scott McCoy
Judge of the Superior Court