**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for ThermoLife, International, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:                    | Case No.: 22-14422-NMC |
|                           | Chapter 11             |
| MUSCLEPHARM CORPORATION,  | **NOTICE OF HEARING**  |
|                           |                        |
| Debtor.                   | Hearing Date: May 2, 2023 |
|                           | Hearing Time: 9:30 a.m.   |
|                           |                           |
|                           | Location:   TELEPHONIC HEARING[1] |

## TO: ALL INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** that Andersen & Beede ("Firm"), counsel of record to Trustee Ryan A. Andersen, has filed *Thermolife International LLC's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (d)* ("Motion").[2] Through the Motion, ThermoLife requests that this Court enter an order (i) granting relief from the automatic stay; (ii) confirming that the relief from the automatic stay would apply retroactively with respect to the Amended Final Judgment issued on February 6, 2023; (iii) granting such other and further relief as the Court deems just and proper.

---

[1] This hearing will be heard telephonically. Check the Bankruptcy Court's website prior to the hearing for the call-in number, at: https://www.nvb.uscourts.gov/newsrss/announcements/2020/0319-court-hearing-participation/.

[2] All capitalized items used herein but not defined are as defined in the Motion.

**NOTICE IS FURTHER GIVEN** that any opposition to the relief requested in the Motion must be filed pursuant to Local Rule 9014(d)(1), which provides:

> . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported affidavits or declarations that conform to the provisions of subsection (c) of [Local Rule 9014].

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

Dated this 28th day of March, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:  /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Counsel for Ryan A. Andersen, Trustee*