**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                                                ) Case No.: 22-14422-NMC
                                                                         )
MUSCLEPHARM CORPORATION,                      ) Chapter 11
                                                                         )
                                                                         )
                    Debtor.                                      )
                                                                         )
                                                                         )

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on **one (1)** confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Debtor's Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate** (Docket No. 224)

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on **two (2)** confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Trading Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in Debtor's Estate** (Docket No. 280)

- **Publication Notice of Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in Debtor's Estate** (Docket No. 281)

Dated: April 10, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Ste 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: Monica.Arellano@stretto.com