**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (725) 220-4360
Email: ccarlyon@carlyoncica.com
        dcica@carlyoncica.com
        tosteen@carlyoncica.com

**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:    (608) 630-8990
Facsimile:    (608) 630-8991
Email: mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-22-14422-NMC |
| | Chapter 11 |
| MUSCLEPHARM CORPORATION, | |
| | **EX PARTE APPLICATION FOR** |
| Debtor. | **EXAMINATION OF JESSE WINDRIX** |
| | **PURSUANT TO BANKRUPTCY RULE** |
| | **2004** |
| | |
| | Hearing Date: N/A |
| | Hearing Time: N/A |

Ryan Drexler ("Movant"), by and through his undersigned Nevada counsel, the law firm

of Carlyon Cica Chtd., and co-counsel Steinhilber Swanson LLP, hereby applies for an order

pursuant to Rule[1] 2004 directing Jesse Windrix to appear for an examination on a date that is

---

[1] Unless otherwise indicated, all references to a "Section" or a "Chapter" are to Title 11
of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code").

Page **1** of **4**

after April 27, 2023. The date and location of the Rule 2004 examination will be provided through the subsequent issuance of a subpoena and notice of Rule 2004 examination. Movant further requests that the order provide that the examination may be continued from day to day until concluded.[2]

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate. See Fed. R. Bankr. P. 2004(b). Here, the requested examination relates to matters that are within the permitted scope of Rule 2004, as such matters related to the acts, conduct, property, liabilities, and financial condition of the Debtor Musclepharm Corporation (the "Debtor").

Local Rule 2004(b)[3] further provides that "[o]rders for examination may be signed by the clerk if the date set for examination is more than fourteen (14) days from the date the motion is filed." Therefore, the Clerk may sign an order for the Rule 2004 examination of Jesse Windrix.

WHEREFORE, Debtor respectfully requests that the Court or the Clerk of Court enter the Order Granting Ex Parte Application for Examination of Jesse Windrix Pursuant to Bankruptcy Rule 2004 submitted herewith as **Exhibit A.**

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

---

"Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure Rules 1001-9037. "Local Rule" references are to the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada. "Civil Rule" references are to the Federal Rules of Civil Procedure. All references to "ECF No." are to the number assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the clerk of court.

[2] The examination will be recorded via stenographic means and may also be recorded by a videographer.

[3] Although Movant will also seek documents, Local Rule 2004(c) states that "production of documents may not be obtained via an order under Fed. R. Bankr. P. 2004 pursuant to subsection (b). Production of documents may, however, be obtained via subpoena as provided by Fed. R. Civ. P. 45(a)(1)(C), as adopted by Fed. R. Bankr. P. 9016.

Respectfully submitted this 13th day of April, 2023.

**CARLYON CICA, CHTD.**

/s/ *Tracy M. O'Steen, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:     (725) 220-4360
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com

**STEINHILBER SWANSON LLP**

/s/ *Michael P. Richman, Esq.*
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:     (608) 630-8990
Facsimile:     (608) 630-8991
Email:mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case as indicated on the service list on April 13, 2023.

/s/ Cristina Robertson
An employee of Carlyon Cica, Chtd.

# EXHIBIT "A"

# EXHIBIT "A"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (725) 220-4360
Email: ccarlyon@carlyoncica.com
          dcica@carlyoncica.com
          tosteen@carlyoncica.com

**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:    (608) 630-8990
Facsimile:    (608) 630-8991
Email: mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-22-14422-NMC<br>Chapter 11 |
| MUSCLEPHARM CORPORATION, | |
| | **ORDER GRANTING EX PARTE**<br>**APPLICATION FOR EXAMINATION OF**<br>**JESSE WINDRIX PURSUANT TO**<br>**BANKRUPTCY RULE 2004** |
| Debtor. | |
| | Hearing Date: N/A<br>Hearing Time: N/A |

1    Upon the Ex Parte Application for Examination of Jesse Windrix Pursuant to Bankruptcy

2    Rule 2004 (the "Application") filed by Ryan Drexler ("Movant"); and for good cause appearing:

3    IT IS HEREBY ORDERED that Jesse Windrix shall appear for a Rule 2004 examination

4    on a date after April 27, 2023, pursuant to Fed. R. Bankr. P. 2004, regarding matters that are

5    within the permitted scope of Rule 2004, including without limitation, the assets, conduct,

6    property, liabilities, and financial condition of MusclePharm Corporation ("Debtor"). Movant

7    shall issue a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of

8    documents. Movant will also issue a separate notice of examination and subpoena for the date

9    that the 2004 examination is scheduled.

10    IT IS FURTHER ORDERED that the examination may be continued from day to day

11    until concluded.

12    IT IS FURTHER ORDERED that the examination may be recorded by a certified court

13    reporter by stenographic means and may also be videographically recorded.

14    IT IS SO ORDERED.

15

16    Respectfully submitted by:

17    **CARLYON CICA, CHTD.**

18    */s/ Tracy M. O'Steen, Esq.*
       CANDACE C. CARLYON, ESQ.
19    Nevada Bar No. 2666
       DAWN M. CICA, ESQ.
20    Nevada Bar No. 4565
       TRACY M. O'STEEN, ESQ.
21    Nevada Bar No. 10949
       265 E. Warm Springs Road, Suite 107
22    Las Vegas, NV 89119
       Telephone:    (702) 685-4444
23    Facsimile:    (725) 220-4360
       ccarlyon@carlyoncica.com
24    dcica@carlyoncica.com
       tosteen@carlyoncica.com

25

26

27

28

**STEINHILBER SWANSON LLP**

*/s/ Michael P. Richman, Esq.*
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:      (608) 630-8990
Facsimile:      (608) 630-8991
Email:mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*