**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:      (725) 220-4360
Email:  ccarlyon@carlyoncica.com
            dcica@carlyoncica.com
            tosteen@carlyoncica.com
*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No. BK-22-14422-NMC<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF WILL HOVI PURSUANT TO BANKRUPTCY RULE 2004**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**PLEASE TAKE NOTICE** that an *Order Granting Ex Parte Application for Examination of Will Hovi Pursuant to Bankruptcy Rule 2004* [ECF No. 388] was filed in the above-referenced matter on April 14, 2023, a true and correct copy of which is attached hereto as **Exhibit 1**.

Respectfully submitted this 17th day of April 2023.

CARLYON CICA CHTD.

*/s/ Tracy M. O'Steen, Esq.*
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Ryan Drexler*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case as indicated on the service list on April 17, 2023.

*/s/ Cristina Robertson*
An employee of Carlyon Cica Chtd.

**CARLYON CICA, CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

Page **2** of **2**

# EXHIBIT "1"

# EXHIBIT "1"

_____
Mary A. Schott
Clerk of Court

Entered on Docket
April 14, 2023

_____

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (725) 220-4360
Email: ccarlyon@carlyoncica.com
         dcica@carlyoncica.com
         tosteen@carlyoncica.com

**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:    (608) 630-8990
Facsimile:    (608) 630-8991
Email: mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MUSCLEPHARM CORPORATION,<br><br>   Debtor. | Case No. BK-22-14422-NMC<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF WILL HOVI PURSUANT TO BANKRUPTCY RULE 2004**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

|   |   |
|---|---|
| 1 | Upon the Ex Parte Application for Examination of Will Hovi Pursuant to Bankruptcy |
| 2 | Rule 2004 (the "Application") filed by Ryan Drexler ("Movant"); and for good cause appearing: |
| 3 | IT IS HEREBY ORDERED that Will Hovi shall appear for a Rule 2004 examination on |
| 4 | a date after April 27, 2023, pursuant to Fed. R. Bankr. P. 2004, regarding matters that are within |
| 5 | the permitted scope of Rule 2004, including without limitation, the assets, conduct, property, |
| 6 | liabilities, and financial condition of MusclePharm Corporation ("Debtor"). Movant shall issue |
| 7 | a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of documents. Movant |
| 8 | will also issue a separate notice of examination and subpoena for the date that the 2004 |
| 9 | examination is scheduled. |
| 10 | IT IS FURTHER ORDERED that the examination may be continued from day to day |
| 11 | until concluded. |
| 12 | IT IS FURTHER ORDERED that the examination may be recorded by a certified court |
| 13 | reporter by stenographic means and may also be videographically recorded. |
| 14 | IT IS SO ORDERED. |

Respectfully submitted by:

**CARLYON CICA, CHTD.**

*/s/ Tracy M. O'Steen, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:      (725) 220-4360
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com

**STEINHILBER SWANSON LLP**

*/s/ Michael P. Richman, Esq.*
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:     (608) 630-8990
Facsimile:      (608) 630-8991
Email:mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

Page 3 of 3