**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (725) 220-4360
Email:  ccarlyon@carlyoncica.com
           dcica@carlyoncica.com
           tosteen@carlyoncica.com
*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-22-14422-NMC |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CARLYON CICA CHTD.'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR RYAN DREXLER** |

Notice is hereby given that the law firm of Carlyon Cica Chtd., hereby withdraws its Motion to Withdraw as Attorney of Record for Ryan Drexler [ECF No. 441], without prejudice.

Notice is further given that the hearing on this matter now scheduled for June 13, 2023 at 9:30 am is hereby vacated.

Respectfully submitted this 27th day of April 2023.

**CARLYON CICA, CHTD.**

*/s/ Candace Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Ryan Drexler*