*Mary A Schott*

_____

Mary A. Schott
Clerk of Court

Entered on Docket
May 01, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:     (725) 220-4360
Email: ccarlyon@carlyoncica.com
          dcica@carlyoncica.com
          tosteen@carlyoncica.com

**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:     (608) 630-8990
Facsimile:     (608) 630-8991
Email: mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MUSCLEPHARM CORPORATION,<br><br>      Debtor. | Case No. BK-22-14422-NMC<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF PETER JUNGSBERGER PURSUANT TO BANKRUPTCY RULE 2004**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1    Upon the Ex Parte Application for Examination of Peter Jungsberger Pursuant to

2  Bankruptcy Rule 2004 (the "Application") filed by Ryan Drexler ("Movant"); and for good cause

3  appearing:

4    IT IS HEREBY ORDERED that Peter Jungsberger shall appear for a Rule 2004

5  examination on a date after May 12, 2023, pursuant to Fed. R. Bankr. P. 2004, regarding matters

6  that are within the permitted scope of Rule 2004, including without limitation, the assets,

7  conduct, property, liabilities, and financial condition of MusclePharm Corporation ("Debtor").

8  Movant shall issue a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of

9  documents. Movant will also issue a separate notice of examination and subpoena for the date

10  that the 2004 examination is scheduled.

11    IT IS FURTHER ORDERED that the examination may be continued from day to day

12  until concluded.

13    IT IS FURTHER ORDERED that the examination may be recorded by a certified court

14  reporter by stenographic means and may also be videographically recorded.

15    IT IS SO ORDERED.

16

17  Respectfully submitted by:

18  CARLYON CICA, CHTD.

19  */s/ Tracy M. O'Steen, Esq.*
    CANDACE C. CARLYON, ESQ.
    Nevada Bar No. 2666
20  DAWN M. CICA, ESQ.
    Nevada Bar No. 4565
21  TRACY M. O'STEEN, ESQ.
    Nevada Bar No. 10949
22  265 E. Warm Springs Road, Suite 107
    Las Vegas, NV 89119
23  Telephone:    (702) 685-4444
    Facsimile:    (725) 220-4360
24  ccarlyon@carlyoncica.com
    dcica@carlyoncica.com
25  tosteen@carlyoncica.com

26

27

28

STEINHILBER SWANSON LLP

*/s/ Michael P. Richman, Esq.*
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:    (608) 630-8990
Facsimile:    (608) 630-8991
Email:mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28