Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: May 9, 2023 |
| | Hearing Time: 9:30 a.m. (PT) |

**DEBTOR'S REPLY (I) IN SUPPORT OF DEBTOR'S MOTION FOR ORDER, PURSUANT TO 11 U.S.C. § 1121(d), EXTENDING DEBTOR'S EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON (ECF NO. 375) AND (II) IN RESPONSE TO THE LIMITED OBJECTION THERETO BY WHITE WINSTON SELECT ASSET FUNDS, LLC (ECF NO. 414)**

MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**"), by and through its counsel of record, Schwartz Law, PLLC ("**SL**"), hereby submits *Debtor's Reply (I) In Support of Debtor's Motion for Order, Pursuant to 11 U.S.C. § 1121(d), Extending Debtor's Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon (ECF No. 375) and (II) In Response to the Limited Objection Thereto by White Winston Select Asset Funds, LLC (ECF No. 414)* (the "**Reply**"). The Reply is based on the points and authorities set forth below, the pleadings and papers contained in this Court's file, judicial notice of which is respectfully requested pursuant to Bankruptcy Rule 9017 and Evidence Rule 201, and any evidence or oral argument presented at the time of the hearing on the above-referenced

1

1 | matters.

## REPLY

At the May 2, 2023 hearing on the motion of ThermoLife International, LLC for stay relief and Debtor's opposition thereto, (*see* ECF Nos. 350-355, 407-408, and 428-429), counsel for the Official Committee of Unsecured Creditors, Debtor, and Empery Tax Efficient, L.P. advised the Court that major parties in the case were nearing entry into a plan support agreement that would serve as a basis for a sale of assets and prosecution of a chapter 11 plan of reorganization in this case. To that end, the parties requested that the Court set a status hearing to discuss scheduling matters related to the anticipated sale and chapter 11 plan confirmation process. The Court obliged and set the matter for a status hearing on May 9, 2023, at 9:30 a.m. (PT), the same time Debtor's motion to extend its exclusive plan filing and solicitation periods under 11 U.S.C. § 1121(d) (the "**Exclusivity Motion**") will be heard. (*See* ECF Nos. 375 and 376).

White Winston Select Asset Funds, LLC filed a limited objection to Debtor's Exclusivity Motion (the "**Limited Objection**"). (ECF No. 414). The Limited Objection was ultimately aimed at the length of Debtor's requested extensions, and not whether an extension of any kind should be granted at all. (*See* ECF No. 414, pg. 2 of 5, ¶ 4). While Debtor respectfully submits that it has established cause under § 1121(d) and the Exclusivity Motion should be granted as submitted, Debtor will agree to exclusive periods that align with the timeline for the filing and confirmation of a plan set forth in the plan support agreement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

**CONCLUSION**

WHEREFORE, Debtor respectfully requests that the Bankruptcy Court enter an order granting the Exclusivity Motion and extending the exclusive periods for filing and acceptance of a plan through and including 1) September 30, 2023 and December 31, 2023, respectively, as requested in the Exclusivity Motion, or 2) such dates set forth on the record at the May 9, 2023 hearing.

Dated: May 2, 2023.

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Debtor*

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2023, I caused service of a true and correct copy of the foregoing **DEBTOR'S REPLY (I) IN SUPPORT OF DEBTOR'S MOTION FOR ORDER, PURSUANT TO 11 U.S.C. § 1121(d), EXTENDING DEBTOR'S EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON (ECF NO. 375) AND (II) IN RESPONSE TO THE LIMITED OBJECTION THERETO BY WHITE WINSTON SELECT ASSET FUNDS, LLC (ECF NO. 414)** to be made electronically via the Court's CM/ECF system upon the following parties at the e-mail addresses listed below:

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com; tatiana@aandblaw.com; melissa@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com

OGONNA M. BROWN on behalf of Creditors Prestige Capital Corporation and Prestige Capital Finance, LLC
obrown@lewisroca.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; jhess@lewisroca.com; klopez@lewisroca.com; rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD and Interested Party Ryan Drexler
ccarlyon@carlyoncica.com; CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

DAWN M. CICA on behalf of Interested Party Ryan Drexler
dcica@carlyoncica.com; nrodriguez@carlyoncica.com; crobertson@carlyoncica.com; dmcica@gmail.com; dcica@carlyoncica.com; tosteen@carlyoncica.com; 3342887420@filings.docketbird.com

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com; kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor and Plaintiff White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW; 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP, Defendants ALTIUM GROWTH FUND, LP; BIGGER CAPITAL FUND, LP; CVI INVESTMENT, INC.; DISTRICT 2 CAPITAL FUND, LP; EMPERY DEBT OPPORTUNITY

4

FUND, LP; EMPERY MASTER ONSHORE, LLC; EMPERY TAX EFFICIENT III; INTRACOASTAL CAPITAL LLC; IONIC VENTURES, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND; ROTH CAPITAL PARTNERS, LLC; WALLEYE OPPORTUNITY MASTER FUND LTD., and Interested Party and Defendant EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD and Interested Party Ryan Drexler
tosteen@carlyoncica.com; crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyoncica.com

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal; bknotices@gtg.legal

JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law; blarsen@shea.law; support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com; rgledhill@foley.com; robert-stewart-3880@ecf.pacerpro.com; docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com

MATTHEW C. ZIRZOW on behalf of Attorneys JASON H. ROSELL and JOHN D. FIERO, and Creditor Committee and Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

                                                          */s/ Michael L. Sturm*
                                                          Michael L. Sturm, an employee of
                                                          SCHWARTZ LAW, PLLC