United States Bankruptcy Court
District of Nevada

In re:  
MUSCLEPHARM CORPORATION  
    Debtor

Case No. 22-14422-nmc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 4  
Date Rcvd: May 03, 2023      Form ID: nstat11      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MUSCLEPHARM CORPORATION, 7380 S EASTERN AVE., #124-287, LAS VEGAS, NV 89123-1550 |
| aty | + | CARLYON CICA CHTD, 265 E. WARM SPRINGS RD, STE 107, LAS VEGAS, NV 89119-4230 |
| aty | + | CHARLES R. BENNETT, JR., 28 STATE SR., STE 3101, BOSTON, MA 02109-1775 |
| aty | + | JAMES PATRICK SHEA, SHEA LARSEN PC, 1731 VILLAGE CENTER CIRCLE, SUITE 150, LAS VEGAS, NV 89134-0517 |
| aty | + | JASON H. ROSELL, ONE SANSOME STREET, 34TH FLR, SUITE 3430, SAN FRANCISCO, CA 94104-4436 |
| aty | + | JEFFREY D. STERNKLAR, 101 FEDERAL STREET, SUITE 1900, BOSTON, MA 02110-1861 |
| aty | + | JOHN D. FIERO, PACHULSKI STANG ZIEHL & JONES LLP, ONE SANSOME STREET, 34TH FLR, SUITE 3430, SAN FRANCISCO, CA 94104-4436 |
| aty | + | KATHERINE R. CATANESE, FOLEY & LARDNER LLP, 90 PARK AVENUE, NEW YORK, NY 10016-1301 |
| aty | + | LARSON & ZIRZOW, LLC, 850 E. BONNEVILLE AVE., LAS VEGAS, NV 89101-7031 |
| aty | | MICHAEL P RICHMAN, STEINHILBER SWANSON LLP, 122 W. WASHINGTON AVE, SUITE 850, MADISON, WI 53703-2732 |
| aty | + | PACHULSKI STANG ZIEHL & JONES LLP, ONE SANSOME STREET, 34TH FLOOR, SUITE 3430, SAN FRANCISCO, CA 94104-4448 |
| aty | + | Robert T. Stewart, Foley & Lardner LLP, 95 South State Street, #2500, Salt Lake City, UT 84111-1760 |
| aty | + | SCHWARTZ LAW, PLLC, 601 East Bridger Avenue, Las Vegas, NV 89101-5805 |
| aty | + | STEPHEN A. FOGDALL, 1600 MARKET ST., SUITE 3600, PHILADELPHIA, PA 19103-7212 |
| aty | + | VINCENT J ROLDAN, MANDELBAUM BARRETT, PC, 3 BECKER FARM RD, ROSELAND, NJ 07068-1745 |
| cr | + | EMPERY ASSET MANAGEMENT, LP, C/O GREGORY E. GARMAN, GARMAN TURNER GORDON LLP, 7251 AMIGO STREET., SUITE 210, LAS VEGAS, NV 89119-4302 |
| intp | + | EMPERY TAX EFFICIENT, LP, C/O GARMAN TURNER GORDON, 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NV 89119-4302 |
| cr | + | Excelsior Nutrition, Inc., Sylvester & Polednak, Ltd., Attn: Allyson R. Johnson, Esq., 1731 Village Center Circle, Las Vegas, NV 89134-0516 |
| sp | + | FOLEY & LARDNER, LLP, 1400 16TH STREET, SUITE 200, DENVER, CO 80202-1471 |
| cr | + | NICK I IEZZA, SPIWAK & IEZZA, LLP, 555 MARIN STREET, SUITE 140, THOUSAND OAKS, CA 91360-4103 |
| crcm | + | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LARSON & ZIRZOW, LLC, ATTN: MATTHEW C. ZIRZOW, ESQ., 850 E. BONNEVILLE AVE., LAS VEGAS, NV 89101-7031 |
| fa | + | PORTAGE POINT PARTNERS, LLC, 300 NORTH LASALLE ST., STE 1420, CHICAGO, IL 60654-3413 |
| cr | + | Prestige Capital Corporation, C/O OGONNA BROWN, LEWIS ROCA ROTHGERBER CHRISTIE LLP, 3993 HOWARD HUGHES PARKWAY, SUITE 600, LAS VEGAS, NV 89169-5996 |
| intp | + | Ryan Drexler, C/O TRACY M. O'STEEN, CARLYON CICA CHTD., 265 E. WARM SPRINGS ROAD, SUITE 107, LAS VEGAS, NV 89119-4230 |
| cr | + | White Winston Select Asset Funds, LLC, c/o Jeffrey D. Sternklar LLC, Jeffrey D. Sternklar LLC, 101 Federal Street, Suite 1900, Boston, MA 02110-1861 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: DOREBN@DOR.STATE.MA.US | May 03 2023 23:51:00 | MASSACHUSETTS DEPARTMENT OF REVENUE, BANKRUPTCY UNIT-COLLECTIONS BUREAU, 200 ARLINGTON ST., CHELSEA, MA 02150-2375 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | May 03 2023 23:51:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| intp | + | Email/Text: ryan.andersen@txitrustee.com | May 03 2023 23:51:00 | ThermoLife International, C/O RYAN A. ANDERSON, ANDERSEN & BEEDE, 3199 E. |

| District/off: 0978-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: nstat11 | Total Noticed: 28 |

Warm Springs Road, Suite 400, Las Vegas, NV 89120-3150

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | PACHULSKI STANG ZIEHL & JONES, LLP |
| cr | | NutraBlend Foods |
| cr | | Prestige Capital Finance, LLC |
| aty | *+ | SCHWARTZ LAW, PLLC, 601 EAST BRIDGER AVENUE, LAS VEGAS, NV 89101-5805 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLYSON JOHNSON | on behalf of Creditor Excelsior Nutrition Inc. allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com |
| BART K. LARSEN | on behalf of Creditor White Winston Select Asset Funds LLC BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com |
| BART K. LARSEN | on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS LLC BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com |
| BRYAN A. LINDSEY | on behalf of Debtor MUSCLEPHARM CORPORATION blindsey@nvfirm.com |
| CANDACE C CARLYON | on behalf of Interested Party Ryan Drexler ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com |
| CANDACE C CARLYON | on behalf of Attorney CARLYON CICA CHTD ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| DAWN M. CICA | on behalf of Interested Party Ryan Drexler dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com |
| GABRIELLE A. HAMM | on behalf of Debtor MUSCLEPHARM CORPORATION ghamm@nvfirm.com  ecf@nvfirm.com |
| JAMES PATRICK SHEA | on behalf of Creditor White Winston Select Asset Funds LLC jshea@shea.law, blarsen@shea.law;support@shea.law |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 3 of 4 |
| Date Rcvd: May 03, 2023 | Form ID: nstat11 | Total Noticed: 28 |

JASON H. ROSELL
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jrosell@pszjlaw.com

JOHN D. FIERO
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jfiero@pszjlaw.com

MARK M. WEISENMILLER
    on behalf of Interested Party EMPERY TAX EFFICIENT  LP mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

MATTHEW C. ZIRZOW
    on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW
    on behalf of Attorney JASON H. ROSELL mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW
    on behalf of Attorney JOHN D. FIERO mzirzow@lzlawnv.com
    carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

OGONNA M. BROWN
    on behalf of Creditor Prestige Capital Corporation obrown@lewisroca.com
    ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN
    on behalf of Creditor Prestige Capital Finance  LLC obrown@lewisroca.com,
    ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

ROBERT T. STEWART
    on behalf of Creditor NutraBlend Foods rtstewart@foley.com
    rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

RYAN A. ANDERSEN
    on behalf of Interested Party ThermoLife International ryan@aandblaw.com
    tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor MUSCLEPHARM CORPORATION saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

STRETTO
    ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

TERESA M. PILATOWICZ
    on behalf of Interested Party EMPERY TAX EFFICIENT  LP tpilatowicz@gtg.legal, bknotices@gtg.legal

TRACY M. O'STEEN
    on behalf of Interested Party Ryan Drexler tosteen@carlyoncica.com
    crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN
    on behalf of Attorney CARLYON CICA CHTD tosteen@carlyoncica.com
    crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

WILLIAM M. NOALL
    on behalf of Defendant BIGGER CAPITAL FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Interested Party EMPERY TAX EFFICIENT  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant INTRACOASTAL CAPITAL LLC wnoall@gtg.legal  bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant ALTIUM GROWTH FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 03, 2023 | Form ID: nstat11 | Total Noticed: 28 |

WILLIAM M. NOALL
    on behalf of Defendant EMPERY TAX EFFICIENT  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND wnoall@gtg.legal  bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant CVI INVESTMENT  INC. wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant ROTH CAPITAL PARTNERS  LLC wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant IONIC VENTURES  LLC wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant EMPERY TAX EFFICIENT III wnoall@gtg.legal  bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant DISTRICT 2 CAPITAL FUND  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD. wnoall@gtg.legal  bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Creditor EMPERY ASSET MANAGEMENT  LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL
    on behalf of Defendant EMPERY MASTER ONSHORE  LLC wnoall@gtg.legal, bknotices@gtg.legal

TOTAL: 42

NVB 9014(b) (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
MUSCLEPHARM CORPORATION

BK−22−14422−nmc  
CHAPTER 11

Debtor(s)

NOTICE OF STATUS HEARING

Hearing Date:   5/9/23  
Hearing Time:   09:30 AM

**NOTICE IS HEREBY GIVEN** that a Status Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

    Hearing Date:            5/9/23  
    Hearing Time:            09:30 AM  
    Hearing Phone Number:    (669) 254−5252  
    Hearing Meeting ID:      161 166 2815  
    Hearing Passcode:        115788

**PLEASE TAKE FURTHER NOTICE** that the hearing is scheduled for the following reason(s):

    Status Hearing

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 5/3/23

*Mary A Schott*

Mary A. Schott  
Clerk of Court