Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: May 16, 2023 |
| | Hearing Time: 9:30 a.m. (PT) |

**PORTAGE POINT PARTNERS, LLC'S JOINDER TO REPLY (I) IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION OF SCHWARTZ LAW, PLLC (ECF NO. 400) AND (II) IN RESPONSE TO THE OMNIBUS LIMITED OBJECTION TO FIRST INTERIM FEE APPLICATIONS AND RESERVATION OF RIGHTS (ECF NO. 457)**

Portage Point Partners, LLC ("**PPP**"), financial advisor to the above-captioned debtor and debtor in possession MusclePharm Corporation (the "**Debtor**"), hereby joins in the *Reply (I) In Support of First Interim Application for Compensation of Schwartz Law, PLLC (ECF No. 400) and (II) In Response to the Omnibus Limited Objection to First Interim Fee Applications and Reservation of Rights (ECF No. 457)* [ECF No. 485].

PPP hereby joins in the arguments set forth in the Reply for the reasons stated therein, the pleadings and papers contained in this Court's file, judicial notice of which is respectfully requested pursuant to Bankruptcy Rule 9017 and Evidence Rule 201, and any evidence or oral argument presented at the time of the hearing on the interim fee applications of the Estate Professionals.

1

PPP respectfully requests that the Bankruptcy Court enter an order (i) approving the *First Interim Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred by Portage Point Partners, LLC for the Period of December 15, 2022 through March 31, 2023* [ECF No. 398], (ii) overruling the Omnibus Objection in its entirety, and (iii) granting all such other and further relief as the Court may deem to be just and proper.

Dated: May 9, 2023.

By: */s/ Jeff Gasbarra*
Jeff Gasbarra
PORTAGE POINT PARTNERS, LLC
300 North LaSalle, Suite 1420
Chicago, IL 60654

Submitted by:

SCHWARTZ LAW, PLLC

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Attorneys for Debtor*