Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | |

**NOTICE OF ENTRY OF ORDER PURSUANT TO**
**11 U.S.C. § 1121(d) EXTENDING DEBTOR'S EXCLUSIVE PERIODS**
**IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

PLEASE TAKE NOTICE that an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtor's Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [ECF No. 489], has been entered in the above-captioned case on May 10, 2023, a copy of which is attached hereto as **Exhibit A**.

Dated: May 10, 2023.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.

1

# Exhibit A



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 10, 2023

---

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for the Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: May 9, 2023<br>Hearing Time: 9:30 a.m. (PT) |

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING
DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A
CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

Upon the motion [ECF No. 375] (the "**Motion**")[1] of MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**"), for entry of an order pursuant to Section 1121(d) of the Bankruptcy Code extending the exclusive periods in which to file a Chapter 11 plan of reorganization and to solicit acceptances thereof; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing

---

[1] Any capitalized term not defined herein shall have the meaning ascribed to that term in the Motion.

1

that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation thereon; and this Court having considered the Motion; and it appearing that sufficient cause exists for granting the relief requested therein;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Exclusive Filing Period is extended through and including **July 14, 2023**.

3. The Debtor's Exclusive Solicitation Period is extended through and including **September 12, 2023**.

4. Such extensions are without prejudice to the Debtor's right to file a motion seeking additional extensions of the Exclusive Periods.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS SO ORDERED**.

Respectfully Submitted:

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Athanasios E. Agelakopoulos, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for the Debtors*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel and any unrepresented parties who appeared at the hearing, except those who waived review on the record at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###