Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>             Debtor. | Case No.: BK-22-14422-NMC<br><br>Chapter 11<br><br>Hearing Date: May 25, 2023<br>Hearing Time: 10:30 a.m. (PT) |

**NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE BIDDING PROCEDURES FOR THE SALE OF ASSETS PURSUANT TO 11 U.S.C. §§105, 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004**

TO: THE COURT AND ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that a hearing has been set on shortened time for the captioned date and time of May 25, 2023, at 10:30 a.m. (PT) on the *Motion to Approve Bidding Procedures for the Sale of Assets Pursuant to 11 U.S.C. §§105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004* [ECF No. 497] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any party who objects to the Motion must file a written objection pursuant to the Court's direction at the Status Hearing on May 9, 2023, and Local Rule 9014(d):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than **May 22, 2023**. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

**PLEASE TAKE FURTHER NOTICE** that replies to any oppositions shall be due on or before **May 25, 2023, at 5:00 p.m. (PT)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is not timely filed and served, an order for the aforementioned Motion and the request for relief may be granted.  LR 9014(a)(1).

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing on the Application will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox on the captioned date and time. Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the calendar date that the Motion is set to be heard. Next click on the hearing judge to view the hearing judge's dial-in number and meeting access codes.

Dated: May 12, 2023.

Respectfully Submitted By,

SCHWARTZ LAW, PLLC

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101
*Attorneys for the Debtor*

2