Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: May 16, 2023 |
| | Hearing Time: 9:30 a.m. |

**JOINT STATUS REPORT RE DEBTOR'S MOTION
FOR ENTRY OF ORDER: (I) VACATING ORDERS GRANTING EX PARTE
APPLICATIONS FOR EXAMINATION PURSUANT TO BANKRUPTCY
RULE 2004, AND (II) ESTABLISHING PROCEDURES FOR DISCOVERY**

MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**"), by and through its counsel, Schwartz Law, PLLC, the Official Committee of Unsecured Creditors (the "**Committee**"), by and through its counsel, Pachulski Stang Ziehl & Jones, LLP, Empery Tax Efficient, LP ("**Empery**"), by and through its counsel, Garman Turner Gordon LLP, JW Nutritional LLC ("**JWN**"), by and through its counsel, Ghandi Deeter Blackham Law Offices, and Ryan Drexler ("**Drexler**"), by and through his counsel, Steinhilber Swanson LLP (the Debtor, the Committee, Empery, JWN and Drexler shall be collectively referred to as the "**Parties**"), hereby submit this Joint Status Report (the "**Joint Status Report**") relating to the Debtor's *Motion for Entry of Order: (I) Vacating Orders Granting Ex Parte Applications for Examination Pursuant to Bankruptcy Rule 2004, and (II) Establishing Procedures for Discovery* (the "**Motion to Vacate**"). [ECF No. 462].

1

## STATUS REPORT

1. As of the date of this Joint Status Report, the Parties met and conferred, and agreed to a discovery schedule or scope for some of the pending matters, as follows:

**The Bid Procedures Motion**

2. The Debtor will produce its documents related to *Motion to: (I) Approve Bidding Procedures for the Sale of Assets Pursuant to 11 U.S.C. 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 and (II) For Waiver of the 14-Day Stay Under Bankruptcy Rule 6004* [ECF No. 497] (the "**Bidding Procedures Motion**") on or before May 19, 2023, and its witness on May 22, 2023, provided that there shall be at least one full business day or two weekend days between the date that document production has been completed and the date of the deposition..

3. Mr. Nicholas Rubin ("**Rubin**") will be the Debtor's FRCP 30(b)(6) witness with respect to the Bidding Procedures Motion. The Debtor does not intend to present any other witnesses in support of that motion, but the parties reserve all rights with respect to witnesses.

**The Trustee Motion**

4. The May 25, 2023, hearing of the Bidding Procedures Motion will be used as a further status report with respect to the *Motion for the Appointment of a Chapter 11 Trustee* [ECF No. 447] (the "**Trustee Motion**"). In connection with the Trustee Motion, the Debtor has so far agreed to produce Mr. Rubin as its FRCP 30(b)(6) witness, and Mr. Eric Hillman as one of its FRCP 30(b)(6) corporate designees and/or in his capacity as Chief Executive Officer of the Debtor. There is no agreement yet among the parties as to other witnesses to be presented or deposed by Drexler, and the parties will continue to meet and confer with respect thereto.

5. The Debtor will endeavor to produce documents responsive to the requests served by Drexler on the Debtor in relation to the Trustee Motion during the week of May 22, 2023, as such requests may be agreed to be modified, and schedule the depositions of the Debtor's witnesses, as the identity of all witnesses may be agreed to be modified, shortly after completion of such document production. As of the time of this Joint Status Report, the parties continue to meet and

confer on the identity of all witnesses and the scope of all document production in relation to the Trustee Motion.

6. As of the time of this Joint Status Report, it is anticipated other entities will object to the Trustee Motion, and be treated as parties for discovery purposes, including the Debtor, the Committee, Empery, and their respective employees. The Debtor submits that depositions of non-parties, including employees of the Debtor and Committee members, is unnecessary and inappropriate at this time; the Committee submits that depositions of Committee members are unnecessary and inappropriate at this time; Mr. Drexler submits that document production and depositions from (a) the Debtor's non-executive employees, William Hovi and Jason Keenan, (b) Empery's employees, Ryan Lane (who Empery has agreed to produce for deposition) and Timothy Silver, (c) JWN and its principal Jesse Windrix, and (d) Peter Jungsberger, are necessary to obtain relevant discovery of other grounds asserted in the Trustee Motion.

7. Empery asserts that Drexler's discovery concerning the Bidding Procedures Motion and the Trustee Motion violate the terms of that certain Intercreditor and Subordination Agreement as amended March 8, 2022. Drexler asserts that the foregoing agreement is inapplicable for a variety of reasons, including that the Trustee Motion and discovery are completely outside its ambit. At the time this Joint Report was submitted, the parties were continuing to discuss these matters.

8. Mr. Drexler agreed to sequence discovery based on the case timeline proposed by the Debtor, the Committee, and Empery during the May 9, 2023 hearing, starting with the hearing of the Bid Procedures, followed by the hearing of the Trustee Motion, then the prosecution of the Debtor's ultimate disclosure statement and plan of reorganization.

9. The Parties agree that other than the discovery set forth in this Joint Status Report, the deadlines set by prior served subpoenas and discovery requests are suspended pending further agreement or Court order.

10. The Parties agree to (i) provide counsel to the Committee with copies of all documents produced in connection with the Bid Procedures Motion and Trustee Motion contemporaneously with such production and to (ii) permit counsel to the Committee to attend all depositions held in connection with the Bid Procedures Motion and Trustee Motion.

11. Empery agrees a further status report with respect to the discovery necessary or appropriate for the prosecution of Trustee Motion should be held on the same date as the hearing of the Bidding Procedures Motion.

## CONCLUSION

12. The Parties continue to meet and confer regarding the scope of discovery and have made progress sequencing discovery as outlined in this Joint Status Report.

Dated: May 15, 2023.

[*Signatures on following page.*]

| | |
|---|---|
| Respectfully Submitted, | Joined by, |
| SCHWARTZ LAW, PLLC | STEINHILBER SWANSON LLP |
| By: /s/ *Samuel A. Schwartz*<br>Samuel A. Schwartz, Esq.<br>Athanasios E. Agelakopoulos, Esq.<br>601 E. Bridger Ave.<br>Las Vegas, NV 89101<br>*Attorneys for the Debtor* | By: /s/ *Michael P. Richman*<br>Michael P. Richman, Esq.<br>122 W. Washington Ave., Ste. 850<br>Madison, WI 53703<br>*Attorneys for Ryan Drexler* |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | By: /s/ *Jason H. Rosell*<br>Jason H. Rosell, Esq.<br>John D. Fiero, Esq.<br>One Sansome St., Ste. 3430<br>San Francisco, CA 94104<br>*Attorneys for Official Committee of Unsecured Creditors* |
| | GARMAN TURNER GORDON LLP |
| | By: /s/ *William M. Noall*<br>Gregory E. Garman, Esq.<br>William M. Noall, Esq.<br>7251 Amigo St., Ste. 210<br>Las Vegas, NV 89119<br>*Attorneys for Empery Tax Efficient, LP* |
| | GHANDI DEETER BLACKHAM LAW OFFICES |
| | By: /s/ *Shara L. Larson*<br>Shara L. Larson, Esq.<br>725 S. 8th St., Ste. 100<br>Las Vegas, NV 89101<br>*Attorneys for JW Nutritional LLC* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF System on May 15, 2023, to the following:

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com; tatiana@aandblaw.com; melissa@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
obrown@lewisroca.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; jhess@lewisroca.com; klopez@lewisroca.com; rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com; CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

DAWN M. CICA on behalf of Interested Party Ryan Drexler
dcica@carlyoncica.com; nrodriguez@carlyoncica.com; crobertson@carlyoncica.com; dmcica@gmail.com; dcica@carlyoncica.com; tosteen@carlyoncica.com; 3342887420@filings.docketbird.com

JOHN D. FIERO for Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com; lks@ghandilaw.com; nedda@ecf.inforuptcy.com; r41525@notify.bestcase.com; shara@ghandilaw.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com; kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW; 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Defendants ALTIUM GROWTH FUND, LP; BIGGER CAPITAL FUND, LP; CVI INVESTMENT, INC; DISTRICT 2 CAPITAL FUND, LP; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY MASTER ONSHORE, LLC; EMPERY TAX EFFICIENT III; EMPERY TAX EFFICIENT, LP; INTRACOASTAL CAPITAL LLC; IONIC VENTURES, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND; ROTH CAPITAL PARTNERS, LLC; and WALLEYE OPPORTUNITY MASTER FUND LTD
wnoall@gtg.legal; bknotices@gtg.legal

1   WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
    wnoall@gtg.legal; bknotices@gtg.legal

2

3   WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP
    wnoall@gtg.legal; bknotices@gtg.legal

4

5   TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
    tosteen@carlyoncica.com; crobertson@carlyoncica.com; nrodriguez@carlyoncica.com;
    ccarlyon@carlyoncica.com

6

7   TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
    tpilatowicz@gtg.legal; bknotices@gtg.legal

8

9   JASON H. ROSELL for Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
    jrosell@pszjlaw.com

10

11  JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
    jshea@shea.law; blarsen@shea.law; support@shea.law

12  ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
    rtstewart@foley.com; rgledhill@foley.com; robert-stewart-3880@ecf.pacerpro.com;
13  docketflow@foley.com

14
    STRETTO
15  ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

16  MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
    mark@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com
17

18  MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
    mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
19  valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

20  MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
    mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
21  valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

22
    MATTHEW C. ZIRZOW for OFFICIAL COMMITTEE OF UNSECURED CREDITORS
23  mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com;
    valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com
24

25
    /s/ *Brian J. Braud*
26  Brian J. Braud, an employee of
    SCHWARTZ LAW, PLLC
27

28