

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 17, 2023

_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: May 16, 2023<br>Hearing Time: 9:30 a.m. (PT) |

**ORDER ON MOTION FOR ENTRY OF AN ORDER APPROVING
DEBTOR'S REJECTION OF AGREEMENT**

Upon the *Motion for Entry of an Order Approving Debtor's Rejection of Agreement* [ECF No. 403] (the "**Motion**")[1] of MusclePharm Corporation, the debtor and debtor-in-possession in the above captioned case (the "**Debtor**"), by and through its counsel of record, Schwartz Law, PLLC, for the entry of an order approving Debtor's rejection of the Agreement only to the extent otherwise

---
[1] Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Motion.

1

necessary; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and no objections to the relief requested in the Motion having been filed; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Debtor's rejection of the Agreement is approved as of the Petition Date; and it is further

**ORDERED** that the affected parties are directed to file claims for rejection damages, if any, within thirty (30) days of the date the said parties are served with notice of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Submitted by:

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
601 East Bridger Avenue
Las Vegas, NV  89101

*Attorneys for Debtor*

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel and any unrepresented parties who appeared at the hearing, except those as to whom review was waived on the record at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###