Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.: 22-14422-nmc<br>Chapter 11<br><br>Hearing Date: June 22, 2023<br>Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER: (i) APPROVING THE DISCLOSURE STATEMENT; (ii) APPROVING THE FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION PROCEDURES; (iii) FIXING THE VOTING DEADLINE WITH RESPECT TO THE DEBTOR'S CHAPTER 11 PLAN; (iv) PRESCRIBING THE FORM AND MANNER OF NOTICE THEREOF; (v) FIXING THE LAST DATE FOR FILING OBJECTIONS TO THE CHAPTER 11 PLAN; (vi) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN; AND (vii) APPOINTING STRETTO AS SOLICITATION AND TABULATION AGENT**

TO: INTERESTED PARTIES AND CREDITORS

**PLEASE TAKE NOTICE** that a hearing has been set for the captioned date and time of June 22, 2023, at 9:30 a.m. on the *Debtor's Motion for the Entry of an Order: (i) Approving the Disclosure Statement* (the "**Disclosure Statement**"); *(ii) Approving the Form of Ballots and Proposed Solicitation and Tabulation Procedures; (iii) Fixing the Voting Deadline with Respect to the Debtor's Chapter 11 Plan* (the "**Plan**"); *(iv) Prescribing the Form and Manner of Notice Thereof; (v) Fixing the Last Date for Filing Objections to the Chapter 11 Plan; (vi) Scheduling a Hearing to Consider Confirmation of the Chapter 11 Plan; and (vii) Appointing Stretto as Solicitation and Tabulation Agent* [ECF No. 554] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any party who objects to the Motion or approval of the Disclosure Statement must file a written objection thereto pursuant to Fed. R. Bankr.

P. 2002 as to be received by the Bankruptcy Court no later than June 14, 2023. Any replies to oppositions shall be due by June 19, 2023.

**PLEASE TAKE FURTHER NOTICE** that if an objection is not timely filed and served, the Disclosure Statement may be approved, and the Motion may be granted. LR 9014(a)(1).

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, you *must* file a **WRITTEN** response to the Motion and/or Disclosure Statement with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain a copy of the Motion and/or the Disclosure Statement [ECF No. 552] can visit the Debtor's case information website at: https://cases.stretto.com/musclepharm/court-docket/.

WHEREFORE, notice is further given that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Application will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox on the captioned date and time. Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the calendar date that the Motion is set to be heard. Next click on the hearing judge to view the hearing judge's dial-in number and meeting access codes.

Dated: May 26, 2023.

Respectfully Submitted,
By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.