GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Empery Tax Efficient, LP as Agent and Collateral Agent for certain Secured Noteholders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MUSCLEPHARM CORPORATION, | CASE NO. 22-14422-NMC<br>Chapter 11 |

## **CERTIFICATE OF SERVICE**

1. On June 12, 2023, I served the following document(s):

   a. *Joinder to Motion to Quash Subpoena to Verizon or, in The Alternative, for Issuance of a Protective Order and Supplemental Points and Authorities* — Dkt. No. 584

   b. *Declaration of Teresa M. Pilatowicz in Support of Joinder to Motion to Quash Subpoena to Verizon or, in The Alternative, for Issuance of a Protective Order and Supplemental Point and Authorities* — Dkt No. 585

   I served the above-named document(s) by the following means to the persons as listed below:

   ☒ ECF System: See attached ECF Confirmation Sheets.

   I served the above-named document(s) by the following means to the persons as listed

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4848-8812-9480, v. 1

1 of 2

1  below:

2  ☐   United States Mail, postage fully prepaid:  See attached mailing
3  matrix.

4  I declare under penalty of perjury that the foregoing is true and correct.

5  DATED this 13 day of June, 2023.

/s/    Caitlin Halm
Caitlin Halm, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4848-8812-9480, v. 1

2 of 2

# Danielle Charlet

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Monday, June 12, 2023 7:44 AM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 22-14422-nmc Joinder |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 6/12/2023 at 7:43 AM PDT and filed on 6/12/2023

| | |
|---|---|
| **Case Name:** | MUSCLEPHARM CORPORATION |
| **Case Number:** | 22-14422-nmc |
| **Document Number:** | 584 |

**Docket Text:**
Joinder *to Motion to Quash Subpoena to Verizon or, in the Alternative, for Issuance of a Protective Order and Supplemental Points and Authorities* Filed by TERESA M. PILATOWICZ on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[575] Motion to Quash filed by Debtor MUSCLEPHARM CORPORATION) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** (f) Joinder to Motion to Quash Subpoena to Verizon Final.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/12/2023] [FileNumber=35117959-0
] [a99b86f40c17d41f0e2ea62f3dc7205d8a636ed8cfff45c1c85c5446debbd9b3a7c
c7583d39bc19dcb014e548a95548fdd3b9fd4e7c9f62b52aaef8e44de078b]]

**22-14422-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party Ryan Drexler
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

GABRIELLE A. HAMM on behalf of Debtor MUSCLEPHARM CORPORATION
ghamm@nvfirm.com, ecf@nvfirm.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BRYAN A. LINDSEY on behalf of Debtor MUSCLEPHARM CORPORATION
blindsey@nvfirm.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law, blarsen@shea.law;support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

JOSEPH G. WENT on behalf of Interested Party MHF Opco, LLC
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Brian Slater
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify

.bestcase.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**22-14422-nmc Notice will not be electronically mailed to:**

CHARLES R. BENNETT, JR. on behalf of Creditor White Winston Select Asset Funds, LLC
28 STATE SR., STE 3101
BOSTON, MA 02109

KATHERINE R. CATANESE on behalf of Creditor NutraBlend Foods
FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY 10016

STEPHEN A. FOGDALL on behalf of Creditor White Winston Select Asset Funds, LLC
1600 MARKET ST., SUITE 3600
PHILADELPHIA, PA 19103

FOLEY & LARDNER, LLP
1400 16TH STREET, SUITE 200
DENVER, CO 80202

NICK I IEZZA
SPIWAK & IEZZA, LLP
555 MARIN STREET
SUITE 140
THOUSAND OAKS, CA 91360

LARSON AND ZIRZOW, LLC on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT-COLLECTIONS BUREAU
200 ARLINGTON ST.
CHELSEA, MA 02150

PACHULSKI STANG ZIEHL & JONES, LLP
,

PACHULSKI STANG ZIEHL AND JONES LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE SANSOME STREET
34TH FLOOR, SUITE 3430
SAN FRANCISCO, CA 94104

PORTAGE POINT PARTNERS, LLC
300 NORTH LASALLE ST., STE 1420

CHICAGO, IL 60654

MICHAEL P RICHMAN on behalf of Interested Party Ryan Drexler
STEINHILBER SWANSON LLP
122 W. WASHINGTON AVE, SUITE 850
MADISON, WI 53703-2732

VINCENT J ROLDAN on behalf of Creditor Prestige Capital Finance, LLC
MANDELBAUM BARRETT, PC
3 BECKER FARM RD
ROSELAND, NJ 07068

SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101

SCHWARTZ LAW, PLLC on behalf of Debtor MUSCLEPHARM CORPORATION
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JEFFREY D. STERNKLAR on behalf of Creditor White Winston Select Asset Funds, LLC
101 FEDERAL STREET, SUITE 1900
BOSTON, MA 02110

Robert T. Stewart on behalf of Creditor NutraBlend Foods
Foley & Lardner LLP
95 South State Street, #2500
Salt Lake City, UT 84111

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

# Danielle Charlet

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Monday, June 12, 2023 7:50 AM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 22-14422-nmc Declaration |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 6/12/2023 at 7:50 AM PDT and filed on 6/12/2023

| | |
|---|---|
| **Case Name:** | MUSCLEPHARM CORPORATION |
| **Case Number:** | 22-14422-nmc |
| **Document Number:** | 585 |

**Docket Text:**
Declaration Of: Teresa M. Pilatowicz *in Support of Joinder to Motion to Quash Subpoena to Verizon or, in the Alternative, for Issuance of a Protective Order and Supplemental Points and Authorities* Filed by TERESA M. PILATOWICZ on behalf of EMPERY TAX EFFICIENT, LP (Related document(s)[584] Joinder filed by Interested Party EMPERY TAX EFFICIENT, LP) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** (f) Pilatowicz Dec - Complete.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/12/2023] [FileNumber=35117968-0
] [a04928dc257cf72ce670ef44782b2ed4488295a0317fc3ce387c0c49cc294844067
60e53e7fb1adf444575360d57c6abcca2592a8050a6a56ebf3317ae645a43]]

**22-14422-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party Ryan Drexler
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

GABRIELLE A. HAMM on behalf of Debtor MUSCLEPHARM CORPORATION
ghamm@nvfirm.com, ecf@nvfirm.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BRYAN A. LINDSEY on behalf of Debtor MUSCLEPHARM CORPORATION

blindsey@nvfirm.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law, blarsen@shea.law;support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

JOSEPH G. WENT on behalf of Interested Party MHF Opco, LLC
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Brian Slater
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,

carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**22-14422-nmc Notice will not be electronically mailed to:**

CHARLES R. BENNETT, JR. on behalf of Creditor White Winston Select Asset Funds, LLC
28 STATE SR., STE 3101
BOSTON, MA 02109

KATHERINE R. CATANESE on behalf of Creditor NutraBlend Foods
FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY 10016

STEPHEN A. FOGDALL on behalf of Creditor White Winston Select Asset Funds, LLC
1600 MARKET ST., SUITE 3600
PHILADELPHIA, PA 19103

FOLEY & LARDNER, LLP
1400 16TH STREET, SUITE 200
DENVER, CO 80202

NICK I IEZZA
SPIWAK & IEZZA, LLP
555 MARIN STREET
SUITE 140
THOUSAND OAKS, CA 91360

LARSON AND ZIRZOW, LLC on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT-COLLECTIONS BUREAU
200 ARLINGTON ST.
CHELSEA, MA 02150

PACHULSKI STANG ZIEHL & JONES, LLP
,

PACHULSKI STANG ZIEHL AND JONES LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE SANSOME STREET
34TH FLOOR, SUITE 3430
SAN FRANCISCO, CA 94104

PORTAGE POINT PARTNERS, LLC

300 NORTH LASALLE ST., STE 1420
CHICAGO, IL 60654

MICHAEL P RICHMAN on behalf of Interested Party Ryan Drexler
STEINHILBER SWANSON LLP
122 W. WASHINGTON AVE, SUITE 850
MADISON, WI 53703-2732

VINCENT J ROLDAN on behalf of Creditor Prestige Capital Finance, LLC
MANDELBAUM BARRETT, PC
3 BECKER FARM RD
ROSELAND, NJ 07068

SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101

SCHWARTZ LAW, PLLC on behalf of Debtor MUSCLEPHARM CORPORATION
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JEFFREY D. STERNKLAR on behalf of Creditor White Winston Select Asset Funds, LLC
101 FEDERAL STREET, SUITE 1900
BOSTON, MA 02110

Robert T. Stewart on behalf of Creditor NutraBlend Foods
Foley & Lardner LLP
95 South State Street, #2500
Salt Lake City, UT 84111

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202