Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |

## NOTICE OF ENTRY OF ORDER
### AUTHORIZING DEBTORS TO EMPLOY AND RETAIN ADDITON, PENDLETON & WITHERSPOON, P.A. AS SPECIAL INTELLECTUAL PROPERTY COUNSEL

PLEASE TAKE NOTICE that an Order Authorizing Debtors to Employ and Retain Additon, Pendleton & Witherspoon, P.A. as Special Intellectual Property Counsel [ECF No. 597], has been entered in the above-captioned case on June 16, 2023, a copy of which is attached hereto as **Exhibit A**.

Dated: June 20, 2023.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
601 East Bridger Avenue
Las Vegas, NV 89101
*Attorneys for the Debtor*

1

# Exhibit A

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
June 16, 2023
_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 22-14422-nmc |
| | ) |
| MUSCLEPHARM CORPORATION, | ) Chapter 11 |
| | ) |
| | ) |
| Debtor. | ) Hearing Date: June 13, 2023 |
| | ) Hearing Time: 9:30 a.m. (PT) |
| | ) |

**ORDER AUTHORIZING DEBTORS TO EMPLOY**
**AND RETAIN ADDITON, PENDLETON & WITHERSPOON,**
**P.A. AS SPECIAL INTELLECTUAL PROPERTY COUNSEL**

This matter having come before the Court upon the *Application for Entry of an Order Authorizing Debtors to Employ and Retain Additon, Pendleton & Witherspoon, P.A. as Special Intellectual Property Counsel* (the "**Application**")[1] filed by Debtor, MusclePharm Corporation, seeking an order authorizing the employment and retention of the Firm to act as special intellectual

---
[1] Any capitalized term not defined herein shall have the meaning ascribed to that term in the Application.

1

property counsel, and granting other related relief as may be appropriate, as more fully set forth in the Application; and upon the Declaration, submitted in support of the Application; and it appearing that the relief requested is in the best interest of Debtor's estate, its creditors, and other parties in interest; and it appearing that the Firm does not represent a conflict of interest or a materially adverse interest to Debtor's estate with respect to the matter on which the Firm is employed; and it appearing that the terms and conditions of the Firm's employment, as further described in the Application are reasonable; and this Court has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. 157(b); and this Court having found that Debtor's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "**Hearing**") appearances having been noted on the record at the Hearing; the Court having stated its findings of fact and conclusions of law on the record at the Hearing, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Bankruptcy Rule 9014; and this Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED;

2. The Debtor is authorized to employ and retain the Firm as special intellectual property counsel under the terms of the Engagement Agreement, attached to the Declaration as **Exhibit 1**;

3. In the event of any inconsistency between the Engagement Agreement, the Application, and this Order, this Order shall govern;

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon entry;

5. Debtor and the Firm are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application; and

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED**.

Dated: June 13, 2023.

Respectfully Submitted:

SCHWARTZ LAW, PLLC

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for the Debtor*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel and any unrepresented parties who appeared at the hearing, except those who waived review on the record at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###