GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No. 22-14422-nmc<br><br>Chapter 11 |

**DECLARATION OF TIMOTHY SILVER IN SUPPORT OF<br>MOTION TO QUASH SUBPOENAS**

I, Timothy Silver, make this Declaration under 28 U.S.C. § 1746 and declare as follows:

1. I am over the age of eighteen (18) years and competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters stated upon information and belief. As to those matters stated upon information and belief, I believe them to be true.

2. I am a Portfolio Manager with Empery Asset Management, LP. At all relevant times, Empery Asset Management, LP has acted as investment advisor to Empery, among others.

3. I submit this Declaration for all permissible purposes under the Federal Rules of

Civil Procedure and Rules of Evidence in support of the *Motion to Quash Subpoenas* ("Motion"),[1] filed by Empery Tax Efficient, LP.

4. On or about June 2, 2023, as requested by Mr. Drexler's counsel, without limiting the production of my text messages to those that are substantive, I produced a copy of ALL of my text messages with any of Debtor's directors, including without limitation Nicholas Rubin and Eric Hillman, from December 15, 2022 to June 2, 2023, to my counsel. A true and correct copy of that production is attached hereto as **Exhibit "A."**

5. Also, to the best of my knowledge, I had no other text message conversations with any of Debtor's directors during the relevant time periods other than what was produced. I did not knowingly delete any text messages with any of the Debtor's directors.

6. At the time, I also checked the text messages on my cell phone and confirmed there were no other text messages with any of Debtor's directors during the relevant time periods.

7. Upon learning that Mr. Drexler had alleged we destroyed or withheld messages, I again went back and reviewed and compared the text messages on my cell phone and on Ryan Lane's cell phone to what was produced. Again, I confirmed there were no other such text messages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of June, 2023.

TIMOTHY SILVER

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

EXHIBIT "A"

# Exhibit A-1

"Text messages between Nick Rubin and Tim Silver"



**Nick**

iMessage
Thu, Feb 16 at 3:49 PM

I butt dialed you but I am in court

K sent you an email to set up a time to catch up

Thu, Mar 16 at 8:48 PM

Can you and Ryan pls call me after this call .

I'm at a dinner outside so I need to jump back inside for a few and can call when I walk out

Call you in twenty?

Delivered

ICA0017

# Exhibit A-2

## "Text messages between Tim Silver, Eric Hillman, and Nick Rubin"




ICA0005

# Exhibit A-3

## "Text messages between Eric Hillman and Tim Silver"



Mon, Dec 19 at 5:58 PM

Just calling you back to follow up. Wanted to get you before the 6pm cutoff. Nothing urgent to discuss

Thu, Dec 29 at 3:24 PM

 **Copy of 13 Week Budget with GM% beginning 12-28-22.xlsx**
Office Spreadsheet · 24 KB

Fri, Jan 6 at 6:38 PM

Sorry Tim went to early dinner. Missed lunch and I MF'r without food. That went a lil longer than I expected today. Guess we start again Monday



Missed eating today as well due to that. Just wanted to touch base. Enjoy your weekend. Talk to you Monday

Mon, Jan 9 at 2:02 PM

Cal you right back

Fri, Jan 13 at 1:48 PM

Call you back. On one

Mon, Jan 16 at 2:59 PM



ICA0006



**Fri, Jan 13 at 1:48 PM**

> Call you back. On one

**Mon, Jan 16 at 2:59 PM**

Thoughts in me letting Sam know there might be a change in CRO's. I spoke to Mike today and with marc roth this afternoon. Would CRO be my decision or yours? Im off but working by text.

👍

> Let's touch base tomorrow. For compliance reasons I can't text about material work stuff. My gut is no harm in letting Sam know what you are thinking and understanding process from his perspective. It's your call (the company) with our consent right. I am around to discuss over the phone if you would like

**Wed, Feb 15 at 11:33 AM**

Can you send me your coordinators info please

> All good here based on Rita's emails?

Tu



ICA0007



Tu

**Text Message**
Fri, Feb 17 at 12:32 PM

Call you in a few

Question you dont need to call back. Working on a 1.1m copang korea order at 31%. Copang is on 60 day terms at least for now. Is that factorable?

**iMessage**
Mon, Mar 6 at 2:42 PM



In our MP board call. Call as soon as im off

Mon, Mar 6 at 4:13 PM

Call you back

Ok. Ive got a zoom call with my tram and informed choice so text me if you will and i'll call you. Thx. E

Got it sorry just saw this

Thu, Mar 9 at 11:56 AM

MP_ProteinShake



ICA0008





ICA0010

# Exhibit A-4
## "Text messages between Tim Silver, Ryan Lane, and Eric Hillman"



**Eric Hillman**

👍

**Ryan Lane**
Just tried u Eric

Sat, Feb 25 at 9:05 AM

**Eric Hillman**

Just an odd note about europa. I could get rid of all accounting. Id have access to full mkting dept. They have office space to build a sales team. We could build out the drink mkt faster. Hub would bring 500k to bottom line each month with additional vendors using the program. Mgt tram thats in place is awesome and if it fell under MP I could help direct it. Just thoughts. Have you even spoken to AFI

And no im not working on Sat. Lol

Haha breaking your rules!

Pete introduced us and we are going to try to speak next week

Fri, Mar 24 at 7:09 PM



ICA0001



2 People

> Pete introduced us and we are going to try to speak next week

Fri, Mar 24 at 7:09 PM

Eric Hillman

> Just a teaser



> Looks great!

Ryan Lane

💥



ICA0002



Ryan Lane

💥

Mon, Mar 27 at 6:49 PM

Eric Hillman

Just so you know my motto. Go Big or Go Home. 200LBS choc and Van informed choice informed protein. 2 out the door today

That's huge. Is that $1,500?? Sports

ICA0003

