**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for ThermoLife International, LLC*



# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-NMC |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER** |

**PLEASE TAKE NOTICE** that an *Order Granting ThermoLife International, LLC's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)* ("Order"), was entered in the above-captioned bankruptcy case on June 22, 2023, as ECF No. 613. A copy of the Order is attached hereto as **Exhibit 1.**

Dated this 22nd day of June, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:  /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Counsel for ThermoLife International, LLC*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

_Natalie M. Cox_
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
June 22, 2023

___



**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824

*Counsel for ThermoLife International, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-NMC |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | **ORDER GRANTING THERMOLIFE INTERNATIONAL, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)** |
| | Hearing Date:  May 2, 2023<br>Hearing Time: 9:30 a.m. |

The Court, having considered the Thermolife International, LLC's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) ("Stay Relief Motion")[1], on file herein at ECF No. 350; the Declaration of Ron Kramer in Support of the Motion, on file herein at ECF No. 351; the Declaration of Ryan A. Andersen, Esq. in Support of the Motion, on file herein at ECF. No. 352; the Debtor's Opposition to Thermolife International, LLC's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) ("Opposition"), on file herein at ECF No. 407; the Declaration of Athanasios E. Agelakopoulos, Esq in Support of the Opposition, on file herein at ECF No. 408; Thermolife International, LLC's Reply in Support of the Motion, on file herein at ECF. No. 428; having conducted a hearing with respect to the Motion on May 2, 2023, at 9:30 a.m., with Ryan A. Andersen, Esq. of Andersen & Beede appearing on behalf of ThermoLife International, LLC ("ThermoLife"), with Samuel Schwartz, Esq. and Gabrielle A. Hamm, Esq. of Schwartz Law, PLLC both appearing on behalf of MusclePharm Corporation ("Debtor"), and having stated all other appearances on the record; having considered the arguments of counsel made at such hearing; and having stated its findings of fact and conclusions of law on the record during the oral ruling on the Motion on May 16, 2023 at 9:30 a.m., pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure, such findings of facts and conclusions of law thus being incorporated as if fully set forth herein:

**NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

**IT IS ORDERED** that the Stay Relief Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that cause exists to annul the automatic stay to the extent necessary in order to conclude the Arizona Action;

**IT IS FURTHER ORDERED** that the relief from the automatic stay requested in the Stay Relief Motion and granted by this Order shall apply retroactively to February 6, 2023;

**IT IS FURTHER ORDERED** that the automatic stay does not apply to the proceeds of the Supersedeas Bond posted in the Maricopa County Superior Court in case no. CV2016-000113 ("Arizona Action"); and

//

---

[1] All capitalized terms not specifically defined herein shall have the same meaning as ascribed to them in the Stay Relief Motion.

IT IS FURTHER ORDERED that this Court retains continuing and exclusive jurisdiction to the maximum possible extent to interpret, implement, and enforce this Order and all matters arising from or related to its implementation.

Respectfully submitted by:

**ANDERSEN & BEEDE**

/s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Counsel for ThermoLfie International, LLC*



**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☑ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

      Samuel A. Schwartz, Esq.    Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2023.

**ANDERSEN & BEEDE**

By:   /s/ Ryan A. Andersen
        Ryan A. Andersen, Esq.
        Nevada Bar No. 12321
        3199 E. Warm Springs Rd, Ste 400
        Las Vegas, Nevada 89120

*Counsel for ThermoLife International, LLC*

# # #