**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for ThermoLife International, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

1.  On June 22, 2023, I caused to be served the following document(s):

    a.  NOTICE OF ENTRY OF ORDER (ECF No. 615).

2.  I served the above-named document(s) by the following means upon the persons as listed below:

    [ X ]   a.  **BY ECF SYSTEM:**

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com,tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation
obrown@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com



OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
obrown@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD
ccarlyon@carlyoncica.com,CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com,CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party Ryan Drexler
dcica@carlyoncica.com,nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com,lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

GABRIELLE A. HAMM on behalf of Debtor MUSCLEPHARM CORPORATION
ghamm@nvfirm.com, ecf@nvfirm.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BRYAN A. LINDSEY on behalf of Debtor MUSCLEPHARM CORPORATION
blindsey@nvfirm.com



1  WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
   wnoall@gtg.legal, bknotices@gtg.legal

2
3  WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
   wnoall@gtg.legal, bknotices@gtg.legal

4  WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
   wnoall@gtg.legal, bknotices@gtg.legal
5

6  WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
   wnoall@gtg.legal, bknotices@gtg.legal

7
   WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
8  wnoall@gtg.legal, bknotices@gtg.legal

9  WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP
10 wnoall@gtg.legal, bknotices@gtg.legal

11 WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC
   wnoall@gtg.legal, bknotices@gtg.legal
12

13 WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III
   wnoall@gtg.legal, bknotices@gtg.legal
14
   WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP
15 wnoall@gtg.legal, bknotices@gtg.legal

16 WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC
   wnoall@gtg.legal, bknotices@gtg.legal
17

18 WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC
   wnoall@gtg.legal, bknotices@gtg.legal
19
   WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES
20 MAASTER FUND
   wnoall@gtg.legal, bknotices@gtg.legal
21

22 WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC
   wnoall@gtg.legal, bknotices@gtg.legal
23
   WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER
24 FUND LTD.
   wnoall@gtg.legal, bknotices@gtg.legal
25

26 WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP
   wnoall@gtg.legal, bknotices@gtg.legal
27



TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law, blarsen@shea.law;support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com,rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

JOSEPH G. WENT on behalf of Interested Party MHF Opco, LLC
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Brian Slater
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

[ X ]    b.    **UNITED STATES MAIL, POSTAGE FULLY PREPAID**

CHARLES R. BENNETT, JR. on behalf of Creditor White Winston Select Asset Funds, LLC
28 STATE SR., STE 3101
BOSTON, MA 02109

KATHERINE R. CATANESE on behalf of Creditor NutraBlend Foods
FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY 10016

STEPHEN A. FOGDALL on behalf of Creditor White Winston Select Asset Funds, LLC
1600 MARKET ST., SUITE 3600
PHILADELPHIA, PA 19103

FOLEY & LARDNER, LLP
1400 16TH STREET, SUITE 200
DENVER, CO 80202



NICK I IEZZA
SPIWAK & IEZZA, LLP
555 MARIN STREET
SUITE 140
THOUSAND OAKS, CA 91360

LARSON AND ZIRZOW, LLC on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT-COLLECTIONS BUREAU
200 ARLINGTON ST.
CHELSEA, MA 02150

PACHULSKI STANG ZIEHL AND JONES LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE SANSOME STREET
34TH FLOOR, SUITE 3430
SAN FRANCISCO, CA 94104

PORTAGE POINT PARTNERS, LLC
300 NORTH LASALLE ST., STE 1420
CHICAGO, IL 60654

MICHAEL P RICHMAN on behalf of Interested Party Ryan Drexler
STEINHILBER SWANSON LLP
122 W. WASHINGTON AVE, SUITE 850
MADISON, WI 53703-2732

VINCENT J ROLDAN on behalf of Creditor Prestige Capital Finance, LLC
MANDELBAUM BARRETT, PC
3 BECKER FARM RD
ROSELAND, NJ 07068

SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101

SCHWARTZ LAW, PLLC on behalf of Debtor MUSCLEPHARM CORPORATION
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JEFFREY D. STERNKLAR on behalf of Creditor White Winston Select Asset Funds, LLC
101 FEDERAL STREET, SUITE 1900
BOSTON, MA 02110

Robert T. Stewart on behalf of Creditor NutraBlend Foods
Foley & Lardner LLP
95 South State Street, #2500
Salt Lake City, UT 84111

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

[ ]   d.   **PERSONAL SERVICE:**

I personally delivered the document(s) to the persons at these addresses:

[ ]   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[ ]   For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   e.   **DIRECT EMAIL (as opposed to through the ECF System):**

Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   f.   **FAXSIMILE:**

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached hereto.

//

//

//

[ ]   g. **MESSENGER:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service. A declaration by the messenger is attached to this certificate of service.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on: June 22, 2023

| Melissa Rodriguez | */s/ Melissa Rodriguez* |
|---|---|
| (Name of Declarant) | An employee of Andersen and Beede. |