UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                  ) Case No.: 22-14422-NMC
                                                        )
MUSCLEPHARM CORPORATION,                                ) Chapter 11
                                                        )
                    Debtor.                             )
                                                        )

**CERTIFICATE OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Order Authorizing Debtors to Employ and Retain Additon, Pendleton & Witherspoon, P.A. As Special Intellectual Property Counsel** (Docket No. 606)

Dated: June 22, 2023

                                                         */s/ Janira N. Sanabria*
                                                         Janira N. Sanabria
                                                         STRETTO
                                                         410 Exchange, Ste 100
                                                         Irvine, CA 92602
                                                         Telephone: 800-634-7734
                                                         Email: teammusclepharm@stretto.com

# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| American Nutritional Corporation, Inc. | | 3150 Sunrise Ave | | Las Vegas | NV | 89101 | |
| Atlantic Grain & Trade | Attn: Anthony Reno | 1472 White Oak Drive | | Chaska | MN | 55318 | |
| Atlantic Grain and Trade | | 496 Bramson CT Suite 140 | | Mount Pleasant | SC | 29464 | |
| Bakery Barn, LLC | | 111 Terence Dr | | Pittsburgh | PA | 15236 | |
| Bar Bakers | | 10711 Bloomfields Street | | Los Alamitos | CA | 90720 | |
| Belmark Inc. | Attn: Karl Sergus and Jeffery Dowd | 600 Heritage Road | PO Box 5310 | De Pere | WI | 54115 | |
| BKM Backlot 229, LLC | | PO Box 51698 | | Los Angeles | CA | 90051 | |
| CA - Receiver General Tax | CCRA Tax Centre | 275 Pope Road Suite 103 | | Summerside | PE | C1N 6A2 | Canada |
| CanSource LLC | | 2120 Miller Dr | Ste G | Longmont | CO | 80501 | |
| Canyon Plastics, Inc. | | 28455 Livingston Ave. | | Valencia | CA | 91355 | |
| City Football Group | Attn: Managing Agent | Etihad Stadium | Rowsley Street | Manchester | | M11 3FF | United Kingdom |
| Clark County Assessor | c/o Bankruptcy Clerk | 500 S. Grand Central Pkwy | PO Box 551220 | Las Vegas | NV | 89155-1220 | |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S. Grand Central Pkwy | PO Box 551220 | Las Vegas | NV | 89155-1220 | |
| Creative Flavor Concepts, Inc. | c/o Bowles & Johnson PLLC | Attn: David Kay Bowles | 14 Wall Street, Floor 20 | New York | NY | 10005-2123 | |
| Dept. of Employment, Training and Rehab | Employment Security Division | 500 E Third St | | Carson City | NV | 89713 | |
| Empery Asset Management, LP | C/O Garman Turner Gordon LLP | Attn: Gregory E. Garman, William M. Noall, Mark M. Weisenmiller | 7251 Amigo Street, Suite 210 | Las Vegas | NV | 89119 | |
| Excel Sports Management LLC | | 1700 Broadway, FL 29 | | New York | NY | 10019 | |
| Excelsior Nutrition, Inc. [4Excelsior] | c/o Sylvester & Polednak, LTD. | Attn: Allyson R. Johnson | 1731 Village Center Circle | Las Vegas | NV | 89134 | |
| Finra | | 1735 K Street, NW | | Washington | DC | 20006 | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| JW Nutritional LLC | | PO Box 258 | | Allen | TX | 75013 | |
| JW Nutritional, LLC | Attn: Jesse Windrix | 601 Century Parkway, Suite 300 | | Allen | TX | 75013 | |
| JW Nutritional, LLC | c/o Barrow & Grim, PC | 110 W. 7th Street, Suite 900 | | Tulsa | OK | 74119 | |
| Kasowitz Benson Torres LLP | Attn: Managing Agent; Matthew B. Stein; Joshua A. Siegel | 1633 Broadway | | New York | NY | 10019-6708 | |
| Korn Ferry (US) | | PO Box 1450 | | Minneapolis | MN | 55485 | |
| MHF Opco, LLC fka Mill Haven Foods, LLC | | 211 Leer Street | | New Lisbon | WI | 53950 | |
| MHF Opco, LLC fka Mill Haven Foods, LLC | c/o Stafford Rosenbaum, LLP | Attn: Douglas Poland | 222 W. Washington Ave, Suite 900 | Madison | WI | 53701 | |
| Mill Haven Foods LLC | | 211 Leer Street | | New Lisbon | WI | 53950 | |
| Nevada Dept. of Taxation, BK Section | | 555 E Washington Ave, #1300 | | Las Vegas | NV | 89101 | |
| NutraBlend Foods | | 10 Goddard Crescent | | Cambridge | ON | N3E 0A9 | |
| Nutramed, Inc. v. Muscle Pharm, LLC | c/o Law Offices of Lawrence J. Kuhlman | 9267 Haven Ave., Ste. 250 | | Rancho Cucamonga | CA | 91730 | |
| Office of the United States Trustee | Attn: Jared A. Day | 300 Booth St, Ste 3009 | | Reno | NV | 89509 | |
| Official Committee of Unsecured Creditors | c/o Barrow & Grim, PC | Attn: Adam K. Marshall | 110 W. 7th Street, Suite 900 | Tulsa | OK | 74119 | |
| Official Committee of Unsecured Creditors | c/o Stafford Rosenbaum, LLP | Attn: Douglas Poland | 222 W. Washington Ave, Suite 900 | Madison | WI | 53701 | |
| Prestige Capital Corporation | c/o Lewis Roca Rothgerber Christie LLP | Attn: Ogonna M. Brown, Dibora L. Berhanu | 3993 Howard Hughes Pkwy, Ste 600 | Las Vegas | NV | 89169-5996 | |
| Prestige Capital Finance, LLC | c/o Mandelbaum Barrett PC | Attn: Vincent J. Roldan | 3 Becker Farm Rd, Ste 105 | Roseland | NJ | 07068-1726 | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | c/o Larson & Zirzow, LLC | Attn: Matthew C. Zirzow, Zachariah Larson | 850 W. Bonneville Ave. | Las Vegas | NV | 89101 | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero, Jason H. Rosell | One Sansome St, 34th Fl, Ste 3430 | San Francisco | CA | 94104 | |
| Ropes & Gray LLP | Mail Code : 11104 | PO Box 70280 | | Philadelphia | PA | 19176-0280 | |
| Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 S. Flower St, Ste 900 | | Los Angeles | CA | 90071-9591 | |
| Sheppard Mullin Richter & Hampton LLP | | 333 South Hope Street | | Los Angeles | CA | 90071-1422 | |
| SK Labs | | 5420 E La Palma Ave | | Anaheim | CA | 92807 | |
| Social Security Administration | | Los Angeles Regional Office | 444 S Flower St, Ste 900 | Los Angeles | CA | 90071 | |
| Spiwak & Iezza, LLP | Attn: Nick J. Iezza | 555 Main Street, Suite 140 | | Thousand Oaks | CA | 91360 | |
| ThermoLife International, LLC | c/o Andersen & Beede | Attn: Ryan A. Andersen, Valerie Y. Zaidenberg | 3199 E Warm Springs Rd Ste 400 | Las Vegas | NV | 89120 | |
| White Winston Select Asset Funds, LLC | c/o Jeffrey D. Sternklar LLC | Attn: Jeffrey D. Sternklar | 101 Federal St, Ste 1900 | Boston | MA | 02110-1861 | |
| White Winston Select Asset Funds, LLC | c/o Shea Larsen | Attn: James Patrick Shea, Bart K. Larsen, Kyle M. Wyant | 1731 Village Center Circle, Ste 150 | Las Vegas | NV | 89134 | |

# **Exhibit B**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| American Nutritional Corporation, Inc. | | | dholden@anc-nv.com;adieter@anc-nv.com |
| Atlantic Grain & Trade | Attn: Anthony Reno | | treno@atlanticgrain.com |
| Atlantic Grain and Trade | | | treno@atlanticgrain.com |
| Bakery Barn, LLC | | | frontoffice@bakery-barn.com<br>jamesnperich@gmail.com |
| Belmark Inc. | Attn: Karl Sergus and Jeffery Dowd | | richardy@belmark.com<br>jeffd@belmark.com<br>kboucher@gklaw.com |
| BKM Backlot 229, LLC | | | socal@bkmmgmt.com |
| CanSource LLC | | | billing@cansource.com<br>adrienne.becker@cansource.com |
| Canyon Plastics, Inc. | | | Dawn@canyonplastics.com |
| Creative Flavor Concepts, Inc. | c/o Bowles & Johnson PLLC | Attn: David Kay Bowles | rfischler@creativeflavorconcepts.com |
| Empery Asset Management, LP | C/O Garman Turner Gordon LLP | Attn: Gregory E. Garman, William M. Noall, Mark M. Weisenmiller | ggarman@gtg.legal<br>wnoall@gtg.legal<br>mweisenmiller@gtg.legal |
| Excel Sports Management LLC | | | pmayer@excelsm.com |
| Excelsior Nutrition, Inc. [4Excelsior] | c/o Sylvester & Polednak, LTD. | Attn: Allyson R. Johnson | Allyson@SylvesterPolednak.com |
| JW Nutritional LLC | | | jesse@jwnutritional.com |
| JW Nutritional LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| JW Nutritional, LLC | Attn: Jesse Windrix | | jesse@jwnutritional.com |
| JW Nutritional, LLC | c/o Barrow & Grim, PC | | marshall@barrowgrimm.com |
| Kasowitz Benson Torres LLP | Attn: Managing Agent; Matthew B. Stein; Joshua A. Siegel | | MStein@kasowitz.com<br>JSiegel@kasowitz.com |
| MHF Opco, LLC and Brian Slater | c/o Holland & Hart LLP | Attn: Joseph G Went, Las K. Evensen | jgwent@hollandhart.com<br>lkevensen@hollandhart.com |
| MHF Opco, LLC fka Mill Haven Foods, LLC | | | brian@millhavenfoods.com |
| MHF Opco, LLC fka Mill Haven Foods, LLC | c/o Stafford Rosenbaum, LLP | Attn: Douglas Poland | dpoland@staffordlaw.com |
| Mill Haven Foods LLC | | | Brian@millhavenfoods.com |
| NutraBlend Foods | | | dbolitho@nutrablendfoods.com |
| Office of the United States Trustee | Attn: Jared A. Day | | jared.a.day@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Barrow & Grim, PC | Attn: Adam K. Marshall | marshall@barrowgrimm.com |
| Official Committee of Unsecured Creditors | c/o Stafford Rosenbaum, LLP | Attn: Douglas Poland | dpoland@staffordlaw.com |
| Oracle American, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Prestige Capital Corporation | c/o Lewis Roca Rothgerber Christie LLP | Attn: Ogonna M. Brown, Dibora L. Berhanu | OBrown@lewisroca.com<br>DBerhanu@lewisroca.com |
| Prestige Capital Finance, LLC | c/o Mandelbaum Barrett PC | Attn: Vincent J. Roldan | vroldan@mblawfirm.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | c/o Larson & Zirzow, LLC | Attn: Matthew C. Zirzow, Zachariah Larson | zlarson@lzlawnv.com<br>mzirzow@lzlawnv.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero, Jason H. Rosell | jrosell@pszjlaw.com<br>jfiero@pszjlaw.com |
| ThermoLife International, LLC | c/o Andersen & Beede | Attn: Ryan A. Andersen, Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |
| White Winston Select Asset Funds, LLC | c/o Jeffrey D. Sternklar LLC | Attn: Jeffrey D. Sternklar | jeffrey@sternklarlaw.com |
| White Winston Select Asset Funds, LLC | c/o Shea Larsen | Attn: James Patrick Shea, Bart K. Larsen, Kyle M. Wyant | blarsen@shea.law<br>jshea@shea.law<br>kwyant@shea.law |