Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-nmc |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: August 1, 2023<br>Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING FOR APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF HILCO CORPORATE FINANCE, LLC AS INVESTMENT BANKER AS OF JUNE 6, 2023**

TO: THE COURT, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST

**PLEASE TAKE NOTICE** that a hearing has been set for the captioned date and time of August 1, 2023, at 9:30 a.m. on the *Application for Entry of an Order Authorizing Retention and Employment of Hilco Corporate Finance, LLC as Investment Banker as of June 6, 2023* [ECF No. 624] (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that any party who objects to the Application must file a written objection pursuant to Local Rule 9014(d):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

**PLEASE TAKE FURTHER NOTICE** that if an objection is not timely filed and served, an order for the aforementioned Application and request for relief may be granted. LR 9014(a)(1).

1

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Application will be held before the Honorable United States Bankruptcy Judge Natalie M. Cox on the captioned date and time. Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID (if applicable): **161 166 2815** and entering access code or passcode **115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Click on the calendar date that the Application will be heard. Next select the hearing judge to view the hearing judge's dial-in number and meeting access codes.

Dated: June 29, 2023.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for the Debtors*