Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 22-14422-nmc |
|---|---|
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: N/A<br>Hearing Time: N/A |

**JOINDER TO THE COMMITTEE'S *EX PARTE* MOTION
FOR AN EMERGENCY STATUS CONFERENCE PURSUANT
TO SECTION 105(d) OF THE BANKRUPTCY CODE**

MusclePharm Corporation, the debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "**Debtor**"), by and through its counsel of record, Schwartz Law, PLLC, hereby submits this joinder to the *Ex Parte Motion for an Emergency Status Conference Pursuant to Section 105(d) of the Bankruptcy Code* filed by the Official Committee of Unsecured Creditors (the "**Committee**") [ECF No. 637] (the "**Scheduling Motion**").

**JOINDER**

1. The recent tumult in this Chapter 11 case, including the stay of the sale process, the pending trustee motion, and the recent charges against Ryan Drexler by the Securities and Exchange Commission ("**SEC**"), is destabilizing the Debtor's reorganization. Specifically, the Debtor's suppliers are concerned that the financing for the Debtor's operations will stop if a Chapter 11 trustee is appointed. If the financing stops, suppliers may not be paid. The Debtor understands that the risk of nonpayment is causing those suppliers to consider whether production of the Debtor's products should be delayed until these matters are resolved. The Debtor cannot

afford production delays, as it already has roughly $1.7M of unfilled orders. These orders remain unfilled because the Debtor had to restart operations post-filing. Restarting operations included restarting production, which naturally included manufacturing delays. While there is demand for the Debtor's products, that demand will go elsewhere if the Debtor cannot perform.

2. Similarly, the Debtor's customers are now raising concerns of whether they will receive product orders. The uncertainty hovering over the direction of this Chapter 11 case is slowing orders, and, the Debtor believes, causing customers to place orders with competitors.

3. Further, certain of the Debtor's vendors are targets of Ryan Drexler's litigation and likely to receive discovery related to this case. None of the Debtor's vendors, suppliers or counterparties wish to be pulled into the trustee motion process or the SEC case. These parties can do business with other entities that do not have bankruptcy or SEC risk. The combined jeopardy of (a) doing business with a Chapter 11 debtor and (b) unnecessary litigation, is causing the Debtor's counterparties to take a "wait and see" approach. These are uncertainties the Debtor cannot afford.

4. The Debtor's management has excelled in both restarting operations and driving product demand. Those victories may be short lived, however, if the market is not given confidence that this bankruptcy case has an exit, which exit will include the continued production and sale of MusclePharm products and merchandise. Accordingly, the Debtor joins the Committee's Scheduling Motion and the relief requested therein.

DATED: June 30, 2023.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for the Debtor*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF System on June 30, 2023, to the following:

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com; tatiana@aandblaw.com; melissa@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com; andersen.ryana.b117998@notify.bestcase.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
obrown@lewisroca.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; jhess@lewisroca.com; klopez@lewisroca.com; rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com; CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com; cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party Ryan Drexler
dcica@carlyoncica.com; nrodriguez@carlyoncica.com; crobertson@carlyoncica.com; dmcica@gmail.com; dcica@carlyoncica.com; tosteen@carlyoncica.com; 3342887420@filings.docketbird.com

JOHN D. FIERO for Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com; lks@ghandilaw.com; nedda@ecf.inforuptcy.com; r41525@notify.bestcase.com; shara@ghandilaw.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com; kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW; 3542839420@filings.docketbird.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

WILLIAM M. NOALL for Defendants ALTIUM GROWTH FUND, LP; BIGGER CAPITAL FUND, LP; CVI INVESTMENT, INC; DISTRICT 2 CAPITAL FUND, LP; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY MASTER ONSHORE, LLC; EMPERY TAX EFFICIENT III; EMPERY TAX EFFICIENT, LP; INTRACOASTAL CAPITAL LLC; IONIC VENTURES, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES; MAASTER FUND; ROTH CAPITAL PARTNERS, LLC; and WALLEYE OPPORTUNITY MASTER FUND LTD
wnoall@gtg.legal; bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal; bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
tosteen@carlyoncica.com; crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyoncica.com

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal; bknotices@gtg.legal

JASON H. ROSELL for Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party Ryan Drexler
brian@brianshapirolaw.com; kshapiro@brianshapirolaw.com; 6855036420@filings.docketbird.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law; blarsen@shea.law; support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com; rgledhill@foley.com; robert-stewart-3880@ecf.pacerpro.com; docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com; aw01@ecfcbis.com; pacerpleadings@stretto.com

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com

JOSEPH G. WENT on behalf of Interested Parties MHF Opco, LLC and BRIAN SLATER
jgwent@hollandhart.com; blschroeder@hollandhart.com; IntakeTeam@hollandhart.com

MATTHEW C. ZIRZOW for OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; valentina@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

/s/ *Brian J. Braud*
Brian J. Braud, an employee of
SCHWARTZ LAW, PLLC