

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 03, 2023

| | |
|---|---|
| John D. Fiero (admitted *pro hac vice*) <br> Jason H. Rosell (admitted *pro hac vice*) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> One Sansome Street, 34th Floor, Suite 3430 <br> San Francisco, CA 94104 <br> Tel: (415) 263-7000 <br> E-mail: jfiero@pszjlaw.com <br>         jrosell@pszjlaw.com | Matthew C. Zirzow (NV Bar No. 7222) <br> Zachariah Larson (NV Bar No. 7787) <br> LARSON & ZIRZOW LLC <br> 850 E. Bonneville Ave. <br> Las Vegas, NV 89101 <br> Tel: (702) 382-1170 <br> Email: mzirzow@lzlawnv.com <br>         zlarson@lzlawnv.com |

*Counsel to the Official*
*Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MUSCLEPHARM CORPORATION, <br><br> Debtor. | Case No. 22-14422-NMC <br> Chapter 11 |

**ORDER SETTING STATUS CONFERENCE PURSUANT**
**TO SECTION 105(d) OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors ("Committee") of the above-captioned debtor and debtor-in-possession (the "Debtor") having filed an *Ex Parte Motion for Order Setting Status Conference Pursuant to Section 105(d) of the Bankruptcy Code* (the "Motion"), the Court having reviewed and considered the Motion, and good cause appearing;

**IT IS HEREBY ORDERED:**

1.  The Motion is GRANTED; and

2.  The Court shall hold a status hearing on the Debtor's chapter 11 case pursuant to 11

DOCS_SF:109168.2

U.S.C. § 105(d) on _____July 10, 2023 at 9:30 A.M._____.    Parties wishing to appear and participate at this hearing shall call the telephone conference line 1(669) 254 5252, Meeting ID: 161 166 2815, Passcode: 115788#.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

*/s/ Matthew C. Zirzow*

LARSON & ZIRZOW LLC
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 W. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email:  mzirzow@lzlawnv.com
            zlarson@lzlawnv.com

-and -

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
             jrosell@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

DOCS_SF:109168.2