**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
Admitted Pro Hac Vice
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:  (608) 630-8990
Facsimile:  (608) 630-8991
mrichman@steinhilberswanson.com

**BRIAN D. SHAPIRO, ESQ.**
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
510 S. 8th Street
Las Vegas, NV  89101
Telephone: 702-386-8600
Facsimile: 702-383-0994
Email: bshapiro@brianshapirolaw.com
*Counsel for Ryan Drexler*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.  BK-22-14422-NMC<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER WITH CERTIFICATE OF SERVICE** |

PLEASE TAKE NOTICE that on July 3, 2023, an ORDER DENYING EMERGENCY MOTION TO ENFORCE INTERCREDITOR AND SUBORDINATION AGREEMENT UNDER SECTION 510(a) OF THE BANKRUPTCY CODE was entered in

1  the above-captioned bankruptcy case as ECF No. 642.  A copy of the order is attached hereto as
2  Exhibit 1.

       DATED this 7th day of July 2023.    LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By: /s/ Brian D. Shapiro, Esq.
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
BRIAN D. SHAPIRO, ESQ.
510 S. 8th Street
Las Vegas, NV  89101
Telephone:     (608) 630-8990
Facsimile:     (608) 630-8991
bshapiro@brianshapirolaw.com

# CERTIFICATE OF SERVICE

On July 7, 2023, this pleading was served to all registered users in this case by the Court's CM/ECF noticing system. The registered users that were served with the above-mentioned documents include the following:

| Registered Users |
|---|
| RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International<br>ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecfdf8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com |
| OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation<br>obrown@lewisroca.com, ogonna-brown4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com |
| OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC<br>obrown@lewisroca.com, ogonna-brown4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com |
| CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD<br>ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com |
| CANDACE C CARLYON on behalf of Interested Party Ryan Drexler<br>ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com |
| CHAPTER 11 - LV<br>USTPRegion17.lv.ecf@usdoj.gov |
| SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.<br>schristianson@buchalter.com, cmcintire@buchalter.com |
| DAWN M. CICA on behalf of Interested Party Ryan Drexler<br>dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carl |

yoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com,
lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

GABRIELLE A. HAMM on behalf of Debtor MUSCLEPHARM CORPORATION
ghamm@nvfirm.com, ecf@nvfirm.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BRYAN A. LINDSEY on behalf of Debtor MUSCLEPHARM CORPORATION
blindsey@nvfirm.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC
wnoall@gtg.legal, bknotices@gtg.legal

| | |
|---|---|
| 1 | WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III |
| 2 | wnoall@gtg.legal, bknotices@gtg.legal |
| 3 | WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP |
| 4 | wnoall@gtg.legal, bknotices@gtg.legal |
| 5 | WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC |
| | wnoall@gtg.legal, bknotices@gtg.legal |
| 6 | |
| 7 | WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC |
| | wnoall@gtg.legal, bknotices@gtg.legal |
| 8 | WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES |
| 9 | MAASTER FUND |
| | wnoall@gtg.legal, bknotices@gtg.legal |
| 10 | |
| 11 | WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC |
| | wnoall@gtg.legal, bknotices@gtg.legal |
| 12 | |
| 13 | WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD. |
| | wnoall@gtg.legal, bknotices@gtg.legal |
| 14 | |
| 15 | WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP |
| | wnoall@gtg.legal, bknotices@gtg.legal |
| 16 | TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD |
| 17 | tosteen42@gmail.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com |
| 18 | |
| 19 | TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler |
| | tosteen42@gmail.com, |
| 20 | crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com |
| 21 | TERESA M. PILATOWICZ on behalf of Counter-Defendant EMPERY TAX EFFICIENT LP |
| 22 | tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 23 | TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP |
| 24 | tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 25 | TERESA M. PILATOWICZ on behalf of Plaintiff EMPERY TAX EFFICIENT, LP |
| | tpilatowicz@gtg.legal, bknotices@gtg.legal |
| 26 | |
| 27 | JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| | jrosell@pszjlaw.com |
| 28 | |

SAMUEL A. SCHWARTZ on behalf of Debtor MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

BRIAN D. SHAPIRO on behalf of Interested Party Ryan Drexler
brian@brianshapirolaw.com,
kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law, blarsen@shea.law;support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

JOSEPH G. WENT on behalf of Interested Party MHF Opco, LLC
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Brian Slater
jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com

MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

DATED this 7th day of July 2023.

LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By: */s/ Brian D. Shapiro, Esq.*
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
BRIAN D. SHAPIRO, ESQ.
510 S. 8th Street
Las Vegas, NV  89101
Telephone:    (608) 630-8990
Facsimile:     (608) 630-8991
bshapiro@brianshapirolaw.com

# EXHIBIT 1

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 03, 2023

**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:     (608) 630-8990
Facsimile:     (608) 630-8991
Email: mrichman@steinhilberswanson.com

THE LAW OFFICE OF BRIAN D. SHAPIRO, LLC
Brian D. Shapiro, Esq.
Nevada Bar No. 5772
510 S. 8TH Street
Las Vegas, NV 89101
Telephone:     (702) 386-8600
Facsimile:     (725) 383=0994
Email: brian@brianshapirolaw.com

*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No.  BK-22-14422-NMC<br>Chapter 11<br><br>**ORDER DENYING EMERGENCY MOTION TO ENFORCE INTERCREDITOR AND SUBORDINATION AGREEMENT UNDER SECTION 510(a) OF THE BANKRUPTCY CODE**<br><br>Date:  June 23, 2023<br>Time:  11:30 a.m. |

On May 15, 2023, Empery Tax Efficient, LP ("**Empery**"), filed the *Emergency Motion to Enforce Intercreditor and Subordination Agreement Under Section 510(a) of the Bankruptcy Code* [ECF No. 506] (the "**ICA Motion**"), the *Declaration of Teresa M. Pilatowicz in Support of Emergency Motion to Enforce Intercreditor and Subordination Agreement Under Section*

1   510(a) of the Bankruptcy Code [ECF No. 507], the *Declaration of Ryan Lane in Support of*
2   *Emergency Motion to Enforce Intercreditor and Subordination Agreement Under Section*
3   *510(a) of the Bankruptcy Code* [ECF No. 508], and the *Ex Parte Application for Order*
4   *Shortening Time to Hear Emergency Motion to Enforce Intercreditor and Subordination*
5   *Agreement Under Section 510(a) of the Bankruptcy Code* [ECF No. 509]. On May 31, 2023,
6   the Debtor filed *Debtor's Joinder to Emergency Motion to Enforce Intercreditor and*
7   *Subordination Agreement Under Section 510(a) of the Bankruptcy Code* [ECF. No. 564].

8   On June 1, 2023, Ryan Drexler ("**Drexler**") filed an *Objection to Emergency Motion to*
9   *Enforce Intercreditor and Subordination Agreement Under Section 510(a) of the Bankruptcy*
10  *Code* [ECF No. 566] (the "**Objection**"). On June 8, 2023, Empery filed *Empery Tax Efficient,*
11  *LP's Reply to Objection to Emergency Intercreditor and Subordination Agreement Under*
12  *Section 510(a) of the Bankruptcy Code* [ECF No. 582]. On June 14, 2023, Drexler filed an
13  *Amended Declaration of Michael P. Richman* [ECF No. 595] in support of the Objection.

14  The Court held hearings on the ICA Motion on June 15 and 22, 2023. The Court made
15  findings of fact and conclusions of law in an oral ruling on the ICA Motion on June 23, 2023.
16  The Court having considered the ICA Motion, the other pleadings filed in relation to the
17  motion, and the matters presented at the hearings, and based upon the record before the
18  Bankruptcy Court:

19  **IT IS HEREBY ORDERED** that the findings of fact and conclusions of law made by
20  the Court in its oral ruling on June 23, 2023 are incorporated into this Order by this reference
21  pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable in this contested
22  matter pursuant to Rules 9014(a) and (c) and 7052 of the Federal Rules of Bankruptcy Procedure.

23  **IT IS FURTHER ORDERED** that Empery's ICA Motion is **DENIED**.

24  **IT IS FURTHER ORDERED** that the Court's prior stay of discovery related to
25  Drexler's *Motion for the Appointment of a Chapter 11 Trustee* [ECF No. 447] ("**Trustee**
26  **Motion**") is lifted and the parties shall meet and confer about the schedule for discovery,
27  briefing, related procedural matters and hearings on (a) the Trustee Motion, and (b) other pending
28

matters. No later than June 30, 2023, the parties shall file a joint status report ("**June 30 Status Report**") setting forth any agreements on the foregoing matters, and the matters to which the parties have not agreed. The Court shall promptly resolve any disputed matters.

      **IT IS SO ORDERED.**

Respectfully submitted this 26th day of June 2023.

**STEINHILBER SWANSON LLP**
*/s/ Michael P. Richman*
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:     (608) 630-8990
Facsimile:      (608) 630-8991
mrichman@steinhilberswanson.com
*Counsel for Ryan Drexler*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, the attorney submitting this document hereby certifies as follows (check one):

☐  The court has waived the requirement set forth in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

☒  I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Samuel A. Schwartz, Esq<br>*Counsel for the Debtor* | **Approved** |
| Gregory E. Garman, Esq.<br>*Counsel for Empery Tax Efficient, LP* | **Approved** |
| Jeffrey A. Sternklar, Esq.<br>*Counsel for White Winston Select Asset Funds, LLC* | **Approved** |
| John D. Fiero, Esq.<br>*Counsel to the Official Committee of Unsecured Creditors* | **Approved** |
| Jared A. Day, Esq.<br>*Counsel for the Office of the U.S. Trustee* | **Approved** |
| Valerie Y. Zaidenberg, Esq.<br>*Counsel for ThermoLife International, LLC* | **Waived Signature Via Email** |

☐  I certify that this case is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###