

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 12, 2023

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (*admitted pro hac vice*)
Jason H. Rosell (*admitted pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Tel: (415) 263-7000
E-mail:  jfiero@pszjlaw.com
          jrosell@pszjlaw.com

Counsel to the Official Committee
of Unsecured Creditors

LARSON & ZIRZOW LLC
Matthew C. Zirzow (NV Bar No. 7222)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel:  (702) 382-1170
Email:  mzirzow@lzlawnv.com

Counsel to the Official Committee
of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

MUSCLEPHARM CORPORATION,

　　　　Debtor.

Case No. 22-14422-NMC
Chapter 11

Date:  July 10, 2023
Time:  9:30 a.m.

## ORDER GRANTING FIRST INTERIM FEE
## APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR
## ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the *First Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 385] (the "Application"); and upon the *Omnibus Limited Objection to First Interim Fee Applications and Reservation of Rights* [Docket No. 457] (the "Drexler Objection") and all other pleadings submitted in connection therewith; the Court having reviewed and considered the Application and all matters submitted therewith; the

DOCS_SF:109197.1

Court having held a hearing on the Application, with all appearances having been noted on the record; the Court having heard and considered the arguments of counsel;

**IT IS HEREBY ORDERED THAT:**

1.    The Application [Docket No. 385] is **GRANTED**.

2.    The Drexler Objection is overruled without prejudice.

3.    Pachulski Stang Ziehl & Jones LLP's request for fees and expenses in the amount of **$401,299.35** is granted on an **interim** basis.

4.    The Debtor is hereby authorized and directed to pay the outstanding balance of $201,726.39 as soon as reasonably practicable.

5.    Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**PREPARED AND SUBMITTED BY**:

LARSON & ZIRZOW LLC

/s/ *Matthew C. Zirzow*
Matthew C. Zirzow (NV Bar No. 7222)
Zachariah Larson (NV Bar No. 7787)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Email: mzirzow@lzlawnv.com
       zlarson@lzlawnv.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Tel: (415) 263-7000
E-mail: jfiero@pszjlaw.com
        jrosell@pszjlaw.com

*Counsel to the Official*
*Committee of Unsecured Creditors*

DOCS_SF:109197.1

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒      The court has waived the requirement of approval under LR 9021(b)(1).

☐      No party appeared at the hearing or filed an objection to the motion.

☐      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐      I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###