GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>MUSCLEPHARM CORPORATION,<br><br>Debtor. | Case No. 22-14422-nmc<br><br>Chapter 11<br><br>Date: July 31, 2023<br>Time: 10:00 a.m. |
|---|---|

**DECLARATION OF TERESA M. PILATOWICZ IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH DISCOVERY REQUESTS TO RYAN DREXLER**

I, Teresa M. Pilatowicz, make this Declaration under 28 U.S.C. § 1746 and declare as follows:

1. I am over the age of eighteen (18) years and competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters stated upon information and belief. As to those matters stated upon information and belief, I believe them to be true.

2. I am an attorney at the law firm of Garman Turner Gordon LLP, counsel to Empery Tax Efficient, LP.

3. I submit this Declaration for all permissible purposes under the Federal Rules of

Civil Procedure and Rules of Evidence in support of the *Motion to Compel Compliance with Discovery Requests to Ryan Drexler* ("Motion"),[1] filed by Empery.

4. On July 5, 2023, Empery served Drexler with its *First Set of Interrogatories to Ryan Drexler* ("Interrogatories") and *First Set of Requests for Production of Documents to Ryan Drexler* ("Requests for Production," and with the Interrogatories, the "Discovery Requests"). The Discovery Requests consist of twenty-one Interrogatories and twenty-two Requests for Production, each aimed and discovery what, if any, evidence exists to support Drexler's theories. True and correct copies of the Discovery Requests are attached hereto as **Exhibits "1" and "2."**

5. On July 17, 2023, Empery received *Ryan Drexler's Objections to Empery Tax Efficient, LP's First Set of Interrogatories and Requests for Production* (the "Objections") wherein Drexler set forth his general objections and anticipated specific objections to the Discovery Requests. A true and correct copy of the Objections is attached hereto as **Exhibit "3."**

6. On July 19, 2023, Empery received *Ryan Drexler's Responses to Empery Tax Efficient, LP's First Set of Interrogatories and Requests for Production* (the "Drexler Responses"), but Drexler did not produce any responsive documents at that time. A true and correct copy of the Drexler Responses is attached hereto as **Exhibit "4."**

7. On July 21, 2023, two days after the deadline by which parties were supposed to produce documents, Drexler belatedly produced 744 pages of documents in response to the Requests for Production, although 537 pages consisted of a single spreadsheet as follows:

| Drexler 000001-124 | Emails between counsel regarding bk filing, discussions re financial advisor, and gathering information for IDI and schedules |
|---|---|
| Drexler 125-131 | Texts between Drexler, Eric Hillman, and Rita Mikel |
| Drexler 132-134 | Texts between Drexler and Jason Keenan |
| Drexler 135-141 | Texts between Drexler and Eric Hillman |
| Drexler 142-144 | Texts between Drexler and Will Hovi |
| Drexler 145-146 | Texts between Drexler and Peter Junsberger |

---

[1] Capitalized terms not otherwise set forth herein shall have those meanings ascribed to them in the Motion.

| Drexler 147-170 | Texts between Drexler and Ryan Lane/ Tim Silver |
| Drexler 171-708 | Cost Sheet Summary |
| Drexler 709-751 | Screenshots of Instagram DMs and Texts with unknown third parties and Hillman |

8. By email dated July 22, 2023, Empery's counsel contacted Drexler's counsel concerning the deficiencies in the Drexler Responses. A true and correct copy of the Drexler Responses is attached hereto as **Exhibit "5."**

9. On July 24, 2023, the parties held a telephonic meet and confer (the "Meet and Confer") and the parties did not reach a resolution on the issues addressed in the Motion.

10. On July 24, 2023, Drexler provided a supplemental response to Interrogatory No. 4. No other responses were supplemented. A true and correct copy of the Drexler Responses is attached hereto as **Exhibit "6."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2023.

       /s/ Teresa M. Pilatowicz
       TERESA M. PILATOWICZ