GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email:  wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail:  dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Empery Tax Efficient, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-14422-nmc |
| MUSCLEPHARM CORPORATION, | Chapter 11 __ |
| Debtor. | Date:  July 31, 2023<br>Time:  10:00 a.m. |

**DECLARATION OF TERESA M. PILATOWICZ IN SUPPORT OF**
**<u>MOTION FOR PROTECTIVE ORDER</u>**

I, Teresa M. Pilatowicz, make this Declaration under 28 U.S.C. § 1746 and declare as follows:

1. I am over the age of eighteen (18) years and competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters stated upon information and belief.  As to those matters stated upon information and belief, I believe them to be true.

2. I am an attorney at the law firm of Garman Turner Gordon LLP, counsel to Empery Tax Efficient, LP.

3. I submit this Declaration for all permissible purposes under the Federal Rules of

Civil Procedure and Rules of Evidence in support of the *Motion for Protective Order* ("Motion"),[1] filed by Empery.

4. Between July 16 and July 24, 2023, Drexler's counsel indicated that if Empery did not designate Mr. Lane as its FRCP 30(b)(6) designee, Drexler would take a second Empery deposition of Mr. Lane.

5. Empery noted that a second deposition was not allowed under the scheduling order but stated that it would be willing to consider a deposition of Mr. Lane in lieu of a FRCP 30(b)(6) deposition.

6. Empery stated that its FRCP 30(b)(6) designee(s) would be available by Zoom or in New York on August 4, 2023.[2] Drexler insisted that any deposition occur in Las Vegas, Nevada on August 7 or 8, 2023.

7. On July 24, 2023, Empery met and conferred with Drexler on scheduling of the deposition of Empery's FRCP 30(b)(6) deposition and potentially scheduling the deposition of Ryan Lane in lieu of the FRCP 30(b)(6) deposition. Drexler indicated that it was his right to set a deposition for whenever and wherever he chose and that it was Empery's obligation to seek a protective order. Drexler stated that the deposition should occur in Nevada out of the convenience for the parties and must be in person.

8. On July 24, 2023, Drexler sent a subpoena to Empery for Ryan Lane. The deposition is scheduled for August 7, 2023, at 9:00 a.m. in Las Vegas, Nevada, at Debtor's counsel's office. A true and correct copy of the subpoena is attached hereto as **Exhibit "1."**

///
///
///
///
///

---

[1] Capitalized terms not otherwise set forth herein shall have those meanings ascribed to them in the Motion.

[2] While additional availability existed, that availability coincided with other depositions scheduled by Drexler.

9. On March 24, 2023, Timothy Silver filed his Declaration of Timothy Silver in support of *Defendant Timothy Silver's Motion to Dismiss Pursuant to NRS 41.660, FRCP 12(B)(6), and 12(B)(1)* in the case of *Drexler v. Silver, 3:23-cv-00128-RCJ-CSD,* pending in the United States District court for the District of Nevada. A true and correct copy of the declaration is attached hereto as **Exhibit "2."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July 2023.

                                       */s/ Teresa M. Pilatowicz*
                                       TERESA M. PILATOWICZ

# EXHIBIT 1

**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:    (608) 630-8990
Facsimile:    (608) 630-8991
mrichman@steinhilberswanson.com

**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, NV 89101
Telephone:    (702) 386-8600
Facsimile:    (702) 383-0994
brian@brianshapirolaw.com

*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | |
| MUSCLEPHARM CORPORATION, | Case No. BK-22-14422-NMC |
| Debtor. | Chapter 11 |

**NOTICE OF DEPOSITION OF RYAN LANE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, made applicable to contested matters by Fed. R. Bankr. P. 7030 and 9014(c), Ryan Drexler, by and through his undersigned counsel, will take the deposition upon oral examination of Ryan Lane, relating to the *Motion for Appointment of a Chapter 11 Trustee* (ECF No. 447).

PLEASE TAKE NOTICE that the deposition shall commence on **Monday, August 7, 2023, at 9:00 a.m.** at the office of Schwartz Law, PLLC, located at 601 East Bridger Avenue, Las Vegas, Nevada 89101, or such other time and place as may be agreed to by the parties. The deposition will take place before a court reporter, notary public, or other person authorized by law to administer oaths, and will be recorded by stenograph, audio, and/or visual means.

Dated: July 24, 2023.

**STEINHILBER SWANSON LLP**

*/s/ Michael P. Richman, Esq.*
MICHAEL P. RICHMAN
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:	(608) 630-8990
Facsimile:	(608) 630-8991
mrichman@steinhilberswanson.com

*Counsel for Ryan Drexler*

# EXHIBIT 2

**GARMAN TURNER GORDON LLP**
GREG E. GARMAN, ESQ.
Nevada State Bar No.6654
Email: ggarman@gtg.legal
DYLAN T. CICILIANO, ESQ.
Nevada State Bar No. 12348
Email: dciciliano@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada State Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Defendant Tim Silver*

# UNITED STATES DISTRICT COURT

# DISTRICT NEVADA

| | |
|---|---|
| RYAN DREXLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TIM SILVER, an individual, DOES 1 to 10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF TIMOTHY SILVER** |

I, Timothy Silver, make this Declaration under 28 U.S.C. § 1746 and declare as follows:

1.  I am over the age of eighteen (18) years and competent to testify to the matters asserted herein, of which I have personal knowledge, except as to those matters stated upon information and belief. As to those matters stated upon information and belief, I believe them to be true.

2.  I submit this Declaration for all permissible purposes under the Federal Rules of Civil Procedure and Rules of Evidence in support of the *Defendant Timothy Silver's Motion to Dismiss Pursuant to NRS 41.660, FRCP 12(B)(6), and 12(B)(1)* ("Motion").

3.  At all relevant times, I have been a Portfolio Manager with Empery Asset Management, LP. Among other matters, at all relevant times, Empery Asset Management, LP has

acted as investment advisor to Empery Master Onshore, LLC ("EMO"), Empery Tax Efficient, LP ("Empery"), Empery Tax Efficient III, LP ("ETE3"), and Empery Debt Opportunity Fund, LP ("EDOF," and collectively with EMO, Empery and ETE3, the "Empery Noteholders"). I am not the Chief Financial Officer of Empery Asset Management, LP or any of the Empery Noteholders. I am not a partner, officer, or director of Empery Asset Management, LP or any of the Empery Noteholders.

4. I live and reside in New York. Empery's offices, where I work, are located in New York City, New York.

5. To my knowledge, I have never been to Nevada and do not frequently transact business in Nevada, and certainly not in my personal capacity.

6. All transactions and communications with Debtor MusclePharm Corporation ("Debtor") have been in my professional capacity as an employee of Empery.

7. Included with the Motion is the *Declaration of Timothy Silver in Support of Objection to Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Administrative Expense Claims, (III) Authorizing the Debtor's Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief*, filed in the case styled In re: MusclePharm Corporation, Case No. 22-14422-NMC, ECF 52 (Bankr. Nev. Jan. 4, 2023) (the "Silver BK Decl.").

8. As set forth in the Silver BK Decl., the basis for the statements made therein was my firsthand experience, through documents I reviewed and attached thereto, or through my viewing publicly filed documents. As to publicly filed documents, I simply reported what was in the documents.

9. I was introduced to Plaintiff Ryan Drexler ("Drexler") and Debtor in July 2021.

10. All communications made by me about Drexler have been truthful or made without knowledge of their falsehood. Relatedly, I have never made false or knowingly false statements about Drexler to any person, let alone any creditors or media representatives.

11. Likewise, the Silver BK Decl. is truthful to the best of my knowledge and was made without knowledge of falsehood of any statements contained therein.

MTD0003

12. During the course of the Bankruptcy, I have communicated with Prestige Capital Financing, LLC, as successor by merger to Prestige Capital Corporation ("Prestige"), as well as members of the Creditor's Committee. Those conversations were truthful and made without knowledge of their falsehood, generally, and specifically, as it applied to conversations about Drexler.

13. During my conversations with Prestige and the members of the Creditor's Committee, we generally discussed Debtor's assets and liabilities and claims against the Debtor. We discussed many of the items in the Silver BK Decl. in that context.

14. Furthermore, as part of Empery's agreements with Debtor, we were able to obtain limited bank statements regarding the Debtor. Attached hereto as Exhibit A-1 is a true and correct copy of Debtor's September 1, 2022, bank statement. The statement reflects $200,000 being wired to Drexler's personal account. This fact is clearly presented in paragraph 54 of the Silver BK Decl.

15. Moreover, I learned through JW Nutritional LLC that in at least October 2022, Drexler directed that payments to Debtor be made directly to Drexler's personal account.

16. I have not shared any private or confidential information about Drexler, whether true or untrue, with the public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of March 2023.

/s/ TIMOTHY SILVER