**STEINHILBER SWANSON LLP**
MICHAEL P. RICHMAN, ESQ.
*Admitted Pro Hac Vice*
122 W. Washington Ave., Suite 850
Madison, WI 53703
Telephone:     (608) 630-8990
Facsimile:       (608) 630-8991
mrichman@steinhilberswanson.com

**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, NV 89101
Telephone:     (702) 386-8600
Facsimile:       (702) 383-0994
brian@brianshapirolaw.com

*Counsel for Ryan Drexler*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-22-14422-NMC |
| MUSCLEPHARM CORPORATION, | Chapter 11 |
| Debtor. | Hearing: August 23, 2023 |

**NOTICE OF WITHDRAWAL OF**
**SUPPLEMENTAL OBJECTION TO DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 TO APPROVE SETTLEMENT AND PLAN SUPPORT AGREEMENT WITH: (I) THE OFFICIAL COMMMITTEE OF UNSECURED CREDTIORS; (II) EMPERY TAX EFFICIENT, LP, IN ITS CAPACITY AS COLLATERAL AGENT AND ADMINISTRATIVE AGENT FOR MP COLLATERAL, LLC; AND (III) WHITE WINSTON SELECT ASSET FUNDS, LLC**
**[ECF NO. 746]**

Creditor, equity holder, and interested party, Ryan Drexler ("Drexler"), by his undersigned counsel, hereby WITHDRAWS ECF NO. 746 as this document was the incorrect draft of pleading which was to be filed.

Dated: August 10, 2023.

                                              **LAW OFFICE OF BRIAN D. SHAPIRO, LLC**

                                              */s/ Brian D. Shapiro Esq.*
                                              BRIAN D. SHAPIRO, ESQ.

**CERTIFICATE OF SERVICE**

    Contemporaneously with the filing of this pleading, this document was served upon all registered users in this case by the Bankruptcy Court's CM/ECF Noticing System.

Dated  08-10-2023                                                  */s Brian D. Shapiro, Esq.*

                                                                       Brian D. Shapiro, Esq.