**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, NV 89101
Telephone:    (702) 386-8600
Facsimile:     (702) 383-0994
brian@brianshapirolaw.com

*Counsel for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-22-14422-NMC |
| MP REORGANIZATION | Chapter 11 |
| Debtor. | Hearing Date: March 19, 2024 |
| | Hearing Time: 9:30 a.m. |

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL FOR RYAN DREXLER**

Brian D. Shapiro, hereby states:

1. Affiant is counsel for Ryan Drexler ("**Drexler**") in the above matter. Unless otherwise stated herein on information and belief, I have personal knowledge of the facts and circumstances stated in this Declaration. I am competent to testify to the same.

2. Affiant and his firm (collectively the "**Firm**") was retained by Drexler to act as local counsel for Michael Richman ("**Richman**"). The Firm assisted Richman in such capacity until Richman withdrew as counsel in the bankruptcy case. (ECF No. 946). After Richman's withdrawal, BG Law LLP ("**BG**") appeared in the bankruptcy case and represented Drexler as his counsel in the bankruptcy case and in a related adversary proceeding. At the request of Drexler, the Firm's role in the bankruptcy case was limited and the Firm did not actively

participate in any further proceedings once BG Law became involved. Drexler has not retained the Firm to actively participate in the bankruptcy case nor any adversary proceeding.

3. Drexler has not retained the Firm for any further representation, and if requested, the Firm would decline. The Firm held off on filing a motion to withdraw as he had a concern that his withdrawal could have a material adverse effect on Drexler. Now that the confirmation evidentiary hearing has been held and that BG has filed a motion to withdraw as well, there is no material adverse effect by Shapiro filing such a request.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated February 20, 2024             /s/ Brian D. Shapiro, Esq.
                                     Brian D. Shapiro, Esq.