BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
Attorney for Ryan Drexler

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

    MP REORGANIZATION

                     Debtor(s).

Case No. BK-S-22-14422-NMC

Chapter 11

**NOTICE OF HEARING**

**DATE: 3/19/2024**
**TIME: 9:30 A.M.**

**REMOTE**[1]

**Call in number 669-254-5252**
**Meeting ID: 161 166 2815**
**Passcode: 115788#**

      NOTICE IS HEREBY GIVEN that a MOTION TO WITHDRAW ("**Motion**") was filed with the above-entitled court, by and through the Law Office of Brian D. Shapiro, LLC. The Motion is requesting the Bankruptcy Court to authorize the withdrawal of the Law Office of Brian D. Shapiro, LLC and Brian D. Shapiro, Esq., as attorney of record for Ryan Drexler.

---

[1] A hearing will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101. However, pursuant to Administrative Order 2020-14, all hearings which do not require the presentation in the form of live witness testimony are currently being held telephonically absent further order of the Court. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at www.nvb.uscourts.gov.

NOTICE IS FURTHER GIVEN, that a copy of the Motion may be obtained from the Bankruptcy Court Clerk or by contacting Brian D. Shapiro at 702-386-8600 and/or brian@brianshapirolaw.com with a copy to bryce@brianshapirolaw.com.

NOTICE IS FURTHER GIVIEN that Local Rule 9014(d)(1): Oppositions must be filed and service must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion except as provided by Local Rule 9014(d)(3). The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to Local Rule 9014(c).

Any Opposition must be filed pursuant to Local Rule 9014(b)(1).

Local Rule 9014(b)(1): "If you object to the relief requested, you must file a written response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

* The court may refuse to allow you to speak at the scheduled hearing; and

* The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held REMOTELY before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101, on March 19, 2024 at 2:00 p.m. with call in number 669-254-5252; Meeting ID:  161 166 2815 and Passcode: 115788#.  Please review the Court calendar for updated call-in information.

Dated  February 20, 2024           /s/ Brian D. Shapiro, Esq.
                                   Brian D. Shapiro, Esq.
                                   Nevada State Bar No. 5772
                                   LAW OFFICE OF BRIAN D. SHAPIRO, LLC
                                   510 S. 8th Street
                                   Las Vegas, Nevada 89101
                                   Tel: (702) 386-8600
                                   brian@brianshapirolaw.com
                                   Attorney for Ryan Drexler