BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
Attorney for Ryan Drexler

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MP REORGANIZATION<br><br>Debtor(s). | Case No. BK-S-22-14422-NMC<br>Chapter 11 |

**CERTIFICATE OF SERVICE**

On February 20, 2024, the following documents were served as indicated below:

MOTION TO WITHDRAW AS COUNSEL (DOC 1010)
DECLARATION IN SUPPORT (DOC 1011)
NOTICE OF HEARING (DOC 1012)

I served the above-named document(s) by the following means to the persons as listed below:

X    ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

JERROLD L. BREGMAN on behalf of Counter-Claimant RYAN DREXLER
jbregman@bg.law, ecf@bg.law

JERROLD L. BREGMAN on behalf of Defendant RYAN DREXLER

jbregman@bg.law, ecf@bg.law

OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

DAVID ERNESTO CHAVEZ on behalf of Creditor White Winston Select Asset Funds, LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DYLAN T CICILIANO on behalf of Counter-Defendant EMPERY TAX EFFICIENT, LP
dciciliano@gtg.legal, bknotices@gtg.legal

DYLAN T CICILIANO on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
dciciliano@gtg.legal, bknotices@gtg.legal

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jfiero@pszjlaw.com

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

STEVEN T GUBNER on behalf of Counter-Claimant RYAN DREXLER
sgubner@bg.law, ecf@bg.law

STEVEN T GUBNER on behalf of Defendant RYAN DREXLER
sgubner@bg.law, ecf@bg.law

STEVEN T GUBNER on behalf of Interested Party Ryan Drexler
sgubner@bg.law, ecf@bg.law

GABRIELLE A. HAMM on behalf of Debtor MP REORGANIZATION
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Interested Party MUSCLEPHARM CORPORATION
ghamm@nvfirm.com, ecf@nvfirm.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

ROBERT R. KINAS on behalf of Creditor FITLIFE BRANDS, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor White Winston Select Asset Funds, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BRYAN A. LINDSEY on behalf of Debtor MP REORGANIZATION
blindsey@nvfirm.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD
tosteen@joneslovelock.com,
jlinton@joneslovelock.com;lrillera@joneslovelock.com;ljanuskevicius@joneslovelock.com

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler
tosteen@joneslovelock.com,
jlinton@joneslovelock.com;lrillera@joneslovelock.com;ljanuskevicius@joneslovelock.com

TERESA M. PILATOWICZ on behalf of Counter-Defendant EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

SAMUEL A. SCHWARTZ on behalf of Debtor MP REORGANIZATION
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Interested Party MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SUSAN K. SEFLIN on behalf of Interested Party Ryan Drexler
sseflin@bg.law

BRIAN D. SHAPIRO on behalf of Interested Party Ryan Drexler
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

JAMES PATRICK SHEA on behalf of Creditor White Winston Select Asset Funds, LLC
jshea@shea.law, blarsen@shea.law;support@shea.law

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com

JOSEPH G. WENT on behalf of Interested Party MHF Opco, LLC
jgwent@hollandhart.com, cmwranghamrowe@hollandhart.com;IntakeTeam@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Brian Slater
jgwent@hollandhart.com, cmwranghamrowe@hollandhart.com;IntakeTeam@hollandhart.com

MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;bchambliss@lzlawnv.com

X    United States mail, postage prepaid

Ryan Drexler
24604 Malibu Road
Malibu, CA  90265

Dated February 20, 2024      */s/ Brian D. Shapiro, Esq.*
Brian D. Shapiro, Esq.
Nevada State Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
Las Vegas, Nevada 89101
Tel: (702) 386-8600
brian@brianshapirolaw.com
Attorney for Ryan Drexler