_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 24, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Case No.: 22-14422-nmc |
| | ) | Chapter 11 |
| MP REORGANIZATION, | ) | |
| | ) | Hearing: June 18, 2024 |
| Debtor. | ) | Time: 11:00 a.m. |
| | ) | |
| | ) | |

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED OR CONVERTED AND/OR WHY A TRUSTEE SHOULD NOT BE APPOINTED UNDER 11 U.S.C. §§ 105, 1104, AND/OR 1112[1]**

On May 20, 2024, the Court entered the following: **(1)** Findings of Fact and Conclusions of Law Regarding (A) Second Amended Plan of Reorganization for Musclepharm Corporation [ECF No. 770] and (B) Debtor's Motion Pursuant to 11 U.S.C. §§ 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 to Approve Settlement and Plan Support Agreement With: (I) The Official Committee of Unsecured Creditors; (II) Empery Tax Efficient, LP, in its Capacity as Collateral Agent and Financing Agent for MP Collateral, LLC; and (III) White Winston Select Asset Funds, LLC [ECF No. 524];[2] **(2)** Order Denying 9019 Motion;[3] and **(3)** Order Denying Second Amended Plan.[4]

---

[1] All references to "ECF No." are to the pleadings filed on the docket in the above-captioned bankruptcy case, unless otherwise noted.

[2] ECF No. 1025.

[3] ECF No. 1026.

[4] ECF No. 1027.

1

1     Based on the foregoing, which are fully incorporated herein by reference,

2     IT IS HEREBY ORDERED that MP Reorganization ("Debtor") shall appear telephonically on <u>June 18, 2024, at 11:00 a.m.</u> before the Honorable Natalie M. Cox to show cause why this case should not be dismissed or converted and/or why a trustee should not be appointed under 11 U.S.C. §§ 105, 1104, and/or 1112.  The call-in information for the remote hearing is as follows: (833) 435-1820, Meeting ID 161 166 2815, Access Code/Passcode 115788#.

    IT IS FURTHER ORDERED that Debtor and/or any other creditors and parties in interest may, but are not required to, respond to this Order to Show Cause no later than <u>June 11, 2024, at 5:00 p.m. PDT</u>.

    IT IS SO ORDERED.

Copy sent via CM/ECF ELECTRONIC FILING

Copy sent via STRETTO (Claims Agent) to mailing matrix

# # #