![Signature of Natalie M. Cox]
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 06, 2025

FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ANDREW GLADSTEIN, ESQ. (*pro hac vice*)
EUNICE LEONG, ESQ. (*pro hac vice* forthcoming)
Email: Andrew.Gladstein@freshfields.com
Email: Eunice.Leong@freshfields.com
Tel: (212) 230-4685

*Attorneys for Amy Lane*

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>MP REORGANIZATION,<br><br>    Debtor. | Case No. 22-14422-nmc<br><br>Chapter 11<br><br>Date:   November 12, 2024<br>Time:   9:30 am |
|---|---|

### ORDER GRANTING FEES AND COSTS TO AMY LANE

Amy Lane ("Ms. Lane"), by and through her counsel, the law firm Freshfields US LLP and Garman Turner Gordon LLP, filed her *Motion to Quash Subpoena to Amy Lane or, in the Alternative, for a Protective Order* [ECF No. 1225] ("Motion")[1] on November 7, 2024. The Motion came on for hearing on November 12, 2024 at 9:30 a.m. (the "Hearing"). Ms. Lane

---
[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

appeared at the Hearing by and through her counsel, Andrew Gladstein, Esq., and all other appearances were noted on the record.

The Court reviewed and considered the Motion, which sought to quash the subpoena issued by Ryan Drexler on October 24, 2024 (the "Subpoena") [ECF No. 1225], the supporting declaration Andrew Gladstein [ECF No. 1126], and also considered the argument of counsel made at the time of the Hearing. The Court found that notice of all proceedings regarding or relating to the Motion and the Hearing thereon were adequate under the circumstances and materially and sufficiently complied with applicable provisions of the United States Constitution, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

The Court stated its findings of fact and conclusions of law on the record at the Hearing, including granting counsel for Amy Lane her attorney's fees in connection with the Motion, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure.

The Court entered an Order quashing the Subpoena on January 13, 2025 (ECF 1460).

The Court has reviewed the Declaration of Andrew Gladstein in Support of Fees Incurred Related To The Motion To Quash Subpoena To Amy Lane (ECF 1454) (the "Gladstein Declaration") and the Declaration of Amy Lane in Support of the Gladstein Declaration (ECF 1455).

**IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

1. Amy Lane is granted and awarded attorney's fees and costs in the amount of $103,112,14.

**IT IS SO ORDERED.**

Respectfully submitted by:

/s/ Andrew Gladstein

FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ANDREW GLADSTEIN, ESQ. (*pro hac vice*)
EUNICE LEONG, ESQ. (*pro hac vice* forthcoming)
Email: Andrew.Gladstein@freshfields.com
Email: Eunice.Leong@freshfields.com
Tel: (212) 230-4685
*Attorneys for Amy Lane*

GARMAN TURNER GORDON LLP

GREGORY E. GARMAN, ESQ.
WILLIAM M. NOALL, ESQ.
TERESA M. PILATOWICZ, ESQ.
DYLAN T. CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###