_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 05, 2026

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Nathan F. Smith, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-14422-NMC |
| MP REORGANIZATION, | Chapter 11 Proceeding |
| Debtor. | Hearing Date: April 15, 2025<br>Hearing Time: 9:30 a.m. |

### [PROPOSED] ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF RINGSTAD & SANDERS LLP

On April 15, 2025 at 9:30 a.m., a hearing was held before this Court on *First and Final Fee Application of Ringstad & Sanders LLP* [ECF No. 1624] (the "Application") filed by Ringstad & Sanders LLC ("R&S"), general bankruptcy counsel to Nathan F. Smith, Chapter 11

1  Trustee (the "Trustee") of MP Reorganization (the "Debtor").  Appearances were as noted on the
2  record of the hearing.
3        The Court, having read and considered the Application and all evidence filed in support of
4  the Application, and other related pleadings and papers on file in this case; the Court having
5  considered the argument and representations of counsel at the hearing and other matters which the
6  Court may properly take judicial notice, including, without limitation, the record in this case as
7  reflected on the docket; the Court having set forth its findings of fact and conclusions of law on
8  the record at the hearing, which are incorporated herein by reference pursuant to Fed.R.Civ.P.52,
9  as made applicable pursuant to Fed.R.Bank.P.7052 and 9014; the Court having found that notice
10 of the Application was sufficient under the circumstances and no other or further notice is
11 required; the Court having noted that no opposition to the Application having been filed; the
12 Court having determined that the legal and factual basis set forth in the Application establish just
13 cause for the relief sought therein and that the compensation requested is reasonable and a benefit
14 to the Estate; and after due deliberation and sufficient cause appearing therefor,
15       **IT IS HEREBY ORDERED:**
16       1.    The Application is Approved.
17       2.    Fees for professional services rendered during the Compensation Period in the
18 aggregate amount of $411,558.50 and costs in the amount of $1,423.32 for a total of $412,981.82
19 are approved on a final basis and awarded to R&S.
20       3.    The Trustee is hereby authorized to pay the allowed amount of fees and costs
21 awarded.
22       4.    The Court retains exclusive jurisdiction with respect to all matters arising from or
23 related to the implementation, interpretation, and enforcement of this Order.
24 ////
25 ////
26 ////
27 ////
28

- 3 -

1 | Respectfully Submitted:

2 | RINGSTAD & SANDERS LLP

3 | By: /s/ Todd Ringstad
4 | Todd C. Ringstad, Esq.
23101 Lake Center Drive, Suite 355
5 | Lake Forest, CA 92630
*Attorneys for Nathan F. Smith,*
6 | *Chapter 11 Trustee*

- 3 -