Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11 Proceeding<br><br>Hearing Date: April 15, 2025<br>Hearing Time: 9:30 a.m. |

**CLARIFICATION RE THE RESPONSE OF NATHAN F. SMITH, LIQUIDATING TRUSTEE, TO THE THIRD AND FINAL APPLICATION OF SCHWARTZ LAW FOR THE ALLOWANCE OF COMPENSATION**

Nathan F. Smith, formerly the Chapter 11 Trustee and currently serving as the Liquidating Trustee ("Trustee"), hereby submits this Clarification of his Response to the Third and Final Application of Schwartz Law for the Allowance of Compensation.

This clarification is submitted pursuant to the request of the Court as set forth in the Court's Order on Schwartz Law's Fee Application entered December 31, 2025 as ECF No. 1714.

The Trustee believes that a 25% reduction in the total fees requested by Schwartz Law in its Third and Final Application (ECF No. 1325) is appropriate for the reasons stated in the Response of Nathan F. Smith, Chapter 11 Trustee, to Third and Final Fee Application of

1  Schwartz Law (ECF No. 1388), and the Supplemental Response of Nathan F. Smith, Liquidating
2  Trustee to Third and Final Fee Application of Schwartz Law (ECF No. 1652).

3      The Third and Final Fee Application of Schwartz Law requests approval of fees totaling
4  $2,537,597.56 and costs totaling $98,303.60.  The Application discloses that Schwartz Law has
5  already received payments totaling $2,033,286.67.

6      A 25% reduction of the total fees requested would result in allowance of fees totaling
7  $1,930,198.17, which, if the requested expenses are allowed in total would result in final fees and
8  costs totaling $2,028,501.77, approximately what the firm has received in payments to date.  The
9  Trustee believes that Schwartz Law has already received more than adequate consideration for the
10  services it has provided in this case.

11  Respectfully submitted,

12  DATED:  January 6, 2026                        RINGSTAD & SANDERS LLP

14                                      By: */s/ Todd C. Ringstad*
15                                           Todd C. Ringstad
                                      Counsel for Nathan F. Smith,
                                      Liquidating Trustee

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
23101 Lake Center Drive, Suite 355
Lake Forest, Ca 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>　　　　　Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11 Proceeding<br><br>Hearing Date:　April 15, 2025<br>Hearing Time:　9:30 a.m. |

### CERTIFICATE OF SERVICE

　　1.　On January 6, 2026, I served the following documents:

- Clarification re the Response of Nathan F. Smith, Liquidating Trustee, to the Third and Final Application of Schwartz Law for the Allowance of Compensation.

　　2.　I served the above-named document(s) by the following means to the persons as listed below:

　　*(Check all that apply)*

☒　**ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **RYAN A. ANDERSEN　ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com**

- **BRETT A. AXELROD** baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com
- **JERROLD L. BREGMAN** jbregman@bg.law, ecf@bg.law
- **OGONNA M. BROWN** Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com
- **CANDACE C CARLYON** ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com
- **DAVID ERNESTO CHAVEZ** chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **SHAWN CHRISTIANSON** schristianson@buchalter.com, cmcintire@buchalter.com
- **DYLAN T CICILIANO** dciciliano@gtg.legal, bknotices@gtg.legal
- **MARK E. FERRARIO** ferrariom@gtlaw.com
- **JOHN D. FIERO** jfiero@pszjlaw.com
- **SYDNEY R GAMBEE** srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com
- **GREGORY E GARMAN** ggarman@gtg.legal, bknotices@gtg.legal
- **NEDDA GHANDI** nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com
- **ANDREW GLADSTEIN** andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com
- **STEVEN T GUBNER** sgubner@bg.law, ecf@bg.law
- **GABRIELLE A. HAMM** ghamm@nvfirm.com, ecf@nvfirm.com

- 2 -

- **RICHARD F. HOLLEY**    rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com
- **ALLYSON JOHNSON**    allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **ROBERT R. KINAS**    rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **SHARA L. LARSON**    shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com
- **BRYAN A. LINDSEY**    blindsey@nvfirm.com
- **DAVID MINCIN**    dmincin@mincinlaw.com, cburke@mincinlaw.com
- **WILLIAM M. NOALL**    wnoall@gtg.legal, bknotices@gtg.legal
- **TRACY M. O'STEEN**    tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com
- **SHAWN R PEREZ**    shawn711@msn.com
- **TERESA M. PILATOWICZ**    tpilatowicz@gtg.legal, bknotices@gtg.legal
- **MICHAEL P. RICHMAN**    mrichman@randr.law, 9030248420@filings.docketbird.com
- **TODD C RINGSTAD**    todd@ringstadlaw.com, becky@ringstadlaw.com
- **JASON H. ROSELL**    jrosell@pszjlaw.com
- **SAMUEL A. SCHWARTZ**    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **SUSAN K. SEFLIN**    sseflin@bg.law
- **NATHAN F. SMITH**    nathan@mclaw.org, C201@ecfcbis.com

- 3 -

- **ROBERT T. STEWART** rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

- **STRETTO** ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

- **U.S. TRUSTEE - LV - 11** USTPRegion17.lv.ecf@usdoj.gov

- **MARK M. WEISENMILLER** mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

- **JOSEPH G. WENT** jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

- **STUART FREEMAN WILSON-PATTON** stuart.wilson-patton@ag.tn.gov

- **RYAN J. WORKS** rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

- **MATTHEW C. ZIRZOW** mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

☐ **United States mail**, postage fully prepaid

☐ **Personal Service** (List Persons and addresses):

☐ **By Direct Email** (as opposed to through the ECF system):

☐ **By Fax Transmission** (List Persons and fax numbers):

☐ **By Messenger** (List Persons and addresses):

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 6, 2026

/s/ Becky Metzner
Becky Metzner

- 4 -