

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 06, 2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*******

| | | |
|---|---|---|
| In re: | ) | Case No. 22-14422-nmc |
| MP REORGANIZATION, | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | Order on Pachulski's Fee Application |
| _____ | ) | |

**ORDER**

This case is before the Court on Pachulski Stang Ziehl & Jones, LLP (Pachulski)'s Third and Final Application for Compensation. ECF 1615-6.[1] Nathan Smith, the Liquidating Trustee ("Trustee") in this case, responded to the request. ECF 1653. The United States Trustee asserted a reservation of rights. ECF 1650.

The Trustee asserts that "[Pachulski] appropriately staffed the case so as to avoid waste and duplication of effort…[but] believes that some discount or reduction of the fees of [Pachulski] would be appropriate."

---

[1] Puchulski filed an untimely supplemental declaration, ECF 1666.

1

2

The Court agrees that a five percent fee reduction is appropriate based upon the arguments contained in Trustee's response and the Court's order denying confirmation of Debtor's Second Amended Plan, ECF 1025.  The fee reduction is applied to the total fees requested by Pachulski in this case, $1,475,529.24.  The Court will not reduce the requested expenses.

Accordingly, **IT IS HEREBY ORDERED** that:

The Trustee is directed to generate a proposed Order, containing Findings of Fact and Conclusions of Law, that memorializes the Court's ruling.  The Order should not contain line numbering and should be submitted in Word format to the Court's chambers email on or before **January 21, 2026**.

**IT IS SO ORDERED**.

Copies sent via CM/ECF ELECTRONIC FILING