**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd., Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Attorney for Amy Lane*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MP REORGANIZATION,<br><br>Debtor, | CASE NO: 22-14422-NMC<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR AMY LANE** |

  Amy Lane, by and through her counsel, hereby consents to the substitution of Mark M. Weisenmiller, Esq. of Andersen Beede Weisenmiller, as her counsel in place and stead of Andrew Gladstein, Esq. of Freshfields Bruckhaus Deringer US LLP in the above-captioned matter.

  DATED this 6th day of January, 2026.

                 */s/ Amy Lane*
                 Amy Lane

  Andrew Gladstein of Freshfields Bruckhaus Deringer US LLP, hereby consents to the substitution of Mark M. Weisenmiller, Esq. of Andersen Beede Weisenmiller to represent Amy Lane in the above-captioned matter, in its place and stead.

  DATED this 6th day of January, 2026.

                 **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

                 */s/ Andrew Gladstein*
                 Andrew Gladstein, Esq.
                 175 Greenwich Street
                 New York, NY 10007

1  Mark M. Weisenmiller, Esq. of Andersen Beede Weisenmiller hereby agrees and consents to
2  substitute in the place of Andrew Gladstein of Freshfields Bruckhaus Deringer US LLC behalf of Amy
3  Lane in the above-captioned matter.
4  DATED this 6th day of January, 2026.

**ANDERSEN BEEDE WEISENMILLER**

*/s/ Mark M. Weisenmiller*
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
3199 E Warm Springs Road, Suite 400 Las Vegas, NV 89120

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd., Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Attorney for Amy Lane*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MP REORGANIZATION, | CASE NO: 22-14422-NMC |
| Debtor, | **ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR AMY LANE** |

The Court, having reviewed and considered the *Stipulation for Substitution of Counsel for Amy Lane*, by and between Amy Lane, Andersen Beede Weisenmiller, and Freshfields Bruckhaus Deringer US LLP, and finds that good cause exists to grant the relief requested. Accordingly,

**IT IS SO ORDERED** that the Stipulation is approved in its entirety;

**IT IS FURTHER ORDERED** that Andersen Beede Weisenmiller is counsel of record for Amy Lane in the above-referenced matter in the place and stead of Freshfields Bruckhaus Deringer US LLP.

**IT IS SO ORDERED**.

1  **PREPARED AND SUBMITTED BY:**

2  */s/ Amy Lane*
3  Amy Lane

4  **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

5  */s/ Andrew Gladstein*
6  Andrew Gladstein, Esq.
   175 Greenwich Street
7  New York, NY 10007

8  **ANDERSEN BEEDE WEISENMILLER**

9  */s/ Mark M. Weisenmiller*
   Mark M. Weisenmiller, Esq.
10 Nevada Bar No. 12128
11 3199 E Warm Springs Road, Suite 400
   Las Vegas, NV 89120