**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E. Warm Springs Rd, Ste. 400
Las Vegas, NV 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Attorney for Amy Lane*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>    Debtor. | Case No.: 22-14422-NMC<br>Chapter 11 |

**NOTICE OF ENTRY OF ORDER**

**PLEASE TAKE NOTICE** that an *Order Approving Stipuation for Substiution of Counsel for Amy Lane* ("Order") was entered in the above-captioned bankruptcy case on January 7, 2026, at ECF No. 1719. A copy of the Order is attached hereto as **Exhibit 1.**

Dated this 7th day of January, 2026.

Respectfully submitted by:

**ANDERSEN BEEDE WEISENMILLER**

By:   /s/ Mark M. Weisenmiller
       Mark M. Weisenmiller, Esq.
       Nevada Bar No. 12128
       3199 E. Warm Springs Rd, Ste. 400
       Las Vegas, NV 89120
*Attorney for Amy Lane*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 07, 2026

**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd., Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Attorney for Amy Lane*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MP REORGANIZATION, | CASE NO: 22-14422-NMC |
| Debtor, | **ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR AMY LANE** |

    The Court, having reviewed and considered the *Stipulation for Substitution of Counsel for Amy Lane*, by and between Amy Lane, Andersen Beede Weisenmiller, and Freshfields Bruckhaus Deringer US LLP, and finds that good cause exists to grant the relief requested. Accordingly,

    **IT IS SO ORDERED** that the Stipulation is approved in its entirety;

    **IT IS FURTHER ORDERED** that Andersen Beede Weisenmiller is counsel of record for Amy Lane in the above-referenced matter in the place and stead of Freshfields Bruckhaus Deringer US LLP.

    **IT IS SO ORDERED**.

**PREPARED AND SUBMITTED BY:**

*/s/ Amy Lane*
Amy Lane

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

*/s/ Andrew Gladstein*
Andrew Gladstein, Esq.
175 Greenwich Street
New York, NY 10007

**ANDERSEN BEEDE WEISENMILLER**

*/s/ Mark M. Weisenmiller*
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
3199 E Warm Springs Road, Suite 400
Las Vegas, NV 89120