PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, CA SBN 133491
ASSISTANT UNITED STATES TRUSTEE
JARED A. DAY, CA SBN 275687
TRIAL ATTORNEY
**UNITED STATES DEPARTMENT OF JUSTICE**
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101
Telephone: (775) 784-5530
E-mail: *jared.a.day@usdoj.gov*

Attorneys United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>                Debtor. | Case No: 22-14422-nmc<br><br>Chapter 11<br><br>Hearing Date: April 15, 2025<br>Hearing Time: 9:30 a.m. |

**UNITED STATES TRUSTEE'S REQUESTED RESPONSE TO COURT'S ORDER
REGARDING THIRD AND FINAL APPLICATION FOR COMPENSATION OF
DEBTOR'S GENERAL BANKRUPTCY COUNSEL, SCHWARTZ LAW, PLLC**

Peter C. Anderson, the United States Trustee for Region 17 ("U.S. Trustee"), by and

through his undersigned counsel, hereby files this requested *Response to the Court's Order*

*Regarding Third and Final Application for Compensation of Debtor's General Bankruptcy*

*Counsel, Schwartz Law, PLLC* ("SL, PLLC").  *See* ECF No. 1714.

1.　　As requested by the Court, the U.S. Trustee files this brief response to the Court's

December 31, 2025 order to clarify that the U.S. Trustee's requested compensation reduction is

20 to 25 percent of the total amount of legal fees requested by SL, PLLC on a final basis in the

above-captioned case.

2.　　A 20 percent fee reduction would equate to $514,719.51, resulting in total legal

/ / /

fees of $2,058,878.05 being awarded to SL, PLLC in this case on a final basis.

3.    A 25 percent fee reduction would be $643,399.39, resulting in total final legal fees of $1,930,198.17 being awarded to SL, PLLC on a final basis.

4.    If the Court adopts anything less than a 25 percent reduction, the U.S. Trustee asserts that SL, PLLC's compensation should also be reduced by the additional $7,101.20 asserted in the U.S. Trustee's opposition to the application due to miscounted hours, possible duplicate entries, improper clerical services performed by an attorney, vague service descriptions, and block billing.  *See* ECF No. 1399.

5.    However, if the Court adopts a 25 percent fee reduction, the U.S. Trustee would consider the additional $7,101.20 subsumed into the higher reduction.

WHEREFORE, based on the foregoing, the U.S. Trustee requests that the Court sustain his opposition and grant such other relief as is just under the circumstances.

Date: January 7, 2026              Respectfully Submitted,

                                   PETER C. ANDERSON
                                   UNITED STATES TRUSTEE

                        By:    */s/ Jared A. Day*
                                   Jared A. Day, Esq.
                                   Trial Attorney for the United States Trustee

-2-

## CERTIFICATE OF SERVICE

I, Monette Semana, under penalty of perjury declare: That declarant is, and was when the

herein described service took place, a citizen of the United States, over 18 years of age, and not a

party to nor interested in, the within action; that on January 7, 2026, I caused a copy of the

forgoing

**UNITED STATES TRUSTEE'S REQUESTED RESPONSE TO COURT'S ORDER
REGARDING THIRD AND FINAL APPLICATION FOR COMPENSATION OF
DEBTOR'S GENERAL BANKRUPTCY COUNSEL, SCHWARTZ LAW, PLLC**

to be served on the following parties:

a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- **RYAN A. ANDERSEN**    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com
- **JERROLD L. BREGMAN**    jbregman@bg.law, ecf@bg.law
- **OGONNA M. BROWN**    Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com
- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com
- **DAVID ERNESTO CHAVEZ**    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **SHAWN CHRISTIANSON**    schristianson@buchalter.com, cmcintire@buchalter.com
- **DYLAN T CICILIANO**    dciciliano@gtg.legal, bknotices@gtg.legal
- **MARK E. FERRARIO**    ferrariom@gtlaw.com
- **JOHN D. FIERO**    jfiero@pszjlaw.com
- **SYDNEY R GAMBEE**    srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com
- **GREGORY E GARMAN**    ggarman@gtg.legal, bknotices@gtg.legal
- **NEDDA GHANDI**    nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com
- **ANDREW GLADSTEIN**    andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com
- **STEVEN T GUBNER**    sgubner@bg.law, ecf@bg.law
- **GABRIELLE A. HAMM**    ghamm@nvfirm.com, ecf@nvfirm.com

- **RICHARD F. HOLLEY**    rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com
- **ALLYSON JOHNSON**    allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **ROBERT R. KINAS**    rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **SHARA L. LARSON**    shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com
- **BRYAN A. LINDSEY**    blindsey@nvfirm.com
- **DAVID MINCIN**    dmincin@mincinlaw.com, cburke@mincinlaw.com
- **WILLIAM M. NOALL**    wnoall@gtg.legal, bknotices@gtg.legal
- **TRACY M. O'STEEN**    tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com
- **SHAWN R PEREZ**    shawn711@msn.com
- **TERESA M. PILATOWICZ**    tpilatowicz@gtg.legal, bknotices@gtg.legal
- **MICHAEL P. RICHMAN**    mrichman@randr.law, 9030248420@filings.docketbird.com
- **TODD C RINGSTAD**    todd@ringstadlaw.com, becky@ringstadlaw.com
- **JASON H. ROSELL**    jrosell@pszjlaw.com
- **SAMUEL A. SCHWARTZ**    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **SUSAN K. SEFLIN**    sseflin@bg.law
- **NATHAN F. SMITH**    nathan@mclaw.org, C201@ecfcbis.com
- **ROBERT T. STEWART**    rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com
- **STRETTO**    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov
- **MARK M. WEISENMILLER**    mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com
- **JOSEPH G. WENT**    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com
- **STUART FREEMAN WILSON-PATTON**    stuart.wilson-patton@ag.tn.gov
- **RYAN J. WORKS**    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

/ / /

-4-

- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com,
  hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 7, 2026

*/s/ Monette Semana*
Monette Semana
Paralegal Specialist
for the United States Trustee