

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 07, 2026

_____

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11 Proceeding<br><br>Hearing Date:  April 15, 2025<br>Hearing Time:  9:30 a.m. |

### AMENDED ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF RINGSTAD & SANDERS LLP

On April 15, 2025 at 9:30 a.m., a hearing was held before this Court on *First and Final Fee Application of Ringstad & Sanders LLP* [ECF No. 1624] (the "Application") filed by Ringstad & Sanders LLC ("R&S"), general bankruptcy counsel to Nathan F. Smith, Chapter 11

Trustee (the "Trustee") of MP Reorganization (the "Debtor"). Appearances were as noted on the record of the hearing.

The Court, having read and considered the Application and all evidence filed in support of the Application, and other related pleadings and papers on file in this case; the Court having considered the argument and representations of counsel at the hearing and other matters which the Court may properly take judicial notice, including, without limitation, the record in this case as reflected on the docket; the Court having found that notice of the Application was sufficient under the circumstances and no other or further notice is required; the Court having noted that no timely opposition to the Application having been filed; the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief sought therein and that the compensation requested is reasonable and a benefit to the Estate; the Court having noted the consensual reduction of the fees sought in the amount of $3,460.07 per the Statement and Reservation of Rights of the United States Trustee filed as ECF No. 1650[1], and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Application is Approved.

2. Fees for professional services rendered during the Compensation Period in the aggregate amount of $408,098.43 and costs in the amount of $1,423.32 for a total of $409,521.75 are approved on a final basis and awarded to R&S.

3. The Trustee is hereby authorized to pay the allowed amount of fees and costs awarded.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

////

////

---

[1] This Amended Order is amended to reduce the allowed fees for professional services by the amount of $3,460.07 pursuant to the Statement and Reservation of Rights of the United States Trustee (ECF No. 1650).

- 2 -

1  Respectfully Submitted:

2  RINGSTAD & SANDERS LLP

3
   By:  /s/ *Todd C. Ringstad*
4          Todd C. Ringstad, Esq.
           23101 Lake Center Drive, Suite 355
5          Lake Forest, CA 92630
           *Attorneys for Nathan F. Smith,*
6          *Chapter 11 Trustee*

7

8  Consent to the form and substance of this Amended Order:

9

10 PETER C. ANDERSON
   UNITED STATES TRUSTEE
11

12 By:   /s/ *Jared A. Day*
          Jared A. Day,
13        Trial Attorney for the
          United States Trustee
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28