**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E. Warm Springs Rd, Ste. 400
Las Vegas, NV 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Attorneys for Amy Lane*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC |
| MP REORGANIZATION, | Chapter 11 |
| Debtor. | |

### AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

1. I, Mark M. Weisenmiller, Esq., hereby declare under penalty of perjury under the laws of the United States of America and the State of Nevada as follows:

2. I am over eighteen years of age and am mentally competent. I am an attorney with Andersen Beede Weisenmiller, the firm that serves as counsel to Amy Lane ("**Judgment Creditor**") in the above-captioned bankruptcy case. I am authorized to make this Affidavit and have personal knowledge of the matters set forth herein.

3. On October 6, 2025, in the docket of the above-entitled Court action, an *Order Granting Fees and Costs to Amy Lane* [ECF No. 1711] ("**Judgment**") was entered in favor of Amy Lane, as Judgement Creditor, and against Ryan Lane, as Judgement Debtor ("**Judgment Debtor**"), in the aggregate amount of $103,112.14, plus federal rate of interest from the date of entry of the Judgement until paid in full.

4. An order of the bankruptcy court fixing liability and awarding a specific monetary amount constitutes a "judgment" within the meaning of Fed. R. Civ. P. 54(a) and Fed. R. Bankr. 9002, and is enforceable under Fed. R. Civ. P. 69 (via Fed. R. Bankr. P. 7069). Specifically, of Fed. R. Civ.

P. 54(a) and Fed. R. Bank P. 9001, defines a "judgment" as any order from which an appeal lies.

5. I am an attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

6. ACCRUED since the entry of Judgment are the following sums:

$0.00 accrued interest on attorneys' fees and costs, computed at 0.0% per annum.

$0.00 accrued costs and fees.

$966.60 accrued interest from date of entry of Judgment, October 6, 2025, at 3.64% per annum, in the amount of $10.28 PER DAY, from this date.

7. The Judgment was not appealed or stayed, is valid and enforceable.

8. As of January 8, 2026, $0.00 of the Judgment has been satisfied and $103,112.14, plus accrued interest from the date of entry of the Judgment until paid in full, remains due and owing.

I declare under penalty of perjury under the law of the State of Nevada and the United States of America that the foregoing is true and correct.

DATED this 8th day of January, 2026.

_____
MARK M. WEISENMILLER, ESQ.
*Attorney for Judgment Creditor*

State of Nevada

County of Clark

Signed and sworn before me on January 8, 2026 by Mark M. Weisenmiller.

_____
NOTARY PUBLIC



Melissa J. Rodriguez
Notary Public-State of Nevada
Appointment No. 11-6371-1
My Appointment Expires January 24, 2026

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

NVB 7064 (Rev. 4/25)

Mark M. Weisenmiller, Esq. (NV Bar: 12128)
3199 E Warm Springs Rd, Ste. 400
Las Vegas, NV 89120
Phone: 702-522-1992, Fax: 702-825-2824
mark@abwfirm.com

1 | Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

MP REORGANIZATION

Debtor(s).

Bankruptcy No.: 22-14422-NMC
Chapter 11

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On  10/06/2025 , a judgment was entered in the docket of the above entitled Court and action, in favor of  Amy Lane , as Judgment Creditor, and against  Ryan Drexler , as Judgment Debtor, for:

$ 103,112.14   Principal

$ _____  Attorney Fees

$ _____  Interest, and

$ _____  costs, making a total amount of

$ 103,112.14   JUDGMENT AS ENTERED

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to writ:

| | |
|---|---|
| $ 966.60 | Accrued interest, and |
| $ _____ | Accrued costs and fees, making a total of |
| $ 104,078.74 | ACCRUED INTEREST, COSTS AND FEES |

Credit must be given for payments and partial satisfaction in the amount of:

$ 0.00     Which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ _____ ACTUALLY DUE on the date of issuance of this writ, of which
(Clerk to Complete)

$ 104,078.74     Is due on the Judgment as entered, and bears interest at 3.64 % per annum, in the amount of $ 10.28    PER DAY, from the date of entry of the judgment to the date of issuance of this writ, to which must be added the accrued costs and fees and the commissions and cost of the officer executing this writ. (Interest rate and mount per day to be completed by attorney.)

Notice by mail of the sale under the writ of execution ☐ has or ☐ Has not been requested. The following named persons have requested such notice of sale:

         NAME           ADDRESS

_____

_____

    YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and cost as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hourly wage prescribed by section 6 (a)(1) of the Federal Fair Labor Standards Act of 1938 [29 USC 206 (a) (1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Date:_____          U.S. Bankruptcy Court
                                       Daniel S. Owens, Clerk of Court

                                       _____
                                       Deputy Clerk