**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone: (617) 207-7800
Facsimile:  (617) 507-6530
Email:  jeffrey@sternklarlaw.com

*Attorneys of record for Creditor White Winston Select Asset Funds, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| MP REORGANIZATION | Case No.: 22-14422-nmc |
| Debtor. | **Date of Hearing:  Feb. 17, 2026**<br>**Time of Hearing: 9:30 a.m.**<br><br>Telephone Number: (833) 435-1820, Meeting ID 161 166 2815 Passcode 115788# |

**MOTION OF JEFFREY D. STERNKLAR LLC AND JEFFREY D. STERNKLAR TO WITHDRAW AS COUNSEL FOR CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC**

Jeffrey D. Sternklar LLC and Jeffrey D. Sternklar (collectively, "***JDS***"), counsel to Creditor White Winston Select Asset Funds, LLC ("***WW***"), hereby files this Motion to Withdraw as Counsel for WW ("***Motion***") in accordance with United States District Court, District of Nevada LR IA 11-6, incorporated in this case by United States Bankruptcy Court, District of Nevada LR 2014, and is made and based upon these applicable rules, the points and authorities below, and any oral argument that the Court may entertain at the time of the hearing on this Motion.

**I.    REVEVANT BACKGROUND**

1.    Pursuant to LR 9014.2(a), the undersigned states that he consents to the entry of final orders or judgment by the bankruptcy judge.

2. On December 14, 2022 (the "**Petition Date**"), Debtor MP Reorganization f/k/a Musclepharm Corporation ("**Debtor**") filed a voluntary petition under chapter 11 of title 11 of the United States Code in this Court to commence the above-captioned chapter 11 bankruptcy case (the "**Bankruptcy Case**").

3. JDS has been principal counsel of record for WW and has appeared in various hearings on behalf of WW.

4. WW has failed to provide prompt and full payment for JDS's services rendered in this Bankruptcy Case.  JDS has communicated with WW regarding providing payment for JDS's services and bringing all amount due and owing current, but WW has declined to comply with its payment obligations to JDS.  JDS has advised WW that JDS has terminated its representation of WW and no longer represents WW in this or any other matter.

5. Upon information and belief, there are no deadlines or motions pending by or against WW as a party or requiring WW's appearance. Although previously WW was active in this case, presently WW is simply a creditor who has filed a proof of claim against the Debtor.  WW otherwise has not acted in any role in this case.

6. JDS has provided notice of this Motion to WW and all other counsel appearing in this matter, including, but not limited to, counsel for the chapter 11 trustee ("**Trustee**") and counsel for the Debtor.

## II.   ARGUMENTS AND AUTHORITIES

7. Attorney withdrawal from representation is governed by Local Rule 2014, LR IA 11-6, and Nevada Rules of Professional Conduct Rule 1.16. Local Rule 2014(c) specifically incorporates and applies District Court Local Rule IA 11-6 which states in pertinent part:

> (b) If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.

2

\*\*\*

(e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge..

8. Under the Nevada Rules of Professional Conduct Rule 1.16(b), permissive withdrawal is allowed if:

(1) Withdrawal can be accomplished without material adverse effect on the interests of the client; . . .

(5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(6) The representation will result in an unreasonable financial burden, or

(7) Other good cause for withdrawal exists.

. . .

(d) Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and refunding any advance payment of fee or expense that has not been earned or incurred.

9. All of these Rules justify allowance of this Motion.

10. *First*, as the certificate of service makes clear, WW has been served with a copy of this Motion. No trial setting exists and no discovery, trial or hearing exists at which WW must appear, and no delay will occur as a result of JDS's withdrawal pursuant to this motion. Accordingly, IR IA -11-6(b) and (e) of the Local Rules of the United States District Court of the District of Nevada and Local Rule 2014(c) of this Court permit withdrawal.

11. *Second*, Nevada Rule of Professional Conduct 1.16(b)(1) applies because withdrawal can be accomplished without material adverse effect on WW's interests.

3

This case is largely completed. WW's interests are fixed in this case by settlement and/or court order. WW's involvement in this case is completed to the best of JDS's knowledge. JDS has advised WW in writing, without substantive response by WW, that JDS no longer represents WW in this or any other matter.

12. ***Third***, Nevada Rule of Professional Conduct 1.16(b)(5) supports discretionary withdrawal because WW has failed to pay JDS for its services as WW is obligated to do. Failure to remit payment has been found sufficient to satisfy the good cause standard for withdrawal. See <u>Bd. Of Trs. – Plumbers & Pipefitters Union Local 525 Pension Plan v. All Seasons Interior & Exterior Maint.</u>, No. 2:13-cv- 01607, 2014 U.S. Dist. LEXIS 93768, *1-2 (D. Nev. Apr. 29, 2014). The Nevada Rules of Professional Conduct, Rule 1.16, also states that withdraw is proper if the client fails to fulfill an obligation after being contacted and further representation will result in an unreasonable financial burden on the lawyer.

13. ***Fourth***, Nevada Rules of Professional Conduct 1.16(b)(6) and (7) support discretionary withdrawal. JDS is a sole practitioner. WW's failure to pay JDS the requisite fees when due and payable has caused JDS an unreasonable financial burden to finance WW's large account receivable with JDS indefinitely, with no prospect of voluntary payment any time soon, if ever. <u>Cf</u>. <u>In re Seare</u>, 493 B.R. 158, 188 (Bankr. D. Nev. 2013), as corrected (Apr. 10, 2013), aff'd, 515 B.R. 599 (B.A.P. 9th Cir. 2014).

14. To comply with the directive set forth in <u>1ST Tech., LLC v. Rational Enterprises Ltd</u>, 2008 WL 4571258, at *2 (D. Nev. July 15, 2008) and the posted guidelines of Hon. Natalie M. Cox, JDS submits the following is the person and address at WW upon whom future pleadings, documents and orders will be served, and with whom the opposing parties (if any) may communicate about the case:

> Mr. Todd M. Enright
> Suite 1702

4

265 Franklin Street
Boston, MA 02110-3144
tenright@whitewinston.com

WHEREFORE, JDS prays the Court allow this Motion and authorize JDS to withdraw as counsel to WW and further grant such other and further relief that the Court deems just and proper.

DATED this 12th day of January, 2026.

**JEFFREY D. STERNKLAR LLC and JEFFREY D. STERNKLAR**

*/s/ Jeffrey D. Sternklar, Esq.*
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone:  (617) 207-7800
Email: jeffrey@sternklarlaw.com

*Attorneys of record for Creditor White Winston Select Asset Funds, LLC*

### CERTIFICATE OF SERVICE

1. On January 12, 2026, I served the following document(s): **MOTION OF JEFFREY D. STERNKLAR LLC AND JEFFREY D. STERNKLAR TO WITHDRAW AS COUNSEL FOR CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒   a.   ECF System:

- RYAN A. ANDERSEN    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com
- BRETT A. AXELROD    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com
- JERROLD L. BREGMAN    jbregman@bg.law, ecf@bg.law
- OGONNA M. BROWN    Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com
- CANDACE C CARLYON    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

JEFFREY D. STERNKLAR LLC
19th Floor
101 Federal Street
Boston, MA 02110

JEFFREY D. STERNKLAR LLC
19th Floor
101 Federal Street
Boston, MA 02110

- DAVID ERNESTO CHAVEZ   chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- SHAWN CHRISTIANSON   schristianson@buchalter.com, cmcintire@buchalter.com
- DYLAN T CICILIANO   dciciliano@gtg.legal, bknotices@gtg.legal
- MARK E. FERRARIO   ferrariom@gtlaw.com
- JOHN D. FIERO   jfiero@pszjlaw.com
- SYDNEY R GAMBEE   srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com
- GREGORY E GARMAN   ggarman@gtg.legal, bknotices@gtg.legal
- NEDDA GHANDI   nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com
- ANDREW GLADSTEIN   andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com
- STEVEN T GUBNER   sgubner@bg.law, ecf@bg.law
- GABRIELLE A. HAMM   ghamm@nvfirm.com, ecf@nvfirm.com
- RICHARD F. HOLLEY   rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com
- ALLYSON JOHNSON   allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- ROBERT R. KINAS   rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- BART K. LARSEN   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- SHARA L. LARSON   shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com
- BRYAN A. LINDSEY   blindsey@nvfirm.com
- DAVID MINCIN   dmincin@mincinlaw.com, cburke@mincinlaw.com
- WILLIAM M. NOALL   wnoall@gtg.legal, bknotices@gtg.legal
- TRACY M. O'STEEN   tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com
- SHAWN R PEREZ   shawn711@msn.com
- TERESA M. PILATOWICZ   tpilatowicz@gtg.legal, bknotices@gtg.legal
- MICHAEL P. RICHMAN   mrichman@randr.law, 9030248420@filings.docketbird.com
- TODD C RINGSTAD   todd@ringstadlaw.com, becky@ringstadlaw.com
- JASON H. ROSELL   jrosell@pszjlaw.com
- SAMUEL A. SCHWARTZ   saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- SUSAN K. SEFLIN   sseflin@bg.law
- NATHAN F. SMITH   nathan@mclaw.org, C201@ecfcbis.com
- ROBERT T. STEWART   rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com
- STRETTO   ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- MARK M. WEISENMILLER   mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

- JOSEPH G. WENT    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com
- STUART FREEMAN WILSON-PATTON    stuart.wilson-patton@ag.tn.gov
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

✕    b.    United States mail, postage fully prepaid:

Todd M. Enright
White Winston Select Asset Funds, LLC
Suite 1702
265 Franklin Street
Boston, MA 02110-3144

ATHANASIOS E. AGELAKOPOULOS
SCHWARTZ LAW FIRM, PLLC
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101

CHRISTOPHER A. BARROW
BARROW & GRIMM
110 W. SEVENTH STREET SUITE 900
TULSA, OK 74119

CHARLES R. BENNETT
28 STATE SR., STE 3101
BOSTON, MA 02109

ANTHONY R. BISCONTI
BIENERT KATZMAN LITTRELL WILLIMAS LLP
360 E 2ND ST
SUITE 625
LOS ANGELES, CA 90012

KATHERINE R. CATANESE
FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY 10016

TODD A. FEINSMITH
TROUTMAN PEPPER HAMILTON SANDERS LLP
HIGH STREET TOWER
125 HIGHT STREET, 19TH FLOOR
BOSTON, MA 02110

STEPHEN A. FOGDALL
1600 MARKET ST., SUITE 3600
PHILADELPHIA, PA 19103

FOLEY & LARDNER, LLP
1400 16TH STREET, SUITE 200
DENVER, CO 80202

ANDREW GLADSTEIN
FRESHFIELDS BRUCKHAUS DERINGER US LLP
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NY 10007

NICK I IEZZA
SPIWAK & IEZZA, LLP
555 MARIN STREET
SUITE 140
THOUSAND OAKS, CA 91360

SHARA L LARSON
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LARSON AND ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT-COLLECTIONS BUREAU
200 ARLINGTON ST.
CHELSEA, MA 02150

DANIEL J MCGUIRE
35 W WACKER DR
CHICAGO, IL 60601

PORTAGE POINT PARTNERS, LLC
300 NORTH LASALLE ST., STE 1420
CHICAGO, IL 60654

TODD C. RINGSTAD
4910 BIRCH STREET
SUITE 1200
NEWPORT BEACH, CA 92660

VINCENT J ROLDAN
MANDELBAUM BARRETT, PC
3 BECKER FARM RD
ROSELAND, NJ 07068

SCHWARTZ LAW, PLLC
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101

Steinhilber Swanson LLP
122 W. Washington Ave

Suite 850
Madison, WI 53703

Robert T. Stewart
Foley & Lardner LLP
95 South State Street, #2500
Salt Lake City, UT 84111

TODD ENRIGHT ("MR. ENRIGHT")
C/O RICHARD F. HOLLEY, ESQ.
SPENCER FANE
300 SOUTH FOURTH STREET, SUITE 1600
LAS VEGAS, NV 89101

SONYA C. WATSON
555 EAST WASHINGTON AVENUE
SUITE 3900
LAS VEGAS, NV 89101

ALEXIS R. WENDL
SNELL & WILMER L.L.P.
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NV 89169

☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

9

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2025.

By: /s/ *Jeffrey D. Sternklar*