**JEFFREY D. STERNKLAR LLC**
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone: (617) 207-7800
Facsimile:  (617) 507-6530
Email:  jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| IN RE:<br><br>MP REORGANIZATION<br><br>Debtor. | Chapter 11<br><br>Case No.: 22-14422-nmc<br><br>**Date of Hearing:  Feb. 17, 2026**<br>**Time of Hearing: 9:30 a.m.**<br><br>Telephone Number: (833) 435-1820, Meeting ID 161 166 2815 Passcode 115788# |
|---|---|

## AMENDED NOTICE OF HEARING OF MOTION OF JEFFREY D. STERNKLAR LLC AND JEFFREY D. STERNKLAR TO WITHDRAW AS COUNSEL FOR CREDITOR WHITE WINSTON SELECT ASSET FUNDS, LLC

**NOTICE IS HEREBY GIVEN THAT** Jeffrey D. Sternklar LLC and Jeffrey D. Sternklar (collectively, "***JDS***"), counsel to Creditor White Winston Select Asset Funds, LLC ("***WW***"), hereby filed their Motion to Withdraw as Counsel for WW ("***Motion***") on January 12, 2026.  The Motion seeks permission to remove JDS as counsel of record for WW in the above-captioned bankruptcy case.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before Chief Judge Natalie M. Cox, United States Bankruptcy Judge, on February 17, 2026, at 9:30 a.m. at the United States Bankruptcy Court for the District of Nevada in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, 89101.  The hearing will be telephonic and the dial in information is a

follows: Telephone Number is (833) 435-1820, Meeting ID 161 166 2815, Passcode 115788#.

**NOTICE IS FURTHER GIVEN** that any opposition to the Motion and the relief requested therein must be filed and served in accordance with Local Rule 9014(d)(1), which provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may rule *against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed, and service of the opposition must be completed on the undersigned, no later than fourteen (14) days preceding the hearing date for the Motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c) of the Local Rules of the Bankruptcy Court of the District of Nevada.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment

2

thereof, and the court may approve modifications at the hearing or any continued hearing.

DATED this 12th day of January, 2026.

**JEFFREY D. STERNKLAR LLC and JEFFREY D. STERNKLAR**

*/s/ Jeffrey D. Sternklar, Esq.*
Jeffrey D. Sternklar, Esq. (*Admitted Pro Hac Vice*)
Massachusetts Bar No. 549561
101 Federal Street, Suite 1900
Boston, Massachusetts 02110
Telephone: (617) 207-7800
Email: jeffrey@sternklarlaw.com

*Attorneys for Creditor White Winston Select Asset Funds, LLC*

## CERTIFICATE OF SERVICE

1. On January 12, 2026, I served the following document(s): **AMENDED NOTICE OF HEARING ON MOTION OF JEFFREY D. STERNKLAR LLC AND JEFFREY D. STERNKLAR TO WITHDRAW AS COUNSEL FOR CREDITOR WHITE WINSTON SELECT ASSET UNDS, LLC**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒ a. ECF System:

- RYAN A. ANDERSEN    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com
- BRETT A. AXELROD    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com
- JERROLD L. BREGMAN    jbregman@bg.law, ecf@bg.law
- OGONNA M. BROWN    Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com
- CANDACE C CARLYON    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com
- DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- SHAWN CHRISTIANSON    schristianson@buchalter.com, cmcintire@buchalter.com

JEFFREY D. STERNKLAR LLC
19th Floor
101 Federal Street
Boston, MA 02110

- DYLAN T CICILIANO    dciciliano@gtg.legal, bknotices@gtg.legal
- MARK E. FERRARIO    ferrariom@gtlaw.com
- JOHN D. FIERO    jfiero@pszjlaw.com
- SYDNEY R GAMBEE    srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com
- GREGORY E GARMAN    ggarman@gtg.legal, bknotices@gtg.legal
- NEDDA GHANDI    nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com
- ANDREW GLADSTEIN    andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com
- STEVEN T GUBNER    sgubner@bg.law, ecf@bg.law
- GABRIELLE A. HAMM    ghamm@nvfirm.com, ecf@nvfirm.com
- RICHARD F. HOLLEY    rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com
- ALLYSON JOHNSON    allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- ROBERT R. KINAS    rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- BART K. LARSEN    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- SHARA L. LARSON    shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com
- BRYAN A. LINDSEY    blindsey@nvfirm.com
- DAVID MINCIN    dmincin@mincinlaw.com, cburke@mincinlaw.com
- WILLIAM M. NOALL    wnoall@gtg.legal, bknotices@gtg.legal
- TRACY M. O'STEEN    tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com
- SHAWN R PEREZ    shawn711@msn.com
- TERESA M. PILATOWICZ    tpilatowicz@gtg.legal, bknotices@gtg.legal
- MICHAEL P. RICHMAN    mrichman@randr.law, 9030248420@filings.docketbird.com
- TODD C RINGSTAD    todd@ringstadlaw.com, becky@ringstadlaw.com
- JASON H. ROSELL    jrosell@pszjlaw.com
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- SUSAN K. SEFLIN    sseflin@bg.law
- NATHAN F. SMITH    nathan@mclaw.org, C201@ecfcbis.com
- ROBERT T. STEWART    rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com
- STRETTO    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- MARK M. WEISENMILLER    mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com
- JOSEPH G. WENT    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com
- STUART FREEMAN WILSON-PATTON    stuart.wilson-patton@ag.tn.gov

4

- RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

    ✕    b.    United States mail, postage fully prepaid:

Todd M. Enright  
White Winston Select Asset Funds, LLC  
Suite 1702  
265 Franklin Street  
Boston, MA 02110-3144

ATHANASIOS E. AGELAKOPOULOS  
SCHWARTZ LAW FIRM, PLLC  
601 EAST BRIDGER AVENUE  
LAS VEGAS, NV 89101

CHRISTOPHER A. BARROW  
BARROW & GRIMM  
110 W. SEVENTH STREET SUITE 900  
TULSA, OK 74119

HAROLD B. MURPHY  
CHARLES R. BENNETT  
28 STATE SR., STE 3101  
BOSTON, MA 02109

ANTHONY R. BISCONTI  
BIENERT KATZMAN LITTRELL WILLIMAS LLP  
360 E 2ND ST  
SUITE 625  
LOS ANGELES, CA 90012

KATHERINE R. CATANESE  
FOLEY & LARDNER LLP  
90 PARK AVENUE  
NEW YORK, NY 10016

TODD A. FEINSMITH  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
HIGH STREET TOWER  
125 HIGHT STREET, 19TH FLOOR  
BOSTON, MA 02110

STEPHEN A. FOGDALL  
1600 MARKET ST., SUITE 3600  
PHILADELPHIA, PA 19103

FOLEY & LARDNER, LLP  
1400 16TH STREET, SUITE 200  
DENVER, CO 80202

JEFFREY D. STERNKLAR LLC
19th Floor
101 Federal Street
Boston, MA 02110

ANDREW GLADSTEIN
FRESHFIELDS BRUCKHAUS DERINGER US LLP
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NY 10007

NICK I IEZZA
SPIWAK & IEZZA, LLP
555 MARIN STREET
SUITE 140
THOUSAND OAKS, CA 91360

SHARA L LARSON
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LARSON AND ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT-COLLECTIONS BUREAU
200 ARLINGTON ST.
CHELSEA, MA 02150

DANIEL J MCGUIRE
35 W WACKER DR
CHICAGO, IL 60601

PORTAGE POINT PARTNERS, LLC
300 NORTH LASALLE ST., STE 1420
CHICAGO, IL 60654

TODD C. RINGSTAD
4910 BIRCH STREET
SUITE 1200
NEWPORT BEACH, CA 92660

VINCENT J ROLDAN
MANDELBAUM BARRETT, PC
3 BECKER FARM RD
ROSELAND, NJ 07068

SCHWARTZ LAW, PLLC
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101

Steinhilber Swanson LLP
122 W. Washington Ave
Suite 850
Madison, WI 53703

Robert T. Stewart

6

JEFFREY D. STERNKLAR LLC
19th Floor
101 Federal Street
Boston, MA 02110

Foley & Lardner LLP
95 South State Street, #2500
Salt Lake City, UT 84111

TODD ENRIGHT ("MR. ENRIGHT")
C/O RICHARD F. HOLLEY, ESQ.
SPENCER FANE
300 SOUTH FOURTH STREET, SUITE 1600
LAS VEGAS, NV 89101

SONYA C. WATSON
555 EAST WASHINGTON AVENUE
SUITE 3900
LAS VEGAS, NV 89101

ALEXIS R. WENDL
SNELL & WILMER L.L.P.
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NV 89169

☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

7

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12 2026.

By: /s/ *Jeffrey D. Sternklar*

JEFFREY D. STERNKLAR LLC
19th Floor
101 Federal Street
Boston, MA 02110