Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

              Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:   TO BE SET
Hearing Time:

**SECOND MOTION OF NATHAN F. SMITH, LIQUIDATING TRUSTEE TO EXTEND CLAIMS OBJECTION BAR DATE**

Nathan F. Smith, formerly Chapter 11 Trustee and currently serving as Liquidating Trustee, ("Trustee") hereby moves this Court for a Second Order Extending the Claims Objection Bar Date set forth in the confirmed Fourth Amended Plan of Reorganization (the "Plan").

**I.**

**CONFIRMATON OF PLAN AND CLAIMS OBJECTION BAR DATE**

The Plan was confirmed by this Court's Findings of Fact, Conclusions of Law, and Order Confirming Creditors' Fourth Amended Plan of Reorganization for MP Reorganization under chapter 11 of the Bankruptcy Code entered on February 19, 2025 as [Dkt No. 1583] (the "Plan

Confirmation Order").  The Effective Date of the Plan occurred on March 6, 2025 (see Notice of Effective Date filed on March 6, 2025 [Dkt. No. 1602]).

The Plan provides, at Article X.A.4., "Any objections to Claims shall be filed no later than the Claims Objection Bar Date."  The "Claims Objection Bar Date" is defined in the Plan at Article 1.B.26 section B. as "for each Claim, the later of (a) 120 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by an order of the Bankruptcy Court for objecting to such Claims."  The first business day that is not less than 120 days from the Effective Date that is not a weekend day or holiday was July 7, 2025.

On June 4, 2025 the Trustee filed his Motion to Extend Claims Objection Bar Date in Fourth Amended Plan of Reorganization for MP Reorganization (the "Motion") [Dkt. No. 1693]. The Court entered its Order granting the Motion on July 13, 2025 [Dkt. 1699] and extending the Claims Objection Bar Date to April 7, 2026.

As set forth in the Declaration of Nathan F. Smith filed concurrently herewith, following resolution and allowance of the administrative priority professional fee claims, unpaid professional fee claims exceed the amount of funds currently held by the Trustee.

The Trustee is now continuing with efforts to raise additional funds for the estate, and is continuing pursuit of claims against Ryan Drexler, Consac, LLC., Paul Karr and Michael Heller in the pending adversary matter, Nathan F. Smith, Liquidating Trustee vs. Ryan Drexler, et al., Adv. No. 24-01181-NMC.   The Trustee believes that those claims have value and may result in a distribution to unsecured creditors of the estate.  It would, however, be unwise for the Trustee to pursue administration of claims until such time as the outcome of that litigation is known.

For the foregoing reasons, the Trustee requests an extension of the Claim Objection Deadline for an additional nine months, from April 7, 2026 to January 7, 2027.

A proposed Order granting this Motion is attached hereto as Exhibit "1".

////

////

////

Therefore, the Trustee respectfully prays for an Order of this Court extending the Claims Objections Deadline to January 7, 2027, without prejudice to the granting of additional extensions, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED:  April 1, 2026        RINGSTAD & SANDERS LLP

By: */s/ Todd C. Ringstad*
Todd C. Ringstad
Counsel for Nathan F. Smith,
Liquidating Trustee

Ringstad & Sanders
— L.L.P. —

- 3 -

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

                Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:  _____, 2026
Hearing Time:  9:30 a.m.

**ORDER GRANTING SEOND MOTION OF NATHAN F. SMITH, LIQUIDATING TRUSTEE, TO EXTEND CLAIMS OBJECTION BAR DATE**

Ringstad & Sanders
L.L.P.

Based upon the Second Motion of Nathan F. Smith, Liquidating Trustee to Extend Claims Objection Bar Date,  and good cause appearing therefor, it is hereby

ORDERED:

The Claims Objection Bar Date as defined in the Plan at Article 1.B.26 is hereby extended to January 7, 2027, without prejudice to the seeking or obtaining of further extensions to the Claims Objection Bar Date.

Submitted by:

DATED:  April 1, 2026                      RINGSTAD & SANDERS LLP

By: */s/ Todd C. Ringstad*
Todd C. Ringstad
Counsel for Nathan F. Smith,
Liquidating Trustee

- 2 -

Exhibit "1"
Page 5

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

               Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:
Hearing Time:

## CERTIFICATE OF SERVICE

1.    On April 1, 2026, I served the following documents:

- Second Motion of Nathan F. Smith Liquidating Trustee to Extend Claims Objections Bar Date

*2.*    I served the above-named document(s) by the following means to the persons as listed below*:*

*(Check all that apply)*

☒    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **RYAN A. ANDERSEN**    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

- **JERROLD L. BREGMAN**    jbregman@bg.law, ecf@bg.law

- **OGONNA M. BROWN**    Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

- **DAVID ERNESTO CHAVEZ**    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

- **SHAWN CHRISTIANSON**    schristianson@buchalter.com, cmcintire@buchalter.com

- **DYLAN T CICILIANO**    dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

- **MARK E. FERRARIO**    ferrariom@gtlaw.com

- **JOHN D. FIERO**    jfiero@pszjlaw.com

- **SYDNEY R GAMBEE**    srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com

- **GREGORY E GARMAN**    ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

- **NEDDA GHANDI**    nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

- **ANDREW GLADSTEIN**    andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com

- **STEVEN T GUBNER**    sgubner@bg.law, ecf@bg.law

- **GABRIELLE A. HAMM**    ghamm@nvfirm.com, ecf@nvfirm.com

- **RICHARD F. HOLLEY**    rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

- **ALLYSON JOHNSON**    allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

- **ROBERT R. KINAS**    rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

- **SHARA L. LARSON**    shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com

- **BRYAN A. LINDSEY**    blindsey@nvfirm.com

- **BRADLEY L. LIPMAN**    blipman@RRBLF.com

- **DAVID MINCIN**    dmincin@mincinlaw.com, cburke@mincinlaw.com

- **WILLIAM M. NOALL**    wnoall@gtg.legal, bknotices@gtg.legal

- **TRACY M. O'STEEN**    tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com

- **SHAWN R PEREZ**    shawn711@msn.com

- **TERESA M. PILATOWICZ**    tpilatowicz@gtg.legal, bknotices@gtg.legal

- **MICHAEL P. RICHMAN**    mrichman@randr.law, 9030248420@filings.docketbird.com

- **TODD C RINGSTAD**    todd@ringstadlaw.com, becky@ringstadlaw.com

- **JASON H. ROSELL**    jrosell@pszjlaw.com

- **SAMUEL A. SCHWARTZ**    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

- **SUSAN K. SEFLIN    sseflin@bg.law**

- **NATHAN F. SMITH    nathan@mclaw.org, C201@ecfcbis.com**

- **JEFFREY D. STERNKLAR    jeffrey@sternklarlaw.com**

- **ROBERT T. STEWART    rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com**

- **STRETTO    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com**

- **U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov**

- **MARK M. WEISENMILLER    mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com**

- **JOSEPH G. WENT    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com**

- **STUART FREEMAN WILSON-PATTON    stuart.wilson-patton@ag.tn.gov**

- **RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com**

- **MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com**

-

☐ **United States mail**, postage fully prepaid

☐ **Personal Service** (List Persons and addresses):

☐ **By Direct Email** (as opposed to through the ECF system):

☐ **By Fax Transmission**  (List Persons and fax numbers):

- 4 -

☐    **By Messenger**  (List Persons and addresses):


I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 1, 2026


/s/ Becky Metzner
Becky Metzner

- 5 -