Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

           Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date; TO BE SET
Hearing Time:

**DECLARATION OF NATHAN F. SMITH, LIQUIDATING TRUSTEE, IN SUPPORT OF SECOND MOTION TO EXTEND CLAIMS OBJECTION BAR DATE**

Nathan F. Smith, formerly Chapter 11 Trustee and currently serving as Liquidating Trustee, ("Trustee") hereby respectfully submits this Declaration in Support of the Second Motion for an Order Extending the Claims Objection Bar Date filed concurrently herewith.

////

////

////

////

////

**DECLARATION OF NATHAN F. SMITH**

I, Nathan F. Smith, do hereby declare:

1.    I am the Liquidating Trustee of the Liquidating Trust of MP Reorganization and formerly served as the Chapter 11 Trustee of the estate of MP Reorganization.

2.    The Plan was confirmed by this Court's Findings of Fact, Conclusions of Law, and Order Confirming Creditors' Fourth Amended Plan of Reorganization for MP Reorganization under chapter 11 of the Bankruptcy Code entered on February 19, 2025 [Dkt. No. 1583] (the "Plan Confirmation Order").  The Effective Date of the Plan occurred on March 6, 2025 (see Notice of Effective Date filed on March 6, 2025 [Dkt. No. 1602]).

3.    The Plan provides, at Article X.A.4., "Any objections to Claims shall be filed no later than the Claims Objection Bar Date."  The "Claims Objection Bar Date" is defined in the Plan at Article 1.B.26 as "for each Claim, the later of (a) 120 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by an order of the Bankruptcy Court for objecting to such Claims."  The first business day that is not less than 120 days from the Effective Date that is not a weekend day or holiday was July 7, 2025.

4.    On June 4, 2025 a Motion to Extend Claims Objection Bar Date in Fourth Amended Plan of Reorganization for MP Reorganization (the "Motion") [Dkt 1693] was filed. The Court entered its Order granting the Motion on July 13, 2025 [Dkt. 1699] and extending the Claims Objection Bar Date to April 7, 2026.

5.    Following resolution and allowance of the administrative priority professional fee claims, unpaid professional fee claims exceed the amount of funds currently held by the Trustee.

6.    I am continuing with efforts to raise additional funds for the estate, and am continuing pursuit of claims against Ryan Drexler, Consac, LLC., Paul Karr and Michael Heller in the pending adversary matter, Nathan F. Smith, Liquidating Trustee vs. Ryan Drexler, et al., Adv. No. 24-01181-NMC.  I believe that those claims have value and may result in a distribution to unsecured creditors of the estate.  It would, however, be unwise to pursue administration of claims until such time as the outcome of that litigation is known.

Ringstad & Sanders
L.L.P.

7.      It could take a considerable period of time to achieve any significant recovery on the potential claims against third parties held by the estate.  I therefore request that the Court approve an extension of the Claim Objection Deadline for an additional nine months, from April 7, 2026 to January 7, 2027, without prejudice to further requests for extension.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of April, 2026.

/s/Nathan F. Smith
Nathan F. Smith

Respectfully submitted by:

DATED:  April 1, 2026          RINGSTAD & SANDERS LLP

By: */s/ Todd C. Ringstad*
Todd C. Ringstad
Counsel for Nathan F. Smith,
Liquidating Trustee

- 3 -

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:
Hearing Time:

## CERTIFICATE OF SERVICE

1.     On April 1, 2026, I served the following documents:

- Declaration of Nathan F. Smith, Liquidating Trustee, in Support of Second Motion to Extend Claims Objections Bar Date

*2.*     I served the above-named document(s) by the following means to the persons as listed below*:*

*(Check all that apply)*

☒     **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **RYAN A. ANDERSEN**    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

- **JERROLD L. BREGMAN**    jbregman@bg.law, ecf@bg.law

- **OGONNA M. BROWN**    Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

- **DAVID ERNESTO CHAVEZ**    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

- **SHAWN CHRISTIANSON**    schristianson@buchalter.com, cmcintire@buchalter.com

- **DYLAN T CICILIANO**    dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

- **MARK E. FERRARIO**    ferrariom@gtlaw.com

- **JOHN D. FIERO**    jfiero@pszjlaw.com

- **SYDNEY R GAMBEE**    srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com

- **GREGORY E GARMAN**    ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

- **NEDDA GHANDI**    nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

- **ANDREW GLADSTEIN**    andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com

- **STEVEN T GUBNER**    sgubner@bg.law, ecf@bg.law

- **GABRIELLE A. HAMM**    ghamm@nvfirm.com, ecf@nvfirm.com

- **RICHARD F. HOLLEY**    rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

- **ALLYSON JOHNSON**    allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

- **ROBERT R. KINAS**    rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

- **SHARA L. LARSON**    shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com

- **BRYAN A. LINDSEY**    blindsey@nvfirm.com

- **BRADLEY L. LIPMAN**    blipman@RRBLF.com

- **DAVID MINCIN**    dmincin@mincinlaw.com, cburke@mincinlaw.com

- **WILLIAM M. NOALL**    wnoall@gtg.legal, bknotices@gtg.legal

- **TRACY M. O'STEEN**    tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com

- **SHAWN R PEREZ**    shawn711@msn.com

- **TERESA M. PILATOWICZ**    tpilatowicz@gtg.legal, bknotices@gtg.legal

- **MICHAEL P. RICHMAN**    mrichman@randr.law, 9030248420@filings.docketbird.com

- **TODD C RINGSTAD**    todd@ringstadlaw.com, becky@ringstadlaw.com

- **JASON H. ROSELL**    jrosell@pszjlaw.com

- **SAMUEL A. SCHWARTZ**    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

- 3 -

- **SUSAN K. SEFLIN**     **sseflin@bg.law**

- **NATHAN F. SMITH**     **nathan@mclaw.org, C201@ecfcbis.com**

- **JEFFREY D. STERNKLAR**     **jeffrey@sternklarlaw.com**

- **ROBERT T. STEWART**     **rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com**

- **STRETTO**     **ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com**

- **U.S. TRUSTEE - LV - 11**     **USTPRegion17.lv.ecf@usdoj.gov**

- **MARK M. WEISENMILLER**     **mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com**

- **JOSEPH G. WENT**     **jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com**

- **STUART FREEMAN WILSON-PATTON**     **stuart.wilson-patton@ag.tn.gov**

- **RYAN J. WORKS**     **rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com**

- **MATTHEW C. ZIRZOW**     **mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com**

- 

☐ **United States mail**, postage fully prepaid

☐ **Personal Service** (List Persons and addresses):

☐ **By Direct Email** (as opposed to through the ECF system):

☐ **By Fax Transmission**  (List Persons and fax numbers):

- 4 -

☐    **By Messenger**  (List Persons and addresses):


I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 1, 2026


/s/ Becky Metzner
Becky Metzner

- 5 -