

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

MP REORGANIZATION,

          Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:   (No Hearing Set)
Hearing Time:

**_EX PARTE_ MOTION FOR ORDER SHORTENING TIME TO HEAR SECOND MOTION OF NATHAN F. SMITH, LIQUIDATING TRUSTEE, TO EXTEND <u>CLAIMS OBJECTION BAR DATE</u>**
.

Nathan F. Smith, formerly Chapter 11 Trustee (the "Trustee"), hereby files this *ex parte* motion (the "Ex Parte Motion") for an order shortening time for hearing on Trustee's Second Motion to Extend Claims Objection Bar Date (the "Motion").

This Ex Parte Motion is made pursuant to Bankruptcy Rule 9006 and Local Rule 9006, the Declaration of Todd C. Ringstad filed concurrently herewith, the points and authorities set forth below, and the pleadings and papers and other records contained in this Court's file, judicial notice of which is respectfully requested.

Ringstad & Sanders
——— L.L.P. ———

**POINTS AND AUTHORITIES**

Section 105 of the Bankruptcy Code allows this court to issue such orders as are necessary to carry out the provisions of this title. Bankruptcy Rule 9006(c)(1) permits a bankruptcy court, for cause shown and, in its discretion, to reduce the period during which any notice is given in accordance with the bankruptcy rules. Fed.R.Bankr.P.9006(c)(1).

The operative section of the Bankruptcy Code's rules of construction set forth in 11 U.S.C. §102(1) define the phrase "after notice and a hearing," or similar phrases used throughout the Bankruptcy Code and Bankruptcy Rules as follows:

> (A) . . . after such notice as is appropriate in the particular circumstances, and such opportunity for a hearing as is appropriate in the particular circumstances; but (B) authorizes an act without an actual hearing if such notice is given properly and if – (i) such a hearing is not requested timely by a party in interest; or (ii) there is insufficient time for a hearing to be commenced before such an act must be done, and the court authorizes such an act.

11 U.S.C. §101(1); see also Fed.R.Bankr.P.9001 (making the Bankruptcy Code's rules of construction applicable to the Federal Rules of Bankruptcy Procedure.

Relief under Bankruptcy Rule 9006(c)(1) is committed to the Court's discretion. *See, e.g., In re Phila. Newspapers, LLC,* 690 F.3d 161, 171 (3d Cir. 2012). "In exercising that discretion, [the Court] should consider the prejudice to parties entitled to notice and weigh this against the reasons for hearing the motion on an expedited basis," *Id.*

Under Local Rule 9006(a), every motion for an order shortening time must be accompanied by a declaration stating the reasons for an expedited hearing. As set forth in the Declaration of Todd C. Ringstad filed concurrently herewith, there is good cause for an expedited hearing on the Motion.

The Plan was confirmed by this Court's Findings of Fact, Conclusions of Law, and Order Confirming Creditors' Fourth Amended Plan of Reorganization for MP Reorganization under chapter 11 of the Bankruptcy Code entered on February 19, 2025 [Dkt. No. 1583] (the "Plan Confirmation Order"). The Effective Date of the Plan occurred on March 6, 2025 (see Notice of Effective Date filed on March 6, 2025 [Dkt. No. 1602]).

The Plan provides, at Article X.A.4., "Any objections to Claims shall be filed no later than the Claims Objection Bar Date." The "Claims Objection Bar Date" is defined in the Plan at Article 1.B.26 section B.as "for each Claim, the later of (a) 120 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by an order of the Bankruptcy Court for objecting to such Claims." The first business day that is not less than 120 days from the Effective Date that is not a weekend day or holiday was July 7, 2025.

On June 4, 2025 the Liquidating Trustee filed his Motion to Extend Claims Objection Bar Date in Fourth Amended Plan of Reorganization for MP Reorganization (the "Motion") [Dkt. 1693]. The Court entered its Order granting the Motion on July 13, 2025 [Dkt. 1699] and extending the Claims Objection Bar Date to April 7, 2026.

As set forth in the Declaration of Nathan F. Smith filed concurrently herewith, following resolution and allowance of the administrative priority professional fee claims, unpaid professional fee claims exceed the amount of funds currently held by the Trustee.

The Trustee is now continuing with efforts to raise additional funds for the estate, and is continuing pursuit of claims against Ryan Drexler, Consac, LLC., Paul Karr and Michael Heller in the pending adversary matter, Nathan F. Smith, Liquidating Trustee vs. Ryan Drexler, et al., Adv. No. 24-01181-NMC. The Trustee believes that those claims have value and may result in a distribution to unsecured creditors of the estate. It would, however, be unwise for the Trustee to pursue administration of claims until such time as the outcome of that litigation is known.

For the foregoing reasons, the Trustee requests an extension of the Claim Objection Deadline for an additional nine months, from April 7, 2026 to January 7, 2027.

Based upon the foregoing, the Trustee requests that this Court schedule a hearing on shortened time on the Trustee's Motion to Extend Claims Objection Bar Date at an available date that is prior to April 7, 2026.

////

////

////

- 3 -

Trustee therefore requests that the Court set a hearing date on a date prior to April 7, 2026, and enter an order shortening time to the extent necessary to allow the hearing on the available date.

Respectfully submitted,

DATED: April 1, 2026     RINGSTAD & SANDERS LLP

By: */s/ Todd C. Ringstad*
Todd C. Ringstad
Counsel for Nathan F. Smith,
Liquidating Trustee

- 4 -

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

                    Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:
Hearing Time:

## CERTIFICATE OF SERVICE

1.      On April 1, 2026, I served the following documents:

- Ex Parte Motion for Order Shortening Time to Hear Second Motion of Nathan F. Smith, Liquidating Trustee, to Extend Claims Objections Bar Date

*2.*      I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒      **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **RYAN A. ANDERSEN**   ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

- **BRETT A. AXELROD**   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

- **JERROLD L. BREGMAN**   jbregman@bg.law, ecf@bg.law

- **OGONNA M. BROWN**   Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

- **CANDACE C CARLYON**   ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

- **DAVID ERNESTO CHAVEZ**   chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

- **SHAWN CHRISTIANSON**   schristianson@buchalter.com, cmcintire@buchalter.com

- **DYLAN T CICILIANO**   dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

- **MARK E. FERRARIO**   ferrariom@gtlaw.com

- **JOHN D. FIERO**   jfiero@pszjlaw.com

- **SYDNEY R GAMBEE**   srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com

- **GREGORY E GARMAN**   ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

- **NEDDA GHANDI**   nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

- **ANDREW GLADSTEIN**   andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com

- 2 -

- **STEVEN T GUBNER     sgubner@bg.law, ecf@bg.law**

- **GABRIELLE A. HAMM     ghamm@nvfirm.com, ecf@nvfirm.com**

- **RICHARD F. HOLLEY     rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com**

- **ALLYSON JOHNSON     allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com**

- **ROBERT R. KINAS     rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com**

- **BART K. LARSEN     BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com**

- **SHARA L. LARSON     shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com**

- **BRYAN A. LINDSEY     blindsey@nvfirm.com**

- **BRADLEY L. LIPMAN     blipman@RRBLF.com**

- **DAVID MINCIN     dmincin@mincinlaw.com, cburke@mincinlaw.com**

- **WILLIAM M. NOALL     wnoall@gtg.legal, bknotices@gtg.legal**

- **TRACY M. O'STEEN     tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com**

- **SHAWN R PEREZ     shawn711@msn.com**

- **TERESA M. PILATOWICZ     tpilatowicz@gtg.legal, bknotices@gtg.legal**

- **MICHAEL P. RICHMAN     mrichman@randr.law, 9030248420@filings.docketbird.com**

- **TODD C RINGSTAD     todd@ringstadlaw.com, becky@ringstadlaw.com**

- **JASON H. ROSELL     jrosell@pszjlaw.com**

- **SAMUEL A. SCHWARTZ     saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com**

- 3 -

- **SUSAN K. SEFLIN**     sseflin@bg.law

- **NATHAN F. SMITH**     nathan@mclaw.org, C201@ecfcbis.com

- **JEFFREY D. STERNKLAR**     jeffrey@sternklarlaw.com

- **ROBERT T. STEWART**     rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

- **STRETTO**     ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

- **U.S. TRUSTEE - LV - 11**     USTPRegion17.lv.ecf@usdoj.gov

- **MARK M. WEISENMILLER**     mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

- **JOSEPH G. WENT**     jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

- **STUART FREEMAN WILSON-PATTON**     stuart.wilson-patton@ag.tn.gov

- **RYAN J. WORKS**     rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

- **MATTHEW C. ZIRZOW**     mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

- 

☐    **United States mail**, postage fully prepaid

☐    **Personal Service** (List Persons and addresses):

☐    **By Direct Email** (as opposed to through the ECF system):

☐    **By Fax Transmission**  (List Persons and fax numbers):

- 4 -

☐ **By Messenger** (List Persons and addresses):

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 1, 2026

/s/ Becky Metzner
Becky Metzner

- 5 -