Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Forest Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

                    Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date: No Hearing Set
Hearing Time:  _____.

**DECLARATION OF TODD C. RINGSTAD IN SUPPORT OF *EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR SECOND* MOTION TO EXTEND CLAIMS OBJECTION BAR DATE**

Nathan F. Smith, former Chapter 11 Trustee and currently serving as Liquidating Trustee, ("Trustee") hereby respectfully submits this Declaration in Support of the *Ex Parte Motion for Order Shortening Time to* Hear the Trustee's Second Motion for an Order Extending the Claims Objection Bar Date.

//

//

//

//

**DECLARATION OF TODD C. RINGSTAD**

I, Todd C. Ringstad, do hereby declare:

1.      The following matters are true and correct and within my own personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am a member of the law firm of Ringstad & Sanders LLP, attorneys for Nathan F. Smith, former Chapter 11 Trustee and currently serving as Liquidating Trustee, ("Trustee") of the Liquidating Trust of MP Reorganization.

2.      The Fourth Amended Plan of Reorganization was confirmed by this Court's Findings of Fact, Conclusions of Law, and Order Confirming Creditors' Fourth Amended Plan of Reorganization for MP Reorganization under chapter 11 of the Bankruptcy Code entered on February 19, 2025 [Dkt. No. 1583] (the "Plan Confirmation Order").  The Effective Date of the Plan occurred on March 6, 2025 (see Notice of Effective Date filed on March 6, 2025 [Dkt. No. 1602]).

3.      The Plan provides, at Article X.A.4., "Any objections to Claims shall be filed no later than the Claims Objection Bar Date."  The "Claims Objection Bar Date" is defined in the Plan at Article 1.B.26 as "for each Claim, the later of (a) 120 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by an order of the Bankruptcy Court for objecting to such Claims."  The first business day that is not less than 120 days from the Effective Date that is not a weekend day or holiday was July 7, 2025.

4.      On June 4, 2025 the Liquidating Trustee filed his Motion to Extend Claims Objection Bar Date in Fourth Amended Plan of Reorganization for MP Reorganization (the "Motion") [Dkt. 1693].  The Court entered its Order granting the Motion on July 13, 2025 [Dkt. 1699] and extending the Claims Objection Bar Date to April 7, 2026.

5.      As set forth in the Declaration of Nathan F. Smith filed concurrently herewith, following resolution and allowance of the administrative priority professional fee claims, unpaid professional fee claims exceed the amount of funds currently held by the Trustee.

6.      The Trustee is now continuing with efforts to raise additional funds for the estate,

- 2 -

and is continuing pursuit of claims against Ryan Drexler, Consac, LLC., Paul Karr and Michael Heller in the pending adversary matter, Nathan F. Smith, Liquidating Trustee vs. Ryan Drexler, et al., Adv. No. 24-01181-NMC.   The Trustee believes that those claims have value and may result in a distribution to unsecured creditors of the estate.  It would, however, be unwise for the Trustee to pursue administration of claims until such time as the outcome of that litigation is known.

7. It could take a considerable period of time to achieve any significant recovery on the potential claims against third parties held by the estate.  I therefore request that the Court approve an extension of the Claim Objection Deadline for an additional nine months, from April 7, 2026 to January 7, 2026, without prejudice to further requests for extension.

8. We therefore request that this Court set a hearing on the concurrently filed Second Motion of Nathan F. Smith, Liquidating Trustee, to Extend Claims Objection Bar Date (the "Motion") on a date prior to April 7, 2026, and order that the time for filing and service of the Motion is shortened sufficient to permit the filing and service of notice of the hearing on the Motion prior to the date of the hearing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of April 2026.

/s/ Todd C. Ringstad
Todd C. Ringstad

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. 22-14422-NMC |
|---|---|
| MP REORGANIZATION, | Chapter 11 Proceeding |
| Debtor. | Hearing Date: <br> Hearing Time: |

## CERTIFICATE OF SERVICE

1.     On April 1, 2026, I served the following documents:

- Declaration of Todd C. Ringstad in Support of Ex Parte Motion for Order Shortening Time to Hear Second Motion of Nathan F. Smith, Liquidating Trustee, to Extend Claims Objections Bar Date

*2.*     I served the above-named document(s) by the following means to the persons as listed below*:*

*(Check all that apply)*

☒     **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **RYAN A. ANDERSEN    ryan@aandblaw.com,** **melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com**

- **BRETT A. AXELROD    baxelrod@foxrothschild.com,** **pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothsc** **hild.com;nv.dkt@foxrothschild.com**

- **JERROLD L. BREGMAN    jbregman@bg.law, ecf@bg.law**

- **OGONNA M. BROWN    Ogonna.Brown@wbd-us.com, ogonna-brown-** **4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroc** **a.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com**

- **CANDACE C CARLYON    ccarlyon@carlyoncica.com,** **CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420** **@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyon** **cica.com**

- **DAVID ERNESTO CHAVEZ    chavezd@ballardspahr.com,** **LitDocket_West@ballardspahr.com**

- **SHAWN CHRISTIANSON    schristianson@buchalter.com,** **cmcintire@buchalter.com**

- **DYLAN T CICILIANO    dciciliano@gtg.legal, bknotices@gtg.legal;ecf-** **processing@gtg.legal**

- **MARK E. FERRARIO    ferrariom@gtlaw.com**

- **JOHN D. FIERO    jfiero@pszjlaw.com**

- **SYDNEY R GAMBEE    srgambee@hollandhart.com,** **pmostlie@hollandhart.com,krcole@hollandhart.com**

- **GREGORY E GARMAN    ggarman@gtg.legal, bknotices@gtg.legal,ecf-** **processing@gtg.legal**

- **NEDDA GHANDI    nedda@ghandilaw.com,** **lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.co** **m,shara@ghandilaw.com**

- **ANDREW GLADSTEIN    andrew.gladstein@freshfields.com,** **autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@fi** **lings.docketbird.com;6188914420@filings.docketbird.com**

- 2 -

- **STEVEN T GUBNER    sgubner@bg.law, ecf@bg.law**

- **GABRIELLE A. HAMM    ghamm@nvfirm.com, ecf@nvfirm.com**

- **RICHARD F. HOLLEY    rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com**

- **ALLYSON JOHNSON    allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com**

- **ROBERT R. KINAS    rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com**

- **BART K. LARSEN    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com**

- **SHARA L. LARSON    shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com**

- **BRYAN A. LINDSEY    blindsey@nvfirm.com**

- **BRADLEY L. LIPMAN    blipman@RRBLF.com**

- **DAVID MINCIN    dmincin@mincinlaw.com, cburke@mincinlaw.com**

- **WILLIAM M. NOALL    wnoall@gtg.legal, bknotices@gtg.legal**

- **TRACY M. O'STEEN    tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com**

- **SHAWN R PEREZ    shawn711@msn.com**

- **TERESA M. PILATOWICZ    tpilatowicz@gtg.legal, bknotices@gtg.legal**

- **MICHAEL P. RICHMAN    mrichman@randr.law, 9030248420@filings.docketbird.com**

- **TODD C RINGSTAD    todd@ringstadlaw.com, becky@ringstadlaw.com**

- **JASON H. ROSELL    jrosell@pszjlaw.com**

- **SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com**

- 3 -

- **SUSAN K. SEFLIN**    sseflin@bg.law

- **NATHAN F. SMITH**    nathan@mclaw.org, C201@ecfcbis.com

- **JEFFREY D. STERNKLAR**    jeffrey@sternklarlaw.com

- **ROBERT T. STEWART**    rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

- **STRETTO**    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov

- **MARK M. WEISENMILLER**    mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

- **JOSEPH G. WENT**    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

- **STUART FREEMAN WILSON-PATTON**    stuart.wilson-patton@ag.tn.gov

- **RYAN J. WORKS**    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

- 

☐ **United States mail**, postage fully prepaid

☐ **Personal Service** (List Persons and addresses):

☐ **By Direct Email** (as opposed to through the ECF system):

☐ **By Fax Transmission**  (List Persons and fax numbers):

- 4 -

☐    **By Messenger**  (List Persons and addresses):


I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 1, 2026


/s/ Becky Metzner
Becky Metzner

- 5 -