**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824
*Attorneys for Amy Lane*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-14422-NMC<br>Chapter 11 |
| MP REORGANIZATION, | |
| Debtor. | **CERTIFICATE OF SERVICE** |

1.      On April 24, 2026, I caused to be served the following document(s):

a.   WRIT OF EXECUTION (ECF No. 1750).

2.      I served the above-named document(s) by the following means upon the persons as listed below:

[ X ]   a.   **BY ECF SYSTEM:**

RYAN A. ANDERSEN on behalf of Interested Party ThermoLife International
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Creditor HILCO CORPORATE FINANCE, LLC
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Other Prof. HILCO CORPORATE FINANCE, LLC
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

JERROLD L. BREGMAN on behalf of Counter-Claimant RYAN DREXLER
jbregman@bg.law, ecf@bg.law

JERROLD L. BREGMAN on behalf of Defendant RYAN DREXLER
jbregman@bg.law, ecf@bg.law

OGONNA M. BROWN on behalf of Creditor Prestige Capital Corporation
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@le
wisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor Prestige Capital Finance, LLC
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@le
wisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of Attorney CARLYON CICA CHTD
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbir
d.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party Ryan Drexler
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbir
d.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

DAVID ERNESTO CHAVEZ on behalf of Creditor White Winston Select Asset Funds, LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DYLAN T CICILIANO on behalf of Counter-Defendant EMPERY TAX EFFICIENT, LP
dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

DYLAN T CICILIANO on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

DYLAN T CICILIANO on behalf of Plaintiff MP COLLATERAL, A DELAWARE
LIMITED LIABILITY COMPANY
dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

MARK E. FERRARIO on behalf of Defendant CONSAC, LLC
ferrariom@gtlaw.com

MARK E. FERRARIO on behalf of Defendant RYAN DREXLER ferrariom@gtlaw.com

JOHN D. FIERO on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
jfiero@pszjlaw.com

SYDNEY R GAMBEE on behalf of Interested Party Eric Brahm
srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com

GREGORY E GARMAN on behalf of Interested Party EMPERY TAX EFFICIENT, LP
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Plaintiff MP COLLATERAL, A DELAWARE
LIMITED LIABILITY COMPANY
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

NEDDA GHANDI on behalf of Interested Party JW NUTRITIONAL LLC
nedda@ghandilaw.com,
lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandil
aw.com

ANDREW GLADSTEIN on behalf of Interested Party EMPERY TAX EFFICIENT, LP
andrew.gladstein@freshfields.com,
autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.
com;6188914420@filings.docketbird.com

ANDREW GLADSTEIN on behalf of Interested Party Amy Lane
andrew.gladstein@freshfields.com,
autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.
com;6188914420@filings.docketbird.com

STEVEN T GUBNER on behalf of Attorney BG LAW LLP sgubner@bg.law, ecf@bg.law

GABRIELLE A. HAMM on behalf of Attorney SCHWARTZ LAW, PLLC
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Attorney SCHWARTZ, PLLC
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Debtor MP REORGANIZATION
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Interested Party MUSCLEPHARM CORPORATION
ghamm@nvfirm.com, ecf@nvfirm.com

RICHARD F. HOLLEY on behalf of Witness TODD ENRIGHT
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-
0715@ecf.pacerpro.com

ALLYSON JOHNSON on behalf of Creditor Excelsior Nutrition, Inc.
allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

ROBERT R. KINAS on behalf of Creditor FITLIFE BRANDS, INC. rkinas@swlaw.com,
mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Plaintiff WHITE WINSTON SELECT ASSET FUNDS, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

SHARA L. LARSON on behalf of Interested Party JW NUTRITIONAL LLC
shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com

BRYAN A. LINDSEY on behalf of Debtor MP REORGANIZATION
blindsey@nvfirm.com

BRADLEY L. LIPMAN on behalf of Counter-Claimant RYAN DREXLER
blipman@RRBLF.com

BRADLEY L. LIPMAN on behalf of Defendant RYAN DREXLER
blipman@RRBLF.com

DAVID MINCIN on behalf of Counter-Claimant RYAN DREXLER
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Creditor RYAN DREXLER
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Defendant RYAN DREXLER
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Defendant RYAN DREXLER, AN INDIVIDUAL
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Interested Party Ryan Drexler
dmincin@mincinlaw.com, cburke@mincinlaw.com

WILLIAM M. NOALL on behalf of Creditor EMPERY ASSET MANAGEMENT, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ALTIUM GROWTH FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant BIGGER CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant CVI INVESTMENT, INC.
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant DISTRICT 2 CAPITAL FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY MASTER ONSHORE, LLC wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT III wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant EMPERY TAX EFFICIENT, LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant INTRACOASTAL CAPITAL LLC wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant IONIC VENTURES, LLC wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant L1 CAPITAL GLOBAL OPPORTUNITIES MAASTER FUND wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant ROTH CAPITAL PARTNERS, LLC wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant WALLEYE OPPORTUNITY MASTER FUND LTD. wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Interested Party EMPERY TAX EFFICIENT, LP wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Plaintiff MP COLLATERAL, A DELAWARE LIMITED LIABILITY COMPANY wnoall@gtg.legal, bknotices@gtg.legal

TRACY M. O'STEEN on behalf of Attorney CARLYON CICA CHTD tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com

TRACY M. O'STEEN on behalf of Interested Party Ryan Drexler tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com

SHAWN R PEREZ on behalf of Trustee CHAPTER 11 - LV shawn711@msn.com

SHAWN R PEREZ on behalf of Trustee NATHAN F. SMITH shawn711@msn.com

TERESA M. PILATOWICZ on behalf of Counter-Defendant EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Defendant EMPERY DEBT OPPORTUNITY FUND, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Defendant EMPERY MASTER ONSHORE, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Defendant EMPERY TAX EFFICIENT III
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Defendant EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Interested Party EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Interested Party Amy Lane
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff EMPERY TAX EFFICIENT, LP
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff MP COLLATERAL, A DELAWARE LIMITED LIABILITY COMPANY
tpilatowicz@gtg.legal, bknotices@gtg.legal

MICHAEL P. RICHMAN on behalf of Attorney Richman & Richman LLC
mrichman@randr.law, 9030248420@filings.docketbird.com

TODD C RINGSTAD on behalf of Financial Advisor MAC RESTRUCTURING ADVISORS, LLC
todd@ringstadlaw.com, becky@ringstadlaw.com

TODD C RINGSTAD on behalf of Interested Party NATHAN F. SMITH
todd@ringstadlaw.com, becky@ringstadlaw.com

TODD C RINGSTAD on behalf of Plaintiff NATHAN F. SMITH
todd@ringstadlaw.com, becky@ringstadlaw.com

TODD C RINGSTAD on behalf of Trustee NATHAN F. SMITH
todd@ringstadlaw.com, becky@ringstadlaw.com

JASON H. ROSELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jrosell@pszjlaw.com

SAMUEL A. SCHWARTZ on behalf of Attorney SCHWARTZ LAW, PLLC
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Debtor MP REORGANIZATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Interested Party MUSCLEPHARM CORPORATION
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SUSAN K. SEFLIN on behalf of Interested Party Ryan Drexler  sseflin@bg.law

NATHAN F. SMITH  nathan@mclaw.org, C201@ecfcbis.com

NATHAN F. SMITH on behalf of Trustee NATHAN F. SMITH
nathan@mclaw.org, C201@ecfcbis.com

JEFFREY D. STERNKLAR on behalf of Attorney Jeffrey D Sternklar
jeffrey@sternklarlaw.com

ROBERT T. STEWART on behalf of Creditor NutraBlend Foods
rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party EMPERY TAX EFFICIENT, LP
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

MARK M. WEISENMILLER on behalf of Interested Party AMY LANE
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Interested Party MHF Opco, LLC
jgwent@hollandhart.com,
vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Brian Slater
jgwent@hollandhart.com,
vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party Eric Brahm
jgwent@hollandhart.com,
vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor ERIC HILLMAN
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Creditor RITA MIKEL
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney JASON H. ROSELL
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Attorney JOHN D. FIERO
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Intervenor OFFICIAL COMMITTEE OF
UNSECURED CREDITORS mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

[ X ]    b.   **UNITED STATES CERTIFIED MAIL, POSTAGE FULLY PREPAID:**

REID RUBINSTEIN & BOGATZ
I. SCOTT BOGATZ, ESQ.
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101

[  ]     c.   **PERSONAL SERVICE:**

I personally delivered the document(s) to the persons at these addresses:

[  ]     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[  ]     For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[  ]     d.   **DIRECT EMAIL (as opposed to through the ECF System):**

Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[  ]     e.   **FACSIMILE:**

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached hereto.

[  ]     f.   **MESSENGER:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service.  A declaration by the messenger is attached to this certificate of service.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on:     April 24, 2026

Melissa Rodriguez                              */s/ Melissa Rodriguez*
(Name of Declarant)                            An employee of Andersen Beede Weisenmiller