**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824
*Attorneys for Amy Lane*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

　　　　　　Debtor.

Case No.: 22-14422-NMC
Chapter 11

**CERTIFICATE OF SERVICE**

　　　1.　　On December 11, 2025, I caused to be served the following document(s):

　　　　　a.　ORDER GRANTING FEES AND COSTS TO AMY LANE (ECF No. 1711).

　　　2.　　I served the above-named document(s) by the following means upon the persons as listed below:

　　　[ ]　a.　**BY ECF SYSTEM:**

　　　[ X ]　b.　**UNITED STATES CERTIFIED MAIL, POSTAGE FULLY PREPAID:**

Ryan Drexler
24604 Malibu Road
Malibu, CA 90265

Ryan Drexler
724 Marewood Trail
Reno, NV 89511

　　　[ ]　c.　**PERSONAL SERVICE:**

I personally delivered the document(s) to the persons at these addresses:

1 of 2

[ ]        For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[ ]        For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]        d.  **DIRECT EMAIL (as opposed to through the ECF System):**

Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]        e.  **FACSIMILE:**

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached hereto.

[ ]        f.  **MESSENGER:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service.  A declaration by the messenger is attached to this certificate of service.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on:      May 6, 2026

| Melissa Rodriguez | */s/ Melissa Rodriguez* |
|---|---|
| (Name of Declarant) | An employee of Andersen Beede Weisenmiller |