NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                    BK–22–14422–nmc
                                                          CHAPTER 11
MP REORGANIZATION

                        Debtor(s)                         NOTICE OF DOCKETING
                                                          ERROR

_____

**NOTICE IS ORDERED** that the following docket entry requires correction:

|  |  |
|---|---|
| Docket Number/Entry: | *1754* – Emergency Motion to Quash Writ of Execution Filed by BRADLEY L. LIPMAN on behalf of RYAN DREXLER (Attachments: # 1 Appendix Email chain between counsel – Exhibit A)(LIPMAN, BRADLEY) |
| Filed On: | 5/19/26 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)
    * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 5/21/26

*Dan Owens*

Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**