**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
BRAD LIPMAN, ESQ.
Nevada Bar No. 14567
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
blipman@rrblf.com

and

MCDONALD CARANO LLP
RYAN WORKS, ESQ.
Bar No. 9224
2300 W Sahara Ave., Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorneys for Ryan Drexler*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION<br><br>           Debtor. | Case No.: 2:22-bk-14422-NMC<br>Chapter 11<br><br>**STIPULATION ON BRIEFING AND HEARING FOR RYAN DREXLER'S EMERGENCY MOTION TO QUASH WRIT OF EXECUTION** |

Defendant/Counterdefendant Ryan Drexler and Amy Lane (together with Mr. Drexler, the "Parties"), by and through their respective undersigned counsel, hereby submit this stipulation (the "Stipulation").

WHEREAS, on May 19, 2026, Drexler filed an emergency motion to quash writ of execution (the "Motion").

WHEREAS, on May 19, 2026, the Parties attended a status hearing, during which the Parties and Court discussed the Motion's briefing schedule and related hearing.

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 | FAX: (702) 776-7900

NOW, THEREFORE, subject to the entry of the Order approving this Stipulation, the Parties hereby stipulate and agree that:

1.  Any response to the Motion shall be due by no later than Tuesday, May 26, 2026.

2.  Any reply to the Motion shall be due by no later than Friday, May 29, 2026.

3.  A hearing shall be held on the Motion on June 3, 2026 at 9:30 a.m.

**IT IS SO STIPULATED**.

REID RUBINSTEIN & BOGATZ

ANDERSEN BEEDE WEISENMILLER


*/s/ I. Scott Bogatz, Esq.*
I. Scott Bogatz, Esq.
NV Bar No. 3367
Brad Lipman, Esq.
NV Bar No. 14567
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
*Attorneys for Ryan Drexler*

*/s/ Mark M. Weisenmiller, Esq.*
Mark M. Weisenmiller, Esq.
NV Bar No. 12128
3199 E. Warm Springs Rd., Ste. 400
Las Vegas, Nevada 89120
*Attorneys for Amy Lane*

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 | FAX: (702) 776-7900