Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

          Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:   September 1, 2026
Hearing Time:  10:30 a.m.

**OBJECTION OF NATHAN F. SMITH, LIQUIDATING TRUSTEE, TO REQUEST FOR PAYMENT OF DEFENSE COSTS BY RAINES FELDMAN LITTRELL LLP**

Nathan F. Smith, formerly Chapter 11 Trustee and currently serving as Liquidating Trustee, ("Trustee") hereby submits this Objection to Request for Payment of Defense Costs made by Raines Feldman Littrell LLP, as counsel for Michael Heller and Paul Karr.

**I.**

**CONFIRMATON OF PLAN AND CLAIMS OBJECTION BAR DATE**

The Plan was confirmed by this Court's Findings of Fact, Conclusions of Law, and Order Confirming Creditors' Fourth Amended Plan of Reorganization for MP Reorganization under Chapter 11 of the Bankruptcy Code entered on February 19, 2025 as ECF No. 1583 (the "Plan

Confirmation Order").  The Effective Date of the Plan occurred on March 6, 2025 (see Notice of Effective Date filed on March 6, 2025 as ECF No. 1602).

During the Chapter 11 case, the Court entered the *Agreed Order Modifying the Automatic Stay and Authorizing Use of Estate Property, to the Extent Applicable, to Allow Payment, Reimbursement, and Advancement of Defense Costs Under Insurance Policies* (the "Agreed Order") as Doc. 357.

The Agreed Order prohibits Starstone Specialty Insurance Company and XL Specialty Insurance Company from paying, reimbursing or advanced defense costs for any Insured Person except under compliance with certain requirements.  Those requirements include:

Each law firm representing an insured person…shall provide counsel to the Debtor, Empery and Committee, on a monthly basis, a description ("Description") stating the total of all hours worked and the total dollar amount of all fees incurred in the previous calendar month, a one-paragraph brief narrative of the work performed by that firm in the previous month (which narrative need not include any information protected by the attorney-client privilege or the work product doctrine but must indicate the general subject matter of the work performed), along with the total amount of disbursements or other expenses paid in the previous month, broken down by category of expense, but not necessarily by individual expense. The initial description shall also disclose the total amount previously paid under the applicable Insurance Policy."

The Agreed Order further provides that the Debtor, Empery or the Committee may object to the payment of the defense costs by filing and serving a written objection.

The Liquidating Trustee objects to the payment of the defense costs in these circumstances due to the failure of Mr. Heller and Mr. Karr and their counsel to abide by the requirements of the Agreed Order.  Not at any time have Messers. Heller and Karr or their counsel provided the required monthly narrative of the work performed.

The Liquidating Trustee further notes that the parties are engaged in efforts to schedule

Ringstad & Sanders
L.L.P.

mediation between multiple parties to resolve all issues relating to the claims of the Liquidating Trustee against Messers. Heller and Karr.  It is appropriate that these claims be considered, negotiated and resolved as part of the mediation of the claims of the Liquidating Trustee against them.

Respectfully submitted,

DATED:  July 27, 2026                    RINGSTAD & SANDERS LLP


By: */s/ Todd C. Ringstad*
Todd C. Ringstad
Counsel for Nathan F. Smith,
Liquidating Trustee

- 3 -

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

                    Debtor.

Case No. 22-14422-NMC

Chapter 11 Proceeding

Hearing Date:    September 1, 2026
Hearing Time:    10:30 a.m.

## CERTIFICATE OF SERVICE

1.    On July 27, 2026, I served the following documents:

- Objection of Nathan F. Smith, Liquidating Trustee, to Request for Payment of Defense Costs by Raines Feldman Littrell LLP

2.    I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **RYAN A. ANDERSEN    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com**

- **BRETT A. AXELROD** baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

- **I. SCOTT BOGATZ** sbogatz@rrblf.com, paralegal@rrblf.com

- **JERROLD L. BREGMAN** jbregman@bg.law, ecf@bg.law

- **OGONNA M. BROWN** Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

- **CANDACE C CARLYON** ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

- **DAVID ERNESTO CHAVEZ** chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

- **SHAWN CHRISTIANSON** schristianson@buchalter.com, cmcintire@buchalter.com

- **DYLAN T CICILIANO** dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

- **MARK E. FERRARIO** ferrariom@gtlaw.com

- **JOHN D. FIERO** jfiero@pszjlaw.com

- **SYDNEY R GAMBEE** srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com

- **GREGORY E GARMAN** ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

- **NEDDA GHANDI** nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

- **ANDREW GLADSTEIN** andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com

- **STEVEN T GUBNER** sgubner@bg.law, ecf@bg.law

- 2 -

- **GABRIELLE A. HAMM**   ghamm@nvfirm.com, ecf@nvfirm.com

- **RICHARD F. HOLLEY**   rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

- **ALLYSON JOHNSON**   allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

- **ROBERT R. KINAS**   rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

- **BART K. LARSEN**   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

- **SHARA L. LARSON**   shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com

- **BRYAN A. LINDSEY**   blindsey@nvfirm.com

- **BRADLEY L. LIPMAN**   blipman@RRBLF.com

- **DAVID MINCIN**   dmincin@mincinlaw.com, cburke@mincinlaw.com

- **WILLIAM M. NOALL**   wnoall@gtg.legal, bknotices@gtg.legal

- **TRACY M. O'STEEN**   tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com

- **SHAWN R PEREZ**   shawn711@msn.com

- **TERESA M. PILATOWICZ**   tpilatowicz@gtg.legal, bknotices@gtg.legal

- **MICHAEL P. RICHMAN**   mrichman@randr.law, 9030248420@filings.docketbird.com

- **TODD C RINGSTAD**   todd@ringstadlaw.com, becky@ringstadlaw.com

- **JASON H. ROSELL**   jrosell@pszjlaw.com

- **SAMUEL A. SCHWARTZ**   saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

- **SUSAN K. SEFLIN**   sseflin@bg.law

- 3 -

- **NATHAN F. SMITH**    nathan@mclaw.org, C201@ecfcbis.com

- **JEFFREY D. STERNKLAR**    jeffrey@sternklarlaw.com

- **ROBERT T. STEWART**    rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com

- **STRETTO**    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov

- **MARK M. WEISENMILLER**    mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

- **JOSEPH G. WENT**    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

- **STUART FREEMAN WILSON-PATTON**    stuart.wilson-patton@ag.tn.gov

- **RYAN J. WORKS**    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

☐ **United States mail**, postage fully prepaid


☐ **Personal Service** (List Persons and addresses):


☒ **By Direct Email** (as opposed to through the ECF system):

Scott M. Hare – share@raineslaw.com
Thomas J. Farncella, Jr. – tfrancella@raineslaw.com
Jeff Golden – jgolden@go2.law
Andrea Rosehill – rosehilla@gtlaw.com
Jason Paul Cronic - jcronic@lrd.law
Milad Emam – memam@batescarey.com

- 4 -

Ommid C. Farashahi – ofarashahi@batescarey.com
Timothy Earl – tearl@fennemorelaw.com
Nathan F. Smith – nathan@mclaw.org

☐   **By Fax Transmission**  (List Persons and fax numbers):


☐   **By Messenger**  (List Persons and addresses):


I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 27, 2026


                                    /s/ Becky Metzner
                                    Becky Metzner

- 5 -