**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Amy Lane*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MP REORGANIZATION,

            Debtor.

Case No.: 22-14422-NMC
Chapter 11

## NOTICE OF FILING OF AFFIDAVIT OF POSTING

**PLEASE TAKE NOTICE** that a true and correct copy of the Affidavit of Posting is attached hereto as **Exhibit 1**.

DATED this 14th day of August, 2026.

1 of 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

**ANDERSON BEEDE WEISENMILLER**
**Mark M. Weisenmiller, Esq.**
Nevada Bar No. 12128
Email: mark@abwfirl.com
3199 E Warm Springs Rd, Ste. 400
Las Vegas, Nevada 89120
Tel No:  702-522-1992
Fax No: 702-825-2824
Counsel for Amy Lane

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Amy Lane | ) Case No: 22-14422-NMC |
| | ) Chapter 11 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| In Re: MP Reorganization | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

## AFFIDAVIT OF POSTING

COUNTY OF CLARK  )

                  ) ss:

STATE OF NEVADA  )

I, David Hayes, the undersigned Deputy Sheriff of Clark County Nevada, being first duly sworn upon my oath, do hereby certify that on 3RD day of AUGUST, 2026 I posted a true and correct copy of attached NOTICE OF SHERIFF'S SALE at three public places in the City of Las Vegas, Clark County, Nevada where the property is located, and at the property.

**SEE ATTACHED EXHIBIT "A" FOR POSTING LOCATIONS**

The same being the county in which the real property described within Notice of Sheriff's Sale of Real Property is located and the city where the real property is to be sold.

CLARK COUNTY SHERIFF

By:_____
Deputy Sheriff, D. Hayes P#18347

SUBSCRIBED AND SWORN to before me
this _6_ day of _August_, 2026

_____
NOTARY PUBLIC in and for said
County and State

NADIA C WILLIAMS
Notary Public, State of Nevada
No. 25-6348-01
My Appt. Exp. Oct. 1, 2029



# CLARK COUNTY SHERIFF
## CIVIL PROCESS SECTION

AMY LANE                                )          **E X H I B I T  A – Affidavit of Posting**
                                        )
**PLAINTIFF**                           )          CASE No. 22-14422-NMC
      vs              )          SHERIFF CIVIL NO.: 26002602
IN RE: MP REORGANIZATION                )
                                        )
**DEFENDANT**_____        )

STATE OF NEVADA    }
             }  ss:
COUNTY OF CLARK   }

Date: 8/3/2026 @ 12:05 PM - 330 S THIRD STREET 5TH FLOOR (PUBLIC DEFENDER OFFICE)
LAS VEGAS, NV 89101
Attempted By: DAVID HAYES
Service Type: POSTING – NOTICE OF SHERIFF SALE
Notes: BWC LLV260800008820

Date: 8/3/2026 @ 12:15 PM - 200 LEWIS AVENUE LAS VEGAS, NV 89101
Attempted By: DAVID HAYES
Service Type: POSTING - NOTICE OF SHERIFF SALE
Notes: BWC LLV260800008820

Date: 8/3/2026 @ 11:45 AM - C/O REID RUBINSTEIN & BOGATZ 300 S 4TH STREET SUITE
830 LAS VEGAS, NV 89101
Attempted By: DAVID HAYES
Service Type: SUBSERVED - NOTICE OF SHERIFF SALE / WRIT OF EXECUTION
Notes: SUBSERVED WRIT OF EXECUTION TO "WHITNEY REVEYRAND", OFFICE ADMIN,
BY DEPUTY D. HAYES P# 18347 AT 1145 HOURS. BWC LLV260800008820

Date: 8/3/2026 @ 12:25 PM - CLARK COUNTY GOVERNMENT CENTER 500 S GRAND
CENTRAL PARKWAY LAS VEGAS, NV 89155
Attempted By: DAVID HAYES
Service Type: POSTING - NOTICE OF SHERIFF SALE
Notes: BWC LLV260800008820

330 S 3RD STREET #100    Las Vegas  NV  89101  (702) 455-5400

**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824
*Counsel for Amy Lane*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br>Chapter 11 |

### NOTICE OF SHERIFF'S SALE

By virtue of an execution directed by the United States Bankruptcy Court, District of Nevada, in favor of Amy Lane and against Ryan Drexler to satisfy a judgment in the amount of $103,112.14, with interest thereon accruing at the rate of 3.64% per annum from the date of October 6, 2025 until paid in full and to which sum must be added all commissions and costs, I have levied upon the following personal property as described below:

All rights, titles, and interest to, including any future proceeds from, all rights of action, things in action, choses in action, claims for relief, counterclaims for relief, and or possible appellate claims and interests belonging to Ryan Drexler in the action styled Empery Tax Efficient, LP v. Ryan Drexler, Adversary Proceeding No. 23-01093-NMC, currently pending in the United States Bankruptcy Court, District of Nevada.

Notice is hereby given that on the 19th day of August, 2026 at the hour of 9:00 a.m. at the front steps of the north entrance of the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada 89155, I will sell all rights, title, and interest of Ryan Drexler to the property described above in Public Auction for cash, in current lawful money of the United States of America to the

highest bidder to satisfy said Execution and all interest and costs accruing therefrom. All interested parties may bid on the property at the execution sale and the property will be sold to the highest bidder. Upon sale of the personal property, the purchaser shall be substituted to and acquire the rights, title, and interest of the Judgment Debtor thereto.

Dated this ___ day of _____, 2026

KEVIN MCMAHILL, SHERIFF
CLARK COUNTY NEVADA

By:_____ 18062
Deputy       J. Lombardo
             Sr. Deputy Sheriff
             Sheriff Civil Bureau

Submitted by:

ANDERSEN BEEDE WEISENMILLER

/s/ Mark M. Weisenmiller
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Counsel for Amy Lane

2 of 2