**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Amy Lane*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                          | Case No.: 22-14422-NMC
                                                | Chapter 11
MP REORGANIZATION,

　　　　Debtor.

## NOTICE OF FILING OF AFFIDAVIT OF PUBLICATION

**PLEASE TAKE NOTICE** that a true and correct copy of the Affidavit of Publication is attached hereto as **Exhibit 1**.

DATED this 14th day of August, 2026.

1 of 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

AFFP
22-14422-NMC NOS

# **Affidavit of Publication**

STATE OF NEVADA }        SS
COUNTY OF CLARK }

I, Scott Sibley state:

That I am Publisher of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:

Jul 31, 2026
Aug 07, 2026

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Aug 07, 2026

Scott Sibley

04121554  00579337

ANDERSEN BEEDE WEISENMILLER
3199 E WARM SPRINGS RD, STE 400
LAS VEGAS, NV 89120

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
Case No.: 22-14422-NMC Chapter 11
In re: MP REORGANIZATION, Debtor.
NOTICE OF SHERIFF'S SALE
By virtue of an execution directed by the United States Bankruptcy Court, District of Nevada, in favor of Amy Lane and against Ryan Drexler to satisfy a judgment in the amount of $103,112.14, with interest thereon accruing at the rate of 3.64% per annum from the date of October 6, 2025 until paid in full and to which sum must be added all commissions and costs, I have levied upon the following personal property as described below: All rights, titles, and interest to, including any future proceeds from, all rights of action, things in action, choses in action, claims for relief, counterclaims for relief, and or possible appellate claims and interests belonging to Ryan Drexler in the action styled Empery Tax Efficient, LP v. Ryan Drexler, Adversary Proceeding No. 23-01093-NMC, currently pending in the United States Bankruptcy Court, District of Nevada. Notice is hereby given that on the 19th day of August, 2026 at the hour of 9:00 a.m. at the front steps of the north entrance of the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada 89155, I will sell all rights, title, and interest of Ryan Drexler to the property described above in Public Auction for cash, in current lawful money of the United States of America to the highest bidder to satisfy said Execution and all interest and costs accruing therefrom. All interested parties may bid on the property at the execution sale and the property will be sold to the highest bidder. Upon sale of the personal property, the purchaser shall be substituted to and acquire the rights, title, and interest of the Judgment Debtor thereto. Dated this day of , 2026. KEVIN MCMAHILL, SHERIFF CLARK COUNTY NEVADA By: /s/ J. Lombardo 18062 Sr. Deputy Sheriff Sheriff Civil Bureau Submitted by: ANDERSEN BEEDE WEISENMILLER /s/ Mark M. Weisenmiller, Esq. Nevada Bar No. 12128 Email: mark@abwfirm.com 3199 E Warm Springs Rd, Ste 400 Las Vegas, Nevada 89120 Phone:702-522-1992 Fax: 702-825-2824 Counsel for Amy Lane
Published in Nevada Legal News
July 31, August 7, 2026