UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re: MP REORGANIZATION, § Case No. 22-14422

Debtor(s) §

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2026 Petition Date: 12/15/2022

Plan Confirmed Date: 02/19/2025 Plan Effective Date: 03/06/2025

This Post-confirmation Report relates to: ◯ Reorganized Debtor

◉ Other Authorized Party or Entity: MP Liquidating Trust
Name of Authorized Party or Entity

/s/ Nathan F. Smith
Signature of Responsible Party

10/12/2026
Date

Nathan F. Smith
Printed Name of Responsible Party

2112 Business Center Drive
Irvine, CA 92612
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name MP REORGANIZATION, Case No. 22-14422

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $59,820 | $11,512,104 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $59,820 | $11,512,104 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $814,639 | $1,613,229 | $815,039 | $1,613,229 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Hilco Corporate Finance | Financial Professional | | $798,591 | $0 | $798,591 |
| | ii | Larson Zirzow | Local Counsel | $10,029 | $10,029 | $10,029 | $10,029 |
| | iii | Schwartz Law | Local Counsel | $30,000 | $30,000 | $30,000 | $30,000 |
| | iv | Portage Point | Financial Professional | $68,049 | $68,049 | $68,049 | $68,049 |
| | v | Ringstad Sanders | Special Counsel | $300,000 | $300,000 | $300,000 | $300,000 |
| | vi | Stretto | Other | $172,000 | $172,000 | $172,000 | $172,000 |
| | vii | Pachulski Stang | Lead Counsel | $234,561 | $234,561 | $234,961 | $234,561 |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name MP REORGANIZATION, Case No. 22-14422

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | $207,643 | $0 | $207,643 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Nathan Smith, Trustee | Other | | $108,065 | $0 | $108,065 |
| | ii | Ringstad & Sanders LLP | Other | | $73,478 | $0 | $73,478 |
| | iii | Mac Restructuring Advisors | Financial Professional | | $26,100 | $0 | $26,100 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name MP REORGANIZATION, Case No. 22-14422

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name MP REORGANIZATION, Case No. 22-14422

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $207,643 | $0 | $207,643 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $207,643 | $0 | $207,643 | $207,643 | 100% |
| b. Secured claims | $9,276,233 | $0 | $9,276,233 | $9,276,233 | 100% |
| c. Priority claims | $212,000 | $0 | $0 | $212,000 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $24,025,970 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report? Yes ◯ No ◉

If yes, give date Final Decree was entered:

If no, give date when the application for Final Decree is anticipated: 12/31/2026

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ◯

Debtor's Name MP REORGANIZATION, Case No. 22-14422

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Nathan F. Smith | Nathan F. Smith |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Trustee | 10/12/2026 |
| Title | Date |

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

TRISTATE CAPITAL

TriState Capital Bank
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
July 01, 2026 - July 31, 2026


Nathan Smith
30681 N Hampton Road
Laguna Niguel CA 92677

| | |
|---|---|
| Case Number | 22-14422 |
| Case Name | MP Reorganization DEBTOR |
| Trustee Number | 002303 |
| Trustee Name | Nathan Smith TRUSTEE |

Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | | $40,655.19 | $40,655.19 |
| **Total** | | **$40,655.19** | **$40,655.19** |

## TRUSTEE CHECKING

Account Number: 8602

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$40,655.19** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$40,655.19** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | $40,655.19 | | | | |

TriState Capital Bank
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
July 01, 2026 - July 31, 2026


ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 30 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

TriState Capital Bank
301 Grant Street, Suite 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
August 01, 2026 - August 31, 2026
Page 1 of 2

Nathan Smith
30681 N Hampton Road
Laguna Niguel CA 92677

| | |
|---|---|
| Case Number | 22-14422 |
| Case Name | MP Reorganization DEBTOR |
| Trustee Number | 002303 |
| Trustee Name | Nathan Smith TRUSTEE |

Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 58602 | $40,655.19 | $40,655.19 |
| **Total** | | **$40,655.19** | **$40,655.19** |

## TRUSTEE CHECKING

Account Number: 8602

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$40,655.19** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$40,655.19** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | $40,655.19 | | | | |

TriState Capital Bank
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC



ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 30 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

TriState Capital Bank
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
September 01, 2026 - September 30, 2026


Nathan Smith
30581 N Hampton Road
Laguna Niguel CA 92677

| | |
|---|---|
| Case Number | 22-14422 |
| Case Name | MP Reorganization DEBTOR |
| Trustee Number | 002303 |
| Trustee Name | Nathan Smith TRUSTEE |

**Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 8602 | $40,655.19 | $40,655.19 |
| **Total** | | **$40,655.19** | **$40,655.19** |

## TRUSTEE CHECKING

**Account Number: 8602**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$40,655.19** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$40,655.19** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | $40,655.19 | | | | |

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC



ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 30 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

Western Alliance Bank®

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

MP REORGANIZATION
CH 11 DIP CASE# 22-14422-NMC
7380 S EASTERN AVE # 124-287
LAS VEGAS NV 89123-1502

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

Page 1 of 1
XXXXXX7708
( 0)

Direct inquiries to:
877-476-2265

Western Alliance Bank
450 B Street Ste 150
San Diego CA 92101

*THANK YOU FOR BANKING WITH US!*

## Hybrid Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX7708 | Beginning balance | $145,155.31 |
| Low balance | $145,155.31 | Total additions | .00 |
| Average balance | $145,155.31 | Total subtractions | .00 |
| Avg collected balance | $145,155 | Ending balance | $145,155.31 |

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (APPLIES TO CONSUMER ACCOUNTS ONLY)**

Write us at One E Washington Street, Suite 1400, Phoenix, AZ 85004, telephone us at (888) 995-2265 or E-mail us at clientcare@westernalliancebank.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit**- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION**-We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS**-If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (888) 995-2265 to find out if the deposit has been made.

Western Alliance Bank®

PO Box 26237 • Las Vegas, NV 89126-0237

**Return Service Requested**

MP REORGANIZATION
CH 11 DIP CASE# 22-14422-NMC
7380 S EASTERN AVE # 124-287
LAS VEGAS NV 89123-1502

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

Page 1 of 1
XXXXXX7708
( 0)

Direct inquiries to:
877-476-2265

Western Alliance Bank
450 B Street Ste 150
San Diego CA 92101

*THANK YOU FOR BANKING WITH US!*

## Hybrid Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX7708 | Beginning balance | $145,155.31 |
| Low balance | $141,887.11 | Total additions | .00 |
| Average balance | $143,890.20 | Total subtractions | 3,268.20 |
| Avg collected balance | $143,890 | Ending balance | $141,887.11 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-20 | ' ACH Debit<br>QUARTERLY FEE PAYMENT 260820<br>0000 | 3,268.20 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 145,155.31 | 08-20 | 141,887.11 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (APPLIES TO CONSUMER ACCOUNTS ONLY)**

Write us at One E Washington Street, Suite 1400, Phoenix, AZ 85004, telephone us at (888) 995-2265 or E-mail us at clientcare@westernalliancebank.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit**- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION**-We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS**-If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (888) 995-2265 to find out if the deposit has been made.



Member FDIC
EQUAL HOUSING LENDER

Western Alliance Bank®

PO Box 26237 • Las Vegas, NV 89126-0237

**Return Service Requested**

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30

Page 1 of 2
XXXXXX7708
( 0)

Direct inquiries to:
877-476-2265

Western Alliance Bank
450 B Street Ste 150
San Diego CA 92101

MP REORGANIZATION
CH 11 DIP CASE# 22-14422-NMC
7380 S EASTERN AVE # 124-287
LAS VEGAS NV 89123-1502

*THANK YOU FOR BANKING WITH US!*

## Hybrid Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX7708 | Beginning balance | $141,887.11 |
| Low balance | $85,335.11 | Total additions | .00 |
| Average balance | $107,670.14 | Total subtractions | 56,552.00 |
| Avg collected balance | $107,670 | Ending balance | $85,335.11 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 09-02 | ' Wire Dr O/L Usd<br>WIRE-OUT;BNF-MAC RESTRUCTURING ADVISORS, LLC;OBI-NOT P ROVIDED;TRN-624507275198 | 3,195.00 |
| 09-09 | ' Wire Dr O/L Usd<br>WIRE-OUT;BNF-FENNEMORE;OBI-NOT PROVIDED;TRN-6252073031 49 | 23,357.00 |
| 09-17 | ' Wire Dr O/L Usd<br>WIRE-OUT;BNF-GOLDEN GOODRICH;OBI-NOT PROVIDED;TRN-6260 07336327 | 30,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 141,887.11 | 09-09 | 115,335.11 | | |
| 09-02 | 138,692.11 | 09-17 | 85,335.11 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (APPLIES TO CONSUMER ACCOUNTS ONLY)**

Write us at One E Washington Street, Suite 1400, Phoenix, AZ 85004, telephone us at (888) 995-2265 or E-mail us at clientcare@westernalliancebank.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit**- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION**-We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS**-If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (888) 995-2265 to find out if the deposit has been made.



Member FDIC
EQUAL HOUSING LENDER