Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Nathan F. Smith,
Liquidating Trustee

Ringstad & Sanders L.L.P.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Reorganized Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11 Proceeding<br><br>Hearing Date: January 5, 2027<br>Hearing Time: 10:30 a.m. |

**NOTICE OF HEARING ON THIRD MOTION OF NATHAN F. SMITH, LIQUIDATING TRUSTEE, TO EXTEND CLAIMS OBJECTION BAR DATE**

**PLEASE TAKE NOTICE** that a hearing has been set on the *Third Motion of Nathan F. Smith, Liquidating Trustee, to Extend Claims Objection Bar* Date [ECF No. 1778] (the "Motion"). Nathan F. Smith, formerly Chapter 11 Trustee and currently serving as Liquidating Trustee, ("Trustee") hereby moves this Court for a Third Order Extending the Claims Objection Bar Date set forth in the confirmed Fourth Amended Plan of Reorganization (the "Plan").

**PLEASE TAKE FURTHER NOTICE** the hearing on the Motion will be held on **January 5, 2027, at 10:30 A.M. PST**, before the Honorable United States Bankruptcy Judge Natalie M. Cox in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas

Nevada 89101. Parties are also permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID: **161 166 2815** and entering access code or passcode **115788#.**

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file a written opposition with the Court, and serve a copy on the undersigned attorneys who sent you this notice, *no later than fourteen (14) days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response as set forth herein, then:

1. The Court may *refuse* to allow you to speak at the scheduled hearing; and
2. The Court may *rule* against your without formally calling the matter at the hearing.

DATED: November 23, 2026

RINGSTAD & SANDERS LLP

By: */s/ Todd C. Ringstad*
Todd C. Ringstad
Counsel for Nathan F. Smith, Liquidating Trustee



Ringstad & Sanders L.L.P.

Todd C. Ringstad (CA State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (CA State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Nathan F. Smith,
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No. 22-14422-NMC<br><br>Chapter 11 Proceeding<br><br>Hearing Date: January 5, 2027<br>Hearing Time: 10:30 a.m. |

## CERTIFICATE OF SERVICE

1. On November 23, 2026, I served the following documents:

- Notice of Hearing on Third Motion of Nathan F. Smith, Liquidating Trustee, to Extend Claims Objection Bar Date

*2.* I served the above-named document(s) by the following means to the persons as listed below*:*

***(Check all that apply)***

☒ **ECF System** ***(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)***

- **RYAN A. ANDERSEN** ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com
- **BRETT A. AXELROD** baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com
- **I. SCOTT BOGATZ** sbogatz@rrblf.com, paralegal@rrblf.com
- **JERROLD L. BREGMAN** jbregman@bg.law, ecf@bg.law
- **OGONNA M. BROWN** Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com
- **CANDACE C CARLYON** ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com
- **DAVID ERNESTO CHAVEZ** chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **SHAWN CHRISTIANSON** schristianson@buchalter.com, cmcintire@buchalter.com
- **DYLAN T CICILIANO** dciciliano@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal
- **MARK E. FERRARIO** ferrariom@gtlaw.com
- **JOHN D. FIERO** jfiero@pszjlaw.com
- **SYDNEY R GAMBEE** srgambee@hollandhart.com, pmostlie@hollandhart.com,krcole@hollandhart.com
- **GREGORY E GARMAN** ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal
- **NEDDA GHANDI** nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

- **ANDREW GLADSTEIN** andrew.gladstein@freshfields.com, autodocket@freshfields.com;filing_notice@freshfields.com;7040903420@filings.docketbird.com;6188914420@filings.docketbird.com
- **STEVEN T GUBNER** sgubner@bg.law, ecf@bg.law
- **GABRIELLE A. HAMM** ghamm@nvfirm.com, ecf@nvfirm.com
- **RICHARD F. HOLLEY** rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com
- **ALLYSON JOHNSON** allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **ROBERT R. KINAS** rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN** BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **SHARA L. LARSON** shara@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.courtdrive.com,tf@ghandilaw.com
- **BRYAN A. LINDSEY** blindsey@nvfirm.com
- **BRADLEY L. LIPMAN** blipman@RRBLF.com
- **DAVID MINCIN** dmincin@mincinlaw.com, cburke@mincinlaw.com
- **WILLIAM M. NOALL** wnoall@gtg.legal, bknotices@gtg.legal
- **TRACY M. O'STEEN** tosteen@championlawvegas.com, jlinton@championlawvegas.com;ljanuskevicius@championlawvegas.com;canderson@championlawvegas.com;nforsyth@championlawvegas.com
- **SHAWN R PEREZ** shawn711@msn.com
- **TERESA M. PILATOWICZ** tpilatowicz@gtg.legal, bknotices@gtg.legal
- **JOHN RICH** JARich@cozen.com
- **MICHAEL P. RICHMAN** mrichman@randr.law, 9030248420@filings.docketbird.com
- **TODD C RINGSTAD** todd@ringstadlaw.com, becky@ringstadlaw.com

- **JASON H. ROSELL** jrosell@pszjlaw.com
- **SAMUEL A. SCHWARTZ** saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **SUSAN K. SEFLIN** sseflin@bg.law
- **NATHAN F. SMITH** nathan@mclaw.org, C201@ecfcbis.com
- **JEFFREY D. STERNKLAR** jeffrey@sternklarlaw.com, 3338331420@filings.docketbird.com
- **ROBERT T. STEWART** rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com
- **STRETTO** ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- **U.S. TRUSTEE - LV - 11** USTPRegion17.lv.ecf@usdoj.gov
- **MARK M. WEISENMILLER** mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com
- **JOSEPH G. WENT** jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com
- **STUART FREEMAN WILSON-PATTON** stuart.wilson-patton@ag.tn.gov
- **RYAN J. WORKS** rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- **MATTHEW C. ZIRZOW** mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;bchambliss@lzlawnv.com

☐ **United States mail**, postage fully prepaid

☐ **Personal Service** (List Persons and addresses):

☐ **By Direct Email** (as opposed to through the ECF system):

☐ **By Fax Transmission** (List Persons and fax numbers):

☐ **By Messenger** (List Persons and addresses):

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2026

/s/ Becky Metzner
Becky Metzner